## CONSENT TO BECOME PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages in the case in which this consent is filed. By joining this lawsuit, I designate the above-named Plaintiff and her attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my unpaid wages against my current/former employer whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my unpaid wage claims I choose to be represented by O'Brien Law, P.C. and Gasper Law PLLC, and other attorneys with whom they may associate.

Date: _Dec 19 2022_____     Signature: _*Carla M. Collins*_____

Printed Name: _Carla M. Collins_____

7

 *eversign*

Audit Trail

## Document Details

| | |
|---|---|
| **Title** | O'Brien Law Firm - CRU overtime case contract |
| **File Name** | Contract for Services - Carla M. Collins.pdf |
| **Document ID** | 43e28be0c3974093b384f89fdfff8be5 |
| **Fingerprint** | 9db21067f0ba5b8e380c8c53794f1ca1 |
| **Status** | Completed |

## Document History

| | | |
|---|---|---|
| **Document Created** | Document Created by Kerry O'Brien (ko@obrienlawpc.com)<br>Fingerprint: fb6c1e25c84ef26b77cdd983eefbc9c6 | Dec 19 2022<br>11:05PM UTC |
| **Document Signed** | Document Signed by Kerry O'Brien (ko@obrienlawpc.com)<br>IP: 70.112.214.203 | Dec 19 2022<br>11:05PM UTC |
| **Document Sent** | Document Sent to Carla M. Collins (carlamcollins@yahoo.com) | Dec 19 2022<br>11:05PM UTC |
| **Document Viewed** | Document Viewed by Carla M. Collins (carlamcollins@yahoo.com)<br>IP: 98.50.141.74 | Dec 19 2022<br>11:47PM UTC |
| **Document Signed** | Document Signed by Carla M. Collins (carlamcollins@yahoo.com)<br>IP: 98.50.141.74 | Dec 19 2022<br>11:48PM UTC |
| **Document Completed** | This document has been completed.<br>Fingerprint: 9db21067f0ba5b8e380c8c53794f1ca1 | Dec 19 2022<br>11:48PM UTC |

Processed by *eversign*