## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Florida

Case Number: 4:22-CV-01073-SDJ

Plaintiff:
**C.M. COLLINS, ET AL.,**

vs.

Defendant:
**CATASTROPHE RESPONSE UNIT USA, INC., ET AL.,**


KDY2023000868

For:
O'BRIEN LAW FIRM

Received by PROFESSIONAL CIVIL PROCESS OF TEXAS on the 9th day of January, 2023 at 10:05 am to be served on **CATASTROPHE RESPONSE UNIT USA, INC. C/O ITS FLORIDA REGISTERED AGENT: JOSEPH P. PATTON, 2910 KERRY FOREST PARKWAY, D4-150, TALLAHASSEE, FL 32309.**

I, TYREE SLADE, do hereby affirm that on the **10th day of January, 2023** at **3:02 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** for the reason that I failed to find **CATASTROPHE RESPONSE UNIT USA, INC. C/O ITS FLORIDA REGISTERED AGENT: JOSEPH P. PATTON** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
Address comes back to UPS store. Stated they cannot confirm nor deny if the defendant has a PO box.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

_____
**TYREE SLADE**
Process Server 214

**PROFESSIONAL CIVIL PROCESS OF TEXAS**
**103 VISTA VIEW TRL**
**SPICEWOOD, TX 78669**
**(512) 477-3500**

Our Job Serial Number: KDY-2023000868

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1z

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

C. M. COLLINS, et al.

*Plaintiff(s)*

v.   Civil Action No. 4:22-cv-01073-SDJ

CATASTROPHE RESPONSE UNIT USA, INC., et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CATASTROPHE  RESPONSE UNIT USA, INC.
c/o its Florida Registered Agent:

Joseph P. Patton
2910 Kerry Forest Parkway, #D4-150
Tallahassee, Florida 32309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kerry O'Brien
O'Brien Law Firm
1011 Westlake Drive
Austin, TX 78746
ko@obrienlawpc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  **1/4/23**   David A. O'Toole

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:22-cv-01073-SDJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CATASTROPHE RESPONSE UNIT USA, INC.
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]