**Eastern District of Texas - Sherman Division, Texas**  RUSH SERVICE
101 E PECAN ST RM 216 SHERMAN TX 75090

## CASE #: 4:22-CV-01073-SDJ

**C.M. COLLINS, N.J. LUNDY, AND R.C.L. MAYS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

*Plaintiff*
vs
**CATASTROPHE RESPONSE UNIT, INC. AND CATASTROPHE RESPONSE UNIT USA, INC.**

*Defendant*

### AFFIDAVIT OF SERVICE

**I, JAMES R HENDERSON, make statement to the fact;**
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 01/13/23 2:32 pm, instructing for same to be delivered upon CATASTROPHE RESPONSE UNIT USA, INC. BY DELIVERING TO ITS TEXAS REGISTERED AGENT, CORPORATION SERVICE COMPANY.

That I delivered to: CATASTROPHE RESPONSE UNIT USA, INC. BY DELIVERING TO ITS TEXAS REGISTERED AGENT, CORPORATION SERVICE COMPANY. By Delivering to Kenisha Gross, Authorized To Accept

the following       : SUMMONS IN A CIVIL ACTION; PLAINTIFFS' ORIGINAL COMPLAINT

at this address     : 211 E 7TH ST, SUITE 620
                      Austin, Travis County, TX 78701

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on       : Friday JAN 13, 2023 3:45 pm

My name is JAMES R HENDERSON, my date of birth is OCT 24th, 1980, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of Texas, on the 18th day of January, 2023.

_____
JAMES R HENDERSON              2732   Declarant
TX Certification#: PSC-12091 Exp. 06/30/2023

AX02A23101747                 Service Fee:   90.00  PCP Inv#: A23101747
                              Witness Fee:    .00
                              Mileage Fee:    .00  Reference : 4:22-CV-01073-SDJ
                              O'Brien, Kerry

eaffidavits@pcpusa.net                                      RETURN TO CLIENT

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

C. M. COLLINS, et al.

*Plaintiff(s)*

v.

CATASTROPHE RESPONSE UNIT USA, INC., et al.

*Defendant(s)*

Civil Action No. 4:22-cv-01073-SDJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CATASTROPHE RESPONSE UNIT USA, INC.
c/o its Texas Registered Agent:

Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kerry O'Brien
O'Brien Law Firm
1011 Westlake Drive
Austin, TX 78746
ko@obrienlawpc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 1/12/23

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-01073-SDJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CATASTROPHE RESPONSE UNIT USA, INC.
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: