IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS, *individually and on behalf of all others similarly situated*, | § § § § | |
| *Plaintiffs,* | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-cv-1073 |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | § § § § § | |
| *Defendants.* | § | |

## DEFENDANTS' DISCLOSURE STATEMENT

**TO THE HONORABLE U.S. DISTRICT JUDGE SEAN D. JORDAN:**

Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc. (collectively, "Defendants") hereby file this Disclosure Statement.

**I.**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants disclose the following:

- Catastrophe Response Unit, Inc. is a nongovernmental corporate party that has no parent corporation, and there is no publicly-held corporation owning 10% or more of its stock; and

- Catastrophe Response Unit USA, Inc. is a nongovernmental corporate party that has no parent corporation, and there is no publicly-held corporation owning 10% or more of its stock.

## II.

Defendants list as follows all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

| | |
|---|---|
| C. M. Collins<br>3125 Kings Canyon Drive<br>Plano, Texas 75025 | *Plaintiff* |
| N. J. Lundy<br>1414 Clubman Drive<br>Champions Gate, Florida 33896 | *Plaintiff* |
| R. C. L. Mays<br>4131 Royal Banyan Drive, Unit 202<br>Tampa, Florida 33610 | *Plaintiff* |
| Kerry O'Brien<br>O'BRIEN LAW FIRM<br>1011 Westlake Drive<br>Austin, Texas 78746 | *Plaintiffs' counsel* |
| Travis Gasper<br>GASPER LAW, PLLC<br>1408 North Riverfront Boulevard, Suite 323<br>Dallas, Texas 75207 | *Plaintiffs' counsel* |
| Catastrophe Response Unit, Inc.<br>2001 Sheppard Avenue East, Suite 810<br>Toronto, Ontario M2J 4Z8 | *Defendant* |
| Catastrophe Response Unit (USA), Inc.<br>860 West Airport Freeway, Suite 400<br>Hurst, Texas 76054 | *Defendant* |
| Monte K. Hurst<br>Kristen A. Brumbalow<br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202 | *Defendants' Counsel* |

Respectfully submitted,

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142


By:     *Monte K. Hurst*
        Monte K. Hurst
        State Bar No. 00796802
        Monte.Hurst@hallettperrin.com

        Kristen A. Laster
        State Bar No. 24076499
        KBrumbalow@hallettperrin.com

        *Counsel for Defendants Catastrophe*
        *Response Unit, Inc. and Catastrophe*
        *Response Unit USA, Inc.*


## CERTIFICATE OF SERVICE

I certify that on February 24, 2023, I served a copy of the foregoing document on Plaintiffs' counsel as follows in compliance with Rule 5(b) of the Federal Rules of Civil Procedure:

Mr. Kerry O'Brien
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
KO@obrienlawpc.com

Mr. Travis Gasper
GASPER LAW, PLLC
1408 North Riverfront Boulevard, Suite 323
Dallas, Texas 75207
Travis@travisgasper.com


        *Monte K. Hurst*
        Monte K. Hurst