**CONSENT TO BECOME PARTY PLAINTIFF**  **EXHIBIT B**
Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

     I hereby consent to be a party plaintiff seeking unpaid wages in the case in which this consent is filed. By joining this lawsuit, I designate the above-named Plaintiff and her attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my unpaid wages against my current/former employer whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my unpaid wage claims I choose to be represented by O'Brien Law, P.C. and Gasper Law PLLC, and other attorneys with whom they may associate.

Date: Apr 20 2023

Signature: *Pamela James*

Printed Name: Pamela James

7



# Audit Trail

## Document Details

| | |
|---|---|
| **Title** | Contract for Services - Pamela Ann Marie James.pdf |
| **File Name** | Contract for Services - Pamela Ann Marie James.pdf |
| **Document ID** | a2151dbc15c94749b797205137509446 |
| **Fingerprint** | ebf6469e2d2b5bd725b04bb14a4eb320 |
| **Status** | Completed |

## Document History

| | | |
|---|---|---|
| **Document Created** | Document Created by Kerry O'Brien (ko@obrienlawpc.com)<br>Fingerprint: 9c44271ac2235d3624f7ebeadec2f156 | Apr 20 2023<br>04:10PM UTC |
| **Document Signed** | Document Signed by Kerry O'Brien (ko@obrienlawpc.com)<br>IP: 98.6.203.74 | Apr 20 2023<br>04:10PM UTC |
| **Document Sent** | Document Sent to Pamela James (pamjames128@yahoo.com) | Apr 20 2023<br>04:10PM UTC |
| **Document Viewed** | Document Viewed by Pamela James (pamjames128@yahoo.com)<br>IP: 172.58.149.93 | Apr 20 2023<br>05:50PM UTC |
| **Document Signed** | Document Signed by Pamela James (pamjames128@yahoo.com)<br>IP: 172.58.149.93 | Apr 20 2023<br>05:54PM UTC |
| **Document Completed** | This document has been completed.<br>Fingerprint: ebf6469e2d2b5bd725b04bb14a4eb320 | Apr 20 2023<br>05:54PM UTC |

Processed by xodo sign