**CONSENT TO BECOME PARTY PLAINTIFF**  **EXHIBIT C**
Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages in the case in which this consent is filed. By joining this lawsuit, I designate the above-named Plaintiff and her attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my unpaid wages against my current/former employer whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my unpaid wage claims I choose to be represented by O'Brien Law, P.C. and Gasper Law PLLC, and other attorneys with whom they may associate.

Date: Apr 22 2023                Signature: *Sheena Nickelberry*

Printed Name: Sheena Nickelberry



# Audit Trail

## Document Details

| | |
|---|---|
| **Title** | Contract for Services - Sheena Nickelberry.pdf |
| **File Name** | Contract for Services - Sheena Nickelberry.pdf |
| **Document ID** | 565a271f11ff49a6a8123f90e61e850c |
| **Fingerprint** | 05e985c6ea8c97c03d41e9d7cdb99824 |
| **Status** | Completed |

## Document History

**Document Created**  
Document Created by Kerry O'Brien (ko@obrienlawpc.com)  
Fingerprint: 617f518e9606fd5c7cb614cb16ab8580  
Apr 20 2023  
04:12PM UTC

**Document Signed**  
Document Signed by Kerry O'Brien (ko@obrienlawpc.com)  
IP: 98.6.203.74  
Apr 20 2023  
04:12PM UTC

**Document Sent**  
Document Sent to Sheena Nickelberry (nickelberrysheena@gmail.com)  
Apr 20 2023  
04:12PM UTC

**Document Viewed**  
Document Viewed by Sheena Nickelberry (nickelberrysheena@gmail.com)  
IP: 73.6.170.254  
Apr 22 2023  
09:41AM UTC

**Document Signed**  
Document Signed by Sheena Nickelberry (nickelberrysheena@gmail.com)  
IP: 73.6.170.254  
Apr 22 2023  
09:42AM UTC

**Document Completed**  
This document has been completed.  
Fingerprint: 05e985c6ea8c97c03d41e9d7cdb99824  
Apr 22 2023  
09:42AM UTC

Processed by xodo sign