IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated*, | § § § § § § § § § § § § § § § | |
| Plaintiffs, | | CIVIL ACTION NO. 4:22-cv-01073-SDJ |
| v. | | |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | | Collective Action under 29 U.S.C. § 216(b) |
| | | JURY DEMANDED |
| Defendants. | | |

**PLAINTIFFS' ADVISORY TO THE COURT – ATTORNEY VACATION**

COMES NOW, Kerry O'Brien, attorney for Plaintiff, and hereby advises the Court and all counsel of record that he will be unavailable for any case settings for the following period due to vacation on the following dates: June 1, 2023 - June 16, 2023.

O'Brien respectfully requests that neither the Court nor counsel set any hearings or other cases events during that time.

Respectfully submitted,

*Kerry O'Brien*

**Kerry V. O'Brien**
Texas Bar No. 24038469
Board Certified in Labor & Employment Law by the TBLS

O'BRIEN LAW FIRM
TEXASEMPLOYEES.com

1011 Westlake Drive<br>
Austin, Texas 78746<br>
email: ko@obrienlawpc.com<br>
phone: (512) 410-1960<br>
fax: (512) 410-6171

**COUNSEL FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the electronic case filing system on this the 2nd day of May 2023.

*/s/ Ken O'Brien*