IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated,* | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:22-cv-01073-SDJ |
| v. | § § | |
| | § | Collective Action under |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | § § § § | 29 U.S.C. § 216(b) |
| | § | JURY DEMANDED |
| Defendants. | § § | |

## NOTICE OF FILING CONSENTS TO JOIN

Plaintiffs hereby file this Notice of Filing Consents to Join in connection with the above-entitled and numbered action, and in support attaches the following:

**Exhibit A** - Consent To Become Party Plaintiff: Lesa Dean

**Exhibit B** - Consent To Become Party Plaintiff: Ashley Ruise

Respectfully submitted,

*Kerry O'Brien*

**Kerry V. O'Brien**
Texas Bar No. 24038469

**O'BRIEN LAW FIRM**
TEXASEMPLOYEES.COM

1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960

        fax: (512) 410-6171
        email: ko@obrienlawpc.com

        **LEAD COUNSEL FOR PLAINTIFFS**

        and

        */s/ Travis Gasper*
        **Travis Gasper**
        Texas Bar No. 24096881

        GASPER LAW, PLLC
        1408 N. Riverfront Blvd., Suite 323
        Dallas, Texas 75207
        phone: (972) 504-1420
        fax: (833) 957-2957
        email: travis@travisgasper.com

        **CO-COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record via electronic mail transmission this the 8th day of May 2023:

Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Laster
State Bar No. 24076499
KBrumbalow@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
phone: 214-953-0053
fax: 214-922-4142

*Counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*

                                                         */s/ Kerry O'Brien*
                                                         Kerry V. O'Brien,
                                                         Lead Counsel for Plaintiffs