UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CARLA M. COLLINS, ET AL. | § |
| | § |
| v. | § CIVIL NO. 4:22-CV-1073-SDJ |
| | § |
| CATASTROPHE RESPONSE UNIT | § |
| USA, INC., ET AL. | § |

## ORDER

Before the Court is Plaintiff's' and Defendants' Joint Motion for Extension of Deadlines. (Dkt. #24). The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. The Court will issue an Amended Preliminary Scheduling Order.

**So ORDERED and SIGNED this 12th day of July, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE