IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated,* § § § § | |
| **Plaintiffs,** § § | CIVIL ACTION NO. 4:22-cv-01073-SDJ |
| v. § § | |
| § § | Collective Action under 29 U.S.C. § 216(b) |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., § § § § § | |
| § § | JURY DEMANDED |
| **Defendants.** § § | |

### NOTICE BY PLAINTIFF LESA L. DEAN OF WITHDRAWAL OF CONSENT TO JOIN

TO THE HONORABLE COURT:

Plaintiff Lesa L. Dean hereby files this Notice in connection with the above-entitled and numbered action, and in support attaches the following:

**Exhibit A - Withdrawal of Consent to Join of Lesa L. Dean**.

Respectfully submitted,

*/s/ Kerry O'Brien*

**Kerry V. O'Brien**
Texas Bar No. 24038469

**O'BRIEN LAW FIRM**
TEXASEMPLOYEES.com

1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960
fax: (512) 410-6171
email: ko@obrienlawpc.com

**LEAD COUNSEL FOR PLAINTIFFS**

1

and

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881

GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (972) 504-1420
fax: (833) 957-2957
email: travis@travisgasper.com

**CO-COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record via electronic mail transmission this the 14th day of September 2023:

Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Laster
State Bar No. 24076499
KBrumbalow@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
phone: 214-953-0053
fax: 214-922-4142

*Counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*

Kerry V. O'Brien,
Lead Counsel for Plaintiffs

2