IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated,* | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:22-cv-01073-SDJ |
| v. | § § | |
| | § | Collective Action under |
| CATASTROPHE RESPONSE UNIT, INC. and | § § | 29 U.S.C. § 216(b) |
| CATASTROPHE RESPONSE UNIT USA, INC., | § § § | JURY DEMANDED |
| Defendants. | § § § | |

## WITHDRAWAL OF CONSENT TO JOIN OF LESA L. DEAN

TO THE HONORABLE COURT:

On May 8, 2023, my Consent to Join was filed in this case. I am withdrawing my Consent to Join at this time, for personal reasons. Regardless of this withdrawal, I reserve my rights with respect to any claims I may have against Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.

Respectfully,

*Lesa L. Dean*
_____
Lesa L. Dean

Sep 14 2023
_____
Date



# Audit Trail

## Document Details

| | |
|---|---|
| **Title** | Withdrawal of Consent to Join |
| **File Name** | Withdraw Consent_Dean 09-14-2023.pdf |
| **Document ID** | 01a218521170473e9323dc696149b97e |
| **Fingerprint** | 71297dc577c411770fbc1420258c3c03 |
| **Status** | Completed |

## Document History

| | | |
|---|---|---|
| **Document Created** | Document Created by Kerry O'Brien (ko@obrienlawpc.com)<br>Fingerprint: cb4751de25756cc6f6dda29d6b291816 | Sep 14 2023<br>02:21PM UTC |
| **Document Sent** | Document Sent to Lesa L. Dean (dean_lesa@yahoo.com) | Sep 14 2023<br>02:21PM UTC |
| **Document Viewed** | Document Viewed by Lesa L. Dean (dean_lesa@yahoo.com)<br>IP: 108.247.22.186 | Sep 14 2023<br>02:32PM UTC |
| **Document Signed** | Document Signed by Lesa L. Dean (dean_lesa@yahoo.com)<br>IP: 108.247.22.186<br>*Lesa L. Dean* | Sep 14 2023<br>02:32PM UTC |
| **Document Completed** | This document has been completed.<br>Fingerprint: 71297dc577c411770fbc1420258c3c03 | Sep 14 2023<br>02:32PM UTC |

Processed by xodo sign