IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated,* § § § § | | |
| **Plaintiffs,** § | **CIVIL ACTION NO.** | |
| § | **4:22-cv-01073-SDJ** | |
| v. § | | |
| § | **Collective Action under** | |
| **CATASTROPHE RESPONSE UNIT, INC.** and § § | **29 U.S.C. § 216(b)** | |
| **CATASTROPHE RESPONSE UNIT USA, INC.,** § § § | **JURY DEMANDED** | |
| **Defendants.** § § | | |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED SECOND MOTION FOR EXTENSION

On this the ____ day of _____, 2023 came on to be heard Plaintiffs' Unopposed Second Motion for Extension ("Motion" herein) of the deadline and briefing schedule for Plaintiffs' Motion for Determination & Notice. After considering the pleadings and the arguments of counsel, the Court finds that Plaintiffs' Motion should be granted.

Therefore, it is hereby ordered that the Motion is GRANTED, and the following new deadlines shall apply in this case:

**November 28, 2023:** Deadline for Plaintiffs to file motion under 29 U.S.C. § 216(b) for determination of whether putative members of the Fair Labor Standards Act ("FLSA") collective are similarly situated to Plaintiffs and for authorization to send notice of this action to such persons.

**December 19, 2023:** Deadline for Defendants to file their response(s) to Plaintiffs' motion under 29 U.S.C. § 216(b).

**January 4, 2024:** Deadline for Plaintiffs to file any reply in support of their motion under 29 U.S.C. § 216(b).

Signed this the _____ day of _____, 2023.

_____
Presiding Judge