UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLA M. COLLINS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-1073-SDJ |
| | § | |
| CATASTROPHE RESPONSE UNIT | § | |
| USA, INC., ET AL. | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Second Motion for Extension. (Dkt. #30). The Court finds that Plaintiffs have articulated good cause for a further extension of the deadlines in the Amended Preliminary Scheduling Order and notes that the motion is unopposed by Defendants.

It is therefore **ORDERED** that the motion is **GRANTED**. The Court will issue a Second Amended Preliminary Scheduling Order.

**So ORDERED and SIGNED this 2nd day of October, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE