## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 4:22-CV-1073-SDJ

Plaintiff:
**COLLINS, ET AL**

vs.

Defendant:
**CATASTROPHE RESPONSE UNIT, INC., ET AL.**

For:
O'Brien Law Firm, P.C.
1011 Westlake Drive
Austin, TX 78746

Received by Action Legal Process to be served on **Olandria F. Quinnie, 301 Evergreen Hill, Mobile, AL 36609**.

I, Jacinto Colunga, being duly sworn, depose and say that on the **27th day of October, 2023** at **12:01 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **Olandria F. Quinnie** at the address of: **301 Evergreen Hill, Mobile, AL 36609**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Black, Height: 5'8", Weight: 230, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 27 day of October, 2023 by the affiant who is personally known to me by presenting photo identification.

NOTARY PUBLIC
STATE OF Alabama
COUNTY OF Baldwin

Fiona Givens
Notary Public
Alabama State at Large
Expiration: 11/17/2026

Jacinto Colunga

Action Legal Process
6812 N. Oak Trafficway
Suite 2
Kansas City, MO 64118
(888) 511-1919

Our Job Serial Number: RTI-2023030934

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

