**CONSENT TO BECOME PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages in the case in which this consent is filed. By joining this lawsuit, I designate the above-named Plaintiff and her attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my unpaid wages against my current/former employer whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my unpaid wage claims I choose to be represented by O'Brien Law, P.C. and Gasper Law PLLC, and other attorneys with whom they may associate.

Date: Nov 09 2023

Signature: *Richard Wilson, Sr.*

Printed Name: Richard Wilson



# Audit Trail

## Document Details

| | |
|---|---|
| **Title** | Consent to Join - CRU Overtime Desk Adjuster Litigation |
| **File Name** | Opt-in Plaintiff Consent Form.pdf |
| **Document ID** | 0c0739de01f4438fa25e65077744997f |
| **Fingerprint** | 6335b268d73225ab2c1c9123c38c0b7c |
| **Status** | Completed |

## Document History

**Document Created**
Document Created by Kerry O'Brien (ko@obrienlawpc.com)
Fingerprint: ab99d65d750c870e2e3fa62df2d171ba
Nov 09 2023
07:31PM UTC

**Document Sent**
Document Sent to Richard Wilson, Sr. (rwadjusting@outlook.com)
Nov 09 2023
07:31PM UTC

**Document Viewed**
Document Viewed by Richard Wilson, Sr. (rwadjusting@outlook.com)
IP: 104.47.55.126
Nov 09 2023
09:23PM UTC

**Document Viewed**
Document Viewed by Richard Wilson, Sr. (rwadjusting@outlook.com)
IP: 174.236.102.6
Nov 09 2023
09:23PM UTC

**Document Signed**
Document Signed by Richard Wilson, Sr. (rwadjusting@outlook.com)
IP: 174.236.102.6

*Richard Wilson, Sr.*

Nov 09 2023
09:24PM UTC

**Document Completed**
This document has been completed.
Fingerprint: 6335b268d73225ab2c1c9123c38c0b7c
Nov 09 2023
09:24PM UTC