IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>4:22-cv-01073-SDJ<br><br>Collective Action under<br>29 U.S.C. § 216(b)<br><br>JURY DEMANDED |

## NOTICE OF FILING OF CONSENTS TO JOIN

Plaintiffs hereby file this Notice of Filing Consent in connection with the above-entitled and numbered action, and in support attach the following Consents to Join[1]:

**Exhibit A** - Consent To Become Party Plaintiff:  Abigail Leyva
**Exhibit B** - Consent To Become Party Plaintiff:  Jennifer Shelton
**Exhibit C** - Consent To Become Party Plaintiff:  Priscilla Leyva

Respectfully submitted,

*Kerry O'Brien*

**Kerry V. O'Brien**
Texas Bar No. 24038469

O'BRIEN LAW FIRM
TEXASEMPLOYEES.COM

---

[1] Any Consent to Join that is filed for an individual who also worked for a period of time as a manager or team lead for Defendants is only being filed for purposes of their period of employment as a desk adjuster.

      1011 Westlake Drive
      Austin, Texas 78746
      phone: (512) 410-1960
      fax: (512) 410-6171
      email: ko@obrienlawpc.com

**LEAD COUNSEL FOR PLAINTIFFS**

and

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881

GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (972) 504-1420
fax: (833) 957-2957
email: travis@travisgasper.com

**CO-COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record via electronic mail transmission this the 16th day of November 2023:

Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Laster
State Bar No. 24076499
KBrumbalow@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
phone: 214-953-0053
fax: 214-922-4142

*Counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*

                                                  /s/ Kerry O'Brien
                                                  Kerry V. O'Brien,
                                                  Lead Counsel for Plaintiffs