IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,<br><br>Defendants. | NO. 4:22-CV-1073-SDJ |

### APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR NOTICE

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Deposition of Plaintiff Ashley Ruise (excerpts) |
| B | Deposition of Plaintiff Basil Riley III (excerpts) |
| C | Deposition of Plaintiff Natine Lundy (excerpts) |
| D | Deposition of Plaintiff Pamela James (excerpts) |
| E | Deposition of Plaintiff Rasheedah Mays (excerpts) |
| F | Deposition of Plaintiff Sheena Nickelberry (excerpts) |
| G | Deposition of Defendants' Corporate Representative, David Repinski (excerpts) |
| H | Deposition of Adam Dickens (excerpts) |
| I | Interrogatory Responses of Plaintiff Collins |
| J | Interrogatory Responses of Plaintiff James |
| K | Interrogatory Responses of Plaintiff Lundy |
| L | Interrogatory Responses of Plaintiff Mansfield |
| M | Interrogatory Responses of Plaintiff Mays |
| N | Interrogatory Responses of Plaintiff Nickelberry |
| O | Interrogatory Responses of Plaintiff Riley |
| P | Interrogatory Responses of Plaintiff Ruise |

| Q  | Plaintiffs' First Set of *Swales* Discovery to Defendants |
|----|------------------------------------------------------------|
| R  | Catastrophe Response Unit, Inc. ("CRU") Third Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories |
| S  | Catastrophe Response Unit USA, Inc. ("CRU USA") Third Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories |
| T  | CRU Independent Contractor Agreement |
| U  | CRU Independent Contractor Onboarding Packet |
| V  | CRU Paystub |
| W  | CRU Remuneration Statement |
| X  | Proposed Notice and Consent |
| Y  | Proposed Email Notice |
| Z  | Proposed Text Message Notice |
| AA | Proposed Reminder Notice |

Respectfully submitted,

**Kerry V. O'Brien**
Texas Bar No. 24038469



1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960
fax: (512) 410-6171
email: ko@obrienlawpc.com

**LEAD COUNSEL FOR PLAINTIFFS**

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (469) 663-7736
fax: (833) 957-2957

email: travis@travisgasper.com

**COUNSEL FOR PLAINTIFFS**