Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| C.M. COLLINS, N.J. LUNDY, and R.C.L. MAYS, Individually and on behalf of all other similarly situated, | § § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 4:22-cv-1073 |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | § § § | |
| Defendants. | § § | |

ORAL AND VIDEOTAPED DEPOSITION OF

ASHLEY RUISE

OCTOBER 12, 2023

VOLUME 1

(Reported Remotely)

ORIGINAL

ORAL AND VIDEOTAPED DEPOSITION OF ASHLEY RUISE

Page 2

1                    ORAL AND VIDEOTAPED DEPOSITION of ASHLEY

2     RUISE, produced as a witness at the instance of the

3     Defendants, and duly sworn, was taken in the

4     above-styled and numbered cause on the 12th of

5     October, 2023, from 9:32 a.m. to 6:15 p.m., before

6     Kathy E. Weldon, CSR in and for the State of Texas,

7     reported by machine shorthand, at the residence of

8     Ashley Ruise, 1924 SW 4th Street, in the City of Fort

9     Lauderdale, County of Broward, State of Florida,

10    pursuant to Notice and the Federal Rules of Civil

11    Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORAL AND VIDEOTAPED DEPOSITION OF ASHLEY RUISE**

Page 29

1     A.  About the lawsuit, yes.  She called and

2  checked on me, but it had nothing to do with the

3  lawsuit.

4     Q.  You and Rasheedah still keep in touch?  You

5  just haven't spoken about the lawsuit?

6     A.  Yeah.  Every blue moon she'll -- will call

7  and just see how life's been treating you.

8     Q.  What about Basil?  Do you still keep up with

9  Basil?

10     A.  Every blue moon.

11     Q.  And you've talked to Basil several times

12  since the end of 2022 when you visited about the

13  lawsuit.  You just haven't discussed the lawsuit with

14  him?

15     A.  Right, right.

16     Q.  Have you talked about this lawsuit or your

17  allegations in this lawsuit with anyone other than

18  your attorneys, Basil, and Rasheedah?

19     A.  No, sir, I haven't talked to anyone else.

20     Q.  Did you know that your lawyers told us on

21  September 29th, 2023 that you were still in possession

22  of the laptop computer that was loaned to you in

23  connection with your last deployment by CRU?

24     A.  Yes, sir.

25     Q.  And when did your last deployment with CRU

## ORAL AND VIDEOTAPED DEPOSITION OF ASHLEY RUISE

Page 281

1    saying good night if nobody else is on Teams.

2         Q.  Well, how would you know -- how would we know

3    that you worked past other people's good nights?  I

4    mean, how would we know when you stopped working?

5         A.  If you go and look at the -- the -- the

6    spreadsheet, everything we did still had to go on that

7    spreadsheet.  I mean, even if I did work overtime,

8    what we were doing was -- it wasn't included for that

9    day because -- I mean, not overtime.

10              If I worked over my hours, we wouldn't

11   include for that day.  It would be on the spreadsheet,

12   and we'd just put it for the next day because

13   everything for that day is already concluded and done,

14   so we'll just spread it out for the next day, and then

15   it goes into like that.

16        Q.  Let's go back to Exhibit No. 3, which are

17   your interrogatory answers.

18        A.  Uh-huh.

19        Q.  And let's go to No. 4 in particular.

20              You state -- or you're -- you're asked

21   for each request or, as you know -- or request or

22   admission that you denied.  Please explain the basis

23   for your denial.  And one of the things that you

24   stated in there is that you could not work another job

25   while working for CRU.

ORAL AND VIDEOTAPED DEPOSITION OF ASHLEY RUISE

Page 282

1    A.   Yes.

2    Q.   Now, who at CRU told you that you were not

3  allowed to work another job while working for CRU?

4    A.   I can't remember exactly who it was, but I

5  remember us having a meeting.  We was inside of a

6  meeting, and it was said.

7    Q.   One time?

8    A.   Oh, multiple times.  Because they knew that

9  people was working other jobs, and they was

10 complaining about, hey, guys, you can't work two

11 deployments.  We need you guys to focus, you know, on

12 what we have here in front of you.  You can't work --

13 it's impossible.

