Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

```
C.M. COLLINS, N.J. LUNDY    *
AND R.C.L. MAYS,            *
INDIVIDUALLY AND ON         *
BEHALF OF ALL OTHERS        *
SIMILARLY SITUATED,         *
         PLAINTIFFS,        *
                            * CIVIL ACTION
VS.                         * NO. 4:22-CV-1073
                            *
CATASTROPHE RESPONSE        *
UNIT, INC. AND              *
CATASTROPHE RESPONSE UNIT   *
USA, INC.,                  *
         DEFENDANTS.        *
```

---------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

SHEENA NICKELBERRY

SEPTEMBER 15, 2023

---------------------------------------

ANSWERS AND DEPOSITION of SHEENA NICKELBERRY, a witness produced on behalf of the Defendant, taken in the above styled and numbered cause on the 15th day of September, 2023, from 1:05 p.m. to 7:35 p.m. before Kathy Bradford, a Certified Court Reporter in and for the State of Texas, reported by machine shorthand, with all parties and the witness appearing remotely taken in accordance with the Federal Rules and the provisions stated on the record or attached hereto

ORAL AND VIDEOTAPED DEPOSITION OF SHEENA NICKELBERRY

Page 200

1  going to discuss it.
2       A.  Okay.
3       Q.  Do you see regarding Request For Admission
4  Number 5 "Nickelberry could not work another job while
5  working for CRU"?
6       A.  Uh-huh.
7       Q.  Do you see that?
8       A.  Yes.
9       Q.  Is that true?
10      A.  Is what true?
11      Q.  That you could not work another job while
12  working for CRU.
13      A.  Oh, yeah, they told us that.
14      Q.  Well, hold on.  We're going to get to whether
15  they told you that.
16      A.  Okay.
17      Q.  But -- but is it your sworn testimony that
18  you were not able to work another job while working
19  for CRU?
20      A.  Right.
21      Q.  Is that correct?
22      A.  Right.
23      Q.  Not right.  Is it -- is that correct?
24      A.  That is correct.  That's what --
25            MR. O'BRIEN:  It might --

ORAL AND VIDEOTAPED DEPOSITION OF SHEENA NICKELBERRY

Page 201

```
 1        A.  -- I meant by --
 2             THE WITNESS:  All right.
 3             MR. O'BRIEN:  Never mind.
 4             MR. HURST:  Okay.  I -- I need a clean
 5   record of this so --
 6             MR. O'BRIEN:  Sure.  I don't think that
 7   was unclear, but that's fine.
 8        Q.  (BY MR. HURST)  Okay.  So is it correct,
 9   Ms. Nickelberry, that you were not able to work
10   another job while working for CRU?
11        A.  Right.
12        Q.  Is that in reference to each one of your six
13   CRU deployments?
14        A.  It never came up in the beginning; but at the
15   end, two deployments working for CRU/TD, it was.
16        Q.  Is it your testimony, ma'am, that you did not
17   work another job while you were working for CRU?
18        A.  I don't remember that.
19        Q.  You don't remember working for State Farm at
20   the same time as you were a desk adjuster at CRU?
21        A.  No.
22        Q.  Is there someone at CRU who told you that you
23   were not allowed to work at another job while working
24   for CRU?
25        A.  It was several people.
```

ORAL AND VIDEOTAPED DEPOSITION OF SHEENA NICKELBERRY

Page 260

```
1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
2                       SHERMAN DIVISION
3   C.M. COLLINS, N.J. LUNDY     *
    AND R.C.L. MAYS,             *
4   INDIVIDUALLY AND ON          *
    BEHALF OF ALL OTHERS         *
5   SIMILARLY SITUATED,          *
             PLAINTIFFS,         *
6                                * CIVIL ACTION
    VS.                          * NO. 4:22-CV-1073
7                                *
    CATASTROPHE RESPONSE         *
8   UNIT, INC. AND               *
    CATASTROPHE RESPONSE UNIT    *
9   USA, INC.,                   *
             DEFENDANTS.         *
10
11
12
13              REPORTER'S CERTIFICATION
14          ORAL AND VIDEOTAPED DEPOSITION OF
15                 SHEENA NICKELBERRY
16                 SEPTEMBER 15, 2023
17
18  I, KATHY BRADFORD, Certified Shorthand Reporter in and
    for the State of Texas, hereby certify to the
19  following:
20  That the witness, SHEENA NICKELBERRY, was duly sworn
    by the officer and that the transcript of the oral
21  deposition is a true record of the testimony given by
    the witness;
22
    That the time used by the parties is as follows:
23
         Mr. Hurst -- 5:30
24       Mr. O'Brien - 11 minutes
25  That a copy of this certificate was served on all
```

Bradford Court Reporting, LLC    972.931.2799    www.bradfordreporting.com

Page 261

```
 1   _____.

 2   I further certify that pursuant to FRCP Rule 30(e)(1)
     that the signature of the deponent was either not
 3   requested by the deponent or a party before the
     completion of the deposition or was waived based on
 4   the agreement of counsel.

 5   I further certify that I am neither attorney or
     counsel for nor related to or employed by any of the
 6   parties to the action in which this deposition is
     taken, and further that I am not a relative or
 7   employee of any attorney or counsel employed by the
     parties hereto or financially interested in the
 8   action.

 9   Certified to by me this 29th day of September, 2023.

10              _____
11              KATHY BRADFORD,
                Certified Shorthand Reporter
12              in and for the State of Texas.
                Certification Number:  3082
13              Date of Expiration:  7-31-2025
                Firm Registration Number 38
14              Bradford Court Reporting, L.L.C.
                7015 Mumford
15              Dallas, Texas  75252
                Phone:  (972) 931-2799
16              Fax:  (972) 931-1199

17

18

19

20

21

22

23

24

25
```