**CATASTROPHE RESPONSE UNIT USA, INC.**
860 W AIRPORT FREEWAY SUITE 400
HURST TX 76054
(416)566-5685

EMPLOYEE ID: 6058
DEPARTMENT: 300
DD RECEIPT:    1214977843



Pay Per od     07/16/2021  -  07/31/2021
Pay Date       08/16/2021

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| ‡1099-NEC | | | 4,243.12 | | 4,243.12 |
| **Total** | | | $4,243.12 | | $4,243.12 |

| | | |
|---|---|---|
| Net D rect Depos t | ██████ | $3,743.12 |
| DDpart a 2 | ██████ | $500.00 |
| **Net Pay** | ██████ | $4,243.12 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**CATASTROPHE RESPONSE UNIT USA, INC.**
860 W AIRPORT FREEWAY SUITE 400
HURST TX 76054

D rect Depos t # ██████
Date       08/16/2021

Pay th s Amount

| ** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T ** | VOID ** VOID ** |
|---|---|

300     DD

DIRECT DEPOSIT $3,743.12
TO ACCOUNT # ██████
BANK # ██████

Pay to the
Order of

**N O N - N E G O T I A B L E**

CRU000120