# CRU GROUP

| Project | Pay Period | Deposit Date |
|---|---|---|
| RES CAT 2102 | MAY 1-15, 2022 | 2022-06-01 |

| Name: | Lundy, Nikki | | Day Rate | OT Rate | Currency Base |
|---|---|---|---|---|---|
| Email: | | | $575.00 | $63.89 | CAD |

| Date | Days Worked | Overtime Hours | Daily pay | OT pay | Daily total |
|---|---|---|---|---|---|
| 2022-05-01 | 0 | 0 | $ - | $ - | $ - |
| 2022-05-02 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-03 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-04 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-05 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-06 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-07 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-08 | 0 | 0 | $ - | $ - | $ - |
| 2022-05-09 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-10 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-11 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-12 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-13 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-14 | 1 | 0 | $ 575.00 | $ - | $ 575.00 |
| 2022-05-15 | 0 | 0 | $ - | $ - | $ - |
| Subtotal | 12 | 0 | $ 6,900.00 | $ - | $ 6,900.00 |

| | |
|---|---|
| Expenses: | $ - |
| Additions: | $ - |
| Deductions: | $ - |
| Current Gross Pay | $ 6,900.00 |
| YTD Gross Pay | $ 60,937.50 |

PLAINTIFFS 000017