# **PROPOSED EMAIL NOTICE**

**Subject:** Your Right to Join Desk Adjusters in an Unpaid Overtime Lawsuit against CRU Group

You are receiving this email because you may be eligible to join a lawsuit seeking to recover unpaid wages against Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc. (collectively, "CRU Group").

If you were classified by CRU Group as an independent contractor while working as a desk adjuster at any time in the past (3) years, you may be entitled to join a lawsuit for unpaid overtime wages.

A Notice was also mailed to you at the last known mailing address CRU Group had on file for you. The information is also available at the following link: [URL].

The deadline to sign and return your Consent to Join Lawsuit form is [DATE]. You may submit your signed consent:
- electronically at [URL];
- by email to consents@obrienlawpc.com; or
- by mailing it to the Plaintiffs' attorneys at either address below.

For additional information about the case, including how to join, you may contact the Plaintiffs' attorneys listed below.

| | |
|---|---|
| **Kerry V. O'Brien** | **Travis Gasper** |
| Texas Bar No. 24038469 | Texas Bar No. 24096881 |
|  | **GASPER LAW PLLC** |
| | 1408 N. Riverfront Blvd., Suite 323 |
| 1011 Westlake Drive | Dallas, Texas 75207 |
| Austin, Texas 78746 | phone: (469) 663-7736 |
| phone: (512) 410-1960 | fax: (833) 957-2957 |
| fax: (512) 410-6171 | email: travis@travisgasper.com |
| email: ko@obrienlawpc.com | |