## PROPOSED TEXT MESSAGE NOTICE

If you worked as a desk adjuster for CRU Group and were classified as an independent contractor, you may be entitled to join a lawsuit to recover unpaid wages.

For more information, including how to join, visit [URL]. The deadline to sign and return your Consent to Join Lawsuit form is [DATE].