**PROPOSED REMINDER POSTCARD**

**IMPORTANT REMINDER NOTICE**

Notice was recently sent to you regarding your right to join a lawsuit against Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc. (collectively, "CRU").

In order to participate in this lawsuit, **you must sign and return the Consent to Join Lawsuit form that was previously sent to you <u>no later than</u> [deadline].**

If you misplaced or did not receive the notice, please contact the Plaintiffs' attorneys (full contact information below) by calling (512) 410-1960 or emailing ko@obrienlawpc.com to request a copy to be mailed or emailed to you.

You may also obtain a copy of the Notice Materials regarding your rights to join this lawsuit at the following website: **[URL]**

For additional information about the case, including how to join, you may contact the Plaintiffs' attorneys listed below.

| **Kerry V. O'Brien** | **Travis Gasper** |
|---|---|
| Texas Bar No. 24038469 | Texas Bar No. 24096881 |
| **O'BRIEN LAW FIRM** | **GASPER LAW PLLC** |
| 1011 Westlake Drive | 1408 N. Riverfront Blvd., Suite 323 |
| Austin, Texas 78746 | Dallas, Texas 75207 |
| phone: (512) 410-1960 | phone: (469) 663-7736 |
| fax: (512) 410-6171 | fax: (833) 957-2957 |
| email: ko@obrienlawpc.com | email: travis@travisgasper.com |