IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually, and on behalf of all others similarly situated,* § § § § | | |
| Plaintiffs, § | | |
| v. § | NO. 4:22-CV-1073-SDJ | |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., § § § § | | |
| Defendants. § § | | |

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel conferred with counsel for Defendants, who indicated they are opposed to the relief requested in Plaintiffs' Motion for Notice [ECF 40].

Respectfully submitted,

*[signature: Kerry O'Brien]*

**Kerry V. O'Brien**
Texas Bar No. 24038469

**O'BRIEN LAW FIRM**
TEXASEMPLOYEES.COM

1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960
fax: (512) 410-6171
email: ko@obrienlawpc.com

**LEAD COUNSEL FOR PLAINTIFFS**

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323

Dallas, Texas 75207  
phone: (469) 663-7736  
fax: (833) 957-2957  
email: travis@travisgasper.com  

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that on November 29, 2023, a true and correct copy of the foregoing document was filed through the Court's electronic case filing system, which will serve a copy of this document on all counsel of record.

**Kerry V. O'Brien**