IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually, and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § | NO. 4:22-CV-1073-SDJ |

## NOTICE OF FILING CONSENT TO JOIN

Plaintiffs hereby file this Notice of Filing Consent in connection with the above-entitled and -numbered action, and in support attaches the following:

Exhibit A - Consent To Become Party Plaintiff: Kiara Washington.

Respectfully submitted,

*[signature: Kerry O'Brien]*

**Kerry V. O'Brien**
Texas Bar No. 24038469

O'BRIEN LAW FIRM
TEXASEMPLOYEES.COM

1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960
fax: (512) 410-6171
email: ko@obrienlawpc.com

**LEAD COUNSEL FOR PLAINTIFFS**

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881

**NOTICE OF FILING CONSENT TO JOIN**                                                                                       **Page 1**

GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (469) 663-7736
fax: (833) 957-2957
email: travis@travisgasper.com

**COUNSEL FOR PLAINTIFFS**