IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated,* § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. 4:22-cv-01073-SDJ |
| § | |
| v. § | |
| § | Collective Action under |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., § § § § | 29 U.S.C. § 216(b) |
| § | JURY DEMANDED |
| Defendants. § § | |

**WITHDRAWAL OF CONSENT TO JOIN OF RICHARD WILSON, SR.**

TO THE HONORABLE COURT:

On November 13, 2023, my Consent to Join was filed in this case. I am withdrawing my Consent to Join at this time, for personal reasons. Regardless of this withdrawal, I reserve my rights with respect to any claims I may have against Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.

Respectfully,

*Richard Wilson, Sr.*
_____
Richard Wilson, Sr.

Dec 12 2023
_____
Date



# Audit Trail

| Document Details | |
|---|---|
| **Title** | Withdraw Consent_Wilson 12-12-2023.pdf |
| **File Name** | Withdraw Consent_Wilson 12-12-2023.pdf |
| **Document ID** | 52c62ca717d940b498d24b7b63b07845 |
| **Fingerprint** | 9b66292bbc957f7dc0df384258e249cc |
| **Status** | Completed |

## Document History

| | | |
|---|---|---|
| **Document Created** | Document Created by Kerry O'Brien (ko@obrienlawpc.com)<br>Fingerprint: d86ecb4a09293c4aaf6d1b919742f7f1 | Dec 12 2023<br>07:50PM UTC |
| **Document Sent** | Document Sent to Richard Wilson, Sr. (rwadjusting@outlook.com) | Dec 12 2023<br>07:50PM UTC |
| **Document Viewed** | Document Viewed by Richard Wilson, Sr. (rwadjusting@outlook.com)<br>IP: 104.47.74.126 | Dec 12 2023<br>07:51PM UTC |
| **Document Viewed** | Document Viewed by Richard Wilson, Sr. (rwadjusting@outlook.com)<br>IP: 174.236.98.155 | Dec 12 2023<br>07:51PM UTC |
| **Document Viewed** | Document Viewed by Richard Wilson, Sr. (rwadjusting@outlook.com)<br>IP: 40.94.227.74 | Dec 12 2023<br>07:51PM UTC |
| **Document Signed** | Document Signed by Richard Wilson, Sr. (rwadjusting@outlook.com)<br>IP: 174.236.98.155<br>*Richard Wilson, Sr.* | Dec 12 2023<br>07:52PM UTC |
| **Document Completed** | This document has been completed.<br>Fingerprint: 9b66292bbc957f7dc0df384258e249cc | Dec 12 2023<br>07:52PM UTC |

Processed by xodo sign