IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS, *individually and on behalf of all others similarly situated*, | § § § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-cv-1073 |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | § § § § § | |
| *Defendants.* | § § | |

### ORDER GRANTING EMERGENCY MOTION TO COMPEL DISCOVERY AND TO EXTEND DEADLINE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR NOTICE

Before the Court is Defendants Catastrophe Response Unit USA, Inc.'s and Catastrophe Response Unit, Inc.'s (collectively, "CRU") Emergency Motion to Compel Discovery and to Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Notice (the "Emergency Motion"). Having considered the Emergency Motion, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** that Carla Collins produce, on or before December 20, 2023, the following:

(1) Her W-2s, 1099s, and T4A-NR for Tax Years 2019, 2020, 2021, and 2022; and

(2) For each Facebook account Carla Collins manages, all of the items under each of the following subfolders under Ms. Collins' Facebook Activity Log, for days when she claimed to have been working for CRU, in HTML format:

- Your Posts;
- Messages;
- Comments and reactions;

-2-

- Stories;
- Groups;
- Pages;
- Events; and
- Other activity.

It is further **ORDERED** that Rasheedah Mays and Pamela James each produce, on or before December 20, 2023, their W-2s, 1099s, and T4A-NR for Tax Years 2019, 2020, 2021, and 2022.

Finally, it is **ORDERED** that the deadline by which CRU must file a response to in opposition to Plaintiffs' Motion for Notice is extended to January 3, 2024.

    **SO ORDERED**.