**EXHIBIT A.2**

**Ceicili S. Morales**

| | |
|---|---|
| **From:** | Kerry O'Brien <ko@obrienlawpc.com> |
| **Sent:** | Friday, December 8, 2023 6:26 PM |
| **To:** | Monte K. Hurst |
| **Cc:** | Kristen A. Brumbalow; Ceicili S. Morales; Travis Gasper; beth@obrienlawpc.com |
| **Subject:** | Wage documents + Collins facebook data |
| **Attachments:** | PLAINTIFFS 000453-000465_Ruise.pdf; PLAINTIFFS 000441-000452_Riley.pdf; PLAINTIFFS 000427-000440_Mansfield.pdf; PLAINTIFFS 000473-000475_Nickelberry.pdf; PLAINTIFFS 000413-000426_Lundy.pdf; PLAINTIFFS 000466-000472_Nickelberry.pdf |

Monte,

Attached are PLAINTIFFS 000413-000475. Where the individual could not locate all of their tax forms, in lieu of those, the individual has obtained a copy of their Wage & Income transcripts from the IRS. We have redacted the non-wage data from the Wage & Income transcripts, such as 1099-I reports on interest income. All W-2 and 1099-NEC data is provided. If you have any questions, please let me know.

We believe that supplemental production on the tax documents is complete for Lundy, Riley, Ruise, Mansfield, and Nickelberry.

We do not have responsive documents from Collins and Mays at this time.

Pamela James is currently in Canada and does not return to the U.S. until December 13. I verified that this is accurate. Her tax documents are at home in Georgia. She was unable to obtain Wage & Income statements from the IRS after many attempts to do so using the portal. We will supplement for her upon her return.

Ms. Collins is willing to provide the requested facebook data and was working with Travis to execute that. However, it is my understanding that her family suffered a family tragedy around Wednesday and as a result, she was unable to complete that task by today. I will endeavor to get an ETA from her on the facebook data by Sunday, but that is all I can tell you at this moment.

Kerry


--
**Kerry V. O'Brien**
Attorney
Board Certified in Labor & Employment Law by the TBLS
phone: (512) 410-1960
1011 Westlake Drive, Austin Texas 78746