



**Carla Collins**

5d · 🌐

Wednesday, December 6, 2023 at 11:03 AM

is HIRING!!!

OPEN POSITIONS:

Secretary III * Bookkeepers * SPED Paraprofessionals * Substitute/Reg Bus Drivers * Substitute CNPs * Mechanic/Electrical-HVAC * Mechanic/Electrical Helper * Assistant Custodians * Laborer- Warehouse... **See more**

👍❤️                                                                          36 comments   285 shares

👍 Like            💬 Comment            ↪ Share



**Carla Collins**
December 6 at 11:52 AM · 🌐

Wednesday, December 6, 2023 at 11:52 AM

BROKE & BROKEN people will do ANYTHING to survive!!!

👍❤️                                                              6 comments   6 shares

👍 Like          💬 Comment          ↪ Share

**View more comments**



**Carla Collins**

5d · 🌐

Wednesday, December 6, 2023 at 12:10 PM one of THE BEST tshirt makers .... welllllllll her name is Katie Hansen!!! Below are a few of the cutest Christmas designs!! Check out her page now!!! You will not be disappointed!!! Christmas is just 19 days away!!!!







**Carla Collins**

5d · 🌐

Wednesday, December 6, 2023 at 12:36 PM

...R BREAK is rapidly approaching... Need something positive to keep the little ones active while at work? Well SPAR has launched WINTER CAMPS throughout Caddo!!!

REGISTRATION IS OPEN NOW!!!!

Gear up for a winter wonderland adventure at SPAR Winter Camps! 🎆 Registration is now OPEN for our Christmas and New Year's Camps, running from December 20 to January 5 (closed on Christmas and New Year's days). 🎄✨... **See more**






**Carla Collins**

5d · 🌐

Wednesday, December 6, 2023 at 2:34 PM Detail Shop do what they do cause my uncle on a short vacation!!!

👍

👍 Like          💬 Comment          ↪ Share

Write a comment...

**Carla Collins**

5d · 🌐

Wednesday, December 6, 2023 at 7:10 PM ~~~~~~~~ mattresses



**Patrick M. Brown** is 🙂 feeling amused.

5d · 🌐

I heard a comedian say: "Your nightgown should be no older than your current relationship". Don't be wearing nightgowns that done survived ex boyfriends & ex husbands. When y'all break up. Break

**Carla Collins**
4d · 🌐

Thursday, December 7, 2023 at 1:11 AM djian Barton real quick





**Carla Collins**

3d · 🌐

Friday, December 8, 2023 at 2:04 PM

MEMBER....let me put here ya go ... picture it JULY 2021 ... READ IT if you can and go cry a river in the fentanyl river if you must: anywho ... video in comments.

Carla Collins
CALL ME ASAP 832.---.----
Jul 11, 2021 6:57:00pm

Carla Collins
318.230.----
Jul 11, 2021 7:12:06pm

Sheteisha J Mua
I will give her a call tomorrow or she can call me 370—–– , no matter what I have going on I never condone in doing bad business. I never anticipated being gone long , I remember this situation vividly I thought I may have had text messages but maybe we talked on the phone ! I went to your page bc I try to put name with faces and I cannot afford to entertain any of it I have a blood pressure that's reaching stroke level today .. my health is more important! Service is very bad on pines Rd , when I got bk I did try reaching her even if she was gone and would have answered I would have told her she would have gotten a discount or something free bc of my mishaps ... I had a big gap between appointments and went out to take care business and it took longer .. that sums it up .. anyone that knows me know that I'm gonna try to make



**Carla Collins**

3d · 🌐

Friday, December 8, 2023 at 4:44 PM

👍❤️

👍 Like          💬 Comment          ↪ Share

Write a comment...



**Carla Collins** is 🎬 watching **Leave the World Behind**.
2d · 🌐

"LEAVE THE WORLD BEHIND" … a MUST watch!!!

The warnings be thru entertainment

Friday, December 8, 2023 at 9:24 PM

👍❤️                                                                    10 comments

👍 Like          💬 Comment          ↪ Share

View more comments

**Tyren De**
Sure is. There's a lot of before hand warning and information is being giving out.
1d   Like   Reply   Edited

Write a comment…

**Carla Collins**
2d · 🌐

Friday, December 8, 2023 at 10:01 PM

THEM: ...nd we built 'merica
ALSO THEM: 😂 ... built like 'merica



**Carla Collins**

5h · 🌐

Monday, December 11, 2023 at 2:41 PM    THE BRIDE & GROOM!!!! Antonio Rutledge





**Carla Collins**

32m · 🌐

Monday, December 11, 2023 at 8:04 PM hy block me …. I wanna play as well. Now that's not "Christ-Like" is it?!?!

😂👍❤️                                                                      2 comments

👍 Like            💬 Comment            ↪ Share

View more comments

**Markiesha Morning**
You and me both! 😂😂

22m   **Like**   **Reply**

Write a comment...

