UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLA M. COLLINS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-1073-SDJ |
| | § | |
| CATASTROPHE RESPONSE UNIT USA, INC., ET AL. | § § | |

## ORDER

Before the Court is Defendants Catastrophe Response Unit, Inc.'s and Catastrophe Response Unit USA, Inc.'s (collectively "CRU") Emergency Motion to Compel Discovery and to Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Notice. (Dkt. #45).

It is **ORDERED** that Plaintiffs must respond to Defendants' Emergency Motion by **December 19, 2023**.

It is further **ORDERED** that all remaining deadlines in the Second Amended Preliminary Scheduling Order, (Dkt. #32), are **STAYED** pending the resolution of the present discovery dispute. Once resolved, the Court will issue a Third Amended Preliminary Scheduling Order.

It is further **ORDERED** that Defendants' request to extend the deadline to respond to Plaintiffs' Motion for Notice is **DENIED as moot**.

So ORDERED and SIGNED this 14th day of December, 2023.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE