IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually, and on behalf of all others similarly situated,* § § § § | | |
| **Plaintiffs,** § § | | |
| v. § § | NO. 4:22-CV-1073-SDJ | |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., § § § § § | | |
| **Defendants.** § § | | |

**ORDER GRANTING IN PART DEFENDANTS' EMERGENCY MOTION TO COMPEL DISCOVERY AND EXTEND DEADLINE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR NOTICE**

Before the Court is Defendants' Emergency Motion to Compel Discovery and Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Notice (Dkt. #45), and Plaintiffs' Response (Dkt. #47).

{It is **ORDERED** that Defendants' Motion to Compel Discovery is **DENIED**.

It is further **ORDERED** that Defendants must respond to Plaintiffs' Motion for Notice, (Dkt. #40), by **[11 DAYS FROM DATE OF ORDER]**.}

IN THE ALTERNATIVE:

{It is **ORDERED** that Defendants' Motion to Compel Discovery is **GRANTED IN PART** as to Plaintiff Rasheedah Mays. Mays is **ORDERED** to produce to Defendants all W-2 and 1099 forms for tax years 2019 to 2022 in her possession, custody, or control by **[3 DAYS FROM DATE OF ORDER]**. The remaining requests in Defendants' Motion to Compel Discovery are **DENIED**.

It is further **ORDERED** that Defendants must respond to Plaintiffs' Motion for Notice, (Dkt. #40), by **[14 DAYS FROM DATE OF ORDER]**.}