IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS, *individually and on behalf of all others similarly situated*, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-cv-1073 |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | § § § § § | |
| Defendants. | § § | |

# DEFENDANTS' OPPOSED MOTION TO FILE EXHIBITS WITH THEIR REPLY IN SUPPORT OF THEIR EMERGENCY MOTION TO COMPEL AND TO EXTEND DEADLINE TO FILE THEIR RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR NOTICE

**TO THE HONORABLE U.S. DISTRICT JUDGE SEAN JORDAN:**

Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc. (collectively, "CRU") hereby file this Opposed Motion to File Exhibits with Their Reply in Support of Their Emergency Motion to Compel and to Extend Deadline to File Their Response in Opposition to Plaintiffs' Motion for Notice, pursuant to LR CV-7(k) of the Local Rules of the U.S. District Court for the Eastern District of Texas.

1. On December 13, 2023, CRU filed an Emergency Motion to Compel Discovery and to Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Notice ("Emergency Motion"). *See generally* Dkt. 45. In the Emergency Motion, CRU asks the Court to compel the production of critical documents that Plaintiffs previously agreed to produce, and

for an extension of the deadline by which CRU must file a response to Plaintiffs' Motion for Notice. *See generally id.*

2. On December 19, 2023, Plaintiffs filed their Response to Defendants' Emergency Motion to Compel Discovery and to Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Notice ("EM Response"). *See* Dkt. 47. In their EM Response, Plaintiffs argue that they should not be responsible for producing materials that they previously committed to produce because doing so would be too time-consuming and, from their perspective, the additional materials sought are not relevant to CRU's forthcoming response to Plaintiffs' Motion for Notice. *See generally id.*

3. CRU respectfully requests leave to file new evidence with the Reply in Support of Their Emergency Motion to Compel and to Extend Deadline to File Their Response in Opposition to Plaintiffs' Motion for Notice so that they can attach evidence to (1) refute Plaintiffs' new argument that producing the requested discovery would be too time-consuming, and (2) to disprove Plaintiffs' claim that the requested discovery, which they previously agreed to produce, is now not relevant to CRU's forthcoming response to Plaintiffs' Motion for Notice.

4. Plaintiffs are opposed to the relief sought in this Motion.

## PRAYER

For all these reasons, CRU respectfully requests permission to file relevant and new evidence with their Reply, which is being filed immediately following this Motion, in accordance with LR CV-7(k).

Respectfully submitted,

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142

By: *Monte K. Hurst*
Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Laster
State Bar No. 24076499
KBrumbalow@hallettperrin.com

*Counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*

## CERTIFICATE OF CONFERENCE

On December 22, 2023, I discussed the relief sought herein with Plaintiffs' counsel. Plaintiffs' counsel has communicated that Plaintiffs are opposed to the relief sought herein.

*Monte K. Hurst*
Monte K. Hurst

## **CERTIFICATE OF SERVICE**

I certify that on December 26, 2023, I served a copy of the foregoing document on Plaintiffs' counsel as follows in compliance with Rule 5(b) of the Federal Rules of Civil Procedure:

Mr. Kerry O'Brien
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
KO@obrienlawpc.com

Mr. Travis Gasper
GASPER LAW, PLLC
1408 North Riverfront Boulevard, Suite 323
Dallas, Texas 75207
Travis@travisgasper.com

*Monte K. Hurst*
Monte K. Hurst