IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS, *individually and on behalf of all others similarly situated*, | § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| VS. | | CIVIL ACTION NO. 4:22-cv-1073 |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | | |
| *Defendants*. | | |

## DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL AN EXHIBIT TO THEIR REPLY IN SUPPORT OF THEIR EMERGENCY MOTION TO COMPEL AND TO EXTEND DEADLINE TO FILE THEIR RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR NOTICE

**TO THE HONORABLE U.S. DISTRICT JUDGE SEAN JORDAN:**

Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc. (collectively, "CRU") hereby file this Unopposed Motion to File Under Seal an Exhibit to Their Reply in Support of Their Emergency Motion to Compel and to Extend Deadline to File Their Response in Opposition to Plaintiffs' Motion for Notice, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, LR CV-5(a)(7) of the Local Rules of the U.S. District Court for the Eastern District of Texas, and the Court's Protective Order [Dkt. 19].

1. To protect and preserve the confidential status of certain personal and confidential information, the parties agreed to a Protective Order, which was entered by this Court on April 11, 2023 [ECF Doc. 19].

2. Under Paragraph 14 of the Protective Order, materials and information that the parties have designated as "Confidential Information" must be filed with the Court under seal.

3. "[D]istrict courts have the discretion to seal documents if the interests favoring nondisclosure outweigh the presumption in favor of the public's right to access." *E.E.O.C. v. A'Gaci, LLC*, No. SA:14-MC-445-DAE, 2015 WL 510254 at *2 (W.D. Tex. Feb. 5, 2015).

4. Courts have recognized the need to protect from public disclosure, and have therefore granted, motions to seal records and filings that would reveal confidential information under similar circumstances. *See, e.g., Stuntz v. Lion Elastomers LLC*, No. 1:17-CV-00033-MAC, 2019 WL 2720330, at *12 (E.D. Tex. June 12, 2019) (granting motion to seal summary judgment and exhibits containing sensitive personal information); *see also Neon Enter. Software, LLC v. Int'l Bus. Machines Corp.*, No. A-09-CA-896 AWA, 2011 WL 2964796, at *1 (W.D. Tex. July 20, 2011) ("It is not uncommon for a court to seal documents filed in a case when those records contain trade secrets, sensitive commercial information, privileged material, individual personal identifiers, personal medical information, or material impacting national security.").

5. CRU respectfully requests to file under seal an exhibit to their Reply in Support of Their Emergency Motion to Compel and to Extend Deadline to File Their Response in Opposition to Plaintiffs' Motion for Notice, because Plaintiffs designated the exhibit as "Confidential Information" pursuant to the Protective Order.[1]

6. Plaintiffs are not opposed to the relief sought in this Motion.

---

[1] Defendants ardently disagree that these Facebook documents are worthy of the confidential designation because all of the information displayed is public and for all the world to see.

**PRAYER**

For all these reasons, CRU respectfully requests permission to file under seal an exhibit to their Reply in Support of Their Emergency Motion to Compel and to Extend Deadline to File Their Response in Opposition to Plaintiffs' Motion for Notice, which is being filed contemporaneously with this Motion.

Respectfully submitted,

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142

By: *Monte K. Hurst*
Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Laster
State Bar No. 24076499
KBrumbalow@hallettperrin.com

*Counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*

**CERTIFICATE OF CONFERENCE**

On December 22, 2023, I discussed the relief sought herein with Plaintiffs' counsel. Plaintiffs' counsel has communicated that Plaintiffs are not opposed to the relief sought herein.

*Monte K. Hurst*
Monte K. Hurst

**CERTIFICATE OF SERVICE**

    I certify that on December 26, 2023, I served a copy of the foregoing document on Plaintiffs' counsel as follows in compliance with Rule 5(b) of the Federal Rules of Civil Procedure:

Mr. Kerry O'Brien
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
KO@obrienlawpc.com

Mr. Travis Gasper
GASPER LAW, PLLC
1408 North Riverfront Boulevard, Suite 323
Dallas, Texas 75207
Travis@travisgasper.com

*Monte K. Hurst*
Monte K. Hurst