

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY, §
and R.C.L. MAYS, §
Individually and on behalf §
of all other similarly §
situated, §
§
§
   Plaintiffs, §
§
VS. § NO. 4:22-cv-1073
§
CATASTROPHE RESPONSE UNIT, §
INC. and CATASTROPHE §
RESPONSE UNIT USA, INC., §
§
   Defendants. §

ORAL AND VIDEOTAPED DEPOSITION OF
CARLA COLLINS
OCTOBER 19, 2023
VOLUME 1

## Page 2

1       ORAL AND VIDEOTAPED DEPOSITION of CARLA
2  MARIE COLLINS, produced as a witness at the instance
3  of the Defendants, and duly sworn, was taken in the
4  above-styled and numbered cause on the 19th of
5  October, 2023, from 11:08 a.m. to 7:28 p.m., before
6  Kathy E. Weldon, CSR in and for the State of Texas,
7  reported by machine shorthand, at the offices of
8  Hallett & Perrin, 1445 Ross Avenue, Suite 2400, in the
9  City of Dallas, County of Dallas, State of Texas,
10  pursuant to Notice and the Federal Rules of Civil
11  Procedure.

## Page 3

1       A P P E A R A N C E S
2  FOR THE PLAINTIFFS:
    Mr. Travis Gasper
3    GASPER LAW, PLLC
    1408 North Riverfront Boulevard
4    Suite 323
    Dallas, Texas 75207
5    469.663.7736
    833.957.2957 (fax)
6    Travis@travisgasper.com
7
    FOR THE DEFENDANTS CATASTROPHE RESPONSE UNIT,
8  INC. AND CATASTROPHE RESPONSE UNIT USA, INC.:
    Mr. Monte K. Hurst
9    Ms. Kristen A. Laster
    HALLETT & PERRIN, P.C.
10   1445 Ross Avenue
    Suite 2400
11   Dallas, Texas 75202
    214.953.0053
12   214.992.4142 (fax)
    Monte.Hurst@hallettperrin.com
13   KBrumbalow@hallettperrin.com
14
    ALSO PRESENT:
15   Ms. Ciecili Morales
    Mr. David Repinski (via Zoom)
16   Mr. Adam Dickens (via Zoom)
    Mr. John Hines, Videographer
17
18
19
20
21
22
23
24
25

## Page 4

       I N D E X
WITNESS                        PAGE
CARLA MARIE COLLINS
  EXAMINATION BY MR. HURST          5
  CORRECTIONS MADE BY WITNESS      283
  SIGNATURE BY WITNESS            284
  REPORTER'S CERTIFICATION        285

EXHIBITS                 IDENTIFIED
2 -   Carla M. Collins Resume      81
3 -   Carla M. Collins Resume - Bates  89
     Stamp CRU000215

5 -   Harris County Felony Charge    52
     Printout
6 -   Audio Recording of Phone Call  167
7 -   Audio Recording of Phone Call  175
8 -   Facebook Screenshot            176
9 -   Facebook Live Video           196
10 -  08-26-2021 Carla Collins Facebook  198
     Activity Printouts

11 -  Carla Collins Facebook Live Video  209

12 -  Facebook Post - Photos        214

13 -  08-09-2021 Carla Collins Facebook  218
     Activity Printouts

14 -  Ask Shesus Facebook Printout   229

Page 57

1  over this dealership, agreed with me, and I was able
2  to get my down payment back.
3     Q. The charges with regard to this matter, were
4  those dropped?
5     A. Yes.
6     Q. Okay. When I asked you about what criminal
7  matters you've been involved in, how come you didn't
8  mention any of this?
9     A. I didn't remember. I forgot.
10    Q. Let's talk about social media activity.
11    A. Uh-huh.
12    Q. You have a Facebook account, don't you?
13    A. Yes.
14    Q. In fact, you have multiple Facebook accounts,
15 don't you?
16    A. Yes.
17    Q. Under which names do you have Facebook
18 accounts?
19    A. My name.
20    Q. Okay. You have one under Carla Collins.
21    A. Yes.
22    Q. What else?
23    A. Carla Marie.
24    Q. Okay.
25    A. And Shesus.

Page 58

1     Q. I'm sorry?
2     A. Shesus, S-H-E-S-U-S.
3     Q. Is that supposed to be a play on Jesus?
4     A. Shesus, She's us.
5     Q. What does that mean, Shesus? Like, you're a
6  different version of Jesus?
7     A. No.
8     Q. Well, how did you get the name Shesus?
9     A. She's us.
10    Q. She is us.
11    A. Yes.
12    Q. She's one of us?
13    A. Yes.
14    Q. She's a person of the people?
15    A. Yes.
16    Q. I understand.
17       Okay. Are those the only three Facebook
18 accounts you've ever had?
19    A. Yes.
20    Q. Are you active in Facebook?
21    A. Yes.
22    Q. What does "active" mean to you?
23    A. Do I engage.
24    Q. Yes.
25    A. Do I make posts.

