**EXHIBIT A.2**

| | |
|---|---|
| **From:** | Kerry O'Brien <ko@obrienlawpc.com> |
| **Sent:** | Friday, October 6, 2023 1:42 PM |
| **To:** | Monte K. Hurst |
| **Cc:** | Kristen A. Brumbalow; Ceicili S. Morales; Travis Gasper; beth@obrienlawpc.com |
| **Subject:** | Extension Request |

Good afternoon Monte,

I would like to request an extension of 7 days, to October 13, on the responses to CRU Inc's Interrogatories and Requests for Production to Basil Riley, Sheena Nickelberry, and Carla Collins.

Ms. Collins' interrogatory responses are complete, I am merely awaiting her verification. ==Ms. Nickelberry and Mr. Riley are still getting copies of their tax returns to accurately respond to those questions.==

I would be serving the other 5 plaintiffs'/opt-ins' responses shortly.

Thanks,
Kerry


--
**Kerry V. O'Brien**
Attorney
Board Certified in Labor & Employment Law by the TBLS
phone: (512) 410-1960
1011 Westlake Drive, Austin Texas 78746