A.4



EXHIBIT
A.4

**HALLETT&PERRIN**

**MONTE K. HURST**
Board Certified – Labor and Employment Law
Texas Board of Legal Specialization
**D** 214.922.4111  **F** 214.922.4142
monte.hurst@hallettperrin.com

November 30, 2023

Mr. Kerry O'Brien                                   **Via e-mail: KO@obrienlawpc.com**
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746

Mr. Travis Gasper                                   **Via e-mail: Travis@travisgasper.com**
GASPER LAW, PLLC
1408 North Riverfront Boulevard, Suite 323
Dallas, Texas 75207

> **Re:    Civil Action No.: 4:22-cv-1073**
> **Our File No.: 39293/3**
> ***C.M. Collins, N.J. Lundy, and R.C.L. Mays, individually and***
> ***on behalf of all others similarly situated vs. Catastrophe***
> ***Response Unit, Inc. and Catastrophe Response Unit USA, Inc.***

Dear Kerry and Travis:

I am writing to follow up with you on discovery issues we had been seeking to resolve, one of which I know you had been waiting to hear back from us.

First, please confirm that you will be producing by the end of next week all of Plaintiffs' Forms 1099 and W-2 and T4A-NR slips (Payments to Non-Residents for Services Provided in Canada) over the last five years.[1]  U.S. District Sean Jordan articulated in our telephone conference earlier this week that he believes these items are relevant and discoverable during Phase 1 discovery.  We need these items to review and consider for inclusion with Defendants' response brief, which is due in less than three weeks.  If we cannot secure from you at once a commitment to produce these items to us by the end of next week, we will file an emergency motion to compel them with the Court.

Second, as you know, we believe Carla Collins' Facebook data is especially relevant and discoverable during Phase 1 discovery.[2]  Like the Plaintiffs' tax records, we need Ms. Collins' Facebook data to review and consider for inclusion with Defendants' response brief, which is due in less than three weeks.  In particular, we demand, for each Facebook account Carla Collins manages,[3] immediate production of all of the items under each of the following subfolders under

---

[1] This dispute is in reference to Request for Production No. 18 to Plaintiffs C.M. Collins, N.J. Lundy, and R.C.L. Mays, and to Request for Production No. 13 to Plaintiffs Ann Marie James, Jill Mansfield, Sheena Nickleberry, Basil Leo Riley, III, and Ashley Ruise.

[2] This dispute is in reference to Request for Production No. 46 to Plaintiff C.M. Collins.

[3] Carla Collins manages the following Facebook accounts, as she confirmed in her deposition:

Mr. Kerry O'Brien
Mr. Travis Gasper
November 30, 2023
Page 2


Carla Collins' Facebook Activity Log, for days when she claimed to have been working for CRU, in HTML format:

- Your Posts;
- Messages;
- Comments and reactions;
- Stories;
- Groups;
- Pages;
- Events; and
- Other activity.

Here are Facebook's directions on how to download this data: https://www.facebook.com/help/1701730696756992.

To be clear, Ms. Collins was deployed by CRU during the following time periods:

- July 9, 2021—October 16, 2021;
- February 21, 2022—August 13, 2022; and
- September 28, 2022—October 31, 2022.

We have had a member of our team request the above activity from her personal Facebook account. It was a simple and quick process. Ms. Collins need only click a few links to have Facebook prepare the data for download. She need not wait by the computer while the data is being prepared for download. She could even continue to use Facebook and/or perform other activities on her computer while Facebook prepares the data for download.

As is the case with the Plaintiffs' tax records, if we cannot secure from you at once a commitment to produce all of Ms. Collins' Facebook data by the end of next week, we will file an emergency motion to compel them with the Court.

Our foregoing demand for Facebook data articulated herein pertains only to Phase 1 of discovery. In conveying this demand, we are not waiving our right to later request other items pertaining to Ms. Collins' and/or other Plaintiffs' social media activity and/or cellphone records.

If there is a part of our negotiations on this discovery dispute that you think I need to better understand (including Ms. Collins' sensitivities), then please call me so that we can try to resolve the concern.

