

| **TAMMY RUSSELL-BROWN'S RESPONSE TO CRU USA'S 1ST REQUEST FOR PRODUCTION** ||
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Tammy Russell-Brown<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit USA, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 8 response pages + PLAINTIFFS 000414-000423 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>monte.hurst@hallettperrin.com<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>kbrumbalow@hallettperrin.com<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*/s/ Kerry O'Brien*

Kerry V. O'Brien
Attorney for Plaintiffs

tax treatment of Russell-Brown with that employer (whether on a W-2 or 1099 basis). Russell-Brown will supplement with her W-2/1099 tax information within 14 days of the date of this response. Otherwise, CRU cannot demonstrate that any information beyond that may be relevant to the specific issues in this overtime lawsuit.

**REQUEST FOR PRODUCTION NO. 10**: Please produce all documents reflecting your job assignments, job performance, benefits, and/or pay rates while on an assignment in which you performed work for either of the Defendants.

**RESPONSE**: See PLAINTIFFS 000414-000423.

**REQUEST FOR PRODUCTION NO. 11**: Please produce all employment records in your possession relating to either of the Defendants named in this lawsuit, from January 1, 2019 to the present.

**RESPONSE**: See PLAINTIFFS 000414-000423.

**REQUEST FOR PRODUCTION NO. 12**: Please produce any document or tangible items you removed or downloaded from either of the Defendants' physical premises or virtual systems.

**RESPONSE**: See PLAINTIFFS 000414-000423.

**REQUEST FOR PRODUCTION NO. 13**: Please produce any and all federal income tax returns, W-2 and 1099 forms filed by you for the past five years.

**RESPONSE**: Russell-Brown will supplement within 14 days with her W2/1099 tax information for the years 2019-2022. She objects to any additional years of tax information as beyond the legitimate needs of Defendants, given her role as an opt-in and the current posture of the case.

**REQUEST FOR PRODUCTION NO. 14**: Please produce all daily planners, diaries, calendars, memoranda, notes, correspondence, or other documents in which you recorded any information which in any way relates or pertains to your claims against the Defendants, or which contain a record of any of your activities from January 1, 2019 to the present.

**RESPONSE**: Russell-Brown objects that this request is overly broad and not narrowly tailored to the issue of whether the plaintiffs are "similarly situated." See Preliminary Scheduling Order, ECF 18. Therefore, this Request is beyond the limited scope of this phase of discovery.

Furthermore, it is overly broad, as the parties could reasonably disagree as to whether a particular record "contains a record of any of Plaintiff's activities" for a 4-year period of time, and could be construed to require massive production for a reason that is not permitted under the FLSA (see below).

Furthermore, the request is overly broad in the time scope, as it requests information about activities that occurred prior to the three years prior to the filing of Russell-Brown's consent in this lawsuit and during times on Russell-Brown's personal time outside of her compensable work