**EXHIBIT A.6**

# O'BRIEN LAW FIRM

1011 WESTLAKE DRIVE  
AUSTIN, TEXAS 78746  
PHONE: 512.410.1960  
FAX: 512.410.6171

KERRY V. O'BRIEN  
TEXAS BAR NO. 24038469  
KO@OBRIENLAWPC.COM  
TEXASEMPLOYEES.COM

| | **PLAINTIFF-COLLINS'S RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION** |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Plaintiff – C. M. Collins<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*/s/ Kerry O'Brien*

Kerry V. O'Brien  
Attorney for Plaintiffs

## COLLINS'S RESPONSES TO CRU's REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Collins is reviewing her records for responsive materials and will supplement with responsive materials, if any, within 14 days.

# O'BRIEN LAW FIRM

1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

| | |
|---|---|
| | **PLAINTIFF-LUNDY'S RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION** |
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Plaintiff – N. J. Lundy<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 3 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*/s/ Kerry O'Brien*

Kerry V. O'Brien
Attorney for Plaintiffs

## LUNDY'S RESPONSES TO CRU's 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Lundy is reviewing her records for responsive materials and will supplement with responsive materials, if any, within 14 days.

**REQUEST FOR PRODUCTION NO. 8:** Please produce all correspondence and notices pertaining to your intent to establish and maintain a home education program for your child from July 2021 to November 2022.

**RESPONSE:** Lundy objects on the basis that this request is overly broad in that it request materials that invade Lundy's privacy without a legitimate need of Defendants, given the scope of Phase I *Swales* discovery. Lundy may be withholding materials responsive to this request.

**REQUEST FOR PRODUCTION NO. 9:** Please produce the records and materials you are required to maintain pertaining to any home education program that your child participated in. Your response must include, but not be limited to, the following: (1) a log of educational activities that is made contemporaneously with the instruction and that designates by title any reading materials used; and (2) samples of any writings, worksheets, workbooks, or creative materials used or developed by the student, from July 2021 to November 2022.

**RESPONSE:** Lundy objects on the basis that this request is overly broad in that it request materials that invade Lundy's privacy without a legitimate need of Defendants, given the scope of Phase I *Swales* discovery and the extensive nature of the request for all of her child's schoolwork for one-and-a-half year's time. Furthermore, given Lundy's testimony that her son self-managed his schoolwork, the materials would be probative of nothing concerning the claims and defenses in this case. Lundy is withholding materials responsive to this request.

**REQUEST FOR PRODUCTION NO. 10:** Please produce all annual educational evaluations pertaining to any home education program that your child participated in.

**RESPONSE:** Lundy objects on the basis that this request is overly broad in that it request materials that invade Lundy's privacy without a legitimate need of Defendants, given the scope of Phase I *Swales* discovery and the invasive nature of demanding production of her son's report cards. Furthermore, given Lundy's testimony that her son self-managed his schoolwork, the materials would be probative of nothing concerning the claims and defenses in this case. Lundy is withholding materials responsive to this request.

**REQUEST FOR PRODUCTION NO. 11:** Please produce all receipts or other documents pertaining to your purchase of materials or programs for participation in a home education program that your child participated in.



1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

| | **PLAINTIFF-MAYS'S RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION** |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Plaintiff – R. C. L. Mays<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*Kerry O'Brien*

Kerry V. O'Brien
Attorney for Plaintiffs

## MAYS'S RESPONSES TO CRU's 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Mays is reviewing her records for responsive materials and will supplement with responsive materials, if any, within 14 days.



1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

| | |
|---|---|
| | **PAMELA ANN MARIE JAMES'S RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION** |
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Pamela Ann Marie James<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 3 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*Kerry O'Brien*

Kerry V. O'Brien
Attorney for Plaintiffs

## JAMES'S RESPONSES TO CRU's 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** James is reviewing her records for responsive materials and will supplement with responsive materials, if any, within 14 days.



**O'BRIEN LAW FIRM**

| | |
|---|---|
| 1011 WESTLAKE DRIVE | KERRY V. O'BRIEN |
| AUSTIN, TEXAS 78746 | TEXAS BAR NO. 24038469 |
| PHONE: 512.410.1960 | KO@OBRIENLAWPC.COM |
| FAX: 512.410.6171 | TEXASEMPLOYEES.COM |

## JILL MANSFIELD'S RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION

| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
|---|---|
| Date | December 14, 2023 |
| From | Jill Mansfield<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*Kerry O'Brien*

Kerry V. O'Brien
Attorney for Plaintiffs

# MANSFIELD'S RESPONSES TO
# CRU's 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Mansfield is reviewing her records for responsive materials and will supplement with responsive materials, if any, within 14 days.



