

# O'BRIEN LAW FIRM

| | |
|---|---|
| 1011 WESTLAKE DRIVE<br>AUSTIN, TEXAS 78746<br>PHONE: 512.410.1960<br>FAX: 512.410.6171 | KERRY V. O'BRIEN<br>TEXAS BAR NO. 24038469<br>ko@obrienlawpc.com<br>TEXASEMPLOYEES.COM |

## ALL PLAINTIFFS' AND OPT-INS' RESPONSES TO CRU, INC.'S 1ST REQUEST FOR ADMISSIONS, SERVED NOVEMBER 14, 2023

| | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, et al. v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Lundy, Collins, Mays, James, Nickelberry, Mansfield, Riley, Ruise, Russell-Brown, and Wilson<br>c/o O'BRIEN LAW FIRM, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 6 |
| Certificate of Service | By my signature below, I hereby certify that these Responses to Request for Admissions were served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*/s/ Kerry O'Brien*

Kerry V. O'Brien
COUNSEL FOR PLAINTIFFS

**Rasheedah Mays responds as follows to Catastrophe Response Unit, Inc.'s Requests for Admissions served November 14, 2023:**

**REQUEST NO. 1:** Admit that, within the last three years, you have owned a mouse moving device or software program.

**ANSWER:** Mays objects on the basis that this Request is requesting information that has no bearing whatsoever to the issues in dispute in either phase of this case. Whether or not Mays owned a "mouse moving device or software program" within the last three years will not assist the court or the trier-of-fact in deciding the legal issues in the case. Any arguable relevance related to a "mouse moving device or software program" is addressed by the subsequent Request for Admission.

**REQUEST NO. 2:** Admit that you used a mouse moving device or software program while you were performing services for either Catastrophe Response Unit, Inc. or Catastrophe Response Unit USA, Inc.

**ANSWER:** Denied.

**Pamela James responds as follows to Catastrophe Response Unit, Inc.'s Requests for Admissions served November 14, 2023:**

**REQUEST NO. 1:** Admit that, within the last three years, you have owned a mouse moving device or software program.

**ANSWER:** James objects on the basis that this Request is requesting information that has no bearing whatsoever to the issues in dispute in either phase of this case. Whether or not James owned a "mouse moving device or software program" within the last three years will not assist the court or the trier-of-fact in deciding the legal issues in the case. Any arguable relevance related to a "mouse moving device or software program" is addressed by the subsequent Request for Admission.

**REQUEST NO. 2:** Admit that you used a mouse moving device or software program while you were performing services for either Catastrophe Response Unit, Inc. or Catastrophe Response Unit USA, Inc.

**ANSWER:** Denied.

**Sheena Nickelberry responds as follows to Catastrophe Response Unit, Inc.'s Requests for Admissions served November 14, 2023:**

**REQUEST NO. 1:** Admit that, within the last three years, you have owned a mouse moving device or software program.