



1011 W<small>ESTLAKE</small> D<small>RIVE</small>  
A<small>USTIN</small>, T<small>EXAS</small> 78746  
<small>PHONE</small>: 512.410.1960  
<small>FAX</small>: 512.410.6171

K<small>ERRY</small> V. O'B<small>RIEN</small>  
T<small>EXAS</small> B<small>AR</small> N<small>O</small>. 24038469  
<small>KO</small>@<small>OBRIENLAWPC.COM</small>  
T<small>EXAS</small>E<small>MPLOYEES</small>.<small>COM</small>

## B<small>ASIL</small> L<small>EO</small> R<small>ILEY</small>, III'<small>S</small> R<small>ESPONSE TO</small> CRU'<small>S</small> 2<small>ND</small> R<small>EQUEST FOR</small> P<small>RODUCTION</small>

| | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | December 14, 2023 |
| From | Basil Leo Riley, III<br>℅ O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o H<small>ALLET</small> & P<small>ERRIN</small>, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above:<br><br>Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*Kerry O'Brien*

Kerry V. O'Brien  
Attorney for Plaintiffs

## RILEY'S RESPONSES TO CRU's REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Riley is reviewing his records for responsive materials and will supplement with responsive materials, if any, within 14 days.

**REQUEST FOR PRODUCTION NO. 8:** Produce records sufficient to identify the number of hours that you reported to have worked for an employer or company other than CRU from July 1, 2021 - September 30, 2022. This request includes, but is not limited to, any hours that you reported to Progressive from July 1, 2021 – September 30, 2022.

**RESPONSE:** Riley objects to the extent that this request is requesting information that is not probative to the claims and defenses in this case, as the total number of hours worked for employers other than CRU for the requested period of time is not relevant to any issues in this case.