

EXHIBIT A.9



# RASHEEDAH MAYS

agentrasheedah@gmail.com | (727) 492-9981 | Atlanta, GA. 30349

**Skills**
● Xactimate X1 Fundamentals & Proficiency
● LexisNexis
● MS Word
● Insurance Policy Knowledge

● Basic Estimatics 2019
● Records & Documents
● Experient in XACTanalysis

**Experience:**
Griston Claims|FL
*Claims Desk Adjuster*
*11/2022 to Current*
● Daily claim handling and closures.
● Issuing and processing Payments to Insured
● Contact with Public Adjuster/ Attorney to negotiate settlement of releases and awards.
● Supplements
● Coverage determinations/denials.

*CRU (Catastrophe Response Unit) |TX*
*Claims Desk Adjuster*
*09/2021 to 10/2022*
● Daily claim handling and closures.
● CAT claim handling and closures.
● Issuing and processing Payments to Insured and Contractors.
● Updating/Increasing Guidewire Reserves.
● Assisting peers with help, answering questions, and providing directive on how to move the claims along to closure.
● Training of new team members.
● Contact with Public Adjuster/ Attorney to negotiate settlement of releases and awards.
● Daily Claim handling of Major claims balance of $150k+.
● Updating and processing daily contents claim via Exclaim.
● Total Loss and Liability Handling.

*Burton Claims Service | FL*
*Desk Adjuster*
*07/2020 - 08/2021*

Internal

PLAINTIFFS 000386

- Assisting with daily claim handling and closures.
- Processing payments for small and large loss claims residential claims.
- Contact with Public Adjuster/ Attorney to negotiate settlement of releases and awards.
- Ensures that timely contact is made with insured, and claimants as defined by established guidelines. Establishing and maintaining effective relationships w/ all involved parties.
- Evaluates assigned claims on an ongoing basis and makes recommendations for further task assignments facilitate final claim disposition.
- Appraisal reports, determining Actual Cash Value, and depreciation.
- Resolves moderate severity level claims using high service-oriented file handling techniques as defined by established guidelines.
- Total Loss and Liability Handling.

*USAA Insurance Dept. |FL*
*- GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY*
*- USAA CASUALTY INSURANCE COMPANY*
*- USAA GENERAL INDEMNITY COMPANY*
*Insurance Professional Auto/Property*
11/2018 - 07/2020
- Verified policy information for accuracy to determine if coverage is applicable on new claims.
- Developed an investigative action plan to include resolution of coverage issues.
- Assisting with daily claim handling and closures.
- Processing payments for Auto and residential Insurance policies.
- Insurance Policy Knowledge.
- Total Loss and Liability Handling.
- Basic Estimatics 2019
- Appraisal reports, determining Actual Cash Value, and depreciation.
- Estimate Reviews

**Education and Training:**
Pensacola State College | Pensacola, FL:  **Claims Adjuster Designation Course**
Central Insurance School | Clearwater, FL: **20-44 Personal Lines Course**
USAA training Course: **Basic Estimatics 2019**
Alacrity Insurance training: **Xactimate X1 Fundamentals & Proficiency**

**Licenses:**
ADJUSTER - ALL LINES **(Florida) Appointed**
ADJUSTER - ALL LINES **(Texas)**
**Georgia** Adjuster- Property & Casualty
**Louisiana** Adjuster- Crop, Property & Casualty, Workers Comp
**Michigan** Adjuster- Property & Casualty

**Certificates:**
· State Farm Policy Certification
· State Farm Estimatics Certification
· State Farm Auto & Property Certification
· CoreLogic Symbility Certification