**EXHIBIT A.10**

JILL MANSFIELD

Jillm37@yahoo.com

310-431-5450

**SUMMARY**

Highly motivated, results driven professional seeking claims adjuster opportunity with your organization. More than 10 years of insurance industry experience. Professional background consist of claim.

**CERTIFATIONS**

State Farm Residential Policy Certification, Citizens Residential Certification, State farm Auto certification.

**RELATED INDEPENENT ADJUSTER CLAIMS EXPERIENCE**

Companies include CRU adjuster, EA Renfroe, Citizens of Florida, Citizens of Louisiana, State Farm, Mercury Insurance, Worley, Alacrity, AAA, California Fair Plan, FIGA Insurance

**FIGA INSURANCE –** Litigation Specialist

07/15/2022 to 02/15/2023

Investigated evaluated and handled all aspects of legal issues in claims handling. Maintained good working relationships with policyholders insureds, and attorneys to continuously create a successful claim resolution environment. Review and respond to complaints, negotiated with plaintiff counsel. Review and approve documents.

**CRU / TD INSURANCE** – Independent Property Adjuster, Hail and wind

06-20-2021 to 07-11-2022

Investigating, documenting and evaluating and settlings claims. Respond promptly to outbound and inbound calls, issue payments, send out denial letter, payment letters, go over coverages with the insured.

**ALACRITY / LIBERTY MUTUAL** - Independent Property Adjuster – Daily Claims

03-02-2021 to 06-13-2021

Responsible for investigating and negotiating property claims. Investigated and settled high exposure claims to include flood damages and water loss. Worked directly with customers and guided them through the claims process and negotiate fair and equitable settlements. Also work with contractors, Field adjuster etc.

**CRU / TD INSURANCE** – Independent Property Adjuster, Hail and Wind

02-18-2020 to 02-03-2021

PLAINTIFFS 000237

Investigating, documenting and evaluating and settlings claims.  Respond promptly to outbound and inbound calls, issue payments, send out denial letter, payment letters, go over coverages with the insured.

**CALIFORNIA FAIR PLAN** – Independent Property Adjuster / Litigation Adjuster– Wild Fires

01-15-2019 to 02-15-2020

Negotiated claims settlements at a 100% of company goals while maintaining professionalism in communicating with insureds, claimants, attorneys and medical professionals. Investigated evaluated and handled all aspects of legal issues in claims handling. Maintained good working relationships with policyholders insureds, and attorneys to continuously create a successful claim resolution environment. Facilitated repairs to damaged property, facilitated replacement of destroyed personal property and when necessary helped customers find alternative living arrangements.

**ONE CALL CLAIMS** – Independent Property Adjuster / Litigation Adjuster – Wind and hail

05-02-2018 to 12-15/2018

Negotiated claims settlements at a 100% of company goals while maintaining professionalism in communicating with insureds, claimants, attorneys and medical professionals. Investigated evaluated and handled all aspects of legal issues in claims handling. Maintained good working relationships with policyholders insureds, and attorneys to continuously create a successful claim resolution environment. Facilitated repairs to damaged property, facilitated replacement of destroyed personal property and when necessary helped customers find alternative living arrangements.

**INSPECTION DEPOT / CITIZENS**  - Independent Property Adjuster / Large Loss

09-12-2017 to 02-20-2018

Investigating, documenting and evaluating and settlings claims.  Respond promptly to outbound and inbound calls, issue payments, send out denial letter, payment letters, go over coverages with the insured.

**CRU / TD INSURANCE** – Bodily Injury Adjuster

10-12-2016 TO 07/05/2017

Set up new claims, authorized payments, take statements.  Handled up to 185 claims.  Communicated with claimants, Attorneys. Confirm or deny coverage.  Time limit demands always handled a priority an on time. Issue payments prepare for claim for court if need be.

**WARDLAW / STATE-FARM** – Bodily Injury Adjuster

10-17-2015 to 09-30-2016

Investigating, documenting and evaluating claims and settling claims.  Respond to promptly to outbound and inbound calls and written correspondence.  Handle a high volume calls from claimants.  Insureds and Attorneys, claimants. Authorized payments. Time limit demands always handled a priority and on time. Handled up to 300 files.  Set up vehicle inspections, car rentals.  Prepare claim for proper defense

PLAINTIFFS 000238

of those claims involved in legal provided prompt and accurate customer service for insured and claimants and Attorneys.

**EA RENFROE / STATEFARM** – Bodily Injury Adjuster

03/13/2013 to 09-10-2015

Investigating, documenting and evaluating claims and settling claims. Respond to promptly to outbound and inbound calls and written correspondence. Handle a high volume calls from claimants. Insureds and Attorneys, claimants. Authorized payments. Time limit demands always handled a priority and on time. Set up vehicle inspections, car rentals. Prepare claim for proper defense of those claims involved in legal provided prompt and accurate customer service for insured and claimants and Attorneys

PLAINTIFFS 000239