

EXHIBIT A.11

# SHEENA NICKELBERRY

5101 Airline Dr. Apt 3305
Houston, TX 77022
832-923-5916
nickelberrysheena@gmail.com


## OBJECTIVE

A motivated scholar with a career objective to understand, predict, describe, influence, and improve the well-being of an individual's quality of life.


## EDUCATION

**Doctor of Philosophy in General Psychology | Grand Canyon University**
OCTOBER 2021 – PRESENT

**Master of Arts-Health Administration/Health Management | University of Phoenix**
AUGUST 2013 – NOVEMBER 2015

**Bachelor of Arts-Health Administration/Health Management | University of Phoenix**
JUNE 2011 – JULY 2013


## EXPERIENCE

JAN 2022 – AUG 2022 **State Farm**
**E.A. Renfroe Claims Specialist – United States**

- Spoke with Policyholders, Public Adjusters, Vendors, and Representatives at the onset and closing
  of each claim.
- Analyzed and managed claims by verifying coverage and investigating and gathering pertinent information to determine the exposure of the claim
- Recognized and properly addressed coverage issues, potential fraud, and subrogation potential
- Created Field Assignments as necessary and submitted them to the appropriate independent firms for processing.
- Investigated and determined coverage based on the field adjuster's reports and photos in
- XactAnalysis and phone conversations with the insureds.
- Calculated and assigned timely and appropriate reserves to claims and monitored reserve adequacy throughout the life of the claim.
- Paid and processed claims within designated authority level or denies payments were no coverage, liability, or compensability exists.

FEB 2021 – DEC 2021 **National Disaster Recovery Technical Assistance Consultants, Inc. (United States)**
**Strategic Resource Management (SRM) – United States**

- Provided support for emergency management teams in servicing clients by responding for, recovering, and preparedness for disasters nationwide

PLAINTIFFS 000380

- Evaluates, develop, and maintain comprehensive emergency teams that managed plans in locations that suffered from hazard mitigation, preparedness, disaster response, debris management, and recovery response.
- Support emergency management teams on the ground community-based by coordinating emergency management efforts for vulnerable, underserved, and marginalized communities.
- Validate the damages to applicant-owned facilities.
- Perform all duties and responsibilities in compliance with standard operating procedures and other federal, state, and local regulations.

JUNE 2020 - NOV 2020 **TD Insurance (Toronto, ON)**
**Catastrophe Response Unit - Calgary, AB, Canada**

- Experienced Adjuster examining and, reviewing facts of hail damage, liability, and Total Loss Claims
- Issue move request from insured to Copart
- Settled with the insured on the policy limitations
- Created Proof of Loss for Total Loss claims
- Managed Rental in Arms Systems for Enterprise Reviewed damaged auto estimates for potential Total Loss
- Engaged in policy/endorsement analysis and application of coverage documented all information in Guidewire.
- Engaged in the final resolution of the claim and the settlement within the authority
- Reviewed estimates from preferred vendors to ensure they are accurate

JAN 2020 – JUNE 2020 **National Disaster Recovery Technical Assistance Consultants, Inc. (United States)**
**Strategic Resource Management (SRM) – United States**

- Work with state and local governments to document damages
- from a declared disaster and process the application for PA.
- Gather all essential protective measures performed by the
- applicant.
- Monitor, coordinate, and communicate the strategic
- objectives of the business.
- Collaborate and communicate successfully with other entities.
- Collect, analyze, and utilize data and feedback.
- Compile reports about incidents, and events.
- Provide applicants with professional technical skills and PA
- program knowledge.

JULY 2019 - JAN 2020 **Allstate Insurance (Calgary, AB)**
**Catastrophe Response Unit - Calgary, AB, Canada**

- Examines claims data, reviewed facts of loss, verified coverages, evaluates settlement value and settlement options and adjusts total loss claims within the limit of authority.

PLAINTIFFS 000381

- Reviews the vehicle estimate, photos, and vehicle evaluation to determine if the vehicle is a total loss.
- Negotiate and/or settle total losses with the vehicle owner or lienholder based on the Actual Cash Value of the vehicle.
- Coordinates with the body shop and the salvage vendor to have the vehicle moved to a storage-free facility.
- Assist the Lien holder and customer with appropriate documents to process GAP claims
- Uses appropriate vendor sites to advise customers of owner retention options and amount of salvage.
- Obtains all documents forms from owner and lienholder before payment is issued to either party.
- Ensured that claim payments were issued in a timely and accurate manner.
- Verified that salvage has been sold then initiated Subrogation if applicable.
- Worked towards the resolution of claims files including the completion

FEB 2018 – JUN 2019 **T D Insurance (Toronto, ON) (RSA- Unifund)**
**Property Desk Examiner/Catastrophe Response Unit-Toronto, ON**

- Handling and reviewing the property and Xactimate claims
- Confirming liability for residential, commercial, and personal reports using Guidewire and AS400
- Moderating payments with contractors and arranging payouts for repairs
- Working in alliance with field adjusters to combine reports together for issuing payments and fees
- Interpreting the policy for the insured
- Authorizing over $100,000 in payments and fees
- Conducted and maintained Daily Claims

SEPT 2018 – NOV 2018 **State Farm**
**Wardlaw/Property Desk Examiner (Hurricane Florence/Michael) – Atlanta**

- Handled single-car losses not involving comparative negligence.
- Handled partial losses as assigned.
- Explained relevant coverages to the insured.
- Issued payments for completed estimates and final bills from the insured.
- Provided customer services, such as limited instructions on proceeding with claims or referrals to   auto repair facilities or local contractors
- Handled any assigned first-party coverage or third-party loss of use claims to a conclusion.
- Paid claims within the authority granted.

