

 **Carla Collins** is with **Ask Shesus** and **2 others**.

August 9, 2021 · 🌐

Monday, August 9, 2021 at 9:51 AM

if she don't cook her toast like this!!! .... she for the streets!!!! TRUST ME ON THIS!!!
CURLIE PINKNEY TAUGHT ME!!
ELIAS BLOODLINE STRONG

#ThankMeLater
#castironskillet





Δ π EXHIBIT 13
Deponent_____
Date_____ Rptr.____
WWW.DEPOBOOKPRODUCTS.COM

 **Carla Collins** is at **Shreveport Police Department**.

<u>August 9, 2021</u> · Shreveport, LA · 🌐

Monday, August 9, 2021 at 9:56 AM Police Department SATELLITE PROGRAM!!!!
LIEUTENANT Carla Collins

Thank you Shreveport Mayor Adrian Perkins for this opportunity to serve and protect my community while I internally investigate SPD and the cover ups!!!!

#Honored #Humble… **See more**





**Carla Collins**
**Marvin T Muhammad** we kinda fancy over here lol we have apple perseveres

Like   Reply   2y

Monday, August 9, 2021 at 10:13 AM



**Carla Collins**
**F.D. Washington** i'm finna get alllum fired  

Like    Reply    2y

 Monday, August 9, 2021 at 10:19 AM



**Carla Collins**
**Jermane Mandigo** I appreciate your talent

Like    Reply    2y



Monday, August 9, 2021 at 10:22 AM



**Carla Collins**
**Marvin T Muhammad** ijs 🤷🏽‍♀️ my granny taught me

Like    Reply    2y

ond Monday, August 9, 2021 at 10:27 AM

t's the only way to cook toast. Old school the way our ances



**Carla Collins**
August 9, 2021 · 🌐

Monday, August 9, 2021 at 10:33 AM  w/ FIRST ADVANTAGE

Schedule:
Monday– Friday. Flexibility of working hours between 8am – 8pm EST... **See more**

1 comment   2 shares

👍 **Like**          💬 **Comment**          ↗ **Share**



**Carla Collins**

**TaShakka Stills** LIEUTENANT!!!

Like     Reply     <u>2y</u>

Monday, August 9, 2021 at 11:06 AM

**Carla Collins**



**Carla Collins**
August 9, 2021 · 🌐

Monday, August 9, 2021 at 11:15 AM HIRING!!!



• • •



**Carla Collins**
**Barry Robson** 

···

Like      Reply      2y

 Monday, August 9, 2021 at 11:28 AM

 **Carla Collins** is with **Jo Bleaux**.

August 9, 2021 · 🌐

Monday, August 9, 2021 at 1:03 PM ..OVES MR & MRS OLIVER!!!!

Kayleigh Marie & Jo Bleaux!!!!!

#OliverCo





**Carla Collins**
**Tommie Mcglothen III** aye by ANY means necessary right?!??

**Like**   **Reply**   2y

Monday, August 9, 2021 at 2:44 PM



 **Carla Collins** was live.

August 9, 2021 · 🌐

Monday, August 9, 2021 at 8:13 PM  et's talk about it ... PPP and CHILD SUPPORT



 **Carla Collins**
August 9, 2021 · 🌐

Monday, August 9, 2021 at 10:25 PM e huh? ... nahhhhh I just look like this

🔒 childsupport.oag.state.tx.us ↻

AA

 ••• — ✕



## R06:CIR - Millie
Regional Specialist, CSLive Case Team

Hello, how may I help you?

Agent R06:CIR - Millie has joined the chat.



**Dear Carla Collins, thank you for contacting us! How may I help you?**



**Carla Collins**
**Lashonda Denise**

...



Like     Reply     2y

Monday, August 9, 2021 at 10:39 PM



**Carla Collins**
**Redd Angel** welllll according to the website he is 

Like    Reply    2y

3

Monday, August 9, 2021 at 11:03 PM



**Carla Collins**
**Crystal Edwards**

...



Like     Reply     <u>2y</u>

Monday, August 9, 2021 at 11:12 PM



**Carla Collins** is with **Ask Shesus.**

August 9, 2021 · 🌐

Monday, August 9, 2021 at 11:19 PM

• • •





**Carla Collins**
**Ray Phillips**

• • •



Like     Reply     2y

Monday, August 9, 2021 at 11:19 PM



**Carla Collins**

August 9, 2021 · 🌐

Monday, August 9, 2021 at 11:29 PM

LOVE YA'LL and there is NOTHING you can do about it!!!



· · ·