

EXHIBIT A.14

