

EXHIBIT A.15

 **Carla Marie The Goddess**
December 1, 2023

COMMUNITY HEATLH DRIVES COMING SOON!!

I need yall to understand THIS!!
I GENUINELY LOVE ALL OF Y'ALL!!! WE HAVE TO HELP US HELP US!!

I UNDERSTAND SOME MAY FEEL I DO TO MUCH BUT I DO IT FOR MY PEOPLE AND TO BE HONEST I FEEL YALL NOT DOING ENOUGH SO WHY NOT ME?!?! ITS A SACRIFICE IM WILLING TO TAKE!!

I'VE GONE FROM THE MOST HATED TO THE MOST LOVED AND HATED AGAIN BUT NOT A SINGLE SOUL HAS BEEN ABLE TO PROVE I HAVE LIED!! NOT EVEN YALL PASTORS!!!!

TODAY I JUST REALIZED THE LEVEL OF UNAWARENESS OF SOME OF THE MOST SIMPLEST THINGS IN THE BLACK COMMUNITY AND NOW I FEEL SOME TYPE OF WAY!!!!

PLEASE TAKE YOUR LIFE SERIOUS!!

