**EXHIBIT A.16**

