**EXHIBIT B**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY *
AND R.C.L. MAYS, *
INDIVIDUALLY AND ON *
BEHALF OF ALL OTHERS *
SIMILARLY SITUATED, *
    PLAINTIFFS, *
                * CIVIL ACTION
VS.         * NO. 4:22-CV-1073
                *
CATASTROPHE RESPONSE *
UNIT, INC. AND *
CATASTROPHE RESPONSE UNIT *
USA, INC., *
    DEFENDANTS. *
-------------------------------------
ORAL AND VIDEOTAPED DEPOSITION OF
SHEENA NICKELBERRY
SEPTEMBER 15, 2023
-------------------------------------

    ANSWERS AND DEPOSITION of SHEENA NICKELBERRY, a witness produced on behalf of the Defendant, taken in the above styled and numbered cause on the 15th day of September, 2023, from 1:05 p.m. to 7:35 p.m. before Kathy Bradford, a Certified Court Reporter in and for the State of Texas, reported by machine shorthand, with all parties and the witness appearing remotely taken in accordance with the Federal Rules and the provisions stated on the record or attached hereto

Page 2

1          A P P E A R A N C E S
2  FOR THE PLAINTIFFS:
3    Monte Hurst
      Kristen A. Laster
4    HALLETT & PERRIN, P.C.
      1445 Ross Avenue, Suite 2400
5    Dallas, Texas 75205
      Phone: 214/922-4142
6    monte.hurst@hallettperrin.com
      kbrubalow@hallettperrin.com
7
    FOR THE DEFENDANTS:
8
    Kerry O'Brien
9    O'BRIEN LAW FIRM
      1011 Westlake Drive
10   Austin, Texas 78746
     Phone: 512/410-1960
11   ko@obrienlawpc.com
12 ALSO PRESENT:
13   Adam Dickens
     CRU GROUP
14
     Ceicili Morales
15   HALLETT & PERRIN
16   Jonathan Pempleton
     ELITE VIDEO PRODUCTIONS, INC.
17   info@elitevideoproductions.com

Page 3

          I N D E X

EXHIBIT                PAGE
NUMBER                 IDENTIFIED
1 -- Interrogatories     53
2 -- LinkedIn Page       199
3 -- Resume              33

EXAMINATION           PAGE

BY MR. HURST          6, 231, 249

BY MR. O'BRIEN        230, 242

        REPORTER'S NOTE

Quotation marks are used for clarity and do not necessarily reflect a direct quote.

Page 4

      P R O C E E D I N G S
     (Witness cautioned and sworn)
     VIDEOGRAPHER: Good afternoon, everyone. We are now on the record at 1:05 p.m. Today's date is September 15, 2023. Would counsel please identify themselves and state any agreements for the record after which the court reporter will swear in the witness.
     MR. HURST: Good afternoon. I'm Monte Hurst. I am here with Kristen Brumbalow, my colleague, and Ceicili Morales, my assistant. We are here on behalf of the defendants in this case, and we are taking this deposition pursuant to a notice and agreements of counsel.
     MR. O'BRIEN: And I'm Kerry O'Brien from the O'Brien Law Firm, and I represent the plaintiffs in this case.
     (Witness cautioned and sworn.)
     COURT REPORTER: My name is Kathy Bradford, Certified Shorthand Reporter Number 3082. I am located in Collin County, Texas. The witness is located in Harris County, Texas. And we're ready.
     MR. HURST: Thank you.
     SHEENA NICKELBERRY,
having been first duly sworn, testified as follows:

