

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY and  )
R.C.L. MAYS, individually and )
on behalf of all others       )
similarly situated,           )
        Plaintiffs,           )
                              )
vs.               ) Case No.
                  ) 4:22-cv-1073
CATASTROPHE RESPONSE UNIT,    )
INC. and CASTROPHE RESPONSE   )
UNIT USA, INC.,               )
        Defendants.           )

* * * * * * * * * * *
ORAL VIDEOTAPED DEPOSITION
JILL MANSFIELD
October 29, 2023
(Reported Remotely)
* * * * * * * * * * *

ORAL VIDEOTAPED DEPOSITION OF JILL MANSFIELD, produced as a witness at the instance of the Defendants and duly sworn, was taken in the above-styled and numbered cause on October 29, 2023, from 10:02 a.m. to 4:25, before Cheryl Duncan, CSR, in and for the State of Texas, reported by computerized stenotype machine in Carson, California, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

**Page 2**

                    APPEARANCES

FOR PLAINTIFFS:
    Mr. Travis Gasper
    GASPER LAW, PLLC
    Suite 323
    1408 North Riverfront Boulevard
    Dallas, Texas  75207
    469.663.7736
    travis@travisgasper.com

FOR DEFENDANTS:

    Ms. Kristen A. Brumbalow
    Mr. Monte K. Hurst
    HALLETT & PERRIN, P.C.
    Suite 2499
    1445 Ross Avenue
    Dallas, Texas  75202
    214.953.0053
    214.922.4142 Fax
    monte.hurst@hallettperrin.com
    kbrumbalow@hallettperrin.com

ALSO PRESENT:

    John Hines, Videographer
    Ceicili Morales
    Adam Dickens, CRU

**Page 3**

                    INDEX
                                        PAGE
Appearances ......................................2
JILL MANSFIELD
Examination by Mr. Hurst .........................4
Signature and Changes ..........................209
Reporter's Certificate .........................211

                    EXHIBITS

EXHIBIT          DESCRIPTION           PAGE
1        J. Mansfield's CV          30
2        Answers to interrogatories   39
3        J. Mansfield's CV, CRU000223 -   45
         226

4        Insurance adjuster application,   45
         Plfs 000240 - 245
5        01-04-23 email from J.       205
         Mansfield to CRU Group
         deployments
6        04-02-23 email from J.       205
         Mansfield to B. Parsons

7        05-02-23 email from J.       207
         Mansfield to deployments

**Page 4**

              PROCEEDINGS
        THE VIDEOGRAPHER:  This is tape one in the video deposition of Jill Mansfield in the matter of C.M. Collins versus Catastrophe Response Unit, Inc. in the U.S. District Court for the Eastern District of Texas, Sherman Division.  Today is Sunday, October 29th, 2023.  We are now on record at 10:01 a.m.
        Will attorneys please introduce themselves for the record.
        MR. GASPER:  Travis Gasper for the plaintiff.
        MS. BRUMBALOW:  Kristen Brumbalow and Monte Hurst for the defendants.
        THE COURT REPORTER:  My name is Cheryl Duncan, Court Reporter, CSR Number 3371.  I am administering the oath and reporting the deposition remotely from my home, located in Rhome, Texas.  The witness is located in Carson, California.
        JILL MANSFIELD,
having been first duly sworn, testified as follows:
              EXAMINATION
    Q.   (BY MS. BRUMBALOW) My name is Kristen Brumbalow, I'm an attorney and I represent both Catastrophe Response Unit USA and Catastrophe

Page 37

1    not.  Did I misunderstand that?
2        A.    Well, it's going on the third year, but I
3    am going to file them.
4        Q.    I couldn't hear that.  What did you say?
5        A.    It's going on the third year, and I am
6    going to file them.
7        Q.    Okay.  Did you file in -- for 2022?
8        A.    No.
9        Q.    Did you file in 2021?
10       A.    Yes.
11       Q.    Did you file in 2000 (sic)?
12       A.    Yes.
13       Q.    Have you missed filing taxes any year other
14   than 2022?
15       A.    I'm just trying to think.  2021, and I
16   think 2022, I have to file.
17       Q.    So you just testified, I believe, that you
18   did file in 2021.  Are you correcting that now and
19   saying that you did not file in 2021?
20       A.    I think it was 2020 I filed.  2021 and
21   2022, I didn't.
22       Q.    And why have you not filed taxes for the
23   last two years?
24       A.    I just, I just haven't.
25       Q.    Do you have a reason why you have not?

