**EXHIBIT D**

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY,  §
and R.C.L. MAYS,  §
Individually and on behalf  §
of all other similarly  §
situated,  §
 §
 §
 Plaintiffs,  §
 §
VS.  §  NO. 4:22-cv-1073
 §
CATASTROPHE RESPONSE UNIT,  §
INC. and CATASTROPHE  §
RESPONSE UNIT USA, INC.,  §
 §
 Defendants.  §

ORAL AND VIDEOTAPED DEPOSITION OF
NATINE LUNDY
SEPTEMBER 11, 2023
VOLUME 1

## Page 2

1          ORAL AND VIDEOTAPED DEPOSITION of NATINE
2   LUNDY, produced as a witness at the instance of the
3   Defendants, and duly sworn, was taken in the
4   above-styled and numbered cause on the 11th of
5   September, 2023, from 9:10 a.m. to 3:51 p.m., before
6   Kathy E. Weldon, CSR in and for the State of Texas,
7   reported by machine shorthand, at the offices of
8   Hallett & Perrin, 1445 Ross Avenue, Suite 2400, in the
9   City of Dallas, County of Dallas, State of Texas,
10   pursuant to Notice and the Federal Rules of Civil
11   Procedure.

## Page 3

1           A P P E A R A N C E S
2   FOR THE PLAINTIFFS:
     Mr. Kerry O'Brien
3     O'BRIEN LAW FIRM
     1011 Westlake Drive
4     Austin, Texas 78746
     512.410.1960
5     512.410.6171 (fax)
     ko@obrienlawpc.com
6
7   FOR THE DEFENDANTS CATASTROPHE RESPONSE UNIT,
    INC. AND CATASTROPHE RESPONSE UNIT USA, INC.:
8     Mr. Monte K. Hurst
     Ms. Kristen A. Laster
9     HALLETT & PERRIN, P.C.
     1445 Ross Avenue
10     Suite 2400
     Dallas, Texas 75202
11     214.953.0053
     214.992.4142 (fax)
12     Monte.Hurst@hallettperrin.com
     KBrumbalow@hallettperrin.com
13
14   ALSO PRESENT:
     Ms. Ciecili Morales
15     Mr. Adam Dickens, (via video conference)
     Mr. John Hines, Videographer
16
17
18
19
20
21
22
23
24
25

## Page 4

1            I N D E X
2   WITNESS                           PAGE
3   NATINE LUNDY
4   EXAMINATION BY MR. HURST              5
5   CORRECTIONS MADE BY WITNESS         237
6   SIGNATURE BY WITNESS                238
7   REPORTER'S CERTIFICATION            239
8   EXHIBITS                IDENTIFIED
9   1 -    Plaintiff-Lundy's Response to 1st     49
           Interrogatories
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 101

1    Q.  Okay.  So how many continuing education hours
2  must you fulfill each year for all your licenses?
3    A.  It's different for Canada and the U.S.A.  For
4  Canada, I just have to do -- for Florida, 20 hours a
5  year.  Five hours of that is a law, of course.  And
6  then Canada, it depends province by province.  Alberta
7  is very different from Ontario, and they actually just
8  changed the laws for the next renewal so -- or the
9  requirements.
10    Q.  Do you pay for all these courses that you
11  have to take for continuing education?
12    A.  Yes.
13    Q.  And renewal fees for each state, do you pay
14  for those as well?
15    A.  Yes.
16    Q.  How much are you paying for renewals, if you
17  know?
18    A.  Each year?
19    Q.  Yes, ma'am.
20    A.  Well, it depends.  North Carolina, every year
21  is $110.  The other states are every two years.  Maybe
22  at most, $1,000 every two years --
23    Q.  Okay.
24    A.  -- plus the additional $110 from North
25  Carolina each year.

Page 102

1    Q.  Okay.  So you pay for your -- you paid for
2  the cost to get a license in each of these states and
3  in Canada, correct?
4    A.  Yes.
5    Q.  You pay for each of these licenses to be
6  renewed each year or every other year?
7    A.  Yes.
8    Q.  And you pay for the continuing education
9  courses that are required by these states in
10  connection with the licensure?
11    A.  Yes.
12    Q.  What about the Xactimate costs or the
13  software that you said that you would pay monthly?
14    A.  It depends on the assignment.  I've only had
15  to pay for it on two assignments.  Every other time,
16  the carrier's covered the cost --
17    Q.  Okay.
18    A.  -- and it's linked to their login access.
19    Q.  So when you, yourself, had to pay the
20  Xactimate -- or chose to pay the Xactimate costs --
21  strike that.
22       Why would you decide to pay for Xactimate
23  if -- if the client was not paying for it?  Is there
24  an advantage to your having it when you're not on an
25  assignment?

