

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY, §
and R.C.L. MAYS, §
Individually and on behalf §
of all other similarly §
situated, §
§
§
  Plaintiffs, §
§
VS. § NO. 4:22-cv-1073
§
CATASTROPHE RESPONSE UNIT, §
INC. and CATASTROPHE §
RESPONSE UNIT USA, INC., §
§
  Defendants. §

ORAL AND VIDEOTAPED DEPOSITION OF
CARLA COLLINS
OCTOBER 19, 2023
VOLUME 1

## Page 2

1    ORAL AND VIDEOTAPED DEPOSITION of CARLA
2  MARIE COLLINS, produced as a witness at the instance
3  of the Defendants, and duly sworn, was taken in the
4  above-styled and numbered cause on the 19th of
5  October, 2023, from 11:08 a.m. to 7:28 p.m., before
6  Kathy E. Weldon, CSR in and for the State of Texas,
7  reported by machine shorthand, at the offices of
8  Hallett & Perrin, 1445 Ross Avenue, Suite 2400, in the
9  City of Dallas, County of Dallas, State of Texas,
10 pursuant to Notice and the Federal Rules of Civil
11 Procedure.

## Page 3

1  A P P E A R A N C E S
2  FOR THE PLAINTIFFS:
   Mr. Travis Gasper
3  GASPER LAW, PLLC
   1408 North Riverfront Boulevard
4  Suite 323
   Dallas, Texas 75207
5  469.663.7736
   833.957.2957 (fax)
6  Travis@travisgasper.com
7
   FOR THE DEFENDANTS CATASTROPHE RESPONSE UNIT,
8  INC. AND CATASTROPHE RESPONSE UNIT USA, INC.:
   Mr. Monte K. Hurst
9  Ms. Kristen A. Laster
   HALLETT & PERRIN, P.C.
10 1445 Ross Avenue
   Suite 2400
11 Dallas, Texas 75202
   214.953.0053
12 214.992.4142 (fax)
   Monte.Hurst@hallettperrin.com
13 KBrumbalow@hallettperrin.com
14
   ALSO PRESENT:
15 Ms. Ciecili Morales
   Mr. David Repinski (via Zoom)
16 Mr. Adam Dickens (via Zoom)
   Mr. John Hines, Videographer
17
18
19
20
21
22
23
24
25

## Page 4

1           I N D E X
2  WITNESS                              PAGE
3  CARLA MARIE COLLINS
4  EXAMINATION BY MR. HURST              5
5  CORRECTIONS MADE BY WITNESS         283
6  SIGNATURE BY WITNESS                284
7  REPORTER'S CERTIFICATION            285
8  EXHIBITS                        IDENTIFIED
9  2 -    Carla M. Collins Resume          81
10 3 -    Carla M. Collins Resume - Bates  89
           Stamp CRU000215
11
   5 -    Harris County Felony Charge     52
12        Printout
13 6 -    Audio Recording of Phone Call   167
14 7 -    Audio Recording of Phone Call   175
15 8 -    Facebook Screenshot             176
16 9 -    Facebook Live Video             196
17 10 -   08-26-2021 Carla Collins Facebook 198
          Activity Printouts
18
   11 -   Carla Collins Facebook Live Video 209
19
   12 -   Facebook Post - Photos          214
20
   13 -   08-09-2021 Carla Collins Facebook 218
21        Activity Printouts
22 14 -   Ask Shesus Facebook Printout    229
23
24
25

Page 57

1 over this dealership, agreed with me, and I was able
2 to get my down payment back.
3    Q. The charges with regard to this matter, were
4 those dropped?
5    A. Yes.
6    Q. Okay. When I asked you about what criminal
7 matters you've been involved in, how come you didn't
8 mention any of this?
9    A. I didn't remember. I forgot.
10    Q. Let's talk about social media activity.
11    A. Uh-huh.
12    Q. You have a Facebook account, don't you?
13    A. Yes.
14    Q. In fact, you have multiple Facebook accounts,
15 don't you?
16    A. Yes.
17    Q. Under which names do you have Facebook
18 accounts?
19    A. My name.
20    Q. Okay. You have one under Carla Collins.
21    A. Yes.
22    Q. What else?
23    A. Carla Marie.
24    Q. Okay.
25    A. And Shesus.

