

EXHIBIT F

ORAL AND VIDEOTAPED DEPOSITION OF PAMELA JAMES

### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY )
AND R.C.L. MAYS, )
INDIVIDUALLY AND ON BEHALF )
OF ALL OTHERS SIMILARLY )
SITUATED )
) CIVIL ACTION NO.
VS. ) 4:22-CV-1073
)
CATASTROPHE RESPONSE UNIT, )
INC. AND CATASTROPHE )
RESPONSE UNIT USA, INC. )

----------------------------------
VIDEOTAPED DEPOSITION OF
PAMELA JAMES
SEPTEMBER 20, 2023
----------------------------------

ANSWERS AND DEPOSITION OF PAMELA JAMES, produced as a witness at the instance of the Defendant, taken in the above-styled and -numbered cause on SEPTEMBER 20, 2023, from 10:33 a.m. to 4:47 p.m., before CHARIS M. HENDRICK, a Certified Shorthand Reporter in and for the State of Texas, witness located in Lithonia, Georgia, pursuant to the Federal Rules of Civil Procedure, and the provisions stated on the record or attached hereto.

### Page 2

A P P E A R A N C E S

FOR THE PLAINTIFFS:
MR. KERRY O'BRIEN
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
(512) 410-1960
ko@obrienlawpc.com

FOR THE DEFENDANTS:
MR. MONTE K. HURST
MS. KRISTEN A. LASTER
HALLETT & PERRIN, PC
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
(214) 953-0053
monte.hurst@hallettperrin.com
kbrumbalow@hallettperrin.com

ALSO PRESENT: MR. COLIN COUGHENOUR - VIDEOGRAPHER
MR. ADAM DICKENS
MS. CEICILI MORALES

### Page 3

INDEX
Appearances ...............................2
PAMELA JAMES
  Examination by Mr. Hurst..................4

Signature and Changes........................226
Reporter's Certificate.......................228

EXHIBITS
Exhibit 1 -..................................28
Resume

Exhibit 2 -..................................178
Interrogatories

Exhibit 5 -..................................180
Response to Request for Production

### Page 4

1  PROCEEDINGS
2      THE VIDEOGRAPHER: This is September
3  20th, 2023. The time is 10:33 a.m. and we are on
4  the record.
5      THE REPORTER: The court reporter is
6  located in Ellis County, Texas and the witness is
7  located in Lithonia, Georgia.
8      PAMELA JAMES,
9  having been first duly sworn, testified as follows:
10     EXAMINATION
11 BY MR. HURST:
12     Q. Good morning. My name is Monte Hurst; I
13 am with the law firm of Hallett & Perrin. Can you
14 please state your full name for the record?
15     **A. Pamela James.**
16     Q. Do you have a middle name?
17     **A. Ann Marie.**
18     Q. Pamela Ann Marie James?
19     **A. Yes, sir.**
20     Q. Ms. James, you know that I represent
21 Catastrophe Response Unit USA and Catastrophe
22 Response Unit, Inc. in this case?
23     **A. Okay.**
24     Q. I would like to enter into some agreements
25 with you before we go into your deposition. Number

Page 81

1 something may present a different tone than was
2 intended. So I prefer to have a phone conversation
3 where I can, you know, vouch -- my defense or
4 grievances or give my feedback. And it's taken
5 care of then and there as opposed to an email chain
6 going back and forth and nothing is resolved.
7  Q. Now, each time you were being deployed by
8 CRU, you understood that you would be performing
9 work as an independent contractor, correct?
10  A. That's -- that's correct.
11  Q. That is correct?
12  A. Yes.
13  Q. Each time you were deployed by CRU, you
14 understood that CRU would pay you for your services
15 and would, at the end of the year, issue a Form
16 1099?
17  A. That's correct.
18  Q. You would then use that Form 1099 to file
19 your taxes with the US Internal Revenue Service,
20 correct?
21  A. That's the intent.
22  Q. Did you file taxes?
23  A. No.
24  Q. Why not?
25  A. I haven't gotten --

Page 82

1   THE REPORTER: I am sorry, say it
2 again.
3  A. Have not gotten around to doing it just
4 yet.
5  Q. (By Mr. Hurst) Okay. Are you talking
6 about 2022?
7  A. Yes.
8  Q. Did you file taxes for 2021?
9  A. No.
10  Q. Do you intend to do so?
11  A. Yes.
12  Q. When?
13  A. Eventually.
14  Q. Do you have a plan for when you are going
15 to?
16  A. Yes.
17  Q. What is that plan?
18  A. Hopefully, before year's end.
19  Q. And the reason you haven't is because you
20 haven't gotten around to it?
21  A. That's correct.
22  Q. But you recognize that you are responsible
23 to do so?
24  A. Yes, sir.
25  Q. Have you filed taxes for 2020?

