

EXHIBIT H

ORAL AND VIDEOTAPED DEPOSITION OF ASHLEY RUISE

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY, §
and R.C.L. MAYS, §
Individually and on behalf §
of all other similarly §
situated, §
§
§
   Plaintiffs, §
§
VS. § NO. 4:22-cv-1073
§
CATASTROPHE RESPONSE UNIT, §
INC. and CATASTROPHE §
RESPONSE UNIT USA, INC., §
§
   Defendants. §

ORAL AND VIDEOTAPED DEPOSITION OF
ASHLEY RUISE
OCTOBER 12, 2023
VOLUME 1
(Reported Remotely)

## Page 2

1      ORAL AND VIDEOTAPED DEPOSITION of ASHLEY
2 RUISE, produced as a witness at the instance of the
3 Defendants, and duly sworn, was taken in the
4 above-styled and numbered cause on the 12th of
5 October, 2023, from 9:32 a.m. to 6:15 p.m., before
6 Kathy E. Weldon, CSR in and for the State of Texas,
7 reported by machine shorthand, at the residence of
8 Ashley Ruise, 1924 SW 4th Street, in the City of Fort
9 Lauderdale, County of Broward, State of Florida,
10 pursuant to Notice and the Federal Rules of Civil
11 Procedure.

## Page 3

1      A P P E A R A N C E S
2 FOR THE PLAINTIFFS:
    Mr. Travis Gasper
3     GASPER LAW, PLLC
    1408 North Riverfront Boulevard
4     Suite 323
    Dallas, Texas 75207
5     469.663.7736
    833.957.2957 (fax)
6     Travis@travisgasper.com
7
    FOR THE DEFENDANTS, CATASTROPHE RESPONSE UNIT,
8     INC. AND CATASTROPHE RESPONSE UNIT USA, INC.:
    Mr. Monte K. Hurst
9     Ms. Kristen A. Laster
    HALLETT & PERRIN, P.C.
10     1445 Ross Avenue
    Suite 2400
11     Dallas, Texas 75202
    214.953.0053
12     214.992.4142 (fax)
    Monte.Hurst@hallettperrin.com
13     KBrumbalow@hallettperrin.com
14
    ALSO PRESENT:
15     Ms. Ciecili Morales
    Mr. David Repinski
16     Mr. Adam Dickens
    Mr. Adam Coates, Videographer

## Page 4

      I N D E X

| | WITNESS | PAGE |
|---|---|---|
| | ASHLEY RUISE | |
| | EXAMINATION BY MR. HURST | 6 |
| | CORRECTIONS MADE BY WITNESS | 317 |
| | SIGNATURE BY WITNESS | 318 |
| | REPORTER'S CERTIFICATION | 319 |
| | EXHIBITS | IDENTIFIED |
| 1 - | Letter Dated October 3, 2023 to Ms. Ashley Ruise from Monte K. Hurst | 32 |
| 2 - | Ashley Ruise's First Request for Production | 38 |
| 3 - | Ashley Ruise's First Amended Response to Interrogatories | 75 |
| 4 - | Resume | 66 |
| 8 - | Screenshot | 259 |
| 8A- | Handwritten Notes | 15 |
| | Information to be Provided by the witness | 113 |
| | Information to be Provided by the Witness | 133 |
| | Information to be provided by the Witness | 159 |
| | Information to be Provided by the Witness | 179 |

Bradford Court Reporting, LLC    972.931.2799    www.bradfordreporting.com

Page 153

1 contractor. And you understand what it means to be an
2 independent contractor, correct?
3     A. Yes.
4         MR. GASPER: Objection, form.
5     Q. (By Mr. Hurst) Okay. Do you like being an
6 independent contractor?
7         MR. GASPER: Same objection.
8     A. Yes, I do.
9     Q. (By Mr. Hurst) Why do you like being an
10 independent contractor?
11     A. Because it's very lucrative. You get what
12 you -- well, yeah, I just felt like it's -- it's
13 lucrative. But an independent contractor, I felt like
14 based on the ask and the task of the work, sometimes
15 they pay you what you are worth.
16     Q. Each time you were deployed by CRU, you
17 understood that you would be performing work as an
18 independent contractor, correct?
19         MR. GASPER: Objection, form.
20     A. Yes.
21     Q. (By Mr. Hurst) Each time you were deployed by
22 CRU, you understood that CRU would pay you for your
23 services and would, at the end of the year, issue a
24 form 1099, correct?
25     A. Yes, sir.

