IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated,* § § § § | § § | |
| Plaintiffs, § | CIVIL ACTION NO. 4:22-cv-01073-SDJ | |
| v. § § | | |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., § § § § § | Collective Action under 29 U.S.C. § 216(b) | |
| Defendants. § § | JURY DEMANDED | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' AMENDED MOTION TO COMPEL DISCOVERY**

COME NOW, Plaintiffs, who hereby request an extension of their deadline to file a Response to Dkt. No. 53. In support of this Second Motion for Extension, Plaintiffs would show as follows:

I. **BACKGROUND AND BASIS FOR MOTION**

On February 9, 2024, Defendants filed their First Amended Motion to Compel (Dkt. No. 53). Pursuant to the Local Rules of the Eastern District of Texas, Plaintiffs' Response to the Amended Motion is due on February 23, 2024.

On Sunday, February 18, 2024, Kerry O'Brien, lead counsel for Plaintiffs, contracted a respiratory infection. His ability to perform substantive legal work this week has been significantly impacted, and as of the date of filing of this Motion for Extension, he has not meaningfully recovered and is performing at only roughly 25% of his normal working capacity. At the same time, Plaintiffs' local counsel Travis Gasper was out-of-town on a pre-scheduled trip

from February 15-21. Therefore, Plaintiffs are requesting an extension of the deadline to file their Response to Dkt. No. 53, to Tuesday, February 27, 2024, so that Plaintiffs' counsel may have a better opportunity to fully brief the issues for the Court's consideration.

    Respectfully submitted,

    *Kerry O'Brien*

**Kerry V. O'Brien**
Texas Bar No. 24038469



1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960
fax: (512) 410-6171
email: ko@obrienlawpc.com

**LEAD COUNSEL FOR PLAINTIFFS**

and

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881

GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (972) 504-1420
fax: (833) 957-2957
email: travis@travisgasper.com

**CO-COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

On February 22, 2024, the undersigned counsel Kerry O'Brien conferred with Monte Hurst, counsel for Defendants. Defendants are UNOPPOSED to this Motion for Extension.

Kerry V. O'Brien,
Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record via electronic mail transmission this the 22nd day of February 2024.

Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Laster
State Bar No. 24076499
KBrumbalow@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
phone: 214-953-0053
fax: 214-922-4142

*Counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*

Kerry V. O'Brien,
Lead Counsel for Plaintiffs