IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated,* § § § § | | |
| **Plaintiffs,** § | CIVIL ACTION NO. 4:22-cv-01073-SDJ | |
| § | | |
| v. § | | |
| § | Collective Action under | |
| CATASTROPHE RESPONSE UNIT, INC. and § § | 29 U.S.C. § 216(b) | |
| CATASTROPHE RESPONSE UNIT USA, INC., § § | JURY DEMANDED | |
| § | | |
| **Defendants.** § | | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
AMENDED MOTION TO COMPEL DISCOVERY**

On this the _____ day of _____, 2024 came on to be heard Plaintiffs' Unopposed Motion for Extension ("Motion" herein) of the deadline to respond to Defendants' Amended Motion to Compel Discovery [Dkt. 53.] After considering the pleadings and the arguments of counsel, the Court finds that Plaintiffs' motion should be GRANTED.

Therefore, Plaintiffs' new Motion response deadline shall be **February 27, 2024**.