UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLA M. COLLINS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-1073-SDJ |
| | § | |
| CATASTROPHE RESPONSE UNIT USA, INC., ET AL. | § § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Amended Motion to Compel Discovery. (Dkt. #56). The Court, having found good cause, **GRANTS** the motion.

It is therefore **ORDERED** that Plaintiffs' deadline to respond to Defendants' Amended Motion to Compel Discovery, (Dkt. #53), is extended to **February 27, 2024**.

**So ORDERED and SIGNED this 23rd day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE