Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

```
C.M. COLLINS, N.J. LUNDY   )
and R.C.L. MAYS,           )
individually and on behalf )
of all others similarly    )
situated,                  )
                           )
     Plaintiffs,           )
                           )
vs.                        ) CIVIL ACTION NO.
                           ) 4:22-cv-1073
CATASTROPHE RESPONSE UNIT, )
INC. and CATASTROPHE       )
RESPONSE UNIT USA, INC.,   )
                           )
     Defendants.           )
```

_____

VIDEOTAPED ORAL DEPOSITION OF

BASIL LEO RILEY, III

OCTOBER 18, 2023

_____

   VIDEOTAPED ORAL DEPOSITION OF BASIL LEO
RILEY, III, produced as a witness at the instance
of the Defendants, and duly sworn, was taken in the
above-styled and numbered cause on October 18th,
2023, from 9:35 a.m. to 4:55 p.m., before RENEA
SEGGERN, CSR, in and for the State of Texas,
reported by machine shorthand via Zoom Video
Conference, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record
or attached hereto.

```
                                                              Page 2
 1                    A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3       O'BRIEN LAW FIRM
             Mr. Kerry O'Brien
 4           1011 Westlake Drive
             Austin, Texas  78746
 5           (512) 410-1960
             KO@obrienlawpc.com
 6
 7   FOR THE DEFENDANTS:
 8       HALLETT & PERRIN, P.C.
             Mr. Monte K. Hurst
 9           1445 Ross Avenue
             Suite 2400
10           Dallas, Texas  75202
             (214) 953-0053
11           Monte.Hurst@hallettperrin.com
12
13   ALSO PRESENT:
14       Mr. David Repinski
15       Mr. Adam Dickens
16       Ms. Erica Taylor, Videographer
17
18
19
20
21
22
23
24
25
```

Page 3

I N D E X

BASIL LEO RILEY, III                                        PAGE
    Examination by Mr. Hurst....................4
    Examination by Mr. O'Brien................245
    Further Examination by Mr. Hurst..........245
Signature and Changes..........................248
Reporter's Certification.......................250

E X H I B I T   I N D E X

NO.            DESCRIPTION                              PAGE
Exhibit 2      First Amended Responses to
               Defendant's Interrogatories.......159

Page 4

1                 P R O C E E D I N G S
2            THE VIDEOGRAPHER:  Good morning.  We
3  are now on the record at 9:35 a.m. on October 18th,
4  2023.
5       Would counsel please identify themselves,
6  please state any agreements for the record and
7  after which the court reporter will swear in the
8  witness.
9            MR. O'BRIEN:  Kerry O'Brien
10 representing Mr. Riley.
11           MR. HURST:  Monte Hurst and Kristen
12 Brumbalow representing the defendants in this case.
13      We are taking this deposition pursuant to
14 the Rules, court order and agreement.
15           MR. O'BRIEN:  Agreed.
16           BASIL LEO RILEY III,
17 having been first duly sworn, testified as follows:
18                EXAMINATION
19 BY MR. HURST:
20    Q   Good morning, Mr. Riley.  My name is Monte
21 Hurst and I'm with the law firm of Hallett & Perrin
22 and I represent CRU, or Catastrophe Response Unit
23 in this case; do you understand that?
24    A   Yes, yes, I do.
25    Q   Before we go into your testimony I'd like

Page 51

1  with CRU working with TD, were you working anywhere
2  else or providing services anywhere else?
3      A   When I first started with TD or first
4  started with CRU with TD, I was working with
5  Progressive.  It was another auto assignment.  I
6  was doing two autos.
7      Q   How long were you working with the CRU and
8  Progressive?
9      A   Two months.
10     Q   And that was like July of '21 to August of
11 '21?
12     A   That sounds right.  August or September,
13 something like that.  That sounds about right.
14     Q   Okay.  And when you were with CRU, you had
15 an independent contractor agreement, correct?
16     A   Correct.
17     Q   You were --
18     A   We were 1099s.
19     Q   You were a desk adjuster, right?
20     A   Correct.
21     Q   Were you working out of your home the
22 whole time you were deployed by CRU?
23     A   Correct.
24     Q   Were you working out of your home when you
25 were deployed by Progressive?

ORAL AND VIDEOTAPED DEPOSITION OF BASIL LEO RILEY, III

Page 183

1  A  Right.
2  Q  So you didn't work on either the Canadian
3  or the American holidays?
4  A  No, American holidays we did because the
5  Canadians -- well, TD didn't honor, I guess, the
6  American holidays so we worked except for
7  Thanksgiving and Christmas they did and I think New
8  Year's, but as far as Columbus Day and Martin
9  Luther King Day, and yeah, we worked from what I
10 recall.
11 Q  You testified earlier that you were told
12 that you could not work another job while you were
13 deployed by CRU; is that right?
14 A  Yes.
15 Q  Who told you that?
16 A  It was in a meeting, Randy Bray.
17 Q  When did Randy say that?
18 A  Every Saturday morning we would have an
19 entire auto department meeting, and I believe the
20 second week in he told us that in a meeting and he
21 pretty much reiterated it every meeting every
22 Saturday after that.
23 Q  Was he the only one who said that?
24 A  As far as to my knowledge, that's what I
25 heard with my own ears.

