| Form **4506** (January 2024) Department of the Treasury Internal Revenue Service | **Request for Copy of Tax Return** ▶ Do not sign this form unless all applicable lines have been completed. ▶ Request may be rejected if the form is incomplete or illegible. ▶ For more information about Form 4506, visit *www.irs.gov/form4506*. | OMB No. 1545-0429 |
|---|---|---|

**Tip: Get faster service:** Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

**1a** Name shown on tax return. If a joint return, enter the name shown first.

ASHLEY B RUISE

**1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)

[REDACTED]

**2a** If a joint return, enter spouse's name shown on tax return.

**2b** Second social security number or individual taxpayer identification number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions).

ASHLEY B RUISE, [REDACTED]

**4** Previous address shown on the last return filed if different from line 3 (see instructions).

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

TRAVIS GASPER, GASPER LAW PLLC, [REDACTED]

**Caution:** If the tax return is being sent to the third party, ensure that lines 5 through 7 are completed before signing. (see instructions).

**6** Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____ FORM 1040 _____

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . ☑

**7** Year or period requested. Enter the ending date of the tax year or period using the mm/dd/yyyy format (see instructions).

12 / 31 / 2019    __ / __ / ____    __ / __ / ____    __ / __ / ____

__ / __ / ____    __ / __ / ____    __ / __ / ____    __ / __ / ____

**8** Fee. There is a $30 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

| a | Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 30.00 |
|---|---|---|---|
| b | Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . . |  | 1 |
| c | Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . | $ | 30.00 |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been complete

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions

Phone number of taxpayer on line 1a or 2a

[REDACTED]

**Sign Here**

▶ [REDACTED] Signature (see instructions)

▶ ASHLEY B RUISE Print/Type name

Date: Jan 24, 2024

Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature

▶ Print/Type name

Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 41721E    Form **4506** (Rev. 1-2024)

GASPER LAW PLLC

1416

32-61/1110

DATE 1/30/24

PAY TO THE ORDER OF UNITED STATES TREASURY     $ 30.00

THIRTY & 00/100                    DOLLARS

**CHASE** ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO FORM 4506 REQUEST - 6035          Travis Gasper      MP

1416

**PRIORITY MAIL®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

ASHLEY B. RUISE

Internal Revenue Service
RAIVS Team
Stop 6716 AUSC
Austin, TX 73301

For international shipments, the maximum weight is 4 lbs.

EP14H February 2023 Outer Dimension: 10 x 5



U.S. POSTAGE IMI
$9.85
PM
75260
Date of sale
01/30/24
02   6W
2000393251

# PRIORITY MAIL®

**ASHLEY B RUISE**

0.70 oz

**RDC 03**

EXPECTED DELIVERY DAY: 02/01/24

SHIP TO:



**IRS RAIVS TEAM STOP 6716 AUSC**
**AUSTIN TX 73301**

## USPS TRACKING® NUMBER



9505 5066 7906 4030 9983 97





Travis Gasper <travis@travisgasper.com>

**USPS eReceipt**
1 message

DoNotReply@ereceipt.usps.gov <DoNotReply@ereceipt.usps.gov>
To: travis@travisgasper.com



```
              MAIN OFFICE DALLAS
              401 TOM LANDRY HWY
              DALLAS, TX 75260-9996
                 (800)275-8777
01/30/2024                              02:17 PM
-----------------------------------------------------
Product              Qty    Unit    Price
                            Price
-----------------------------------------------------
Priority Mail®        1             $9.85
Window FR Env
  Austin, TX  73301
  Weight: 0.70 oz
  Expected Delivery Date
    Thu 02/01/2024
  Tracking #:
    9505 5066 7906 4030 9983 97
  Insurance                         $0.00
    Up to $100.00 included
Total                               $9.85
-----------------------------------------------------
Grand Total:                        $9.85
-----------------------------------------------------
Credit Card Remit                   $9.85
  Card Name: AMEX
  Account #: [REDACTED]
  Approval #: 863653
  Transaction #: 945
  Receipt #: 000945
  AID: A000000025010801      Chip
  AL: AMERICAN EXPRESS
  PIN: Not Required
-----------------------------------------------------

      Text your tracking number to 28777 (2USPS)
        to get the latest status. Standard Message
         and Data rates may apply. You may also
         visit www.usps.com USPS Tracking or call
                    1-800-222-1811.

           Save this receipt as evidence of
          insurance. For information on filing an
                  insurance claim go to
              https://www.usps.com/help/claims.htm
                  or call 1-800-222-1811

               Preview your Mail
               Track your Packages
               Sign up for FREE @
            https://informeddelivery.usps.com

       All sales final on stamps and postage.
        Refunds for guaranteed services only.
            Thank you for your business.

            Tell us about your experience.
      Go to: https://postalexperience.com/ssk?mt=13

-----------------------------------------------------
UFN: 482200-9550
Receipt #: 840-17520596-1-6574289-1
Clerk: 00

Privacy Act Statement: Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
```