| Form **13873-R** (December 2020) | Department of the Treasury - Internal Revenue Service **RAIVS Third Party Reject Notification** |
|---|---|

Date _____02/15/2024_____

**Refer to the checked boxes for your request for taxpayer(s) named below**

Ashley B Ruise

**Rejected Third-Party Requests**

We couldn't consider your request. Disclosure laws do not permit us to provide a third party with the reasons.

[X] 1. We returned a copy of the request to the taxpayer explaining why we couldn't provide the requested information. Contact the taxpayer for details

[ ] 2. We are enclosing the items you requested except for those listed below:

_____
_____
_____

[ ] 3. We couldn't locate a current address for the taxpayer. Because you are the third party identified on line 5 of Form 4506, 4506-T, or 4506-T-EZ, we are sending you this letter. Ask the taxpayer to resubmit the request

[ ] 4. We can't accept altered forms (e.g., white-out, line-through, write-overs, labels/stickers, etc.) or we can't read required entries on your form. Complete and resubmit a new Form 4506, Form 4506-T, or Form 4506-T-EZ

[ ] 5. We will issue a refund to you or the taxpayer in 4 to 6 weeks because:

  [ ] Some or all of the products you requested were unavailable

  [ ] You overpaid

  [ ] We could not consider your request

  [ ] Some or all of the documents you requested don't require a fee

[ ] 6. We will send the refund or the payment to the taxpayer because Line 9 of Form 4506 was not checked to designate the third party as the recipient

[ ] 7. You sent your request either without a payment or with an insufficient payment. A fee of $43 is required for each tax year requested. Complete and resubmit a new Form 4506 along with the correct payment

If you have any questions about the information in this form, you can call:

(737) 800-7661 _____ or fax us at (855) 587-9604 _____

Refer to IDRS number   #0618286438 _____

**For all other inquiries, you can call:**
- 1-267-941-1000 for returns with an international address
- 1-800-829-8374 for individual returns with Schedules C, E, F, or Form 2106
- 1-800-829-0922 for individual returns
- 1-800-829-0115 for business returns

Catalog Number 56956R      www.irs.gov      Form **13873-R** (Rev. 12-2020)