Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

```
C.M. COLLINS, N.J. LUNDY    )
and R.C.L. MAYS,            )
individually and on behalf  )
of all others similarly     )
situated,                   )
                            )
     Plaintiffs,            )
                            )
vs.                         ) CIVIL ACTION NO.
                            ) 4:22-cv-1073
CATASTROPHE RESPONSE UNIT,  )
INC. and CATASTROPHE        )
RESPONSE UNIT USA, INC.,    )
                            )
     Defendants.            )
```

────────────────────────────────────────────────

VIDEOTAPED ORAL DEPOSITION OF

BASIL LEO RILEY, III

OCTOBER 18, 2023

────────────────────────────────────────────────

VIDEOTAPED ORAL DEPOSITION OF BASIL LEO RILEY, III, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on October 18th, 2023, from 9:35 a.m. to 4:55 p.m., before RENEA SEGGERN, CSR, in and for the State of Texas, reported by machine shorthand via Zoom Video Conference, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Page 2

1                    A P P E A R A N C E S
2    FOR THE PLAINTIFFS:
3        O'BRIEN LAW FIRM
             Mr. Kerry O'Brien
4            1011 Westlake Drive
             Austin, Texas  78746
5            (512) 410-1960
             KO@obrienlawpc.com
6
7    FOR THE DEFENDANTS:
8        HALLETT & PERRIN, P.C.
             Mr. Monte K. Hurst
9            1445 Ross Avenue
             Suite 2400
10           Dallas, Texas  75202
             (214) 953-0053
11           Monte.Hurst@hallettperrin.com
12
13   ALSO PRESENT:
14       Mr. David Repinski
15       Mr. Adam Dickens
16       Ms. Erica Taylor, Videographer
17
18
19
20
21
22
23
24
25

Page 3

1                    I N D E X

2   BASIL LEO RILEY, III                             PAGE

3        Examination by Mr. Hurst.....................4

4        Examination by Mr. O'Brien.................245

5        Further Examination by Mr. Hurst...........245

6   Signature and Changes..........................248

7   Reporter's Certification.......................250

8

9              E X H I B I T   I N D E X

10  NO.           DESCRIPTION                        PAGE

11  Exhibit 2     First Amended Responses to
                  Defendant's Interrogatories.......159
12

Page 4

1      P R O C E E D I N G S
2            THE VIDEOGRAPHER:  Good morning.  We
3  are now on the record at 9:35 a.m. on October 18th,
4  2023.
5            Would counsel please identify themselves,
6  please state any agreements for the record and
7  after which the court reporter will swear in the
8  witness.
9            MR. O'BRIEN:  Kerry O'Brien
10  representing Mr. Riley.
11            MR. HURST:  Monte Hurst and Kristen
12  Brumbalow representing the defendants in this case.
13            We are taking this deposition pursuant to
14  the Rules, court order and agreement.
15            MR. O'BRIEN:  Agreed.
16            BASIL LEO RILEY III,
17  having been first duly sworn, testified as follows:
18                    EXAMINATION
19  BY MR. HURST:
20     Q   Good morning, Mr. Riley.  My name is Monte
21  Hurst and I'm with the law firm of Hallett & Perrin
22  and I represent CRU, or Catastrophe Response Unit
23  in this case; do you understand that?
24     A   Yes, yes, I do.
25     Q   Before we go into your testimony I'd like

1  with CRU working with TD, were you working anywhere
2  else or providing services anywhere else?
3    A    When I first started with TD or first
4  started with CRU with TD, I was working with
5  Progressive.  It was another auto assignment.  I
6  was doing two autos.
7    Q    How long were you working with the CRU and
8  Progressive?
9    A    Two months.
10   Q    And that was like July of '21 to August of
11 '21?
12   A    That sounds right.  August or September,
13 something like that.  That sounds about right.
14   Q    Okay.  And when you were with CRU, you had
15 an independent contractor agreement, correct?
16   A    Correct.
17   Q    You were --
18   A    We were 1099s.
19   Q    You were a desk adjuster, right?
20   A    Correct.
21   Q    Were you working out of your home the
22 whole time you were deployed by CRU?
23   A    Correct.
24   Q    Were you working out of your home when you
25 were deployed by Progressive?

1    A    Right.
2    Q    So you didn't work on either the Canadian
3    or the American holidays?
4    A    No, American holidays we did because the
5    Canadians -- well, TD didn't honor, I guess, the
6    American holidays so we worked except for
7    Thanksgiving and Christmas they did and I think New
8    Year's, but as far as Columbus Day and Martin
9    Luther King Day, and yeah, we worked from what I
10   recall.
11   Q    You testified earlier that you were told
12   that you could not work another job while you were
13   deployed by CRU; is that right?
14   A    Yes.
15   Q    Who told you that?
16   A    It was in a meeting, Randy Bray.
17   Q    When did Randy say that?
18   A    Every Saturday morning we would have an
19   entire auto department meeting, and I believe the
20   second week in he told us that in a meeting and he
21   pretty much reiterated it every meeting every
22   Saturday after that.
23   Q    Was he the only one who said that?
24   A    As far as to my knowledge, that's what I
25   heard with my own ears.

