

Travis Gasper <travis@travisgasper.com>

**Collins's social media**

**Kerry O'Brien** <ko@obrienlawpc.com>  Mon, Nov 27, 2023 at 11:44 AM
Reply-To: ko@obrienlawpc.com
To: "Monte K. Hurst" <monte.hurst@hallettperrin.com>
Cc: "Kristen A. Brumbalow" <kbrumbalow@hallettperrin.com>, Travis Gasper <travis@travisgasper.com>, "beth@obrienlawpc.com" <beth@obrienlawpc.com>, "Ceicili S. Morales" <cmorales@hallettperrin.com>

Monte,

We reserve the right to continue to oppose this request. However, to figure out whether we can resolve this, I will need you to be very specific as to what you are requesting from Ms. Collins with respect to what social media accounts.

Thanks,
Kerry

--

**Kerry V. O'Brien**
Attorney
Board Certified in Labor & Employment Law by the TBLS
phone: (512) 410-1960
[1011 Westlake Drive, Austin Texas 78746](#)