Gmail                                                                                   Travis Gasper <travis@travisgasper.com>

---

### Receipt: FINAL NOTICE BEFORE ATTORNEY WITHDRAWAL: CRU overtime litigation

**Receipt** <receipt@r1.rpost.net>                                                          Wed, Dec 20, 2023 at 3:36 PM
To: travis@travisgasper.com

                                                                                      

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) |
| rasheedahmays@yahoo.com | Delivered and Opened | HTTP-IP:69.147.94.142 | 12/20/2023 07:36:26 PM (UTC) | 12/20/2023 01:36:26 PM (UTC -06:00) | 12/20/2023 03:36:02 PM (UTC -06:00) |
| travis@travisgasper.com | Delivered to Mail Server | out of office | 12/20/2023 07:36:26 PM (UTC) | 12/20/2023 01:36:26 PM (UTC -06:00) | |
| ko@obrienlawpc.com | Delivered and Opened | HTTP-IP:66.102.7.45 | 12/20/2023 07:36:25 PM (UTC) | 12/20/2023 01:36:25 PM (UTC -06:00) | 12/20/2023 01:46:17 PM (UTC -06:00) |
| beth@obrienlawpc.com | Delivered and Opened | HTTP-IP:66.102.7.44 | 12/20/2023 07:36:26 PM (UTC) | 12/20/2023 01:36:26 PM (UTC -06:00) | 12/20/2023 01:42:36 PM (UTC -06:00) |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| **From:** | Travis Gasper <travis@travisgasper.com> |
| **Subject:** | FINAL NOTICE BEFORE ATTORNEY WITHDRAWAL: CRU overtime litigation |
| **To:** | <rasheedahmays@yahoo.com> |
| **Cc:** | <travis@travisgasper.com> <ko@obrienlawpc.com> <beth@obrienlawpc.com> |
| **Bcc:** | |
| **Network ID:** | 09d71a98-90d8-4bc2-b957-f351a29b5b29@SM25 |
| **Received by RMail System:** | 12/20/2023 07:36:22 PM (UTC) |
| **Client Code:** | Mays |

| Message Statistics | |
|---|---|
| **Tracking Number:** | BB6DE78D4916C77AC02284596673CD5F60E96A0E |
| **Message Size:** | 335648 |
| **Features Used:** | R  RR  Code |
| **File Size:** | **File Name:** |
| 237.3 KB | 2023-12-19 Ltr to R. Mays (final notice).pdf |

| Delivery Audit Trail |
|---|

12/20/2023 7:36:24 PM starting yahoo.com/{default} 12/20/2023 7:36:24 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mta5.am0.yahoodns.net (67.195.204.73) 12/20/2023 7:36:24 PM connected from 192.168.10.11:38005 12/20/2023 7:36:24 PM >>> 220 mtaproxy408.free.mail.bf1.yahoo.com ESMTP ready 12/20/2023 7:36:24 PM <<< EHLO mta21.r1.rpost.net 12/20/2023 7:36:24 PM >>> 250-mtaproxy408.free.mail.bf1.yahoo.com 12/20/2023 7:36:24 PM >>> 250-PIPELINING 12/20/2023 7:36:24 PM >>> 250-SIZE 41943040 12/20/2023 7:36:24 PM >>> 250-8BITMIME 12/20/2023 7:36:24 PM >>> 250 STARTTLS 12/20/2023 7:36:24 PM <<< STARTTLS 12/20/2023 7:36:24 PM >>> 220 Ready for TLS 12/20/2023 7:36:24 PM tls:TLSv1.2 connected with 128-bit ECDHE-RSA-AES128-GCM-SHA256 12/20/2023 7:36:24 PM tls:Cert: /C=US/ST=California/L=Sunnyvale/O=Oath Holdings Inc./CN=*.mail.am0.yahoodns.net; issuer=/C=US/O=DigiCert Inc/OU=www.digicert.com/CN=DigiCert SHA2 High Assurance Server CA; verified=no 12/20/2023 7:36:24 PM <<< EHLO mta21.r1.rpost.net 12/20/2023 7:36:24 PM >>> 250-mtaproxy408.free.mail.bf1.yahoo.com 12/20/2023 7:36:24 PM >>> 250-PIPELINING 12/20/2023 7:36:24 PM >>> 250-SIZE 41943040 12/20/2023 7:36:24 PM >>> 250-8BITMIME 12/20/2023 7:36:24 PM >>> 250 OK 12/20/2023 7:36:24 PM <<< MAIL FROM: BODY=8BITMIME 12/20/2023 7:36:24 PM >>> 250 sender ok 12/20/2023 7:36:24 PM <<< RCPT TO: 12/20/2023 7:36:24 PM >>> 250 recipient ok 12/20/2023 7:36:24 PM <<< DATA 12/20/2023 7:36:25 PM >>> 354 go ahead 12/20/2023 7:36:25 PM <<< . 12/20/2023 7:36:26 PM >>> 250 ok dirdel 12/20/2023 7:36:26 PM <<< QUIT 12/20/2023 7:36:26 PM >>> 221 2.0.0 Bye 12/20/2023 7:36:26 PM closed mta5.am0.yahoodns.net (67.195.204.73) in=441 out=345574 12/20/2023 7:36:26 PM done yahoo.com/{default}

