# VERIFIED RETURN OF NON-SERVICE

Job # 343031

### Client Info:

O'BRIEN LAW FIRM
KERRY O'BRIEN, ESQ.
1011 Westlake Drive
Austin, TX  78746

### Service Info:

**Date Received:** 12/19/2023 at 11:12 AM
Service: I Non-Served **Rasheedah Mays**
**Final Notice Before Attorney Withdrawal**

**At Residence 4131 ROYAL BANYAN DRIVE, #202 TAMPA, FL 33610**
On **12/20/2023** at **11:01 AM**
  **Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

[X] Other: Black female resident said that subject is some one she knows but does not reside at this address.

### Attempts:

**(1) 12/19/2023** at **10:42 AM**, by **OLIVER ILONZO** Loc: **4131 Royal Banyan Drive, #202, Tampa, FL 33610**
**Notes:**  No answer, left card

**(2) 12/20/2023** at **11:01 AM**, by **OLIVER ILONZO** Loc: **4131 Royal Banyan Drive, #202, Tampa, FL 33610**
**Notes:** Black female resident said that subject is some one she knows but does not reside at this address.

I **OLIVER ILONZO** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

"Under penalties of perjury, I declare that I have read the foregoing Verified Return of Non Service and that the facts stated in it are true."

Signature of Server:

**OLIVER ILONZO**
Lic # **CPS#09-665551**

**S & W Process Service**
2801 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **343031**

1 of 1