IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS,** *individually and on behalf of all others similarly situated,* | § § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION NO. 4:22-cv-01073-SDJ** |
| v. | § § | |
| **CATASTROPHE RESPONSE UNIT, INC.** and **CATASTROPHE RESPONSE UNIT USA, INC.,** | § § § § § § § | **Collective Action under 29 U.S.C. § 216(b)** |
| **Defendants.** | § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF RASHEEDAH C. L. MAYS**

On this the _____ day of _____ 2024, came on to be heard the Motion to Withdraw as Counsel for Plaintiff Rasheedah C. L. Mays (Dkt. No. \_\_\_\_\_), filed by her counsel-of-record Kerry O'Brien and Travis Gasper, as well as their respective law firms. After considering the pleadings and arguments of counsel, the Court finds that there is good cause for the withdrawal of Mays's counsel due to Mays's non-cooperation with her counsel and therefore this case.

Therefore, it is hereby ORDERED that Kerry O'Brien and the O'Brien Law Firm, and Travis Gasper and Gasper Law, PLLC, are hereby withdrawn as counsel for Plaintiff Mays, and that Plaintiff Mays shall proceed on a pro se basis until such time that new counsel notices their representation of her in the Court's record. The Court hereby directs attorney Kerry O'Brien, within one business day of this Order, to serve on Mays this Order by the same means of service

identified in the Certificate of Service for the Motion to Withdraw, and to file a certification with the Court when such service has been performed.