IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated*, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:22-cv-01073-SDJ |
| v. | § § | |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | § § § § § | Collective Action under 29 U.S.C. § 216(b) |
| | § § | JURY DEMANDED |
| Defendants. | § § | |

**PLAINTIFFS' ADVISORY TO THE COURT – ATTORNEY VACATION**

COMES NOW, Kerry O'Brien, attorney for Plaintiffs, and hereby advises the Court and all counsel of record that he will be unavailable for any case settings due to vacation on the following dates: April 19-24, 2024 and May 13-16, 2024.

O'Brien respectfully requests that neither the Court nor counsel set any hearings or other cases events during that time.

Respectfully submitted,

*Kerry O'Brien*

**Kerry V. O'Brien**
Texas Bar No. 24038469
Board Certified in Labor & Employment Law by the TBLS



1011 Westlake Drive  
Austin, Texas 78746  
email: ko@obrienlawpc.com  
phone: (512) 410-1960  
fax: (512) 410-6171  

**LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via the electronic case filing system on this the 18th day of March 2024.

*/s/ Ken O'Brien*