IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS, *individually and on behalf of all others similarly situated*, | § § § § | |
| *Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-cv-1073 |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | § § § § § | |
| *Defendants*. | § § | |

# ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL FOR RASHEEDAH C. L. MAYS

Before the Court is Plaintiffs' Motion to Withdraw as Counsel for Plaintiff Rasheedah C. L. Mays (Dkt. #62) (the "Motion to Withdraw"). After consideration of the Motion to Withdraw and the relevant evidence, the Court finds that the Motion to Withdraw should be **GRANTED** due to Rasheedah Mays's non-cooperation with her counsel and therefore this case.

It is therefore **ORDERED** that:

(i) Kerry O'Brien and the O'Brien Law Firm, and Travis Gasper and Gasper Law, PLLC, are hereby withdrawn as counsel for Ms. Mays;

(ii) Ms. Mays shall file with the Court, within seven (7) days of this Order, a notice of her current address, telephone number and e-mail address. The notice must also be served on Defendants' counsel, as follows:

       Monte K. Hurst
       HALLETT & PERRIN, P.C.
       1445 Ross Avenue, Suite 2400
       Dallas, Texas 75202
       214-922-4111
       Monte.Hurst@hallettperrin.com

(iii)    Ms. Mays will proceed on a pro se basis until such time that new counsel notices their representation of her in the Court's record;

(iv)    Ms. Mays is hereby instructed that, even if she no longer wishes to participate in this lawsuit as a party-plaintiff, she must comply with her discovery obligations imposed by the Court and she could be subjected to the Court's imposition of sanctions, including ordering payment of attorneys' fees and costs and/or dismissal of her claims with prejudice, for failing to comply with her discovery obligations; and

(v)    The Court hereby directs attorney Kerry O'Brien, within one business day of this Order, to serve on Ms. Mays this Order by the same means of service identified in the Certificate of Service for the Motion to Withdraw, and to file a certification with the Court when such service has been performed; and

**SO ORDERED.**