# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated,* § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. 4:22-cv-01073-SDJ |
| § § | |
| v. § | |
| § | Collective Action under |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., § § § § § | 29 U.S.C. § 216(b) |
| § | JURY DEMANDED |
| Defendants. § § | |

## NOTICE OF FILING OF CONSENTS TO JOIN

Plaintiffs hereby file this Notice of Filing Consents to Join in connection with the above-entitled and numbered action, and in support attach the following five Consents to Join:

**Exhibit A - Consent To Become Party Plaintiff: James Hartridge**
**Exhibit B - Consent To Become Party Plaintiff: JoVynn Jackson**
**Exhibit C - Consent To Become Party Plaintiff: Shameka Gray**
**Exhibit D - Consent To Become Party Plaintiff: Sonjo Harris**
**Exhibit E - Consent To Become Party Plaintiff: William Janey**

For any individuals who have filed their Consent to Join who worked as a manager at any time for Defendants, their Consent to Join is filed only with respect to their other period(s) of the employment with Defendants when they worked as a desk adjuster for Defendants.

Respectfully submitted,

*/s/ Kerry O'Brien*

**Kerry V. O'Brien**
Texas Bar No. 24038469



1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960
fax: (512) 410-6171
email: ko@obrienlawpc.com

**LEAD COUNSEL FOR PLAINTIFFS**

and

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881

GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (972) 504-1420
fax: (833) 957-2957
email: travis@travisgasper.com

**CO-COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record via electronic mail transmission this the 25th day of June 2024:

Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Laster
State Bar No. 24076499
KBrumbalow@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
phone: 214-953-0053
fax: 214-922-4142

*Counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*

                                                */s/ Kerry O'Brien*
                                                Kerry V. O'Brien,
                                                Lead Counsel for Plaintiffs