**CONSENT TO BECOME PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages in *Collins, et al. v. Catastrophe Response Unit, Inc., et al.,* Civil Action No. Case 4:22-cv-01073, in the United States District Court for the Eastern District of Texas. By joining this lawsuit, I designate the named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on behalf of the plaintiff group, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my unpaid wages against my current/former employer whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my unpaid wage claims I choose to be represented by O'Brien Law, P.C. and Gasper Law PLLC, and other attorneys with whom they may associate.

Date: Nov 17 2023          Signature: *JoVynn Jackson*

Printed Name: JoVynn Jackson



# Audit Trail

## Document Details

| | |
|---|---|
| **Title** | Consent to Join - CRU Overtime Desk Adjuster Litigation |
| **File Name** | Opt-in Plaintiff Consent Form - Collins et al.pdf |
| **Document ID** | d64dc153a7c3477f9a3e7ebf598c2dac |
| **Fingerprint** | cc09017145c74678ebc7b1091ad0e72a |
| **Status** | Completed |

## Document History

| | | |
|---|---|---|
| **Document Created** | Document Created by Kerry O'Brien (ko@obrienlawpc.com)<br>Fingerprint: 868b988389b5d9f18ad2955118bd7784 | Nov 17 2023<br>04:30PM UTC |
| **Document Sent** | Document Sent to JoVynn Jackson (jovynnjackson01@gmail.com) | Nov 17 2023<br>04:30PM UTC |
| **Document Viewed** | Document Viewed by JoVynn Jackson (jovynnjackson01@gmail.com)<br>IP: 104.188.180.91 | Nov 17 2023<br>07:06PM UTC |
| **Document Signed** | Document Signed by JoVynn Jackson (jovynnjackson01@gmail.com)<br>IP: 104.188.180.91<br>*JoVynn Jackson* | Nov 17 2023<br>07:07PM UTC |
| **Document Completed** | This document has been completed.<br>Fingerprint: cc09017145c74678ebc7b1091ad0e72a | Nov 17 2023<br>07:07PM UTC |

Processed by **xodo sign**