**CONSENT TO BECOME PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

    I hereby consent to be a party plaintiff seeking unpaid wages in the case in which this consent is filed. By joining this lawsuit, I designate the above-named Plaintiff and her attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my unpaid wages against my current/former employer whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my unpaid wage claims I choose to be represented by O'Brien Law, P.C. and Gasper Law PLLC, and other attorneys with whom they may associate.

Date: Jun 25 2024

Signature: _[signature]_

Printed Name: Sonjo Harris



# Audit Trail

## Document Details

| | |
|---|---|
| **Title** | CRU overtime litigation opt-in consent form |
| **File Name** | Opt-in Plaintiff Consent Form (blank).pdf |
| **Document ID** | fa397ed2d7ae47f6b39aea35582cbfeb |
| **Fingerprint** | d56d28b057b413fd867df5c7d0353c8c |
| **Status** | Completed |

## Document History

**Document Created**
Document Created by Kerry O'Brien (ko@obrienlawpc.com)
Fingerprint: ab99d65d750c870e2e3fa62df2d171ba
Jun 25 2024
04:14PM UTC

**Document Sent**
Document Sent to Sonjo Harris (sonjo2011@gmail.com)
Jun 25 2024
04:14PM UTC

**Document Viewed**
Document Viewed by Sonjo Harris (sonjo2011@gmail.com)
IP: 107.115.171.47
Jun 25 2024
05:20PM UTC

**Document Signed**
Document Signed by Sonjo Harris (sonjo2011@gmail.com)
IP: 107.115.171.47
Jun 25 2024
05:21PM UTC

**Document Completed**
This document has been completed.
Fingerprint: d56d28b057b413fd867df5c7d0353c8c
Jun 25 2024
05:21PM UTC

Processed by xodo sign