**CONSENT TO BECOME PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages in *Collins, et al. v. Catastrophe Response Unit, Inc., et al.,* Civil Action No. Case 4:22-cv-01073, in the United States District Court for the Eastern District of Texas. By joining this lawsuit, I designate the named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on behalf of the plaintiff group, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my unpaid wages against my current/former employer whether in the above-captioned action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my unpaid wage claims I choose to be represented by O'Brien Law, P.C. and Gasper Law PLLC, and other attorneys with whom they may associate.

Date: Dec 29 2023

Signature: *William Janey*

Printed Name: William Janey



# Audit Trail

## Document Details

| | |
|---|---|
| **Title** | Consent to Join - CRU Overtime Desk Adjuster Litigation |
| **File Name** | Opt-in Plaintiff Consent Form - Collins et al.pdf |
| **Document ID** | 6ed92dabfc23481c99359220c0358ffa |
| **Fingerprint** | 6cacae82c151ee897bffca6acdfb87c8 |
| **Status** | Completed |

## Document History

**Document Created**  
Document Created by Kerry O'Brien (ko@obrienlawpc.com)  
Fingerprint: 868b988389b5d9f18ad2955118bd7784  
Dec 29 2023 06:20PM UTC

**Document Sent**  
Document Sent to William Janey (will.janey20@gmail.com)  
Dec 29 2023 06:20PM UTC

**Document Viewed**  
Document Viewed by William Janey (will.janey20@gmail.com)  
IP: 23.121.89.213  
Dec 29 2023 07:59PM UTC

**Document Signed**  
Document Signed by William Janey (will.janey20@gmail.com)  
IP: 23.121.89.213  
*William Janey* (signature)  
Dec 29 2023 08:02PM UTC

**Document Completed**  
This document has been completed.  
Fingerprint: 6cacae82c151ee897bffca6acdfb87c8  
Dec 29 2023 08:02PM UTC

Processed by **xodo sign**