IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, *individually and on behalf of all others similarly situated,* | § § § § | |
| **Plaintiffs,** | § § | CIVIL ACTION NO. 4:22-cv-01073-SDJ |
| v. | § § | |
| | § | Collective Action under |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | § § § § | 29 U.S.C. § 216(b) |
| | § | JURY DEMANDED |
| | § § | |
| **Defendants.** | § | |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO TOLL STATUTE OF LIMITATIONS**

The Court has considered Plaintiffs' Opposed Motion to Toll the Statute of Limitations ("Motion to Toll") in the above-captioned matter. Having reviewed the Motion, briefing, and arguments of counsel, the Court finds that the Motion to Toll should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the statute of limitations under 29 U.S.C. § 255 is hereby TOLLED for all opt-in plaintiffs from February 9, 2024 (the date Defendants filed their Amended Motion to Compel Discovery), until the date that:

1. The Court approves the issuance of court-authorized notice to such individuals; and

2. Plaintiffs disseminate that notice in accordance with the Court's order.