IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS, *individually and on behalf of all others similarly situated*, | § § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| VS. | | CIVIL ACTION NO. 4:22-cv-1073 |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | | |
| *Defendants.* | | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OPPOSED MOTION TO TOLL THE STATUTE OF LIMITATIONS FOR PUTATIVE COLLECTIVE MEMBERS

**TO THE HONORABLE U.S. DISTRICT JUDGE SEAN D. JORDAN:**

Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc., (collectively "CRU") respectfully file Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Opposed Motion to Toll the Statute of Limitations for Putative Collective Members ("Motion to Extend"), and would show the Court as follows:

CRU respectfully seeks an extension of eight days to file its Response to Plaintiffs' Opposed Motion to Toll the Statute of Limitations for Putative Collective Members due to counsels' increased workload caused by two members of their team going on leave and prearranged travel schedules.

Counsel for Plaintiffs has indicated that they do not oppose the relief sought in this motion.

This request is not for delay, but so that justice may be had.

For all of these reasons, CRU respectfully requests the Court to grant Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Opposed Motion to Toll the Statute of Limitations for Putative Collective Members.

> Respectfully submitted,
>
> HALLETT & PERRIN, P.C.
> 1445 Ross Avenue, Suite 2400
> Dallas, Texas 75202
> 214.953.0053
> (f) 214.922.4142
>
> By: */s/ Monte K. Hurst*
> Monte K. Hurst
> State Bar No. 00796802
> Monte.Hurst@hallettperrin.com
>
> Kristen A. Laster
> State Bar No. 24076499
> KBrumbalow@hallettperrin.com
>
> *Counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*

## CERTIFICATE OF CONFERENCE

Counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and Plaintiffs' counsel has communicated that Plaintiffs are not opposed to the relief sought herein.

*/s/ Kristen A. Laster*
Kristen A. Laster

## CERTIFICATE OF SERVICE

    I certify that on August 6, 2025, I served a copy of the foregoing document on Plaintiffs' counsel as follows in compliance with Rule 5(b) of the Federal Rules of Civil Procedure:

Mr. Kerry O'Brien
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
KO@obrienlawpc.com

Mr. Travis Gasper
GASPER LAW, PLLC
1408 North Riverfront Boulevard, Suite 323
Dallas, Texas 75207
Travis@travisgasper.com

*Monte K. Hurst*
Monte K. Hurst