IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS, *individually and on behalf of all others similarly situated*, | § § § § | |
| *Plaintiffs,* | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-cv-1073 |
| CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC., | § § § § | |
| *Defendants.* | § § § | |

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
OPPOSED MOTION TO TOLL THE STATUTE OF
LIMITATIONS FOR PUTATIVE COLLECTIVE MEMBERS

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Opposed Motion to Toll the Statute of Limitations for Putative Collective Members. The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED** and Defendants' deadline to respond to Plaintiffs' Opposed Motion for Extension of Time to Respond to Plaintiffs' Opposed Motion to Toll the Statute of Limitations for Putative Collective Members is extended to August 6, 2025.