**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS,** *individually and on behalf of all others similarly situated,* | § § § § | |
| ***Plaintiffs,*** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:22-cv-1073** |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,** | § § § § | |
| ***Defendants.*** | § § | |

## ORDER DENYING PLAINTIFFS' OPPOSED MOTION TO TOLL THE STATUTE OF LIMITATIONS FOR PUTATIVE COLLECTIVE MEMBERS

Before the Court is Plaintiffs' Opposed Motion to Toll the Statute of Limitations for Putative Collective Members (the "Motion to Toll"). After consideration of the Motion to Toll and the relevant evidence, the Court finds that the Motion to Toll should be **DENIED**.

It is therefore **ORDERED** that Plaintiff's Motion to Toll the Statute of Limitations for Putative Collective Members is **DENIED IN ITS ENTIERETY.**

**SO ORDERED.**