UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLA M. COLLINS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-1073-SDJ |
| | § | |
| CATASTROPHE RESPONSE UNIT USA, INC., ET AL. | § § | |

# ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Opposed Motion to Toll the Statute of Limitations for Putative Collective Members. (Dkt. #69). After considering the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. Defendants' Response to Plaintiffs' Opposed Motion to Toll the Statute of Limitations for Putative Collective Members and Brief in Support, (Dkt. #70), is deemed timely filed.

**So ORDERED and SIGNED this 7th day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE