## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS,** *individually and on behalf of all others similarly situated,* | § § § § | |
| **Plaintiffs,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:22-cv-1073** |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,** | § § § § | |
| **Defendants.** | § § | |

## NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION OF DEFENDANTS' COUNSEL

Monte K. Hurst, lead counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc. in this matter, hereby notifies the Court that he will be moving his practice to MUNSCH HARDT KOPF & HARR, P.C. on Monday, March 2, 2026. Effective March 2, 2026, Mr. Hurst's new contact information will be as follows:

> Monte K. Hurst
> MUNSCH HARDT KOPF & HARR, P.C.
> 500 North Akard Street, Suite 4000
> Dallas, Texas 75201
> 214-855-7530
> MHurst@munsch.com

From March 2, 2026 forward, all pleadings, discovery, correspondence and other materials should be served upon Mr. Hurst at his new address.

Respectfully submitted,

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142


By:    *Monte K. Hurst*
Monte K. Hurst
State Bar No. 00796802
Monte.Hurst@hallettperrin.com

Kristen A. Laster
State Bar No. 24076499
KBrumbalow@hallettperrin.com

*Counsel for Defendants Catastrophe
Response Unit, Inc. and Catastrophe
Response Unit USA, Inc.*


## CERTIFICATE OF SERVICE

I certify that on February 27, 2026, I served a copy of the foregoing document on Plaintiffs' counsel as follows in compliance with Rule 5(b) of the Federal Rules of Civil Procedure:

Mr. Kerry O'Brien
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
KO@obrienlawpc.com

Mr. Travis Gasper
GASPER LAW, PLLC
1408 North Riverfront Boulevard, Suite 323
Dallas, Texas 75207
Travis@travisgasper.com


*Monte K. Hurst*
Monte K. Hurst