UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CARLA M. COLLINS, ET AL.,                §
*individually and on behalf of all*       §
*others similarly situated*               §
                                          §
                                          §
v.                                        §        CIVIL NO. 4:22-CV-1073-SDJ
                                          §
CATASTROPHE RESPONSE UNIT                 §
USA, INC., ET AL.                         §

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to Exceed Page

Limits for Plaintiffs' Motion for Notice. (Dkt. #39). Having considered the motion and

found good cause, the Court **GRANTS** the motion. Plaintiffs' Motion for Notice,

(Dkt. #40), is deemed properly filed.

**So ORDERED and SIGNED this 10th day of July, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE