UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CARLA M. COLLINS, ET AL.,                §
*individually and on behalf of all*        §
*others similarly situated*                §
                                           §
                                           §
v.                                         §    CIVIL NO. 4:22-CV-1073-SDJ
                                           §
CATASTROPHE RESPONSE UNIT                  §
USA, INC., ET AL.                          §

## ORDER

Before the Court is Defendants' Opposed Motion to File Exhibits with their Reply in Support of their Emergency Motion to Compel and to Extend Deadline to File their Response in Opposition to Plaintiffs' Motion for Notice. (Dkt. #48). Plaintiffs oppose the relief sought in the motion, *see* (Dkt. #48 at 3), but they have not filed a response to the motion, and the deadline to do so has passed.

After full consideration, Defendants' motion, (Dkt. #48), is **GRANTED in part** and **DENIED in part**.

Defendants' request for leave to file exhibits with their reply in support of their emergency motion to compel is **GRANTED**. Defendants' reply and accompanying exhibits, (Dkt. #50), are deemed properly filed.

Defendants' request for an extension of time to respond to Plaintiffs' Motion for Notice is **DENIED as moot**. The Court has stayed all remaining deadlines in its Second Amended Preliminary Scheduling Order, *see* (Dkt. #46), so there is currently no active deadline for Defendants to respond to Plaintiffs' Motion for Notice.

1

**So ORDERED and SIGNED this 10th day of July, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2