**EXHIBIT A.2**

| From: | Monte K. Hurst |
| --- | --- |
| Sent: | Friday, October 20, 2023 1:32 PM |
| To: | ko@obrienlawpc.com; Travis Gasper |
| Cc: | Kristen A. Brumbalow; Ceicili S. Morales; OLPC |
| Subject: | Collins et al v CRU == Deposition of Olandria Quinnie in Mobile AL / Discovery |

Hi Kerry.  I do not understand what you are saying about Ms. Quinnie.  Are you not waiting to hear from Ms. Quinnie regarding other dates on which she is available?

Also, we had hoped to have to both of you today a class proposal.  We are still working on that.  We now expect to have that to you next week.  The same is true for the list of the initials of 200 adjusters we owe to you.  Our client has been working hard on getting that.

Lastly, please let us know where we are on the discovery concerns we articulated in our letter to you on September 19, 2023.

Thanks,
Monte

---

MONTE K. HURST
Shareholder

HALLETT&PERRIN
D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer



**From:** Kerry O'Brien <ko@obrienlawpc.com>
**Sent:** Friday, October 20, 2023 12:18 PM
**To:** Monte K. Hurst <monte.hurst@hallettperrin.com>
**Cc:** Kristen A. Brumbalow <KBrumbalow@hallettperrin.com>; Ceicili S. Morales <cmorales@hallettperrin.com>; Travis Gasper <travis@travisgasper.com>
**Subject:** Re: Collins et al v CRU / Deposition of Olandria Quinnie in Mobile AL

I will. Would just need to know about Ms. Quinnie then.

Thanks,
Kerry

On Fri, Oct 20, 2023 at 11:28 AM Monte K. Hurst <monte.hurst@hallettperrin.com> wrote:

Kerry, Adam Dickens is available for deposition on 11/1.  Please confirm that you will be noticing Mr. Dickens' deposition for 9:30 a.m. (CST) on 11/1.

Thanks,

Monte

---

MONTE K. HURST
Shareholder

HALLETT&PERRIN
D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer

---



**From:** Kerry O'Brien <ko@obrienlawpc.com>
**Sent:** Friday, October 20, 2023 9:45 AM
**To:** Monte K. Hurst <monte.hurst@hallettperrin.com>
**Cc:** Kristen A. Brumbalow <KBrumbalow@hallettperrin.com>; Ceicili S. Morales <cmorales@hallettperrin.com>; Travis Gasper <travis@travisgasper.com>
**Subject:** Re: Collins et al v CRU / Deposition of Olandria Quinnie in Mobile AL

I can do Adam's deposition on 10/26 and 10/27 as well. I was trying to schedule these for after the completion of the plaintiff/opt-in depositions, but Ms. Mansfield's personal situation wouldn't allow that completely. Thanks.

Kerry

On Fri, Oct 20, 2023 at 9:40 AM Monte K. Hurst <monte.hurst@hallettperrin.com> wrote:

Kerry, I do not believe Adam can do 10/30.  We will follow up today to provide dates for Adam.  Again, we had been reserving those two dates for the depositions of the witnesses you were requesting that we do not have control over.  Again, I will follow up today about Adam.

Thanks,

Monte

2

**MONTE K. HURST**
Shareholder

**HALLETT&PERRIN**
D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer



**From:** Kerry O'Brien <ko@obrienlawpc.com>
**Sent:** Friday, October 20, 2023 9:38 AM
**To:** Monte K. Hurst <monte.hurst@hallettperrin.com>
**Cc:** Kristen A. Brumbalow <kbrumbalow@hallettperrin.com>; Ceicili S. Morales <cmorales@hallettperrin.com>; Travis Gasper <travis@travisgasper.com>
**Subject:** Re: Collins et al v CRU / Deposition of Olandria Quinnie in Mobile AL

I apologize, Monte, I thought we had agreed that 11/1 and 11/2 are available dates. I was going by memory, those back-and-forth emails are difficult to track. There was no intent not to confer.

Let's do 10/30 for Dickens if he is available. Zoom. Please let me know your availability for Ms. Quinnie's deposition, on November 3, 6, 7, and 8, in Mobile, AL, under the circumstances that I previously described. And please let me know that availability, if at all possible, before 2pm today, so that I can notify the court reporting service in Mobile. I would note that November 3 and 5 would allow for one weekend day for travel.

And you are free to participate in Ms. Quinnie's deposition remotely even if I must be in person, although I feel reasonably confident that if CRU asked her to participate by Zoom upon being served with the in-person subpoena, she would give her assurance of that to us as she did with me individually via phone yesterday.

Kerry

On Fri, Oct 20, 2023 at 9:23 AM Monte K. Hurst <monte.hurst@hallettperrin.com> wrote:

Kerry, we cannot do depositions—in-person or remote—on 11/2 or 11/3.  We have been reserving, at your request, the dates of 10/30 and 11/1, because those were the two dates on which both sides could be available over the two-week period you proposed for your depositions.  Based on those exchanges between us, if I remember correctly, you know we were not available for depositions on 11/2 and/or 11/3.

3

I understand that you want to take a few more depositions; we welcome that and have been cooperative with you.  Adam is under our control; the others are not.  As a courtesy to you, we reached out to all three independent contractors to let them know you wanted to schedule their depositions.  In Defendants' scheduling depositions, we have conferred with you every step of the way, waiting for you to identify dates on which you and the Plaintiffs are available.  I recognize that you'd want to accommodate an independent witness as much as possible, for her deposition.  But, that doesn't change our responsibilities to confer with one another regarding availability before noticing depositions.

Again, I intend to follow up with you today to propose a date or two for Adam's deposition that you have requested.  You can let me know if the date, or one of those dates, works for you.  As for others, let me know what other dates you are thinking about.

Thanks,

Monte

---

**MONTE K. HURST**
Shareholder

**HALLETT&PERRIN**
D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer

---



On Oct 20, 2023, at 8:19 AM, Kerry O'Brien <ko@obrienlawpc.com> wrote:

Monte,

I am about to set the deposition of Ms. Quinnie for November 2, 2023 at 9:00 a.m. Central in Mobile, Alabama.

4

I spoke to Ms. Quinnie yesterday, and she stated that she would only participate through a subpoena, but, presuming she is subpoenaed, that she would participate by Zoom to avoid the attorneys having to travel to Mobile. However, I need to notice the deposition for an FRCP 45-compliant location in the event that after she is subpoenaed, in the event that she will not provide me with sufficient assurance in writing that she will participate by Zoom. So I am giving you a heads up on that, that the deposition may need to be in person, which I had previously mentioned.

And I just saw your email about Adam Dickens, and with the potential travel for Ms. Quinnie's deposition, his deposition cannot be on November 1 or November 2.

I am available for his Zoom deposition on October 26, 27, 31, or November 3.

Thanks,

Kerry

--

**Kerry V. O'Brien**

Attorney

Board Certified in Labor & Employment Law by the TBLS
phone: (512) 410-1960

1011 Westlake Drive, Austin Texas 78746

--

Kerry V. O'Brien
Attorney

--

5

Kerry V. O'Brien
Attorney

--

Kerry V. O'Brien
Attorney