

EXHIBIT A.4

| | |
|---|---|
| **From:** | Kerry O'Brien <ko@obrienlawpc.com> |
| **Sent:** | Monday, December 11, 2023 10:48 PM |
| **To:** | Monte K. Hurst |
| **Cc:** | Travis Gasper; Kristen A. Brumbalow; Ceicili S. Morales; beth@obrienlawpc.com |
| **Subject:** | Re: Collins, et al. vs. Catastrophe Response Unit, et al. |

Monte,

To my professional dismay, we do not have any news to you regarding the materials from Ms. Collins and Ms. Mays.

With respect to Ms. James, her situation is outside of her control. She has been very cooperative, but she is 2,000 miles from the materials that CRU has demanded until she returns to the United States on the date that I previously stated.

Kerry

On Mon, Dec 11, 2023 at 9:09 PM Monte K. Hurst <monte.hurst@hallettperrin.com> wrote:

Good evening, Kerry and Travis.  I am writing to follow up on the documents and information that you had agreed to produce to us, and that we need to review in connection with our response brief.  As you know, our response brief is due in one week.  Please let us know immediately where you are in producing to us the following:

1. Carla Collins' W-2s, 1099s, and T4A-NR for Tax Years 2019, 2020, 2021, and 2022;
2. Rasheeda Mays' W-2s, 1099s, and T4A-NR for Tax Years 2019, 2020, 2021, and 2022; and
3. For each Facebook account Ms. Collins manages, immediate production of all of the items under each of the following subfolders under Carla Collins' Facebook Activity Log, for days when she claimed to have been working for CRU, in HTML format:

- Your Posts;
- Messages;
- Comments and reactions;
- Stories;
- Groups;
- Pages;
- Events; and
- Other activity.

1

We understand from your e-mail message of Friday (below) that we should not expect to receive until, at the earliest, Wednesday, December 13, 2023, Pamela James' W-2s, 1099s, and T4A-NR for Tax Years 2019, 2020, 2021, and 2022.  This is not satisfactory to us in light of our discovery agreement.

We note Ms. Collins told you that her family suffered a family tragedy.  I do not doubt that she told you exactly that.  But, Ms. Collins' puzzling behavior over the last few days would contradict the suggestion that she has been unavailable to do the things needed of her in this case, and quite frankly continues to frustrate our discovery efforts.  Last Friday, the day on which you told us you would be getting us Ms. Collins' Facebook data, Ms. Collins made over a dozen posts on Facebook.  This is to say nothing about her Facebook comments.  Suffice it to say that none of these posts related to a family tragedy.  Instead, these posts are all over the place, with topics ranging from a wedding to a movie that she was watching at the time she was posting.  Obviously, Ms. Collins has had the time to play around on Facebook for a significant amount of time, without any interruption from her family tragedy; but, she did not think much of complying with her discovery obligations in this federal lawsuit.  You committed to update us yesterday; we did not hear from you.  This alone, or along with the other items in this e-mail message, will be the subject of our emergency telephone conference with the Court later this week if we do not receive the Facebook data immediately.

Please let us hear from you at once.

Thanks,

Monte

MONTE K. HURST
Shareholder

HALLETT&PERRIN
D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer



**From:** Kerry O'Brien <ko@obrienlawpc.com>
**Sent:** Friday, December 8, 2023 6:26 PM
**To:** Monte K. Hurst <monte.hurst@hallettperrin.com>
**Cc:** Kristen A. Brumbalow <kbrumbalow@hallettperrin.com>; Ceicili S. Morales

<[cmorales@hallettperrin.com](mailto:cmorales@hallettperrin.com)>; Travis Gasper <[travis@travisgasper.com](mailto:travis@travisgasper.com)>; [beth@obrienlawpc.com](mailto:beth@obrienlawpc.com)
**Subject:** Wage documents + Collins facebook data

Monte,

Attached are PLAINTIFFS 000413-000475. Where the individual could not locate all of their tax forms, in lieu of those, the individual has obtained a copy of their Wage & Income transcripts from the IRS. We have redacted the non-wage data from the Wage & Income transcripts, such as 1099-I reports on interest income. All W-2 and 1099-NEC data is provided. If you have any questions, please let me know.

We believe that supplemental production on the tax documents is complete for Lundy, Riley, Ruise, Mansfield, and Nickelberry.

We do not have responsive documents from Collins and Mays at this time.

Pamela James is currently in Canada and does not return to the U.S. until December 13. I verified that this is accurate. Her tax documents are at home in Georgia. She was unable to obtain Wage & Income statements from the IRS after many attempts to do so using the portal. We will supplement for her upon her return.

Ms. Collins is willing to provide the requested facebook data and was working with Travis to execute that. However, it is my understanding that her family suffered a family tragedy around Wednesday and as a result, she was unable to complete that task by today. I will endeavor to get an ETA from her on the facebook data by Sunday, but that is all I can tell you at this moment.

Kerry

--

**Kerry V. O'Brien**

Attorney

3

Board Certified in Labor & Employment Law by the TBLS

phone: (512) 410-1960

1011 Westlake Drive, Austin Texas 78746

--

Kerry V. O'Brien

Attorney