

| | |
|---|---|
| **From:** | Lori Munoz <Lori_Munoz@txed.uscourts.gov> |
| **Sent:** | Thursday, December 14, 2023 11:21 AM |
| **To:** | Monte K. Hurst |
| **Cc:** | Travis Gasper; ko@obrienlawpc.com; OLPC; Kristen A. Brumbalow; Ceicili S. Morales |
| **Subject:** | RE: Collins, et al. vs. Catastrophe Response Unit, et al.; Civil Action No. 4:22-cv-1073-SD -- Defendants' Summary of Discovery Disputes and Request for Emergency Hearing |

Good morning, Mr. Hurst.

I received your voice message, and I let Judge Jordan know that you contacted chambers in compliance with the Local Rules. We are aware of the emergency filing.

Thank you.

**Lori Munoz**
Judicial Assistant
U.S. District Judge Sean D. Jordan
U. S. District Court, Eastern District of Texas
7940 Preston Road
Plano, TX  75024
(214) 872-4860
Lori_munoz@txed.uscourts.gov

---

**From:** Monte K. Hurst <monte.hurst@hallettperrin.com>
**Sent:** Thursday, December 14, 2023 11:03 AM
**To:** Lori Munoz <Lori_Munoz@txed.uscourts.gov>
**Cc:** Travis Gasper <travis@travisgasper.com>; ko@obrienlawpc.com; OLPC <beth@obrienlawpc.com>; Kristen A. Brumbalow <KBrumbalow@hallettperrin.com>; Ceicili S. Morales <cmorales@hallettperrin.com>
**Subject:** RE: Collins, et al. vs. Catastrophe Response Unit, et al.; Civil Action No. 4:22-cv-1073-SD -- Defendants' Summary of Discovery Disputes and Request for Emergency Hearing

**CAUTION - EXTERNAL:**

Good morning, Ms. Munoz.  I just left a message on your voicemail, in compliance with the local rules, to bring to your attention that Defendants filed last night the attached Emergency Motion to Compel Discovery and to Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Notice.

Please let me know if you have any questions.

Thank you.

**MONTE K. HURST**
Shareholder

**HALLETT&PERRIN**
D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer



**From:** Lori Munoz <Lori_Munoz@txed.uscourts.gov>
**Sent:** Wednesday, December 13, 2023 4:32 PM
**To:** Monte K. Hurst <monte.hurst@hallettperrin.com>
**Cc:** Travis Gasper <travis@travisgasper.com>; ko@obrienlawpc.com; OLPC <beth@obrienlawpc.com>; Kristen A. Brumbalow <KBrumbalow@hallettperrin.com>; Ceicili S. Morales <cmorales@hallettperrin.com>
**Subject:** RE: Collins, et al. vs. Catastrophe Response Unit, et al.; Civil Action No. 4:22-cv-1073-SD -- Defendants' Summary of Discovery Disputes and Request for Emergency Hearing

Counsel,

This dispute appears to include the same issues the Court heard on November 27. Since there is a continuing dispute between the parties, per the Court's minute entry entered on 11/27/2023, (Dkt. #38), the parties are now free to file any motions they feel are necessary.

Thank you.

**Lori Munoz**
Judicial Assistant
U.S. District Judge Sean D. Jordan
U. S. District Court, Eastern District of Texas
7940 Preston Road
Plano, TX 75024
(214) 872-4860
Lori_munoz@txed.uscourts.gov


**From:** Monte K. Hurst <monte.hurst@hallettperrin.com>
**Sent:** Tuesday, December 12, 2023 5:03 PM
**To:** Lori Munoz <Lori_Munoz@txed.uscourts.gov>
**Cc:** Travis Gasper <travis@travisgasper.com>; ko@obrienlawpc.com; OLPC <beth@obrienlawpc.com>; Kristen A. Brumbalow <KBrumbalow@hallettperrin.com>; Ceicili S. Morales <cmorales@hallettperrin.com>
**Subject:** Collins, et al. vs. Catastrophe Response Unit, et al.; Civil Action No. 4:22-cv-1073-SD -- Defendants' Summary of Discovery Disputes and Request for Emergency Hearing

**CAUTION - EXTERNAL:**

Good afternoon, Ms. Munoz.  I am writing on behalf of the Defendants to present to the Court a summary of discovery issues between the parties, on which we would ask for the Court for an emergency hearing.  The parties' counsel have conferred on these issues.

