
EXHIBIT
A.8

| | |
|---|---|
| **From:** | Monte K. Hurst |
| **Sent:** | Wednesday, January 31, 2024 11:58 AM |
| **To:** | ko@obrienlawpc.com |
| **Cc:** | travis@travisgasper.com; Kristen A. Brumbalow; Ceicili S. Morales |
| **Subject:** | Carla Collins, et al. v. Catastrophe Response Unit, Inc., et al. |

Hi Kerry.  Thank you for your response.  We are not on the same page on these issues.

We look forward to our meet-and-confer call at 10:45 a.m. tomorrow morning.  We sent a Teams invitation for that time.

Thanks,
Monte

---

MONTE K. HURST

Shareholder

HALLETT&PERRIN

D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer



---

**From:** Kerry O'Brien <ko@obrienlawpc.com>
**Sent:** Wednesday, January 31, 2024 10:55 AM
**To:** Monte K. Hurst <Monte.Hurst@hallettperrin.com>
**Cc:** travis@travisgasper.com; Kristen A. Brumbalow <KBrumbalow@hallettperrin.com>; Ceicili S. Morales <cmorales@hallettperrin.com>
**Subject:** Re: Carla Collins, et al. v. Catastrophe Response Unit, Inc., et al.

Good morning Monte,

<u>With respect to your previous January 19 meet-and-confer request and Ms. Ruise's tax records:</u>
You issued a letter on January 9 solely concerning Ms. Ruise's tax information. After I responded in a manner that was not to your satisfaction, on January 19, you asked to meet-and-confer regarding that same issue. On January 23, I responded to your concerns by providing her Y2020-Y2022 tax transcripts/certifications, and notified you that we would submit a form to request her 2019 tax transcript (which we have already done, see attached **PLAINTIFFS 000748-000752_Ruise**). I believed your concerns had been addressed, and offered to discuss it with you if it did not. I did not ignore your request to meet-and-confer, I simply believed we had adequately supplemented with the requested information and did not hear from you otherwise.

<u>With respect to the tax returns of all 8 of my clients:</u>

1

The records that we have provided demonstrate the prior earnings information for each Plaintiff, back through 2019, where such information is available, and as reported by each entity to the federal government. I believe the information in any tax transcripts produced is the information that Judge Jordan expressed his opinion that CRU would have a right to during that conference call, and we have provided CRU that information in good faith and as completely as we are able. You are only now, on January 24, 2024, expressing a right to the actual tax returns of each of these individuals. If you believe you need to address this with the court, we can hold a phone conference tomorrow at any time between 10am and 12pm Central, just let us know.

On Rasheedah Mays:
I am not going to disclose what past confidential communications Travis or I have had with Ms. Mays, except to say that (1) all of our prior representations about her failure and/or unwillingness to respond to us are 100% accurate, and (2) she still has not responded to those inquiries, to date. With that said, Travis and I must move to withdraw from representing Ms. Mays, given that Ms. Mays continues to fail to or choose to not communicate with us and cooperate with her counsel in this case. **Please let me know if CRU opposes the Motion to Withdraw.**

Regarding other résumés not yet produced:
Your concerns are noted. I will solicit each client to ensure that they have provided all responsive résumés, and we will produce what they provide me, by February 13, 2024.

Regarding Riley's additional work records:
I did not realize that you still believed you were lacking responsive records on that. Your concerns are noted. I will solicit Mr. Riley to ensure that he has provided me with the responsive documents concerning that period of employment, and produce what he provides me, by February 13, 2024.

Let me know if the above fails to address any of your remaining issues. We can set a phone conference tomorrow for any time between 10am and 12pm Central if you believe one is still necessary.

Kerry

On Tue, Jan 30, 2024 at 3:02 PM Monte K. Hurst <Monte.Hurst@hallettperrin.com> wrote:

> Kerry and Travis, I hope you both are doing well.  Kerry, please identify at once times over the next two days (Wednesday and/or Thursday) when you can be available for our "Meet and Confer" telephone call.  As you know, we have several discovery issues that we believe are emergent and thus need to presented to the Court if they cannot be resolved between the parties right now.  In all fairness, I asked you for Meet-and-Confer times in my e-mail message to you on January 19, 2024, then again in my letter to you of January 24, 2024.
>
> I am sure you would agree that waiting for you for two weeks to provide Meet-and-Confer times shows ample interest in adhering to the local rules.  If we cannot have our Meet-and-Confer telephone call by this Thursday, we will simply proceed with presenting these issues to the Court.  For your convenience, I am attaching to this e-mail message my letter to you of January 24, 2024.

Please let me hear from you.


Thanks,

Monte

---

**MONTE K. HURST**
Shareholder

**HALLETT&PERRIN**
D 214.922.4111 F 214.922.4142 | monte.hurst@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer

---



**From:** Ceicili S. Morales <cmorales@hallettperrin.com>
**Sent:** Wednesday, January 24, 2024 12:53 PM
**To:** ko@obrienlawpc.com; travis@travisgasper.com; OLPC <beth@obrienlawpc.com>
**Cc:** Monte K. Hurst <Monte.Hurst@hallettperrin.com>; Kristen A. Brumbalow <KBrumbalow@hallettperrin.com>
**Subject:** Carla Collins, et al. v. Catastrophe Response Unit, Inc., et al.


Please find attached a letter from Monte K. Hurst pertaining to this matter.


Thank you.

---

**CEICILI S. MORALES**
Legal Assistant

**HALLETT&PERRIN**
D 214.922.4112 F 214.922.4142 | cmorales@hallettperrin.com
1445 Ross Ave., Suite 2400 | Dallas, Texas 75202
Disclaimer

---

3

--
Kerry V. O'Brien
Attorney