14            They were where it's impossible for you

15 to work two deployments on this job.  If you're

16 working on two deployments, we know you're not getting

17 the work done.  So, I mean, that was -- that was in --

18 over the -- I don't have it written down, but that was

19 definitely said to us more than once in meetings.

20            I can't remember who, but it always

21 popped up every so often, I guess, when he found out

22 somebody was working another deployment --

23    Q.   But you can't remember --

24    A.   -- or reiterated.

25    Q.   -- (overtalk) or when?

ORAL AND VIDEOTAPED DEPOSITION OF ASHLEY RUISE

Page 283

1     A.   I can't remember when, but I know that it was

2  reiterated.

3     Q.   Now, this statement that you allege was made

4  several times was different than what you had

5  previously understood from your independent contractor

6  agreement with CRU, right?

7     A.   Yes.  I thought that as an independent

8  contractor, that you could work different deployments

9  if you choose to, but I guess they didn't want it.

10    Q.   Well -- but -- but did -- did you recognize

11 that at the time when you heard it, that this was

12 different than your -- the representations in your

13 independent contractor agreement?

14    A.   Yes.

15    Q.   And did you ever ask any of the other

16 adjusters or anyone else at CRU whether what you had

17 supposedly been told was true?

18    A.   To be honest, I never doubled-down on it

19 because I wasn't trying to work no second job working

20 at CRU.  There was enough work for me to work this

21 one, so I didn't say, hey, is this true?  We can't

22 work a second?  I didn't care to work a second job.

23         So to be -- I heard it.  I've heard it

24 plenty of times, but I never indulged in it because I

25 wasn't trying to work a second job.

ORAL AND VIDEOTAPED DEPOSITION OF ASHLEY RUISE

Page 295

1    course of the day, right?

2         A.   Yes.

3         Q.   And by the way, no one wants to work

4    somewhere where the expectations are unreasonable.

5         A.   You're absolutely right.

6         Q.   And -- and that's why you self-released in

7    July of 2002 -- 2022, because you thought "I'm working

8    really hard, and I'm incredibly frustrated, and I'm

9    still supposedly not doing enough around here.  I just

10   can't win."

11               Sound about right?

12        A.   Yes.

13        Q.   You never lost pay for not completing enough

14   work or where CRU is being disappointed with your

15   work, right?

16        A.   Yeah, yes.

17        Q.   Were you ever told that you had to get

18   approval in advance to take time off?

19        A.   Yes, we do have to get approval in advance to

20   take time off.  But I never took it off, so -- but I

21   was told that you do have to let them know before if

22   you did.

23        Q.   Okay.  That's the question.

24        A.   Uh-huh.

25        Q.   Were you ever told that you and other

ORAL AND VIDEOTAPED DEPOSITION OF ASHLEY RUISE

Page 318

1    STATE  OF  TEXAS )

2    COUNTY OF DALLAS )

3           I, Kathy E. Weldon, Certified Shorthand

4    Reporter, in and for the State of Texas, certify that

5    the foregoing deposition of ASHLEY RUISE was reported

6    stenographically by me at the time and place

7    indicated, said witness having been placed under oath

8    by me, and that the deposition is a true record of the

9    testimony given by the witness.

10          I further certify that I am neither counsel

11   for nor related to any party in this cause and am not

12   financially interested in its outcome.

13          Given under my hand on this the 27th day of

14   Oct.      , 2023.

15

16                        Kathy E Weldon
                          _____
                          Kathy E. Weldon, CSR No. 6166
17                        Bradford Court Reporting, L.L.C.
                          Firm Registration #38
18                        7015 Mumford
                          Dallas, Texas 75252
19                        Telephone:  (972) 931-2799
                          Fax:        (972) 931-1199
20                        My Commission Expires 10-31-2025

21
     Time used by each party:
22   Mr. Travis Gasper - 0:00
     Mr. Monte K. Hurst - 6:43
23

24

25