**Carla Collins**

[2h](#) · 🌐

Monday, December 11, 2023 at 10:29 PM





**Carla Collins**

1d · 🌐

Tuesday, December 12, 2023 at 2:48 PM



**Carla Collins**
1d · 🌐

Tuesday, December 12, 2023 at 3:08 PM AS with the BBL JUICE!!!

•••



**Shaniqua Byrd**

ends

ee all



friends

See

**Carla Collins**

23h · 🌐

Tuesday, December 12, 2023 at 6:57 PM

···

**Hemporium MJ** is with **Johnson Constidious**.

3d · 🌐

PRIDE AND EGO WILL HAVE PEOPLE LOSING THE MOST SOLID ONES IN THEIR CORNER

👍❤️😆                                    5 comments    6 shares

👍 Like              💬 Comment              �forward Share



ends

ee all

**Carla Collins**
23h · 🌐

Tuesday, December 12, 2023 at 7:12 PM rget PLEASE stop calling my niece Christmas gift.

Please and thanks
-Loss Prevention Mgmt

😄                                                      2 comments   1 share

👍 Like              ◯ Comment              ↗ Share

View more comments



**Carla Collins**

20h · 🌐

Tuesday, December 12, 2023 at 9:42 PM

When the crosser was crossed by the crossee so the one that's trying to  cross was getting crossed up while trying to cross and now all the intel the crosser "think" they have is intended cross communication to confirm the crossing and now the CROSSER has REALLY been crossed out smdh…. CHECKMATE ♟️

😂👍❤️                                                72 comments   2 shares

👍 Like            💬 Comment            ↪ Share



**Carla Collins**

20h · 🌐

Tuesday, December 12, 2023 at 10:04 PM horse and be came with a pig he knew you was swine in a blanket idk wtf any of the above mean but it's funny af 😂😂😂

😄                                           8 comments    1 share

👍 Like          💬 Comment          ↪ Share

View more comments



**Carla Collins**

19h · 🌐

Tuesday, December 12, 2023 at 10:49 PM don't wake me up until them W-2's hit and the tax lady done unfolded her arms







**Carla Collins**
13h · 🌐

Wednesday, December 13, 2023 at 4:54 AM

**Kee Kendrick**
December 5 at 5:00 PM · 🌐

Y'all be so worried about an image, clean up your SPIRIT

2 comments    5 shares

👍 Like        💬 Comment        ↗ Share



**Carla Collins**

3h · 🌐

Wednesday, December 13, 2023 at 3:01 PM

TOPIC: LYNN CONNER JR of the SHREVEPORT PYNK MORTUARY aka PRECIOUS MEMORIES. If any family has used him he has allegedly taken pictures of your deceased loved one and shared them with others without your knowledge and or permission!!!

How he allegedly tried to pay a minor to report indecent behavior with one of his ex employed high steppers

How he has accused his employees of stealing funds when ... well it's him ... allegedly

😲👍😢                                              5 comments        3 shares

👍 Like              💬 Comment              ↱ Share

**Carla Collins**

3h · 🌐

Wednesday, December 13, 2023 at 3:11 PM ROUND ASKING MEN IF HE CAN EAT THEIR ASS KNOWING HE'S SICK …. "allegedly" but yall know what's up

😲😛

7 comments

👍 Like          💬 Comment          ➤ Share

**Carla Collins**
2h · 🌐

Wednesday, December 13, 2023 at 3:59 PM reveport ... y'all welcome!!! .... thank me later 😛😅





all friends

See all

**Carla Collins**
2h · 🌐

Wednesday, December 13, 2023 at 4:23 PM ne up .... does anyone on my friends list work at St Vincent Dillards so you or your family member can get this sale?

❤️👍                                                    6 comments

👍 Like            💬 Comment            ↗ Share

**Te'Cara TeTe Roberson**
Are you in the fragrance department?
1h   Like   Reply

🖊 Author
**Carla Collins**
**Te'Cara TeTe Roberson** girls
1h   Like   Reply

↪ View more replies

Write a comment...



**Carla Collins**
[1h] · 🌐

Wednesday, December 13, 2023 at 5:16 PM



riends

See all

**Rickey Jones**
1h · 🌐

**Sometimes God doesn't want you connected with the who's who of Shreveport b/c they aren't the source.**



**Carla Collins**

53m · 🌐

~~nesday, December 13, 2023 at 5:34 PM~~ AMILIES WERE CHARGED FOR BUT ARE CURRENTLY UNPAID!!!! SO DONT BE SHOCKED WHEN YALL GET THAT CALL TO BRING THE SHOVELS 😅

😮

👍 Like        💬 Comment        ↪ Share

Write a comment...



Carla Collins

29m · 🌐

Wednesday, December 13, 2023 at 5:58 PM    of PRECIOUS MEMORIES WAS A COMPULSIVE LIAR!!!!

LIVE   👁 241

notos

**Carla Collins**

29m · 🌐

Wednesday, December 13, 2023 at 6:47 PM





**Carla Collins**

3m · 🌐

Wednesday, December 13, 2023 at 8:11 PM

friends

See all