Page 59

1     Q. How often do you make posts?
2     A. Often.
3     Q. How often?
4     A. I -- I don't know the -- often.
5     Q. Daily?
6     A. No.
7     Q. Weekly?
8     A. Definitely weekly --
9     Q. Okay.
10    A. -- yes.
11    Q. What are you posts about?
12    A. Different things.
13    Q. Yeah. Like what?
14    A. Social injustice. I do -- whenever anyone in
15 the community reaches out to me to try to resolve the
16 matter, I act as the liaison. I work with multiple
17 police departments on trying to have a better
18 relationship with the community, specifically the
19 African-American community.
20       I have helped them when they were looking
21 for persons who committed a crime, helping talk to
22 them to get them to turn themselves in. Help with
23 housing development, feeding those that are not able
24 or have a hard time feeding themselves, toy drive
25 giveaways.

Page 60

1     Q. Sounds like you do a lot for the betterment
2  of mankind.
3     A. Yes.
4     Q. Do you use it for social reasons as well?
5  I'm still talking about Facebook.
6     A. Yes.
7     Q. Like, what socially do you do?
8     A. Respond to people who make comments.
9     Q. Pictures? Videos?
10    A. Yes. I put pictures, yes.
11    Q. Pictures of you?
12    A. Yes.
13    Q. Videos of you, your family, your friends?
14    A. Yes.
15    Q. Do you have a Twitter account?
16    A. Yes.
17    Q. Under what name?
18    A. No.
19    Q. Okay.
20    A. It's X.
21    Q. I'm sorry?
22    A. It's not Twitter.
23    Q. You're right, it is X now.
24       Do you have an X account?
25    A. Yes.

ORAL AND VIDEOTAPED DEPOSITION OF CARLA COLLINS

Page 217

1  A. Yes.
2  Q. This is the one we're talking about.
3  A. Yes.
4  Q. This was in real-time, wasn't it?
5  A. Yes.
6  Q. Super.
7     And -- and by the way, that was during
8  the workday, a day in which you represented to CRU
9  that you worked the entire day?
10 A. Yes. And I did. It's at 9:09.
11 Q. Well, you weren't working straight from 8:00
12 to 6:00 or whatever hours you said you always worked,
13 right?
14 A. Those are the -- I believe on this
15 deployment, it was on whichever one is --
16 Q. 9:00 start time?
17 A. After, because this is during the morning
18 meeting.
19 Q. Yeah, I have no idea what you're saying right
20 now. Did this --
21 A. So according --
22 Q. Did this occur during the workday?
23 A. Yes, it did.
24 Q. Thank you.
25 A. Can I elaborate on that?

Page 218

1  Q. No, you may not.
2  A. Oh, cool.
3  Q. You continue to waste time and not answer my
4  questions.
5     MR. HURST: Thank you.
6     (Deposition Exhibit No. 13 was marked.)
7  Q. (By Mr. Hurst) I'm handing you what has been
8  marked as Exhibit No. 13 to your deposition. I will
9  represent to you, ma'am, that this is a series of
10 printouts of your Facebook activity on Monday, August
11 9, 2021, another day on which you represented to CRU
12 that you worked the entire day.
13    Do you recall Monday, August 9th, 2021?
14 A. No.
15 Q. Do you see on the first page a post you made
16 at 9:51 a.m. that day?
17 A. Yes.
18 Q. Who's Ask Shesus?
19 A. That's a group.
20 Q. It's a Facebook group?
21 A. It's a group, yes.
22 Q. Is it not your Facebook group?
23 A. Yes. It was one I created.
24 Q. Aren't you Shesus?
25 A. Yes.

Page 219

1  Q. When I asked you what Facebook accounts you
2  had earlier, you didn't mention Ask Shesus. Why not?
3  A. I forgot because they're -- I forgot.
4  Q. Okay. That is an honest answer. I believe
5  you.
6     Tell me what the purpose of Ask Shesus
7  is. It's a group comprised of you and other people?
8  A. Yes.
9  Q. Who else?
10 A. I don't know.
11 Q. You don't know who you formed a Facebook
12 group with?
13 A. I formed the group and others joined.
14 Q. Well, how many people are in the group?
15 A. I don't know.
16 Q. It's your group, isn't it?
17 A. Yes, it is.
18 Q. You don't know anyone who's in it; you don't
19 know how many are in it?
20 A. I don't know how many are in it.
21 Q. Do you know anyone else in it?
22 A. Other people are in it, but I don't remember
23 all of their names.
24 Q. Do you remember anybody's name who's in this
25 Facebook group you created called Ask Shesus?

Page 220

1  A. No. Because it's not -- it's not even
2  active. I -- it's been a while since any activity has
3  been in the group.
4  Q. Okay. Five minutes la- -- let's go to the
5  next page.
6     Five minutes later you post again, don't
7  you.
8  A. Yes.
9  Q. Ask Shesus is not a Facebook group, is it?
10 It's just an individual, you?
11 A. Ask Shesus is a Facebook group.
12 Q. It is?
13 A. Yes.
14 Q. It's not an individual like your other
15 Facebook accounts?
16 A. No. It's a group.
17 Q. And so you'd be able to click on Ask Shesus
18 and see everyone in the group?
19 A. No.
20 Q. Of course not.
21 A. It's a private group.
22 Q. I'm sorry?
23 A. It's a group on -- this is a group on
24 Facebook.
25 Q. Did you just say it was a private group?