---

- "Carla Collins" (https://www.facebook.com/carla.collins.58);
- "Ask Shesus" (https://www.facebook.com/ask.shesus);
- "Shesus Christiana" (https://www.facebook.com/shesus.christiana); and
- "Marie Collins" (https://www.facebook.com/marie.collins.94801).

Mr. Kerry O'Brien
Mr. Travis Gasper
November 30, 2023
Page 3

Again, please let me know at once whether you will produce to us no later than by Friday, December 8, 2023, (a) Plaintiffs' Forms 1099 and W-2 and T4A-NR slips over the last five years, and (b) for each Facebook account Carla Collins manages,[4] immediate production of all of the items under each of the following subfolders under Carla Collins' Facebook Activity Log, for days when she claimed to have been working for CRU, in HTML format:

- Your Posts;
- Messages;
- Comments and reactions;
- Stories;
- Groups;
- Pages;
- Events; and
- Other activity.

Otherwise, we would have no choice but to move forward with a motion to compel.

Thank you in advance for your prompt attention to this matter.  Please let me hear from you.

Very truly yours,

*Monte K. Hurst*

Monte K. Hurst

MKH:cm

---

[4] Carla Collins manages the following Facebook accounts, as she confirmed in her deposition:
- "Carla Collins" (https://www.facebook.com/carla.collins.58);
- "Ask Shesus" (https://www.facebook.com/ask.shesus);
- "Shesus Christiana" (https://www.facebook.com/shesus.christiana); and
- "Marie Collins" (https://www.facebook.com/marie.collins.94801).

| | |
|---|---|
| **From:** | Kerry O'Brien <ko@obrienlawpc.com> |
| **Sent:** | Monday, December 4, 2023 7:51 PM |
| **To:** | Monte K. Hurst |
| **Cc:** | Ceicili S. Morales; travis@travisgasper.com; OLPC; Kristen A. Brumbalow; Clayton S. Carter; Ivy M. Sweeney |
| **Subject:** | Re: Collins, et al. v. Catastrophe Response Unit, Inc., et al. |

Monte,

Your understanding of #1 is correct.

On #2, it is my understanding that Ms. Collins will cooperate and provide the responsive facebook information by Friday.

On #3, we may seek a protective order as to this written discovery. We believe that sufficient discovery has been conducted for Phase I. I will conference with you on the motion if/when we seek it. Or, let me know if there is something specific you are looking for from these two opt-ins in preparation for your Response to our Motion for Notice.

Thanks,
Kerry

On Mon, Dec 4, 2023 at 1:00 PM Monte K. Hurst <Monte.Hurst@hallettperrin.com> wrote:

Good afternoon, Kerry.  Please see below my responses (in **bold green**) to your inquiries/comments:

1. We will agree to remove objections to the tax information-related RFPs identified in FN 1 of your November 30, 2023 correspondence specifically as to the eight individuals' W-2s, 1099s, and T4A-NR for Tax Years 2019, 2020, 2021, and 2022, and respond in accordance with the Federal Rules of Civil Procedure, by Friday, December 8. I anticipate that will mean substantial production of the requested tax forms and hopefully complete production, but I simply cannot personally guarantee to you that there will be complete production of every tax form for each of those 8 individuals. The individual must have "possession, custody, or control" of the tax forms to be able to produce them, and if not currently in their possession or custody, must be able to acquire them from a third-party source within that time frame. However, we will in good faith attempt to secure complete production of the requested items. If any items are not produced, we will provide an explanation as to why.

**We understand from your above explanation that you will try your best to produce to us by this Friday, December 8, 2023, all of the Plaintiffs' tax forms that we identified and demanded production of.  I suppose that's as good as it can get for now, from our perspective.  Having said that, we would have no choice but to seek the Court's intervention early next week, in the event that we do not receive these critical tax forms regarding each Plaintiff by Friday.**

2. In light of your more specific request as to Ms. Collins's facebook data, we will speak with her and let you know her response by the end of this weekend. I do respect that time is of the essence.