1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

| | |
|---|---|
| | **SHEENA NICKELBERRY'S RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION** |
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Sheena Nickelberry<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*Kerry O'Brien*

Kerry V. O'Brien
Attorney for Plaintiffs

# NICKELBERRY'S RESPONSES TO
# CRU's 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Nickelberry is reviewing her records for responsive materials and will supplement with responsive materials, if any, within 14 days.

**REQUEST FOR PRODUCTION NO. 8:** Produce a copy of your transcript from Grand Canyon University.

**RESPONSE:** Objection. This request is outside of the scope of the limited discovery in Phase I of this case pursuant to *Swales*.

**REQUEST FOR PRODUCTION NO. 9:** Produce documents sufficient to show the scheduled class times for all courses you took at Grand Canyon University between October 2021 and February 2022.

**RESPONSE:** Objection. This request is outside of the scope of the limited discovery in Phase I of this case pursuant to *Swales*.



1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

| | |
|---|---|
| | **BASIL LEO RILEY, III'S RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION** |
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Basil Leo Riley, III<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*Kerry O'Brien*

Kerry V. O'Brien
Attorney for Plaintiffs

## RILEY'S RESPONSES TO CRU's REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Riley is reviewing his records for responsive materials and will supplement with responsive materials, if any, within 14 days.

**REQUEST FOR PRODUCTION NO. 8:** Produce records sufficient to identify the number of hours that you reported to have worked for an employer or company other than CRU from July 1, 2021 - September 30, 2022. This request includes, but is not limited to, any hours that you reported to Progressive from July 1, 2021 – September 30, 2022.

**RESPONSE:** Riley objects to the extent that this request is requesting information that is not probative to the claims and defenses in this case, as the total number of hours worked for employers other than CRU for the requested period of time is not relevant to any issues in this case.



1011 W<small>ESTLAKE</small> D<small>RIVE</small>
A<small>USTIN</small>, T<small>EXAS</small> 78746
<small>PHONE</small>: 512.410.1960
<small>FAX</small>: 512.410.6171

K<small>ERRY</small> V. O'B<small>RIEN</small>
T<small>EXAS</small> B<small>AR</small> N<small>O</small>. 24038469
<small>KO</small>@<small>OBRIENLAWPC.COM</small>
T<small>EXAS</small>E<small>MPLOYEES</small>.<small>COM</small>

| | |
|---|---|
| | **ASHLEY RUISE'S RESPONSE TO CRU'S 2<small>ND</small> REQUEST FOR PRODUCTION** |
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Ashley Ruise<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o H<small>ALLET</small> & P<small>ERRIN</small>, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*Kerry O'Brien*

Kerry V. O'Brien
Attorney for Plaintiffs

## RUISE'S RESPONSES TO CRU INC.'s 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Ruise is reviewing her records for responsive materials and will supplement with responsive materials, if any, within 14 days.



| | |
|---|---|
| 1011 W<small>ESTLAKE</small> D<small>RIVE</small> | K<small>ERRY</small> V. O'B<small>RIEN</small> |
| A<small>USTIN</small>, T<small>EXAS</small> 78746 | T<small>EXAS</small> B<small>AR</small> N<small>O</small>. 24038469 |
| <small>PHONE</small>: 512.410.1960 | <small>KO</small>@<small>OBRIENLAWPC.COM</small> |
| <small>FAX</small>: 512.410.6171 | T<small>EXAS</small>E<small>MPLOYEES</small>.<small>COM</small> |

| | |
|---|---|
| **TAMMY RUSSELL-BROWN'S RESPONSE TO CRU'S <u>SECOND</u> REQUEST FOR PRODUCTION** ||
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Tammy Russell-Brown<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o H<small>ALLET</small> & P<small>ERRIN</small>, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*Kerry O'Brien*

Kerry V. O'Brien
Attorney for Plaintiffs

2

---

## RUSSELL-BROWN'S RESPONSES TO CRU's
## 2nd REQUEST FOR PRODUCTION

---

**REQUEST FOR PRODUCTION NO. 7**:  Please produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE**: Russell-Brown is reviewing her records and will supplement within 14 days if responsive materials are identified.