FEB 2018 – JULY 2018 **TD Insurance Canada**
**Property Desk Examiner/CRU Catastrophe Response Unit**

PLAINTIFFS 000382

- Expedited client contact, and explain coverage, rights, obligations, claims presentation, and processing, in accordance with the carrier's Residential Policies and Procedures.
- Processed diligently amounts of claims efficiently responding to calls, messages, mail, and invoices in accordance with claims service standards
- Acted as the Subject Matter Expert (SME) in their area of expertise to increase the knowledge base within the claim.
- Ensured customer problems are handled appropriately and escalated issues when necessary.
- Assessed and mitigate risks and escalate as required
- Ensured accurate and timely reserving of claims
- Identified potentially fraudulent claims and handle them according to organizational processes/procedures
- Negotiated and settles claims within the authority level and requests authorization where necessary.

JUL 2017 – NOV 2017 **TWIA – Texas Windstorm Insurance Association**
**Wardlaw/Property**
**Desk Examiner (Hurricane Harvey)**

- Kept adequate contact with policyholders, public adjusters, vendors, and representatives at the onset and closing of each claim.
- Analyzed and managed claims by verifying coverage and investigating and gathering pertinent information to determine the exposure of the claim
- Recognized and properly addressed coverage issues, potential fraud, and subrogation potential
- Created Field Assignments as necessary and submitted them to the appropriate field adjuster for processing.
- Calculated and assigned timely and appropriate reserves to claims and monitored reserve adequacy throughout the life of the claim.
- Paid and processed claims within designated authority level or denied payments where no coverage, liability, or compensability exists.
- Communicated daily via telephone and written correspondence claim decisions with the policyholders, public adjusters, and/or representatives including deductible amounts, acceptance, and or denial of the claim.
- Completed all tasks via Claims Center by closing all reserves, exposures, and activities.
- Created and submitted relevant letters to the insured and closed the claim.
- Reopened closed claims (obtained estimates, receipts, reports, and other information) when a claim rendered supplements

JUNE 2016 – AUG 2017 **State Farm**
**Worley/Independent Adjuster - Dallas, Texas**

- Managed, investigated, and resolved Auto BI claims. Investigated and evaluated coverage liability, and damage, and settled claims within prescribed authority levels.

- Documented Auto BI claim file with notes, evaluations, and decision-making processes.
- Communicated with policyholders, witnesses, and claimants to gather claims information. Refer tasks to auxiliary resources as necessary and advise on the proper course of action.
- Responded to various written and telephone inquiries including status reports.
- Ensured adequacy of reserves.
- Negotiated settlements with attorneys, and claimants.

MARCH 2016 – JUNE 2016 **State Farm**
**Pilot/ILR –** Irving, Texas

- Examined claims data and reviewed facts of loss to make a liability determination
- Reviewed the vehicle estimate and photos to determine proper reserves and coverages for damages
- Coordinated with the body shop and the salvage vendor to have the vehicle moved to a storage-free facility
- Settled total loss vehicle claims and explained retention release options
- Focused on the needs of the client and the claimants
- Identified customer needs and worked to meet those needs using appropriate customer service skills

JUL 2013 – JAN 2016 **Republic Western**
**Property Desk Examiner and Litigation -** Dallas, TX

- Investigated and handled inside carrier accounts for their Midwest Division
- Examined claims data, reviewed facts of loss, verified coverages, evaluated settlement for residential
- Reviewed the injury reports, photos, and vehicle evaluation to determine exposures and settlements
- Negotiated and or settle with attorneys within the policy guidance
- All documents form from the owner and lienholder before payment is issued to either party.
- Knowledgeable with the ability to read and interpret policy coverages
- Proven investigative knowledge
- Knowledgeable with the ability to draw valid conclusions and effectively communicate them
- Skilled in being proactive and having a positive approach to customer service ensuring all inquiries are effectively dealt with in a timely manner
- Knowledgeable in Xactimate 28 and window-based computer operating systems

**LICENSES:**

PLAINTIFFS 000384

FEMA BADGE - National Disaster Recovery Technical Assistance Consultants, Inc.

**INSURANCE ADJUSTER LICENSING**
- Texas All-Lines Adjusters License
- State Farm Auto Certification – received October 2016
- State Farm Property Certification
- Texas Wind Insurance Association (TWIA)
- National Flood Insurance Program (NFIP)
- Tower Hill

Property and Casualty licenses include:

Connecticut, Delaware, Florida, Kentucky, Louisiana, Vermont, West Virginia, North Carolina, Texas, New Hampshire, Oklahoma, Georgia, South Carolina, Ontario, and Alberta

PLAINTIFFS 000385