Page 53

1   Q. And you do recall that your deployment in
2  Canada had ended, and that's why you left there?
3   A. Yes.
4   Q. Excuse me for just a moment.
5      MR. HURST: Let's -- let's go off the
6  record for two minutes, please.
7      VIDEOGRAPHER: We are off the record at
8  2:21 p.m.
9      (Recess.)
10     VIDEOGRAPHER: We are back on the record
11 at 2:23 p.m.
12  Q. (BY MR. HURST) Ms. Nickelberry, I am
13 presenting to you in this virtual deposition Exhibit
14 Number 1 to your deposition, which I will represent is
15 a copy of the resume that -- your resume that we were
16 provided by your attorney in this particular case.
17 And it's Bates labeled Plaintiffs 000380. Have you
18 seen this document before?
19  A. Yes, sir.
20  Q. Okay. Is this a true and correct copy of
21 your resume?
22     MR. O'BRIEN: Objection. Form.
23  Q. (BY MR. HURST) Do you need to look at it
24 more, Ms. Nickelberry, before you can answer?
25     THE WITNESS: I didn't hear what Kerry

Page 54

1  said.
2      MR. O'BRIEN: That was -- that was one
3  of those things where I just say that for the court
4  reporter's sake. You can go ahead and answer his
5  question.
6      THE WITNESS: Okay.
7   Q. (BY MR. HURST) Is this a true and correct
8  copy of the resume that you provided in discovery in
9  this case?
10  A. To my knowledge, yes. I have several --
11  Q. You have several resumes?
12  A. Yes.
13  Q. Well, which one is this one? How does
14 this -- how is this different from other ones?
15  A. I have some that goes for customer service,
16 other jobs other than adjusting. And the majority of
17 the jobs on this one is adjusting so --
18  Q. This is your adjusting resume?
19  A. I'm sorry?
20  Q. This is your adjusting resume that you
21 provided in discovery in this lawsuit?
22  A. Right.
23  Q. Okay. Is it current?
24  A. No.
25  Q. What is not on here that should be on here?

Page 55

1   A. Different -- different -- it's not different
2  jobs. It's the things that I've done, in other words.
3   Q. Your accomplishments?
4   A. Not really those, but it's what I've done.
5   Q. Okay. Let's go down to experience, please.
6      MR. HURST: Are we able to get that all
7  on?
8      MS. MORALES: Uh-huh.
9   Q. (BY MR. HURST) Okay. The experience that
10 you have -- strike that. When did you last revise
11 this resume that -- that you provided to us in
12 discovery in this lawsuit?
13  A. I don't remember that date before I actually
14 sent it to my attorney or Kerry.
15  Q. Did -- have you updated this in the last
16 year?
17  A. I believe so, yes.
18  Q. So we just went through the possibility from
19 your perspective, then the probability from my
20 perspective that this resume did not include your last
21 deployment by CRU, which would have happened from --
22 from July of 2001 to January of 2022, correct?
23  A. Right.
24  Q. Why is it that this would not have that
25 particular deployment on your resume?

Page 56

1   A. Different jobs require different things. I
2  don't know at this point.
3   Q. Okay. Would you agree that this resume does
4  not show a deployment by you with CRU between July of
5  2021 and January 2022?
6   A. Right.
7   Q. Would you agree that this resume, if it were
8  inclusive, should have this CRU deployment from July
9  of 2021 to January of 2022?
10  A. It depends.
11  Q. It depends on what?
12  A. It depends on which job that I'm going for.
13  Q. I'm just talking about your having left off
14 or whether you have indeed left off a deployment from
15 CRU.
16  A. Right. So --
17  Q. Would -- would you agree that this resume
18 that you provided to us in discovery in this lawsuit
19 does not include your most recent deployment which was
20 with CRU in 2021 through January of 2022?
21     MR. O'BRIEN: Objection --
22  A. Right.
23     MR. O'BRIEN: -- to --
24  Q. (BY MR. HURST) What is your answer, ma'am?
25  A. Yes, sir.