Page 38

1        A.    No, I do not.  I don't.
2        Q.    What did you say?
3        A.    I don't.  I don't have a reason.  But I'm
4    going to --
5        Q.    Do you have the -- you have the paperwork
6    to file them?
7        A.    Yes.
8        Q.    Where do you keep that paperwork?
9        A.    Where do I keep the paperwork?
10       Q.    Yes.
11       A.    I have, I have it in my room.
12       Q.    In your bedroom?
13       A.    Yes.
14       Q.    Do you have an accountant?
15       A.    I have someone that I take them to, yes.
16       Q.    Who do you take your taxes to?
17       A.    This company called Easy Taxes in Culver
18   City.
19       Q.    When do you plan to file your 2021 and 2022
20   taxes?
21       A.    Soon.
22       Q.    What have you done to prepare to file them?
23       A.    I haven't done anything yet.  I just need
24   to make an appointment.
25       Q.    So if you were to look at the documents

Page 39

1    that you have in your room that you have set aside so
2    that you can file your taxes, would you be able to
3    identify the companies for whom you have worked in
4    the past two years?
5        A.    Probably.
6        Q.    When you were answering interrogatories,
7    what did you look at to answer the question
8    pertaining to who you worked for for the past ten
9    years?
10       A.    Could you repeat that, please.
11       Q.    Sure.
12              Let's pull up Exhibit 2, the answers
13   to interrogatories.
14              (Exhibit 2 marked)
15       Q.    All right.  We're going to scroll down to
16   the answer to interrogatory number 1.  All right.
17   Interrogatory number 1 asks that you please provide
18   the following for each person or company for which
19   you have, within the past ten years, been employed or
20   otherwise provided services in exchange for
21   remuneration, including, but not limited to,
22   independent contrac -- independent contractor
23   services.  And it lists A through I, including dates
24   of employment or work as an independent contractor,
25   the name of the person or company, the positions

Page 40

1    held, a brief description of the job duties of each
2    position held, whether you were an employee or
3    independent contractor, location where you performed
4    services, name of supervisors, rates of pay and
5    reasons why you're no longer providing services or
6    working for that company.  Do you see that?
7        A.    I do.
8        Q.    And your attorney launched his objections,
9    and then they state that they're producing your
10   resume which is being contemporaneously served with
11   the interrogatory responses.  Do you see that?
12       A.    Yes.
13       Q.    You testified earlier that this was a true
14   and correct answer, that your answers to
15   interrogatories were accurate; is that right?
16       A.    I don't recall.
17       Q.    Sorry, what did you say?
18       A.    I don't recall saying that.
19       Q.    You don't recall saying that a few minutes
20   ago during this deposition?
21       A.    Could you repeat the question, please.
22       Q.    Sure.
23              Earlier today when we were discussing
24   what documents you had looked at in preparation for
25   this deposition, you testified that you looked at the

Page 125

1    Q.   What -- where were you working on that
2  deployment?
3    A.   Remotely.
4    Q.   When you say "remotely," were you always
5  working out of your parents' house?
6    A.   Well -- you're talking about with CRU?
7    Q.   Yes.
8    A.   No.
9    Q.   Okay.  That residential BAU deployment,
10  where you were working under Tamekia Williams, when
11  you worked remotely, where did you work?
12    A.   I worked from my house.
13    Q.   How about this deployment where you were
14  reporting to Faye Quinnie, who did you -- where did
15  you work then?
16    A.   My house.
17    Q.   And what hours did you typically work
18  during that deployment?  It was about a month long,
19  where you were reporting to Faye Quinnie.
20    A.   That could have been 5:00 to 6:00.
21    Q.   Do you remember specifically what hours you
22  worked on that deployment?
23    A.   No, I don't.
24    Q.   Is there anything you could look at that
25  would refresh your recollection as to what hours you

Page 126

1  worked during that deployment?
2    A.   No.
3    Q.   Did you work from July 6 of '21 to August
4  14th of '21 on the deployment, reporting to Zina
5  Williams?
6    A.   Yes.
7    Q.   Where did you perform the work for that
8  deployment?
9    A.   My house.
10    Q.   Do you recall what hours you typically
11  worked on that deployment?
12    A.   I don't remember.
13    Q.   Do you like being an independent
14  contractor?
15    A.   I do.
16    Q.   Why is that?
17    A.   Well, I did.
18        It's sort of kind of working for
19  yourself.  When I want to take on vacation or go
20  somewhere, I can, I can do it.  And I don't know,
21  like I say, I liked it for a lot of years.  But I'm
22  getting a little tired of it now.
23    Q.   Why are you tired of it now?
24    A.   Because I kind of want something more
25  stable.

Page 127

1    Q.   Each time you were deployed by CRU, you
2  understood that you would be performing work as an
3  independent contractor?
4    A.   Yes.
5    Q.   Each time that you were deployed by CRU,
6  you understood that CRU would pay you for your
7  services and would, at the end of the year, issue a
8  form 1099?
9    A.   Yes.
10    Q.   You would then use -- the intention was
11  that you would then use that form 1099 to file your
12  taxes with the U.S. Internal Revenue Service?
13    A.   Yes.
14    Q.   Each time you were deployed by CRU, you
15  understood that CRU would not be withholding taxes
16  from your compensation?
17    A.   Yes.
18    Q.   Each time you were deployed by CRU, you
19  understood that you would be responsible for all tax
20  obligations arising from your performance of services
21  for CRU?
22    A.   Yes.
23    Q.   Did you ever claim any business expenses on
24  your taxes for the years in which you performed
25  services for CRU?