Page 103

1    A.  If -- it's typically a requirement.
2    Q.  Okay.  So sometimes the client will pay for
3  it when it's required, and sometimes the client won't
4  pay for it even though it's still required?
5    A.  Yes.
6    Q.  And the in- -- the two instances that you
7  recall where you did pay for Xactimate -- am I
8  pronouncing that correctly?
9    A.  Yes.
10    Q.  The two instances where you, yourself, paid
11  for Xactimate, it was required by the client but
12  wasn't covered by the client?
13    A.  Yes.
14    Q.  Who was the client in those two instances
15  where you paid for Xactimate?
16    A.  Ryze Claims.
17    A.  R-I-S-E?
18    A.  R-Y-Z-E.
19       And then the IAS as the QA reviewer.
20    Q.  Okay.  So these expenses, the having to pay
21  for Xactimate at least twice, your licenses, the
22  renewal of your licenses, your continuing education
23  fees, are those all business expenses that you claim
24  on your taxes?
25    A.  Yes.

Page 104

1    Q.  Do you have an idea, roughly, of how much in
2  business expenses you claim each year?
3    A.  No.
4    Q.  Is it in the thousands?
5    A.  Yes.
6    Q.  Okay.  What other expenses are there that you
7  claim on a regular basis -- business expenses?
8    A.  If I have to travel, travel expenses, if I'm
9  a 1099; vehicle; maintenance expenses if I have to
10  travel for work.
11    Q.  You mean if you drive?
12    A.  If I drive, yes.
13       And then, I guess, when I'm working from
14  home, my office is at home, so I get to claim.
15    Q.  You get to deduct that portion of your house
16  as a business expense?
17    A.  Yes.
18    Q.  And when you say "when you're working from
19  home," when was the last deployment where you were not
20  working from home, at least part of the time?
21    A.  Puerto Rico.
22    Q.  And that was how long ago?
23    A.  2019 then.  Yeah, 2019.  That was --
24    Q.  Okay.  So at least ever since 2019, you are
25  designating a part of your house, your full-time job

Page 237

1   CHANGES AND SIGNATURE
2   WITNESS NAME:  NATINE LUNDY  SEPTEMBER 11, 2023
3   PAGE  LINE  CHANGE            REASON
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

Page 238

1        I, NATINE LUNDY, have read the foregoing
2   deposition and hereby affix my signature that same is
3   true and correct, except as noted above.
4   
5   _____
      NATINE LUNDY
6
7
8
9
10  THE STATE OF `_____)
11  COUNTY OF _____)
12       Before me, _____, on this
13  day personally appeared NATINE LUNDY, known to me (or
14  proved to me under oath or through _____)
15  (description of identity card or other document) to be
16  the person whose name is subscribed to the foregoing
17  instrument and acknowledged to me that they executed
18  the same for the purposes and consideration therein
19  expressed.
20       Given under my hand and seal of office this
21  _____ day of _____, 2023.
22
23
24  _____
      NOTARY PUBLIC IN AND FOR
25    THE STATE OF _____

Page 239

1   STATE  OF  TEXAS )
2   COUNTY OF DALLAS )
3        I, Kathy E. Weldon, Certified Shorthand
4   Reporter, in and for the State of Texas, certify that
5   the foregoing deposition of NATINE LUNDY was reported
6   stenographically by me at the time and place
7   indicated, said witness having been placed under oath
8   by me, and that the deposition is a true record of the
9   testimony given by the witness.
10       I further certify that I am neither counsel
11  for nor related to any party in this cause and am not
12  financially interested in its outcome.
13       Given under my hand on this the _____ day of
14  _____, 2023.
15
16  _____
      Kathy E. Weldon, CSR No. 6166
17    Bradford Court Reporting, L.L.C.
      Firm Registration #38
18    7015 Mumford
      Dallas, Texas 75252
19    Telephone:  (972) 931-2799
      Fax:       (972) 931-1199
20    My Commission Expires 10-31-2023
21
      Time used by each party:
22    Mr. Monte K. Hurst - 4:15
      Mr. Kerry O'Brien - 0:00
23
24
25

ORAL AND VIDEOTAPED DEPOSITION OF NATINE LUNDY

Page 237

1                    CHANGES AND SIGNATURE

2    WITNESS NAME:   NATINE LUNDY   SEPTEMBER 11, 2023

3    PAGE   LINE   CHANGE                    REASON

4    83     2      I was a W-2 employee with three of them.        Misremembered

5    83     4      No. I am paid as a contractor with FEMA.        Misremembered

6    83     13 - 14   Not FEMA. There was the one with IAS as the
                      QA Reviewer because it was hourly with overtime.    Misremembered

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## DEPOSITION TRANSCRIPT DECLARATION

Pursuant to 28 U.S.C. §1746, Natine J. Lundy declares:

      I, Natine J. Lundy, have read the foregoing deposition and hereby affix my signature to represent that the foregoing deposition is true and correct to the best of my knowledge and recollection, except as noted above, and subject to penalty of perjury.

      Declarant says nothing further.

Executed on __October 19, 2023__ in _____Osceola_____ County, State of ____Florida____.


                                       _____
                                       Declarant


Transcript Page 238