Page 58

1    Q. I'm sorry?
2    A. Shesus, S-H-E-S-U-S.
3    Q. Is that supposed to be a play on Jesus?
4    A. Shesus, She's us.
5    Q. What does that mean, Shesus? Like, you're a
6 different version of Jesus?
7    A. No.
8    Q. Well, how did you get the name Shesus?
9    A. She's us.
10    Q. She is us.
11    A. Yes.
12    Q. She's one of us?
13    A. Yes.
14    Q. She's a person of the people?
15    A. Yes.
16    Q. I understand.
17       Okay. Are those the only three Facebook
18 accounts you've ever had?
19    A. Yes.
20    Q. Are you active in Facebook?
21    A. Yes.
22    Q. What does "active" mean to you?
23    A. Do I engage.
24    Q. Yes.
25    A. Do I make posts.

Page 59

1    Q. How often do you make posts?
2    A. Often.
3    Q. How often?
4    A. I -- I don't know the -- often.
5    Q. Daily?
6    A. No.
7    Q. Weekly?
8    A. Definitely weekly --
9    Q. Okay.
10    A. -- yes.
11    Q. What are you posts about?
12    A. Different things.
13    Q. Yeah. Like what?
14    A. Social injustice. I do -- whenever anyone in
15 the community reaches out to me to try to resolve the
16 matter, I act as the liaison. I work with multiple
17 police departments on trying to have a better
18 relationship with the community, specifically the
19 African-American community.
20       I have helped them when they were looking
21 for persons who committed a crime, helping talk to
22 them to get them to turn themselves in. Help with
23 housing development, feeding those that are not able
24 or have a hard time feeding themselves, toy drive
25 giveaways.

Page 60

1    Q. Sounds like you do a lot for the betterment
2 of mankind.
3    A. Yes.
4    Q. Do you use it for social reasons as well?
5 I'm still talking about Facebook.
6    A. Yes.
7    Q. Like, what socially do you do?
8    A. Respond to people who make comments.
9    Q. Pictures? Videos?
10    A. Yes. I put pictures, yes.
11    Q. Pictures of you?
12    A. Yes.
13    Q. Videos of you, your family, your friends?
14    A. Yes.
15    Q. Do you have a Twitter account?
16    A. Yes.
17    Q. Under what name?
18    A. No.
19    Q. Okay.
20    A. It's X.
21    Q. I'm sorry?
22    A. It's not Twitter.
23    Q. You're right, it is X now.
24       Do you have an X account?
25    A. Yes.

Page 217

1  A. Yes.
2  Q. This is the one we're talking about.
3  A. Yes.
4  Q. This was in real-time, wasn't it?
5  A. Yes.
6  Q. Super.
7  And -- and by the way, that was during
8  the workday, a day in which you represented to CRU
9  that you worked the entire day?
10 A. Yes. And I did. It's at 9:09.
11 Q. Well, you weren't working straight from 8:00
12 to 6:00 or whatever hours you said you always worked,
13 right?
14 A. Those are the -- I believe on this
15 deployment, it was on whichever one is --
16 Q. 9:00 start time?
17 A. After, because this is during the morning
18 meeting.
19 Q. Yeah, I have no idea what you're saying right
20 now. Did this --
21 A. So according --
22 Q. Did this occur during the workday?
23 A. Yes, it did.
24 Q. Thank you.
25 A. Can I elaborate on that?

Page 218

1  Q. No, you may not.
2  A. Oh, cool.
3  Q. You continue to waste time and not answer my
4  questions.
5  MR. HURST: Thank you.
6  (Deposition Exhibit No. 13 was marked.)
7  Q. (By Mr. Hurst) I'm handing you what has been
8  marked as Exhibit No. 13 to your deposition. I will
9  represent to you, ma'am, that this is a series of
10 printouts of your Facebook activity on Monday, August
11 9, 2021, another day on which you represented to CRU
12 that you worked the entire day.
13 Do you recall Monday, August 9th, 2021?
14 A. No.
15 Q. Do you see on the first page a post you made
16 at 9:51 a.m. that day?
17 A. Yes.
18 Q. Who's Ask Shesus?
19 A. That's a group.
20 Q. It's a Facebook group?
21 A. It's a group, yes.
22 Q. Is it not your Facebook group?
23 A. Yes. It was one I created.
24 Q. Aren't you Shesus?
25 A. Yes.