Page 83

1  A. I think my last was 20 -- 2019.
2  Q. So you haven't filed taxes for '20, '21 or
3 '22?
4  A. That was about right.
5  Q. And, again, because you haven't gotten
6 around to it yet?
7  A. That's correct.
8  Q. Is there someone handling your taxes for
9 you?
10  A. The last person that did it -- currently,
11 no.
12  Q. So you intend to prepare your taxes
13 yourself?
14  A. No. I'm going to seek assistance.
15  Q. And you haven't selected anyone to provide
16 assistance yet, right?
17  A. That's correct.
18  Q. But your intent is to file 2021 and '22 by
19 the end of this year, 2023?
20  A. That's the intent, yes.
21  Q. And are you keeping the government -- the
22 IRS apprised of your intent?
23  A. No.
24  Q. Is the IRS asking you where your taxes
25 are?

Page 84

1  A. I have not received anything in the mail,
2 not to my knowledge.
3  Q. When you work as an independent
4 contractor, how is it that you pay money towards
5 your taxes?
6  A. I have not filed taxes yet, so --
7  Q. You haven't filed taxes yet, ever, or in
8 2020, '21 and '22?
9  A. '20, '21, '22.
10  Q. Had you been an independent contractor in
11 2019 or anytime there before?
12  A. No.
13  Q. Each time that you were deployed by CRU,
14 you understood that CRU would not be withholding
15 taxes from your compensation, correct?
16  A. That's correct.
17  Q. Each time you were deployed by CRU, you
18 understood that you would be responsible for all
19 tax obligations arising from your performance of
20 services for CRU?
21  A. That's correct.
22  Q. Did you ever speak with any of your fellow
23 adjusters about how it is that he, she or they paid
24 money to the government for taxes?
25  A. Can you repeat that for me?

Page 225

1  THE VIDEOGRAPHER: The time is,
2  approximately, 4:47 p.m. and we are off the record.
3  (End of Proceedings.)

Page 226

1  CHANGES AND SIGNATURE
2  WITNESS NAME: PAMELA JAMES
3  DATE OF DEPOSITION: SEPTEMBER 20, 2023
4  PAGE    LINE    CHANGE    REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

Page 227

1  I, PAMELA JAMES, have read the foregoing deposition and hereby affix my signature that same
2  is true and correct, except as noted above.
3
4
5  _____
   PAMELA JAMES
6
7  THE STATE OF _____
   COUNTY OF _____
8
9  Before me, _____, on this day personally appeared PAMELA JAMES, known to me (or
10 proved to me under oath or through _____) to be the person whose name is subscribed to the
11 foregoing instrument and acknowledged to me that they executed the same for the purposes and
12 consideration therein expressed.
13
14 Given under my hand and seal of office this _____
   day of _____, 2023.
15
16
17 _____
   NOTARY PUBLIC IN AND FOR THE
18 STATE OF _____
19
20 MY COMMISSION EXPIRES:_____

Page 228

1  REPORTER'S CERTIFICATION
2  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF TEXAS
3  SHERMAN DIVISION
4  C.M. COLLINS, N.J. LUNDY    )
   AND R.C.L. MAYS,            )
5  INDIVIDUALLY AND ON BEHALF  )
   OF ALL OTHERS SIMILARLY     )
6  SITUATED                    )
                               ) CIVIL ACTION NO.
7  VS.                         ) 4:22-CV-1073
                               )
8  CATASTROPHE RESPONSE UNIT,  )
   INC. AND CATASTROPHE        )
9  RESPONSE UNIT USA, INC.     )
10 -----------------------------------
11      DEPOSITION OF PAMELA JAMES
          SEPTEMBER 20, 2023
12
   -----------------------------------
13
14      I, CHARIS M. HENDRICK, Certified Shorthand
15 Reporter in and for the State of Texas, do hereby
16 certify to the following:
17      That the witness, PAMELA JAMES, was by me
18 duly sworn and that the transcript of the oral
19 deposition is a true record of the testimony given
20 by the witness.
21      I further certify that pursuant to Federal
22 Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)
23 as well as Rule 30(e)(2), that review of the
24 transcript and signature of the deponent:
25   __xx__ was requested by the deponent and/or a

Page 229

```
 1  party before completion of the deposition.
 2      _____ was not requested by the deponent and/or
 3  a party before the completion of the deposition.
 4      I further certify that I am neither
 5  attorney nor counsel for, nor related to or
 6  employed by any of the parties to the action in
 7  which this deposition is taken and further that I
 8  am not a relative or employee of any attorney of
 9  record in this cause, nor am I financially or
10  otherwise interested in the outcome of the action.
11      The amount of time used by each party at
12  the deposition is as follows:
13      Mr. Hurst - 5:37 hours/minutes
14
15
16      Subscribed and sworn to on this 28th day
17  of September, 2023.
18
19
20  _____
    CHARIS M. HENDRICK, CSR # 3469
21  Certification Expires: 10-31-23
    Bradford Court Reporting, LLC
22  7015 Mumford Street
    Dallas, Texas  75252
23  Telephone 972-931-2799
    Facsimile 972-931-1199
24  Firm Registration No. 38
25
```