Page 154

1     Q. You would then use that form 1099 to file
2 your taxes with the U.S. Internal Revenue Service,
3 correct?
4     A. Yes, sir.
5     Q. Each time you were deployed by CRU, you
6 understood that CRU would not be withholding taxes
7 from your compensation, correct?
8     A. Yes, sir.
9     Q. Each time you were deployed by CRU, you
10 understood that you would be responsible for all tax
11 obligations arising from your performance of services
12 for CRU?
13     A. Yes, sir.
14     Q. Did you ever claim any business expenses on
15 your taxes for the years in which you performed
16 services for CRU?
17     A. No, sir, I didn't.
18     Q. You never have?
19     A. I didn't file taxes for -- you say for what?
20 Say again? Have I ever --
21     Q. Well --
22     A. For what year?
23     Q. May- -- maybe you're on to something here.
24 Did you file a tax return for 2021?
25     A. No, I didn't.

Page 155

1     Q. Did you file a tax return for 2022?
2     A. No, sir.
3     Q. May I ask you why you didn't file a tax
4 return for 2021 or 2022?
5     A. Yes, sir. At that -- at that point in time,
6 I was -- I was dealing with a lot. The paperwork that
7 my -- at the time, I had my mail coming to my mom's
8 address. And she gathered up all my mail for me, but
9 at the time, she -- you know how parents are? They --
10 they -- they -- they put things up, and they misplace
11 it, and forget where they put it at. And so it was
12 more of that. I couldn't find my forms that they did
13 had sent out to me.
14         And by the time that I did find them was
15 literally when my mom gave me everything and said,
16 Ashley, I have all of your stuff. It was this year
17 that -- after taxes of this year. So I did promise --
18 I -- I did reach out to my tax lady and told her I
19 know I haven't filed for these past two years, and I
20 will be filing this upcoming year coming.
21         So it was, like, a -- moving around, I
22 didn't have a steady place or anything like that. So
23 my mail was moved around as well. So it was me
24 trying --
25     Q. Okay.

Page 156

1     A. -- to get all of my documents in order.
2     Q. So -- so your testimony is that you intend to
3 file your tax returns for 2021 and 2022 shortly?
4     A. Well, the year coming up, yes, sir. For
5 2024, yes.
6     Q. 2023?
7     A. 2023, yes, sir, the year coming up.
8     Q. I understand you intend to file those, but
9 are you going to be filing your 2021 or 2022 taxes?
10     A. Yes, sir. All of that together.
11     Q. When will you be doing that, sometime at the
12 beginning of 2024?
13     A. Yes, sir.
14     Q. Who's your tax --
15     A. This summer.
16     Q. Who's your tax personal representative?
17     A. Her name is Shell Owens.
18     Q. S-H-E-L-L O-W-E-N-S?
19     A. Yes. But we call her Shell. I can't
20 pronounce -- I can't -- I've called her Shell for so
21 long, that's what I know her by, her name. I can't
22 really put -- give you her exact real name. Her name
23 is Shell. But I can give you that information if
24 needed.
25     Q. When was the last time you filed a tax

Page 317

1  I, ASHLEY RUISE, have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4
5  _____
   ASHLEY RUISE
6
7
8
9
10 THE STATE OF _____)
11 COUNTY OF _____)
12     Before me, _____, on this
13 day personally appeared ASHLEY RUISE, known to me (or
14 proved to me under oath or through _____)
15 (description of identity card or other document) to be
16 the person whose name is subscribed to the foregoing
17 instrument and acknowledged to me that they executed
18 the same for the purposes and consideration therein
19 expressed.
20     Given under my hand and seal of office this
21 _____ day of _____, 2023.
22
23
24 _____
   NOTARY PUBLIC in AND FOR
25 THE STATE OF _____

Page 318

1  STATE OF TEXAS )
2  COUNTY OF DALLAS )
3      I, Kathy E. Weldon, Certified Shorthand
4  Reporter, in and for the State of Texas, certify that
5  the foregoing deposition of ASHLEY RUISE was reported
6  stenographically by me at the time and place
7  indicated, said witness having been placed under oath
8  by me, and that the deposition is a true record of the
9  testimony given by the witness.
10     I further certify that I am neither counsel
11 for nor related to any party in this cause and am not
12 financially interested in its outcome.
13     Given under my hand on this the _____ day of
14 _____, 2023.
15
16 _____
   Kathy E. Weldon, CSR No. 6166
17 Bradford Court Reporting, L.L.C.
   Firm Registration #38
18 7015 Mumford
   Dallas, Texas 75252
19 Telephone: (972) 931-2799
   Fax:       (972) 931-1199
20 My Commission Expires 10-31-2025
21
   Time used by each party:
22 Mr. Travis Gasper - 0:00
   Mr. Monte K. Hurst - 6:43
23
24
25