Page 184

1    Q    And so it was Randy Bray's comment or
2  instruction, whatever you say that he said, that
3  caused you to resign from Littleton?
4    A    Correct.
5    Q    Specifically he said to you and all the
6  other desk adjusters in Auto in your group, you
7  cannot work another job while you were deployed by
8  CRU?
9    A    He worded it a little different.
10   Q    What did he say?
11   A    It was more like, hey, if you're working
12 two deployments and I find out, you will be
13 released.  That was one Saturday.  And then another
14 Saturday, he was like, if you're still working two
15 deployments you're good because I got rid of
16 everybody else that wasn't -- that was working two
17 deployments and it was -- then I know three of my
18 friends got released and they were all working at
19 State Farm and CRU at the same time.  They all got
20 released the same day.  Every Saturday after the
21 first two weeks he would have a conference every
22 Saturday, and all of Auto would hear what he says.
23   Q    So you first heard him say two weeks when
24 you got there, you can't work two deployments at
25 the same time?

1    A    You can't work -- he started -- it was two
2    weeks after he started those meetings because he
3    didn't do them in the beginning.  He didn't have
4    the all conference all Auto meetings when I first
5    started with CRU.  It was maybe six, seven weeks in
6    when he started to do that and that's when I said,
7    okay, I'm not taking a chance, I like CRU, it's a
8    nice company to work for and I'm out of here so,
9    but, yeah, he didn't start that when he first
10   started Auto; he didn't do anything.  I guess he
11   got -- I can't speculate.  I don't know.  Maybe he
12   heard that people were working double -- I don't
13   know.  I can't speculate on that.
14   Q    Okay.  So the first time you heard Randy
15   Bray say that if you're deployed by CRU and Auto,
16   you can't be working another deployment was six to
17   seven weeks into the commencement of your
18   deployment; is that right?
19   A    With Auto, yes, correct.
20   Q    With Auto which was your first deployment?
21   A    Correct.
22   Q    And then you resigned from Littleton
23   within a week or two after he said that?
24   A    Correct.
25   Q    And it sounds like you knew adjusters who

Page 248

1                CHANGES AND SIGNATURE
2    WITNESS NAME:  BASIL LEO RILEY, III
3    DATE OF DEPOSITION:   OCTOBER 18, 2023
4    PAGE          LINE      CHANGE     REASON
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____

Page 249

1     I, BASIL LEO RILEY, III, have read the foregoing deposition and hereby affix my signature
2 that same is true and correct, except as noted above.
3
4
5                               _____
                              BASIL LEO RILEY, III
6
7 THE STATE OF _____
   COUNTY OF _____
8
9 Before me, _____, on this day personally appeared BASIL LEO RILEY, III, known to
10 me (or proved to me under oath or through _____) to be the person whose name is
11 subscribed to the foregoing instrument and acknowledged to me that they executed the same for
12 the purposes and consideration therein expressed.
13
14
   Given under my hand and seal of office this _____
15 day of _____, 2023.
16
17
   _____
18 NOTARY PUBLIC IN AND FOR THE
   STATE OF _____
19
20
   MY COMMISSION EXPIRES:_____
21
22
23
24
25

Page 250

```
1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
2                       SHERMAN DIVISION

3   C.M. COLLINS, N.J. LUNDY   )
    and R.C.L. MAYS,           )
4   individually and on behalf )
    of all others similarly    )
5   situated,                  )
                               )
6        Plaintiffs,           )
                               )
7   vs.                        ) CIVIL ACTION NO.
                               ) 4:22-cv-1073
8   CATASTROPHE RESPONSE UNIT, )
    INC. and CATASTROPHE       )
9   RESPONSE UNIT USA, INC.,   )
                               )
10       Defendants.           )

11
         _____
12
            DEPOSITION OF BASIL LEO RILEY, III
13                   OCTOBER 18, 2023
         _____
14
```

15        I, RENEA SEGGERN, Certified Shorthand

16  Reporter in and for the State of Texas, do hereby

17  certify to the following:

18        That the witness, BASIL LEO RILEY, III,

19  was by me duly sworn and that the transcript of the

20  oral deposition is a true record of the testimony

21  given by the witness.

22        I further certify that pursuant to Federal

23  Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)

24  as well as Rule 30(e)(2), that review of the

25  transcript and signature of the deponent:

Page 251

1    __X__ was requested by the deponent and/or a
2    party before completion of the deposition.
3    _____ was not requested by the deponent and/or
4    a party before the completion of the deposition.
5         I further certify that I am neither
6    attorney  nor counsel for, nor related to or
7    employed by any of the parties to the action in
8    which this deposition is taken and further that I
9    am not a relative or employee of any attorney of
10   record in this cause, nor am I financially or
11   otherwise interested in the outcome of the action.
12        The amount of time used by each party at
13   the deposition is as follows:
14        Mr. Monte K. Hurst - 5 hours, 10 minutes
          Mr. Kerry O'Brien - 1 minute
15
16        Subscribed and sworn to on this 29th day
17   of October, 2023.
18
19   _____
     Renea Seggern, CSR #7262
20   Certification Expires 04-30-2025
     Bradford Court Reporting, L.L.C.
21   Firm Registration #38
     7015 Mumford Street
22   Dallas, Texas  75252
     Telephone (972) 931-2799
23   Facsimile (972) 931-1199
24
25