Page 184

1   Q   And so it was Randy Bray's comment or
2   instruction, whatever you say that he said, that
3   caused you to resign from Littleton?
4   A   Correct.
5   Q   Specifically he said to you and all the
6   other desk adjusters in Auto in your group, you
7   cannot work another job while you were deployed by
8   CRU?
9   A   He worded it a little different.
10  Q   What did he say?
11  A   It was more like, hey, if you're working
12  two deployments and I find out, you will be
13  released.  That was one Saturday.  And then another
14  Saturday, he was like, if you're still working two
15  deployments you're good because I got rid of
16  everybody else that wasn't -- that was working two
17  deployments and it was -- then I know three of my
18  friends got released and they were all working at
19  State Farm and CRU at the same time.  They all got
20  released the same day.  Every Saturday after the
21  first two weeks he would have a conference every
22  Saturday, and all of Auto would hear what he says.
23  Q   So you first heard him say two weeks when
24  you got there, you can't work two deployments at
25  the same time?

Case 4:22-cv-01073-SDJ   Document 59-1   Filed 02/27/24   Page 8 of 12 PageID #: 950
ORAL AND VIDEOTAPED DEPOSITION OF BASIL LEO RILEY, III

Page 185

1    A    You can't work -- he started -- it was two
2   weeks after he started those meetings because he
3   didn't do them in the beginning.  He didn't have
4   the all conference all Auto meetings when I first
5   started with CRU.  It was maybe six, seven weeks in
6   when he started to do that and that's when I said,
7   okay, I'm not taking a chance, I like CRU, it's a
8   nice company to work for and I'm out of here so,
9   but, yeah, he didn't start that when he first
10  started Auto; he didn't do anything.  I guess he
11  got -- I can't speculate.  I don't know.  Maybe he
12  heard that people were working double -- I don't
13  know.  I can't speculate on that.
14   Q    Okay.  So the first time you heard Randy
15  Bray say that if you're deployed by CRU and Auto,
16  you can't be working another deployment was six to
17  seven weeks into the commencement of your
18  deployment; is that right?
19   A    With Auto, yes, correct.
20   Q    With Auto which was your first deployment?
21   A    Correct.
22   Q    And then you resigned from Littleton
23  within a week or two after he said that?
24   A    Correct.
25   Q    And it sounds like you knew adjusters who

Case 4:22-cv-01073-SDJ Document 59-1 Filed 02/27/24 Page 9 of 12 PageID #: 951
ORAL AND VIDEOTAPED DEPOSITION OF BASIL LEO RILEY, III

Page 248

```
 1                CHANGES AND SIGNATURE
 2   WITNESS NAME:  BASIL LEO RILEY, III
 3   DATE OF DEPOSITION:   OCTOBER 18, 2023
 4   PAGE         LINE        CHANGE       REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

Page 249

I, BASIL LEO RILEY, III, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_____
BASIL LEO RILEY, III

THE STATE OF _____
COUNTY OF _____

Before me, _____, on this day personally appeared BASIL LEO RILEY, III, known to me (or proved to me under oath or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this \_\_\_\_\_ day of _____, 2023.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF _____

MY COMMISSION EXPIRES:_____

Page 250

```
1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
2                       SHERMAN DIVISION

3    C.M. COLLINS, N.J. LUNDY    )
     and R.C.L. MAYS,             )
4    individually and on behalf   )
     of all others similarly      )
5    situated,                    )
                                  )
6         Plaintiffs,             )
                                  )
7    vs.                          ) CIVIL ACTION NO.
                                  ) 4:22-cv-1073
8    CATASTROPHE RESPONSE UNIT,   )
     INC. and CATASTROPHE         )
9    RESPONSE UNIT USA, INC.,     )
                                  )
10        Defendants.             )

11
        _____
12
             DEPOSITION OF BASIL LEO RILEY, III
13                   OCTOBER 18, 2023
        _____
14
```

15      I, RENEA SEGGERN, Certified Shorthand

16 Reporter in and for the State of Texas, do hereby

17 certify to the following:

18      That the witness, BASIL LEO RILEY, III,

19 was by me duly sworn and that the transcript of the

20 oral deposition is a true record of the testimony

21 given by the witness.

22      I further certify that pursuant to Federal

23 Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)

24 as well as Rule 30(e)(2), that review of the

25 transcript and signature of the deponent:

Page 251

1    __X__ was requested by the deponent and/or a
2    party before completion of the deposition.
3    _____ was not requested by the deponent and/or
4    a party before the completion of the deposition.
5         I further certify that I am neither
6    attorney  nor counsel for, nor related to or
7    employed by any of the parties to the action in
8    which this deposition is taken and further that I
9    am not a relative or employee of any attorney of
10   record in this cause, nor am I financially or
11   otherwise interested in the outcome of the action.
12        The amount of time used by each party at
13   the deposition is as follows:
14         Mr. Monte K. Hurst - 5 hours, 10 minutes
           Mr. Kerry O'Brien - 1 minute
15
16        Subscribed and sworn to on this 29th day
17   of October, 2023.
18
19   _____
     Renea Seggern, CSR #7262
20   Certification Expires 04-30-2025
     Bradford Court Reporting, L.L.C.
21   Firm Registration #38
     7015 Mumford Street
22   Dallas, Texas  75252
     Telephone (972) 931-2799
23   Facsimile (972) 931-1199
24
25