12/20/2023 7:36:24 PM starting travisgasper.com/{default} 12/20/2023 7:36:24 PM connecting from mta21.r1.rpost.net (0.0.0.0) to aspmx.l.google.com (173.194.76.26) 12/20/2023 7:36:24 PM connected from 192.168.10.11:37137 12/20/2023 7:36:24 PM >>> 220 mx.google.com ESMTP j9-20020adfb309000000b0033673330869si149583wrd.68 - gsmtp 12/20/2023 7:36:24 PM <<< EHLO mta21.r1.rpost.net 12/20/2023 7:36:24 PM >>> 250-mx.google.com at your service, [52.58.131.9] 12/20/2023 7:36:24 PM >>> 250-SIZE 157286400 12/20/2023 7:36:24 PM >>> 250-8BITMIME 12/20/2023 7:36:24 PM >>> 250-STARTTLS 12/20/2023 7:36:24 PM >>> 250-ENHANCEDSTATUSCODES 12/20/2023 7:36:24 PM >>> 250-PIPELINING 12/20/2023 7:36:24 PM >>> 250-CHUNKING 12/20/2023 7:36:24 PM >>> 250 SMTPUTF8 12/20/2023 7:36:24 PM <<< STARTTLS 12/20/2023 7:36:24 PM >>> 220 2.0.0 Ready to start TLS 12/20/2023 7:36:24 PM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 12/20/2023 7:36:24 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 12/20/2023 7:36:24 PM <<< EHLO mta21.r1.rpost.net 12/20/2023 7:36:24 PM >>> 250-mx.google.com at your service, [52.58.131.9] 12/20/2023 7:36:24 PM >>> 250-SIZE 157286400 12/20/2023 7:36:24 PM >>> 250-8BITMIME 12/20/2023 7:36:24 PM >>> 250-ENHANCEDSTATUSCODES 12/20/2023 7:36:24 PM >>> 250-PIPELINING 12/20/2023 7:36:24 PM >>> 250-CHUNKING 12/20/2023 7:36:24 PM >>> 250 SMTPUTF8 12/20/2023 7:36:24 PM <<< MAIL FROM: BODY=8BITMIME 12/20/2023 7:36:24 PM >>> 250 2.1.0 OK j9-20020adfb309000000b0033673330869si149583wrd.68 - gsmtp 12/20/2023 7:36:24 PM <<< RCPT TO: 12/20/2023 7:36:24 PM >>> 250 2.1.5 OK j9-20020adfb309000000b0033673330869si149583wrd.68 - gsmtp 12/20/2023 7:36:24 PM <<< DATA 12/20/2023 7:36:24 PM >>> 354 Go ahead j9-20020adfb309000000b0033673330869si149583wrd.68 - gsmtp 12/20/2023 7:36:24 PM <<< . 12/20/2023 7:36:25 PM >>> 250 2.0.0 OK 1703100985 j9-20020adfb309000000b0033673330869si149583wrd.68 - gsmtp 12/20/2023 7:36:25 PM <<< QUIT 12/20/2023 7:36:25 PM >>> 221 2.0.0 closing connection j9-20020adfb309000000b0033673330869si149583wrd.68 - gsmtp 12/20/2023 7:36:25 PM closed aspmx.l.google.com (173.194.76.26) in=822 out=345574 12/20/2023 7:36:25 PM done travisgasper.com/{default}