His Honor presided over a telephone conference in this matter on November 27, 2023.  His Honor articulated his perspective with regard to the disputed discovery issues.  Relevant to this correspondence, the Court found that Plaintiffs should produce W-2 and 1099 forms from 2019 to the present.  Additionally, and as later memorialized by the Court in its minute entry, the parties agreed at that time to limit potential discovery on social media activity to Plaintiff Carla Collins and to continue discussions in hopes of achieving a resolution on this issue.

Through good-faith discussions between counsel after the telephone conference, Plaintiffs agreed to the following:

1.  Plaintiffs will, by December 8, 2023, remove their objections to the Defendants' requests for production seeking tax information specifically as to the eight identified Plaintiffs' W-2s, 1099s, and T4A-NR for Tax Years 2019, 2020, 2021, and 2022, and respond in accordance with the Federal Rules of Civil Procedure.

2.  Plaintiffs will, by December 8, 2023, produce for each Facebook account Carla Collins manages, all of the items under each of the following subfolders under Ms. Collins' Facebook Activity Log, for days when she claimed to have been working for CRU, in HTML format:

    - Your Posts;
    - Messages;
    - Comments and reactions;
    - Stories;
    - Groups;
    - Pages;
    - Events; and
    - Other activity.

Plaintiffs did not, by December 8 or thereafter, produce the tax documents of Carla Collins, Rasheeda Mays, and Pamela James.  Plaintiffs' counsel communicated that Ms. James is currently in Canada and does not return to the U.S. until December 13, 2023, and they committed that they would produce her tax documents sometime upon her return.

Plaintiffs did not, by December 8 or thereafter, produce Ms. Collins' Facebook data.  Plaintiffs' counsel communicated that Ms. Collins was not able to comply with her obligations in this regard because her family suffered a family tragedy in the middle of last week.  With all due respect, Ms. Collins' significant and random activity on Facebook last week, during the time she was supposed to be preparing her data pursuant to the parties' discovery agreement, would contradict the suggestion that she has been unavailable to do the things needed of her in this case.  In particular, Ms. Collins has made over a dozen posts on Facebook since the date on which she supposedly suffered a family tragedy, almost all of which were made on or before the day on which Defendants were supposed to receive her Facebook data.  These topics of these posts range from a wedding to a movie that she was watching at the time she was posting.  From Defendants' perspective, Ms. Collins had time to play around on Facebook for a significant amount of time last week, and chose not to comply with her discovery obligations in this federal lawsuit.

These categories of failures in complying with discovery obligations are especially emergent, as Defendants' response brief is right now due in one week, on Tuesday, December 19, 2023, and we believe these needed materials are important components of our brief. We believe Plaintiffs' counsel has attempted to comply with these discovery commitments, but they were not able to do so based on the actions or inaction of these three Plaintiffs. For that reason, we would ask the Court to, after presiding over an emergency hearing, issue an order instructing Carla Collins, Rasheeda Mays, and Pamela James to immediately respond to the foregoing discovery obligations. Additionally, Defendants would respectfully request a brief extension of the deadline by which they must file their response brief, to a date that will have provided Defendants with an opportunity to review and incorporate in their response brief the materials Plaintiffs had failed to produce by December 8, 2023, and that Defendants have still not received. Plaintiffs' counsel have communicated their opposition to the extension.

Thank you for the Court's prompt attention to these matters.

---

MONTE K. HURST
Shareholder

HALLETT&PERRIN
D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer

---



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.