**We were supposed to hear back from you by yesterday as to whether Carla Collins intended to promptly produce the Facebook data we identified.  Please let us know today whether Ms. Collins intends to produce to you, so that you can then produce to us by no later than Friday, the Facebook data we identified.  If we cannot get from you today a commitment to produce by Friday all of Ms. Collins' Facebook data that we identified, we will assume that Ms. Collins has not agreed to the production, in which case we will seek the Court's intervention.**

3.  The parties would agree with Judge Jordan that further depositions and written discovery on the 5 most-recent opt-ins is not appropriate at this time. Pending discovery requests on Ms. Russell-Brown and Mr. Wilson would be deemed withdrawn.

**We would agree not to pursue, for now, the depositions of each Plaintiff who has joined this lawsuit over the last month.  However, we still believe that written discovery with each such Plaintiff is appropriate.  We are not agreeing to withdraw our written discovery requests to Ms. Russell-Brown and/or Mr. Wilson.**

4. Plaintiffs would be standing on their objections as to the remaining issues addressed in the conference.

**We reiterate in this e-mail message the primary discovery concerns we have at this time.  Let's please work together to resolve them, so that we do not have to seek the Court's intervention.**

Thanks,

Monte

MONTE K. HURST
Shareholder

2

HALLETT&PERRIN
D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer



**From:** Kerry O'Brien <ko@obrienlawpc.com>
**Sent:** Friday, December 1, 2023 2:05 PM
**To:** Ceicili S. Morales <cmorales@hallettperrin.com>
**Cc:** travis@travisgasper.com; OLPC <beth@obrienlawpc.com>; Monte K. Hurst
<Monte.Hurst@hallettperrin.com>; Kristen A. Brumbalow <KBrumbalow@hallettperrin.com>; Clayton S.
Carter <ccarter@hallettperrin.com>; Ivy M. Sweeney <ISweeney@hallettperrin.com>
**Subject:** Re: Collins, et al. v. Catastrophe Response Unit, Inc., et al.

Good afternoon Monte,

In response to your letter and other outstanding issues resulting from our conference with Judge Jordan, here is what I propose:

1. We will agree to remove objections to the tax information-related RFPs identified in FN 1 of your November 30, 2023 correspondence specifically as to the eight individuals' W-2s, 1099s, and T4A-NR for Tax Years 2019, 2020, 2021, and 2022, and respond in accordance with the Federal Rules of Civil Procedure, by Friday, December 8. I anticipate that will mean substantial production of the requested tax forms and hopefully complete production, but I simply cannot personally guarantee to you that there will be complete production of every tax form for each of those 8 individuals. The individual must have "possession, custody, or control" of the tax forms to be able to produce them, and if not currently in their possession or custody, must be able to acquire them from a third-party source within that time frame. However, we will in good faith attempt to secure complete production of the requested items. If any items are not produced, we will provide an explanation as to why.

2. In light of your more specific request as to Ms. Collins's facebook data, we will speak with her and let you know her response by the end of this weekend. I do respect that time is of the essence.

3. The parties would agree with Judge Jordan that further depositions and written discovery on the 5 most-recent opt-ins is not appropriate at this time. Pending discovery requests on Ms. Russell-Brown and Mr. Wilson would be deemed withdrawn.

4. Plaintiffs would be standing on their objections as to the remaining issues addressed in the conference.

Let me know on 1, 2 and 4 if you could.

Thanks, and have a nice weekend everyone.

Kerry

On Thu, Nov 30, 2023 at 4:14 PM Ceicili S. Morales <cmorales@hallettperrin.com> wrote:

Please find attached a letter from Monte K. Hurst pertaining to this matter.

Thank you.

CEICILI S. MORALES
Legal Assistant

HALLETT&PERRIN
D 214.922.4112 F 214.922.4142 | cmorales@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer

--

Kerry V. O'Brien
Attorney

--
Kerry V. O'Brien
Attorney

--
Kerry V. O'Brien
Attorney