Page 257

1 **I have so much other stuff going on so -- but I would**
2 **say --**
3 Q. Okay.
4 **A. -- last week.**
5 MR. HURST: So I'm going to object to
6 the extent that that answer is nonresponsive.
7 Q. (BY MR. HURST) You reviewed notes that you
8 had made as recent as last week in preparation of your
9 deposition here today?
10 **A. Uh-huh.**
11 Q. Is that right?
12 **A. Right.**
13 Q. Okay. How many pages of notes are we talking
14 about?
15 **A. I want to say three.**
16 Q. And when did you actually draft those notes?
17 **A. Like I said, when I was doing homework, you**
18 **know, in between doing homework, thinking, any time of**
19 **day.**
20 Q. Over the last month?
21 **A. I would say, yeah, three weeks.**
22 Q. Okay. We're making a formal request in this
23 deposition for counsel to produce those notes to us
24 because we would submit because you reviewed them in
25 preparation of your deposition, that that would make

Page 258

1 them discoverable.
2 **A. Okay.**
3 MR. HURST: We'll pass the witness.
4 Thank you.
5 MR. O'BRIEN: No further questions.
6 I'll reserve any further questions to the time of
7 trial.
8 MR. HURST: Thanks, everybody.
9 MR. O'BRIEN: All right. Thank you.
10 Thanks, Sheena.
11 COURT REPORTER: Wait.
12 MR. O'BRIEN: See y'all.
13 COURT REPORTER: Don't hang up yet.
14 (Everyone leaves the Zoom deposition
15 except Mr. O'Brien, the videographer,
16 and the court reporter.)
17 VIDEOGRAPHER: Hold on. I think Kathy
18 has got some --
19 MR. O'BRIEN: Got it. I'm here.
20 COURT REPORTER: First off, I don't know
21 how to do signature. Did she go? Oh, no, that's not
22 good.
23 VIDEOGRAPHER: Yeah, she -- I think she
24 left. Hold on. Let me go off the record.
25 MR. O'BRIEN: I don't -- I don't think

Page 259

1 we're going to read and sign on this one.
2 VIDEOGRAPHER: Let me -- let me go off
3 the record. I'm sorry. It is 7:35 p.m., and we are
4 off the record.
5 COURT REPORTER: How did you want to do
6 signature?
7 MR. O'BRIEN: Waive signature.
8 (Whereupon the deposition
   was concluded, at which time,
9 the signature of the witness
   was waived by Mr. O'Brien.)

Page 260

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY       *
AND R.C.L. MAYS,               *
INDIVIDUALLY AND ON            *
BEHALF OF ALL OTHERS           *
SIMILARLY SITUATED,            *
     PLAINTIFFS,               *
                               * CIVIL ACTION
VS.                            * NO. 4:22-CV-1073
                               *
CATASTROPHE RESPONSE           *
UNIT, INC. AND                 *
CATASTROPHE RESPONSE UNIT      *
USA, INC.,                     *
     DEFENDANTS.               *

REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED DEPOSITION OF
SHEENA NICKELBERRY
SEPTEMBER 15, 2023

I, KATHY BRADFORD, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:
That the witness, SHEENA NICKELBERRY, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the time used by the parties is as follows:

    Mr. Hurst -- 5:30
    Mr. O'Brien - 11 minutes
That a copy of this certificate was served on all

1 _____.
2 I further certify that pursuant to FRCP Rule 30(e)(1) that the signature of the deponent was either not
3 requested by the deponent or a party before the completion of the deposition or was waived based on
4 the agreement of counsel.
5 I further certify that I am neither attorney or counsel for nor related to or employed by any of the
6 parties to the action in which this deposition is taken, and further that I am not a relative or
7 employee of any attorney or counsel employed by the parties hereto or financially interested in the
8 action.
9 Certified to by me this 29th day of September, 2023.
10
  *Kathy Bradford*
11 KATHY BRADFORD,
   Certified Shorthand Reporter
12 in and for the State of Texas.
   Certification Number: 3082
13 Date of Expiration: 7-31-2025
   Firm Registration Number 38
14 Bradford Court Reporting, L.L.C.
   7015 Mumford
15 Dallas, Texas 75252
   Phone: (972) 931-2799
16 Fax: (972) 931-1199
17
18
19
20
21
22
23
24
25