Page 128

1    A.   I'm sure I probably have.
2    Q.   What business expenses would you have
3  claimed?
4    A.   I don't remember.
5    Q.   Would it have been -- would you have
6  claimed your office space in your home?
7    A.   Yes, office space, traveling, stuff like
8  that.
9    Q.   Your tax returns from 2020 and prior would
10  show what business expenses you claimed in each of
11  the years that you performed services for CRU from
12  2020 and prior?
13    A.   Repeat that again.
14    Q.   Sure.
15        The tax returns from 2020 and prior
16  would show what business expenses you have claimed
17  for each of the years that you performed for CRU
18  during those years?
19    A.   They should.
20    Q.   And the tax returns that you're intending
21  to file for 2021 and 2022 would show what expenses,
22  business expenses you claimed for 2021 and 2022
23  related to your performance of services for CRU?
24    A.   Yes.
25    Q.   What business expenses do you intend to

**Page 209**

1  WITNESS NAME: Jill Mansfield
2  DATE OF DEPOSITION: October 29, 2023
3         CHANGES AND SIGNATURE
4  PAGE LINE CHANGE            REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

**Page 210**

1      I, JILL MANSFIELD, have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4
5      _____
6         JILL MANSFIELD
7
8  THE STATE OF _____)
9  COUNTY OF _____)
10
11     Before me, _____, on this day
12 personally appeared JILL MANSFIELD, known to me or
13 proved to me on the oath of or through
14 _____ (description of identity card
15 or other document) to be the person whose name is
16 subscribed to the foregoing instrument and
17 acknowledged to me that he/she executed the same for
18 the purpose and consideration therein expressed.
19     Given under my hand and seal of office on this
20 _____ day of _____, _____.
21
22     _____
23     NOTARY PUBLIC IN AND FOR
24     THE STATE OF _____
25 My Commission Expires: _____

**Page 211**

1        IN THE UNITED STATES DISTRICT COURT
2         FOR THE EASTERN DISTRICT OF TEXAS
             SHERMAN DIVISION
3  C.M. COLLINS, N.J. LUNDY and )
   R.C.L. MAYS, individually and )
4  on behalf of all others       )
   similarly situated,           )
5      Plaintiffs,               )
                                 )
6  vs.                  ) Case No.
                 ) 4:22-cv-1073
7  CATASTROPHE RESPONSE UNIT,  )
   INC. and CASTROPHE RESPONSE )
8  UNIT USA, INC.,           )
       Defendants.          )
9
10
11      REPORTER'S CERTIFICATE
    ORAL VIDEOTAPED DEPOSITION OF JILL MANSFIELD
12        October 29, 2023
13       (Reported Remotely)
14
15   I, Cheryl Duncan, CSR, Certified Shorthand
16 Reporter in and for the State of Texas, hereby
17 certify to the following:
18   That the witness, JILL MANSFIELD, was duly sworn
19 and that the transcript of the deposition is a true
20 record of the testimony given by the witness;
21   I further certify that pursuant to FRCP Rule
22 30(f)(1) that the signature of the deponent:
23   __X___ was requested by the deponent or a party
24 before the completion of the deposition and is to be
25 returned within 30 days from date of receipt of the

**Page 212**

1  transcript. If returned, the attached Changes and
2  Signature Pages contain any changes and the reasons
3  therefor;
4      _____ was not requested by the deponent or a
5  party before the completion of the deposition.
6      That pursuant to information given to the
7  deposition officer at the time said testimony was
8  taken, the following includes all parties of record
9  and the amount of time used by each party at the time
10 of the deposition:
11   Ms. Kristen A. Brumbalow (04 hours 43 minutes)
        Attorney for Defendants
12   Mr. Travis Gasper (00 hours 00 minutes)
        Attorney for Plaintiffs
13
14   That $_____ is the deposition officer's
15 charges to the Defendants for preparing the original
16 deposition and any copies of exhibits.
17   I further certify that I am neither counsel for,
18 related to, nor employed by any of the parties in the
19 action in which this proceeding was taken, and
20 further that I am not financially or otherwise
21 interested in the outcome of this action.
22
23
24
25

ORAL AND VIDEOTAPED DEPOSITION OF JILL MANSFIELD

Page 213

1        Certified to by me on this 10th day of
2  November, 2023.
3
4
5
        _____
6        Cheryl Duncan, CSR
        Texas CSR 3371
7        Expiration:  04/30/25
        Firm Registration Number 38
8        Bradford Court Reporting, L.L.C.
        7015 Mumford Street
9        Dallas, Texas  75252
        Telephone 972.931.2799
10       Facsimile 972.931.1199
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25