Page 219

1  Q. When I asked you what Facebook accounts you
2  had earlier, you didn't mention Ask Shesus. Why not?
3  A. I forgot because they're -- I forgot.
4  Q. Okay. That is an honest answer. I believe
5  you.
6  Tell me what the purpose of Ask Shesus
7  is. It's a group comprised of you and other people?
8  A. Yes.
9  Q. Who else?
10 A. I don't know.
11 Q. You don't know who you formed a Facebook
12 group with?
13 A. I formed the group and others joined.
14 Q. Well, how many people are in the group?
15 A. I don't know.
16 Q. It's your group, isn't it?
17 A. Yes, it is.
18 Q. You don't know anyone who's in it; you don't
19 know how many are in it?
20 A. I don't know how many are in it.
21 Q. Do you know anyone else in it?
22 A. Other people are in it, but I don't remember
23 all of their names.
24 Q. Do you remember anybody's name who's in this
25 Facebook group you created called Ask Shesus?

Page 220

1  A. No. Because it's not -- it's not even
2  active. I -- it's been a while since any activity has
3  been in the group.
4  Q. Okay. Five minutes la- -- let's go to the
5  next page.
6  Five minutes later you post again, don't
7  you.
8  A. Yes.
9  Q. Ask Shesus is not a Facebook group, is it?
10 It's just an individual, you?
11 A. Ask Shesus is a Facebook group.
12 Q. It is?
13 A. Yes.
14 Q. It's not an individual like your other
15 Facebook accounts?
16 A. No. It's a group.
17 Q. And so you'd be able to click on Ask Shesus
18 and see everyone in the group?
19 A. No.
20 Q. Of course not.
21 A. It's a private group.
22 Q. I'm sorry?
23 A. It's a group on -- this is a group on
24 Facebook.
25 Q. Did you just say it was a private group?

Page 233

1 that what you're saying?
2 A. I don't monitor or keep up with how often I
3 post.
4 Q. You don't keep up with how often you post,
5 you just post. Is that what you're saying?
6 A. Just post.
7 Q. Kind of do what you do.
8   Okay. Let's shift gears. You've been an
9 employee and an independent contractor. Which one do
10 you like being more, an employee or an independent
11 contractor?
12 A. They're both equally the same.
13 Q. Each time you were deployed by CRU, you
14 understood that you would be performing work as an
15 independent contractor, correct?
16 A. Yes.
17 Q. Each time you were deployed by CRU, you
18 understood that CRU would pay you for your services
19 and would at the end of year issue a form 1099?
20 A. Yes.
21 Q. You would then use that form 1099 to file
22 your taxes with the U.S. Internal Revenue Service,
23 correct?
24 A. No. I haven't filed.
25 Q. You haven't filed taxes?

Page 234

1 A. No.
2 Q. When was the last time you filed taxes, if
3 ever?
4 A. I have -- I don't remember the last time.
5 Q. So you didn't file taxes for 2022?
6 A. No.
7 Q. You didn't file taxes for 2021?
8 A. No.
9 Q. You didn't file taxes for 2020?
10 A. Yes -- I'm not sure.
11 Q. Are you getting notices from the government
12 saying you owe money and you are required to file for
13 taxes?
14 A. No.
15 Q. You haven't heard from the IRS?
16 A. No.
17 Q. Do you think it's okay to not file taxes?
18 A. No.
19 Q. So you know you need to file taxes?
20 A. Yes.
21 Q. Do you intend to do so?
22 A. Yes.
23 Q. Who's your accountant or tax preparer?
24 A. I haven't found one yet.
25 Q. Are you even trying to find one?

Page 235

1 A. Yes.
2 Q. Is it a priority?
3 A. Yes.
4 Q. How long have you been trying to find a tax
5 preparer?
6 A. For, like, the last couple of months.
7 Q. And you haven't found one yet?
8 A. No.
9 Q. You understand that a form 1099 is to submit
10 to the government, though, right?
11 A. Yes.
12 Q. Each time you were deployed by CRU, you
13 understood that CRU would not be withholding taxes
14 from your compensation, correct?
15 A. Correct.
16 Q. Each time you were deployed be CRU, you
17 understood that you would be responsible for all tax
18 obligations arising from your performance of services
19 for CRU?
20 A. Yes.
21 Q. You haven't claimed any business expenses?
22 A. No.
23 Q. Do you have a high school degree -- or
24 diploma?
25 A. Yes.