12/20/2023 7:36:24 PM starting obrienlawpc.com/{default} 12/20/2023 7:36:24 PM connecting from mta21.r1.rpost.net (0.0.0.0) to alt1.aspmx.l.google.com (142.250.153.27) 12/20/2023 7:36:24 PM connected from 192.168.10.11:38909 12/20/2023 7:36:24 PM >>> 220 mx.google.com ESMTP i17-20020a170906a29100b00a268f3481a8si113013ejz.778 - gsmtp 12/20/2023 7:36:24 PM <<< EHLO mta21.r1.rpost.net 12/20/2023 7:36:24 PM >>> 250-mx.google.com at your service, [52.58.131.9] 12/20/2023 7:36:24 PM >>> 250-SIZE 157286400 12/20/2023 7:36:24 PM >>> 250-8BITMIME 12/20/2023 7:36:24 PM >>> 250-STARTTLS 12/20/2023 7:36:24 PM >>> 250-ENHANCEDSTATUSCODES 12/20/2023 7:36:24 PM >>> 250-PIPELINING 12/20/2023 7:36:24 PM >>> 250-CHUNKING 12/20/2023 7:36:24 PM >>> 250 SMTPUTF8 12/20/2023 7:36:24 PM <<< STARTTLS 12/20/2023 7:36:24 PM >>> 220 2.0.0 Ready to start TLS 12/20/2023 7:36:24 PM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 12/20/2023 7:36:24 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 12/20/2023 7:36:24 PM <<< EHLO mta21.r1.rpost.net 12/20/2023 7:36:24 PM >>> 250-mx.google.com at your service, [52.58.131.9] 12/20/2023 7:36:24 PM >>> 250-SIZE 157286400 12/20/2023 7:36:24 PM >>> 250-8BITMIME 12/20/2023 7:36:24 PM >>> 250-ENHANCEDSTATUSCODES 12/20/2023 7:36:24 PM >>> 250-PIPELINING 12/20/2023 7:36:24 PM >>> 250-CHUNKING 12/20/2023 7:36:24 PM >>> 250 SMTPUTF8 12/20/2023 7:36:24 PM <<< MAIL FROM: BODY=8BITMIME 12/20/2023 7:36:24 PM >>> 250 2.1.0 OK i17-20020a170906a29100b00a268f3481a8si113013ejz.778 - gsmtp 12/20/2023 7:36:24 PM <<< RCPT TO: 12/20/2023 7:36:25 PM >>> 250 2.1.5 OK i17-20020a170906a29100b00a268f3481a8si113013ejz.778 - gsmtp 12/20/2023 7:36:25 PM <<< DATA 12/20/2023 7:36:25 PM >>> 354 Go ahead i17-20020a170906a29100b00a268f3481a8si113013ejz.778 - gsmtp 12/20/2023 7:36:25 PM <<< . 12/20/2023 7:36:25 PM >>> 250 2.0.0 OK 1703100985 i17-20020a170906a29100b00a268f3481a8si113013ejz.778 - gsmtp 12/20/2023 7:36:25 PM <<< QUIT 12/20/2023 7:36:25 PM >>> 221 2.0.0 closing connection i17-20020a170906a29100b00a268f3481a8si113013ejz.778 - gsmtp 12/20/2023 7:36:25 PM closed alt1.aspmx.l.google.com (142.250.153.27) in=834 out=345559 12/20/2023 7:36:26 PM done obrienlawpc.com/{default}