Page 236

1 Q. From where?
2 A. Captain Shreve.
3 Q. I'm sorry?
4 A. Captain Shreve.
5 Q. Are you saying Shreve?
6 A. Yes.
7 Q. S-H-R...
8 A. -- E-V-E.
9 Q. Is that in Shreveport?
10 A. Yes.
11 Q. And when did you graduate from high school?
12 A. '96.
13 Q. Have you taken college courses?
14 A. Yes.
15 Q. Where?
16 A. LSU, Southern, Lone Star.
17 Q. Do you have a college degree?
18 A. I haven't completed it.
19 Q. What are you working toward?
20 A. Accounting.
21 Q. When was the last time you took a college
22 course?
23 A. 20- -- oh, gosh, I can't remember.
24 Q. Well, do you plan on finishing?
25 A. Yes.

Page 281

1  A. Normally, yes. But sometimes they were not.
2  Q. And when they weren't, would you fix whatever
3  your team lead said was keeping it from being approved
4  and resubmit it, and then it then it was approved?
5  A. Yes.
6  Q. You say that you are on your way to getting
7  an accounting degree.
8  A. Yes.
9  Q. And you say you're about a year and a half
10 short of obtaining it and you plan to do so one day?
11 A. One day. I have other things planned.
12      (Reporter clarification.)
13 Q. (By Mr. Hurst) In all fairness, isn't filing
14 taxes an important part of an accountant's perspective
15 and what an accountant does for a living?
16 A. If you're a tax accountant, yeah, but if you
17 do other stuff, then no.
18 Q. Would you agree that filing taxes is
19 important for accountants?
20 A. Yes.
21     MR. HURST: Okay. We are going to pass
22 the witness during this phase one deposition at this
23 time.
24     MR. GASPER: No further questions. We'll
25 read and sign.

Page 282

1     MR. HURST: Thank you.
2     THE VIDEOGRAPHER: We are off record at
3  7:28 p.m.
4     (Deposition adjourned at 7:28 p.m.)

Page 283

1       CHANGES AND SIGNATURE
2  WITNESS NAME: CARLA MARIE COLLINS  OCTOBER 19, 2023
3  PAGE  LINE  CHANGE        REASON
4  _____
5  _____
6  _____
(lines 7–25 blank signature lines)

Page 284

1      I, CARLA MARIE COLLINS, have read the
2  foregoing deposition and hereby affix my signature
3  that same is true and correct, except as noted above.
4
5       _____
        CARLA MARIE COLLINS
6
7
8
9
10 THE STATE OF _____)
11 COUNTY OF _____)
12      Before me, _____, on this
13 day personally appeared CARLA MARIE COLLINS, known to
14 me (or proved to me under oath or through
15 _____) (description of identity card or
16 other document) to be the person whose name is
17 subscribed to the foregoing instrument and
18 acknowledged to me that they executed the same for the
19 purposes and consideration therein expressed.
20      Given under my hand and seal of office this
21 _____ day of _____, 2023.
22
23
24      _____
        NOTARY PUBLIC IN AND FOR
25      THE STATE OF _____

Page 285

```
 1   STATE OF TEXAS )
 2   COUNTY OF DALLAS )
 3       I, Kathy E. Weldon, Certified Shorthand
 4   Reporter, in and for the State of Texas, certify that
 5   the foregoing deposition of CARLA MARIE COLLINS was
 6   reported stenographically by me at the time and place
 7   indicated, said witness having been placed under oath
 8   by me, and that the deposition is a true record of the
 9   testimony given by the witness.
10       I further certify that I am neither counsel
11   for nor related to any party in this cause and am not
12   financially interested in its outcome.
13       Given under my hand on this the _____ day of
14   _____, 2023.
15
16   _____
     Kathy E. Weldon
17   Shorthand Reporter No. 6166
     Dickman Davenport, Inc.
18   Firm Registration #312
     Suite 101
19   4228 North Central Expressway
     Dallas, Texas 75206
20   214.855.5100 | 800.445.9548
     My commission expires 10-31-25
21
22   Time used by each party:
     Mr. Travis Gasper - 0:00
23   Mr. Monte K. Hurst - 6:15
24
25
```