12/20/2023 7:36:24 PM starting obrienlawpc.com/{default} 12/20/2023 7:36:25 PM connecting from mta21.r1.rpost.net (0.0.0.0) to alt1.aspmx.l.google.com (142.250.153.27) 12/20/2023 7:36:25 PM connected from 192.168.10.11:45293 12/20/2023 7:36:25 PM >>> 220 mx.google.com ESMTP bt11-20020a170906b14b00b00a23418e3094si119009ejb.507 - gsmtp 12/20/2023 7:36:25 PM <<< EHLO mta21.r1.rpost.net 12/20/2023 7:36:25 PM >>> 250-mx.google.com at your service, [52.58.131.9] 12/20/2023 7:36:25 PM >>> 250-SIZE 157286400 12/20/2023 7:36:25 PM >>> 250-8BITMIME 12/20/2023 7:36:25 PM >>> 250-STARTTLS 12/20/2023 7:36:25 PM >>> 250-ENHANCEDSTATUSCODES 12/20/2023 7:36:25 PM >>> 250-PIPELINING 12/20/2023 7:36:25 PM >>> 250-CHUNKING 12/20/2023 7:36:25 PM >>> 250 SMTPUTF8 12/20/2023 7:36:25 PM <<< STARTTLS 12/20/2023 7:36:25 PM >>> 220 2.0.0 Ready to start TLS 12/20/2023 7:36:25 PM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 12/20/2023 7:36:25 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 12/20/2023 7:36:25 PM <<< EHLO mta21.r1.rpost.net 12/20/2023 7:36:25 PM >>> 250-mx.google.co

| |
|---|
| m at your service, [52.58.131.9] 12/20/2023 7:36:25 PM >>> 250-SIZE 157286400 12/20/2023 7:36:25 PM >>> 250-8BITMIME 12/20/2023 7:36:25 PM >>> 250-ENHANCEDSTATUSCODES 12/20/2023 7:36:25 PM >>> 250-PIPELINING 12/20/2023 7:36:25 PM >>> 250-CHUNKING 12/20/2023 7:36:25 PM >>> 250 SMTPUTF8 12/20/2023 7:36:25 PM <<< MAIL FROM: BODY=8BITMIME 12/20/2023 7:36:25 PM >>> 250 2.1.0 OK bt11-20020a170906b14b00b00a23418e3094si119009ejb.507 - gsmtp 12/20/2023 7:36:25 PM <<< RCPT TO: 12/20/2023 7:36:25 PM >>> 250 2.1.5 OK bt11-20020a170906b14b00b00a23418e3094si119009ejb.507 - gsmtp 12/20/2023 7:36:25 PM <<< DATA 12/20/2023 7:36:25 PM >>> 354 Go ahead bt11-20020a170906b14b00b00a23418e3094si119009ejb.507 - gsmtp 12/20/2023 7:36:26 PM <<< . 12/20/2023 7:36:26 PM >>> 250 2.0.0 OK 1703100986 bt11-20020a170906b14b00b00a23418e3094si119009ejb.507 - gsmtp 12/20/2023 7:36:26 PM <<< QUIT 12/20/2023 7:36:26 PM >>> 221 2.0.0 closing connection bt11-20020a170906b14b00b00a23418e3094si119009ejb.507 - gsmtp 12/20/2023 7:36:26 PM closed alt1.aspmx.l.google.com (142.250.153.27) in=840 out=345565 12/20/2023 7:36:26 PM done obrienlawpc.com/{default} |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer mta5.am0.yahoodns.net (67.195.204.73) |
| [IP Address: 69.147.94.142] [Time Opened: 12/20/2023 9:36:02 PM] [REMOTE_HOST: 192.168.20.111] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/seTtRcwxPU3ieCISXoRjXIJzuGhdDtS52pLCh5DsMDIx.gif] HTTP_ACCEPT:image/webp,image/avif,image/jxl,image/heic,image/heic-sequence,video/*;q=0.8,image/png,image/svg+xml,image/*;q=0.8,*/*;q=0.5 HTTP_ACCEPT_ENCODING:gzip HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:YahooMailProxy; https://help.yahoo.com/kb/yahoo-mail-proxy-SLN28749.html HTTP_X_FORWARDED_FOR:69.147.94.142 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65835e42-5d4b68e24a6076ab5c16f047 Accept: image/webp,image/avif,image/jxl,image/heic,image/heic-sequence,video/*;q=0.8,image/png,image/svg+xml,image/*;q=0.8,*/*;q=0.5 Accept-Encoding: gzip Host: open.r1.rpost.net User-Agent: YahooMailProxy; https://help.yahoo.com/kb/yahoo-mail-proxy-SLN28749.html X-Forwarded-For: 69.147.94.142 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65835e42-5d4b68e24a6076ab5c16f047 /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/seTtRcwxPU3ieCISXoRjXIJzuGhdDtS52pLCh5DsMDIx.gif 192.168.20.111 192.168.20.111 26750 GET /open/images_v2/seTtRcwxPU3ieCISXoRjXIJzuGhdDtS52pLCh5DsMDIx.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/seTtRcwxPU3ieCISXoRjXIJzuGhdDtS52pLCh5DsMDIx.gif image/webp,image/avif,image/jxl,image/heic,image/heic-sequence,video/*;q=0.8,image/png,image/svg+xml,image/*;q=0.8,*/*;q=0.5 gzip open.r1.rpost.net YahooMailProxy; https://help.yahoo.com/kb/yahoo-mail-proxy-SLN28749.html 69.147.94.142 https 443 Root=1-65835e42-5d4b68e24a6076ab5c16f047 |
| From:"Travis Gasper" :Thank you for contacting Gasper Law PLLC. The firm is currently closed for the holidays and will reopen on Tuesday, January 2nd. During this time, we will only be checking email occasionally. For urgent matters requiring immediate attention, please call or send a text to 469.663.7736. We appreciate your understanding and wish you a joyful holiday season. Travis Gasper (he/him) Attorney, Gasper Law PLLC 469.663.7736 travis@travisgasper.com -- *Travis Gasper *(he/him) *Attorney, Gasper Law PLLC* 469.663.7736 travis@travisgasper.com |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer alt1.aspmx.l.google.com (142.250.153.27) |
| [IP Address: 66.102.7.45] [Time Opened: 12/20/2023 7:46:17 PM] [REMOTE_HOST: 192.168.10.58] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/gK39qJ1H4q43N9YrPUUzVdIBnQIS9JmvtYtiafCCMDIx.gif] HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) HTTP_X_FORWARDED_FOR:66.102.7.45 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65834489-481c59bc6235c2652738208d Accept-Encoding: gzip, deflate, br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) X-Forwarded-For: 66.102.7.45 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65834489-481c59bc6235c2652738208d /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/gK39qJ1H4q43N9YrPUUzVdIBnQIS9JmvtYtiafCCMDIx.gif 192.168.10.58 192.168.10.58 56398 GET /open/images_v2/gK39qJ1H4q43N9YrPUUzVdIBnQIS9JmvtYtiafCCMDIx.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/gK39qJ1H4q43N9YrPUUzVdIBnQIS9JmvtYtiafCCMDIx.gif gzip, deflate, br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) 66.102.7.45 https 443 Root=1-65834489-481c59bc6235c2652738208d |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer alt1.aspmx.l.google.com (142.250.153.27) |
| [IP Address: 66.102.7.44] [Time Opened: 12/20/2023 7:42:36 PM] [REMOTE_HOST: 192.168.10.58] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/IncA7N2wufjUC4BYgD8eVI3BQDzvBfagHbc8YWrmMDIx.gif] HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) HTTP_X_FORWARDED_FOR:66.102.7.44 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-658343ac-2ece026f04a91c1813c252d6 Accept-Encoding: gzip, deflate, br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) X-Forwarded-For: 66.102.7.44 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-I |

d: Root=1-658343ac-2ece026f04a91c1813c252d6 /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/IncA7N2wufjUC4BYgD8eVl3BQDzvBfagHbc8YWrmMDIx.gif 192.168.10.58 192.168.10.58 12884 GET /open/images_v2/IncA7N2wufjUC4BYgD8eVl3BQDzvBfagHbc8YWrmMDIx.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/IncA7N2wufjUC4BYgD8eVl3BQDzvBfagHbc8YWrmMDIx.gif gzip, deflate, br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) 66.102.7.44 https 443 Root=1-658343ac-2ece026f04a91c1813c252d6

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                An RPost® Technology

**2 attachments**

**DeliveryReceipt.xml**
22K

**HtmlReceipt.htm**
579K