

**EXHIBIT A.9**

| Date | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 03/29/2024 | MKH | 0.70 | 520.00 | 364.00 | Drafted e-mail message to David Repinksi ██████████ |
| 03/06/2024 | MKH | 1.20 | 520.00 | 624.00 | Drafted extensive e-mail message to David Repinski ██████████ |
| 03/05/2024 | MKH | 4.00 | 520.00 | 2,080.00 | Drafted/revised Defendants' Reply in Support of Its Amended Motion to Compel |
| 03/05/2024 | KAB | 6.00 | 385.00 | 2,310.00 | Revise and finalize the Reply in Support of CRU's Amended Motion to Compel, discussing the same with Monte Hurst |
| 03/04/2024 | MKH | 2.00 | 520.00 | 1,040.00 | Drafted/revised Defendants' Reply in Support of Its Amended Motion to Compel |
| 03/04/2024 | KAB | 4.20 | 385.00 | 1,617.00 | Continue to draft and revise the Reply to the Amended Motion to Compel |
| 03/03/2024 | MKH | 0.60 | 520.00 | 312.00 | Met with Kristen Brumbalow and Ceicili Morales ██████████ |
| 03/03/2024 | KAB | 1.00 | 385.00 | 385.00 | Continue to draft the Reply in Support of CRU's Amended Motion to Compel, ██████████ |
| 03/01/2024 | KAB | 2.70 | 385.00 | 1,039.50 | Begin to draft the Reply in Support of CRU's Amended Motion to Compel, focusing on the arguments pertaining to Rasheedah Mays' failure to participate in discovery and Carla Collins' refusal to produce her Facebook records |
| 02/29/2024 | MKH | 2.10 | 520.00 | 1,092.00 | Receipt and analysis of Plaintiffs' and Opt-Ins' Response to Defendants' Amended Motion to Compel Discovery, including attached evidence |
| 02/28/2024 | CSC | 0.40 | 385.00 | 154.00 | Review Plaintiffs' response to Motion to Compel and Motion for Extension. |
| 02/23/2024 | MKH | 0.50 | 520.00 | 260.00 | Receipt and analysis of Plaintiffs' supplemental production of documents, notably additional résumés from Plaintiffs |
| 02/23/2024 | MKH | 0.10 | 520.00 | 52.00 | Receipt and review of the Court's Order granting Plaintiffs' unopposed motion for extension of time to file response to Defendants' amended motion to compel |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/22/2024 | MKH | 0.10 | 520.00 | 52.00 | Receipt and review of Plaintiffs' request for an extension of the deadline to file a response to Defendants' amended motion to compel |
| 02/22/2024 | MKH | 0.20 | 520.00 | 104.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien confirming that we do not oppose Plaintiffs' request for an extension of the deadline to file a response to Defendants' amended motion to compel |
| 02/16/2024 | MKH | 0.40 | 520.00 | 208.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien demanding that Plaintiffs provide guidance with their productions on whether they are addressing in each production an issue included in Defendants' amended motion to compel |
| 02/16/2024 | MKH | 0.30 | 520.00 | 156.00 | Receipt and analysis of Plaintiffs' production of additional résumés from several of the Plaintiffs |
| 02/09/2024 | MKH | 0.20 | 520.00 | 104.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien confirming that Plaintiffs do not oppose CRU's motion to file Carla Collins' Facebook materials under seal |
| 02/09/2024 | MKH | 5.50 | 520.00 | 2,860.00 | Drafted/revised/finalized Defendants' amended motion to compel discovery and the accompanying declaration, evidence, and proposed order granting the relief requested on behalf of CRU |
| 02/09/2024 | KAB | 3.50 | 385.00 | 1,347.50 | Continue to draft, revise and finalize the Motion to Compel, proposed order and corresponding declaration |
| 02/08/2024 | KAB | 5.20 | 385.00 | 2,002.00 | Continue to draft, revise and finalize the Amended Motion to Compel, declaration in support, and proposed order |
| 02/07/2024 | MKH | 4.40 | 520.00 | 2,288.00 | Drafted/revised Defendants' amended motion to compel discovery and the accompanying declaration, evidence, and proposed order granting the relief requested on behalf of CRU |
| 02/07/2024 | CSD | 1.30 | 180.00 | 234.00 | Review Plaintiffs' productions of Wage & Income records ███████████████ ██ . |
| 02/07/2024 | KAB | 7.80 | 385.00 | 3,003.00 | Draft and revise the Amended Motion to Compel Documents, discussing the same with Monte Hurst |
| 02/05/2024 | MKH | 0.40 | 520.00 | 208.00 | Receipt and analysis of e-mail message from Kerry O'Brien addressing some of the discovery issues to which he had committed he would follow up today |
| 02/05/2024 | MKH | 3.10 | 520.00 | 1,612.00 | Drafted/revised/finalized extensive e-mail message to the Court presenting the parties' discovery disputes and explaining CRU's position with regard to each of them, along with Kristen Brumbalow |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/05/2024 | KAB | 3.10 | 385.00 | 1,193.50 | Work with Monte Hurst to revise and finalize the extensive e-mail message to the Court discussing the discovery disputes outstanding and CRU's position with regard to each |
| 02/03/2024 | MKH | 1.20 | 520.00 | 624.00 | Further revised communication to the Court regarding discovery issues, notably adding portion addressing intent of Plaintiffs' counsel to withdraw as Rasheedah Mays' counsel |
| 02/02/2024 | MKH | 0.20 | 520.00 | 104.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien confirming our willingness to give him until Monday at noon to get back to us regarding the discovery issues we discussed yesterday |
| 02/01/2024 | MKH | 1.30 | 520.00 | 676.00 | Continued to prepare for extensive meet-and-confer with Plaintiffs' counsel regarding outstanding discovery issues █████████ |
| 02/01/2024 | KAB | 1.60 | 385.00 | 616.00 | Continue to prepare for extensive meet and confer with counsel regarding outstanding discovery issues █████████ |
| 02/01/2024 | KAB | 1.20 | 385.00 | 462.00 | Participate in a meet and confer conference with Monte Hurst and opposing counsel discussing the outstanding discovery disputes █████████ |
| 02/01/2024 | MKH | 0.60 | 520.00 | 312.00 | Participated in meet-and-confer conference with Kerry O'Brien and Travis Gasper identifying deficiencies in Plaintiffs' discovery responses and exploring possible resolutions to same |
| 02/01/2024 | MKH | 2.20 | 520.00 | 1,144.00 | Continued to draft/revise extensive e-mail message to the Court identifying and explaining pending discovery issues, █████████ |
| ███ 2024 | MKH | 0.50 | 520.00 | 260.00 | Drafted e-mail message to David Repinski █████████ |
| 01/31/2024 | MKH | 0.20 | 520.00 | 104.00 | Receipt and analysis of e-mail message from Kerry O'Brien responding to our articulation of some of CRU's discovery concerns (albeit not substantively or meaningfully) |
| 01/31/2024 | MKH | 0.60 | 520.00 | 312.00 | Prepared for meet-and-confer conference with Plaintiffs' counsel █████████ |
| 01/31/2024 | MKH | 1.80 | 520.00 | 936.00 | Drafted/revised extensive e-mail message to the Court identifying and explaining pending discovery issues, █████████ |
| 01/31/2024 | KAB | 3.80 | 385.00 | 1,463.00 | Draft extensive e-mail motion to the Court discussing the ongoing discovery disputes and requesting an informal hearing with the Judge pursuant to his local rules |

| 01/30/2024 | MKH | 0.10 | 520.00 | 52.00 | Receipt and review of e-mail message from Kerry O'Brien committing to follow up with a proposed time for a meet-and-confer telephone call |
|---|---|---|---|---|---|
| 01/30/2024 | MKH | 0.70 | 520.00 | 364.00 | Drafted/revised e-mail message to Kerry O'Brien following up on pending discovery issues and demanding that we schedule a meet-and-conference call at once |
| 01/24/2024 | MKH | 4.10 | 520.00 | 2,132.00 | Drafted/revised extensive letter to Kerry O'Brien and Travis Gasper following up on pending discovery issues, notably Plaintiffs' tax records and other deficient discovery responses, and threatening to seek the Court's intervention again |
| 01/24/2024 | KAB | 3.10 | 385.00 | 1,193.50 | Review, revise and finalize extensive discovery deficiency letter to be sent to counsel for Plaintiffs, discussing the same with Monte Hurst |
| 01/23/2024 | EMR | 1.10 | 385.00 | 423.50 | Review relevant discovery requests to Plaintiffs and corresponding productions/responses in order to draft deficiency letter. |
| 01/23/2024 | EMR | 1.10 | 385.00 | 423.50 | Draft additional deficiency letter regarding miscellaneous discovery matters. |
| 01/23/2024 | MKH | 0.40 | 520.00 | 208.00 | Receipt and analysis of Ashley Ruise's Y2020 Tax Return Transcript and her Verification of non-filing of tax returns for Y2021 and Y2022, as well as e-mail message from Kerry O'Brien seeking confirmation that Ms. Ruise has complied with her discovery obligations |
| 01/19/2024 | MKH | 0.70 | 520.00 | 364.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien arguing that Ashley Ruise is still required to produce her tax records even though she (allegedly) does not possess them, and demanding that we schedule a meet-and-confer telephone call so that we can file a motion to compel on this issue |
| 01/19/2024 | KAB | 0.50 | 385.00 | 192.50 | Work with Monte K. Hurs██████████████████████████ ████████████ |
| 01/11/2024 | EMR | 1.10 | 385.00 | 423.50 | Review and analyze pertinent discovery responses and communications to draft deficiency letter. |
| 01/11/2024 | EMR | 0.30 | 385.00 | 115.50 | Meet with team ████████████████████████████ |
| 01/11/2024 | MKH | 0.10 | 520.00 | 52.00 | Receipt and review of e-mail message from Kerry O'Brien committing to follow up on discovery issues pertaining to Ashley Ruise |
| 01/09/2024 | EMR | 0.30 | 385.00 | 115.50 | Review and revise updated draft of deficiency letter. |

| 01/09/2024 | MKH | 0.70 | 520.00 | 364.00 | Drafted/revised letter to Kerry O'Brien and Travis Gasper demanding that Ashley Ruise produce all of her federal income tax returns, W-2 and 1099 forms over the past five years |
| 01/08/2024 | EMR | 0.90 | 385.00 | 346.50 | Continue reviewing and analyzing pertinent communications from Plaintiffs' counsel and Ashley Ruise's prior productions in order to draft deficiency letter. |
| 01/08/2024 | EMR | 1.90 | 385.00 | 731.50 | Draft discovery deficiency letter in relation to Ashley Ruise's missing tax documents. |
| 01/08/2024 | EMR | 0.20 | 385.00 | 77.00 | Confer with K. Brumbalow ██████████████ |
| 01/08/2024 | KAB | 0.40 | 385.00 | 154.00 | Review and revise the draft deficiency letter discussing Plaintiffs' failure to produce all relevant tax records related to Ashley Ruise |
| 01/04/2024 | EMR | 1.10 | 385.00 | 423.50 | Review and analyze Ashley Ruise's produced tax documents and the corresponding Requests for Production. |
| 01/04/2024 | EMR | 0.10 | 385.00 | 38.50 | Confer with M. Hurst ███████████████ ████ |
| 01/03/2024 | MKH | 0.30 | 520.00 | 156.00 | Met with Elizabeth Reed ████████████ ██████ |
| 12/28/2023 | MKH | 1.70 | 520.00 | 884.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien and Travis Gasper analyzing components for a possible agreement to produce Carla Collins' Facebook messages |
| 12/28/2023 | KAB | 1.50 | 385.00 | 577.50 | Work with Monte Hurst ██████████████ ██████ |
| 12/27/2023 | CSC | 0.20 | 385.00 | 77.00 | Review reply to motion for extension and to compel. |
| 12/27/2023 | MKH | 0.20 | 520.00 | 104.00 | Drafted e-mail message to Kerry O'Brien and Travis Gasper discussing the pleadings filed by this office last night |
| 12/26/2023 | MKH | 0.30 | 520.00 | 156.00 | Drafted/revised/finalized Defendants' Opposed Motion to File Exhibits with Their Reply in Support of Their Emergency Motion to Compel and to Extend Deadline to File Their Response in Opposition to Plaintiffs' Motion for Notice |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/26/2023 | MKH | 0.30 | 520.00 | 156.00 | Drafted/revised/finalized Defendants' Unopposed Motion to File Under Seal an Exhibit to Their Reply in Support of Their Emergency Motion to Compel and to Extend Deadline to File Their Response in Opposition to Plaintiffs' Motion for Notice |
| 12/26/2023 | MKH | 2.10 | 520.00 | 1,092.00 | Drafted/revised/finalized Defendants' Reply in Support of Their Emergency Motion to Compel and to Extend Deadline to File Their Response in Opposition to Plaintiffs' Motion for Notice, including the Declaration of Monte K. Hurst |
| 12/26/2023 | KAB | 2.70 | 385.00 | 1,039.50 | Revise and finalize the Reply in Support of Emergency Motion |
| 12/23/2023 | MKH | 0.20 | 520.00 | 104.00 | Drafted e-mail message to Kerry O'Brien and Travis Gasper following up on whether Plaintiffs would agree to provide Carla Collins' Facebook messages under an "attorneys eyes only" designation |
| 12/23/2023 | MKH | 0.60 | 520.00 | 312.00 | Reviewed and analyzed additional Carla Collins' Facebook documents just provided by Plaintiffs' counsel |
| 12/22/2023 | MKH | 0.60 | 520.00 | 312.00 | Participated in telephone conference among Kerry O'Brien, Travis Gasper and Kristen Brumbalow identifying what documents Plaintiffs are continuing to withhold from discovery and examining whether Plaintiffs would agree to provide Carla Collins' Facebook messages under an "attorneys eyes only" designation |
| 12/22/2023 | MKH | 1.60 | 520.00 | 832.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien and Travis Gasper explaining that Plaintiffs have still failed to produce the documents they had committed to produce and evaluating Plaintiffs' responses to our explanations |
| 12/22/2023 | KAB | 4.20 | 385.00 | 1,617.00 | Continue to draft and revise the Reply in Support of emergency motion |
| 12/21/2023 | CSD | 1.60 | 180.00 | 288.00 | Continue review of extensive Facebook documents produced by Carla Collins |
| 12/21/2023 | MKH | 0.70 | 520.00 | 364.00 | Reviewed and analyzed Carla Collins' Facebook documents provided by Plaintiffs' counsel |
| 12/21/2023 | MKH | 1.20 | 520.00 | 624.00 | Drafted/revised introduction to CRU's reply brief in support of its motion to compel discovery and for extension of deadline to respond to Plaintiffs' motion for notice |
| 12/21/2023 | KAB | 5.50 | 385.00 | 2,117.50 | Continue to draft the Reply in Support of Emergency Motion to Compel |
| 12/20/2023 | CSD | 1.30 | 180.00 | 234.00 | Begin review of extensive Facebook documents produced by Carla Collins |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/20/2023 | MKH | 1.10 | 520.00 | 572.00 | Receipt and analysis of Plaintiffs' Response to Defendants' Emergency Motion to Compel Discovery and to Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Notice |
| 12/20/2023 | CSC | 0.30 | 385.00 | 115.50 | Call with Kristen Brumbalow ████████████████████████ ████████ |
| 12/20/2023 | CSC | 0.40 | 385.00 | 154.00 | Review Plaintiffs' Response to Motion to Compel and Motion for Extension of Time. |
| 12/20/2023 | KAB | 3.10 | 385.00 | 1,193.50 | Review and analyze the documents produced by Plaintiffs, ██████████████████████ ████████████████ |
| 12/19/2023 | MKH | 1.20 | 520.00 | 624.00 | Receipt and analysis of Plaintiffs' supplemental production of documents, notably some of Carla Collins' Facebook documents and the tax materials |
| 12/14/2023 | MKH | 0.80 | 520.00 | 416.00 | Receipt and analysis of Tammy Russell-Brown's responses to CRU's sets of written discovery requests as well as All Plaintiffs' and Opt-Ins' Responses to CRU, Inc.'s 1st Request for Admissions |
| 12/14/2023 | MKH | 0.70 | 520.00 | 364.00 | Receipt and analysis of Plaintiffs' (deficient) responses to CRU's second sets of written discovery requests |
| 12/14/2023 | CSC | 0.10 | 385.00 | 38.50 | Review docket entry from the Court regarding motion to compel and motion for extension. |
| 12/14/2023 | MKH | 0.30 | 520.00 | 156.00 | Drafted e-mail message to David Repinski ██████████████████████████ ████████████████████████████ |
| 12/14/2023 | MKH | 0.20 | 520.00 | 104.00 | Receipt and review of the Court's text orders ordering Plaintiffs to respond to Defendants' motion to compel and for extension of response brief deadline and removing Defendants' current deadline |
| 12/13/2023 | MKH | 0.10 | 520.00 | 52.00 | Receipt and review of e-mail message from Lori Munoz communicating Judge Sean Jordan's guidance that parties proceed to filing motions on discovery disputes already discussed with the Court |
| 12/13/2023 | MKH | 0.20 | 520.00 | 104.00 | Telephone conference with Lori Munoz discussing the parties' emergent discovery disputes and requesting that Judge Sean Jordan be made aware of them |
| 12/13/2023 | MKH | 1.70 | 520.00 | 884.00 | Drafted/revised/finalized CRU's emergency motion to compel discovery and for extension of deadline to file response brief, and corresponding proposed order granting same |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/13/2023 | KAB | 2.20 | 385.00 | 847.00 | Draft the Emergency Motion to Compel and for Extension and Proposed Order granting the same |
| 12/12/2023 | MKH | 0.30 | 520.00 | 156.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien requesting that we confer regarding emergent discovery issues |
| 12/12/2023 | MKH | 0.40 | 520.00 | 208.00 | Telephone conference with Kerry O'Brien discussing the discovery issues between the parties on which we intend to ask for the Court for an emergency hearing |
| 12/12/2023 | MKH | 1.40 | 520.00 | 728.00 | Drafted e-mail message to Lori Munoz presenting to the Court a summary of discovery issues between the parties, on which we would ask for the Court for an emergency hearing |
| 12/11/2023 | MKH | 0.70 | 520.00 | 364.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien following up on the documents and information that Plaintiffs had agreed to produce to us, and that we need to review in connection with our response brief |
| 12/10/2023 | MKH | 0.80 | 520.00 | 416.00 | Receipt and analysis of Plaintiffs' (deficient) production of tax materials requested in discovery |
| 12/10/2023 | CSC | 0.60 | 385.00 | 231.00 | Review new production from Plaintiffs including tax documents. |
| 12/08/2023 | MKH | 0.40 | 520.00 | 208.00 | Reviewed outstanding discovery requests to Plaintiffs ███████████████ ██████ |
| 12/01/2023 | CSC | 0.10 | 385.00 | 38.50 | Review correspondence from counsel for Plaintiffs regarding discovery dispute. |
| 11/30/2023 | MKH | 1.30 | 520.00 | 676.00 | Drafted/revised letter to Kerry O'Brien and Travis Gasper following up on discovery issues we had been seeking to resolve, including production of Plaintiffs' tax records and Carla Collins' Facebook data |
| 11/28/2023 | MKH | 0.30 | 520.00 | 156.00 | Receipt and analysis of Nikki Lundy's Second Amended Response to CRU USA's First Interrogatories |
| 11/28/2023 | CSC | 0.40 | 385.00 | 154.00 | Revise letter to Carla Collins pertaining to discovery disputes. |
| 11/27/2023 | MKH | 0.20 | 520.00 | 104.00 | Receipt and review of e-mail message from Kerry O'Brien requesting clarification of our demand for Carla Collins' Facebook data |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/27/2023 | CCR | 2.10 | 385.00 | 808.50 | Begin review of Plaintiffs' responses to CRU's written discovery requests ████████ |
| 11/27/2023 | CSC | 1.30 | 385.00 | 500.50 | Draft letter to opposing counsel pertaining to discovery demands in light of today's discovery conference with the Court. |
| 11/27/2023 | KAB | 2.10 | 385.00 | 808.50 | Continue to plan and prepare for the telephonic hearing regarding CRU's motion to compel, ████████ |
| 11/27/2023 | CSC | 0.80 | 385.00 | 308.00 | Prepare for discovery hearing ████████ |
| 11/27/2023 | CSC | 1.50 | 385.00 | 577.50 | Attend telephone hearing on CRU's issues with Plaintiffs' discovery and the depositions of the new Opt-in Plaintiffs. |
| 11/27/2023 | CSC | 0.80 | 385.00 | 308.00 | Review Plaintiffs' supplemental discovery responses and compare same to previous responses. |
| 11/27/2023 | MKH | 0.80 | 520.00 | 416.00 | Receipt and analysis of Plaintiffs' supplemental discovery responses, forwarded by Kerry O'Brien |
| 11/27/2023 | MKH | 1.80 | 520.00 | 936.00 | Continued to prepare and analyze outline of CRU's arguments to be presented to U.S. District Judge Sean Jordan at tomorrow's telephone hearing |
| 11/27/2023 | MKH | 1.10 | 520.00 | 572.00 | Continued conducting research ████████ |
| 11/27/2023 | MKH | 0.50 | 520.00 | 260.00 | Telephone conference with Kerry O'Brien analyzing the prospect of agreeing to a continuance request so that Plaintiffs were afforded more time to consider CRU's class proposal, and examining the parties' respective positions on the matters to be presented to U.S. District Judge Sean Jordan later this morning |
| 11/27/2023 | MKH | 0.40 | 520.00 | 208.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien further discussing exactly what CRU is seeking in Carla Collins' Facebook activity log |
| 11/27/2023 | MKH | 1.50 | 520.00 | 780.00 | Participated in telephone hearing before U.S. District Judge Sean Jordan discussing each of the matters CRU had presented to the Court for resolution |
| 11/27/2023 | KAB | 1.50 | 385.00 | 577.50 | Participate in the telephonic hearing regarding Plaintiffs' Motion to Compel |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/26/2023 | MKH | 2.20 | 520.00 | 1,144.00 | Continued to prepare and analyze outline of CRU's arguments to be presented to U.S. District Judge Sean Jordan at tomorrow's telephone hearing |
| 11/26/2023 | MKH | 1.60 | 520.00 | 832.00 | Continued conducting research ███████████████ |
| 11/26/2023 | KAB | 1.00 | 385.00 | 385.00 | Prepare for the upcoming hearing on the Motion to Compel ████████████ |
| 11/26/2023 | CSC | 0.90 | 385.00 | 346.50 | Prepare for discovery hearing ████████████████ |
| 11/26/2023 | CSC | 0.40 | 385.00 | 154.00 | Review proposed class correspondence and Plaintiffs questions regarding same and review Plaintiffs' response to CRU's motion to compel email to the court. |
| 11/26/2023 | CSC | 1.70 | 385.00 | 654.50 | Call with Monte Hurst and Kristen Brumbalow ████████████████ |
| 11/25/2023 | MKH | 2.30 | 520.00 | 1,196.00 | Reviewed ████████████ in preparation of Monday morning's telephone before U.S. District Judge |
| 11/22/2023 | MKH | 0.10 | 520.00 | 52.00 | Receipt and review of Notice of Hearing of telephone conference before U.S. District Judge Sean Jordan for November 27, 2023 |
| 11/21/2023 | MKH | 0.60 | 520.00 | 312.00 | Receipt and analysis of Kerry O'Brien's responses to our e-mail message to the Court articulating CRU's discovery concerns |
| 11/20/2023 | CCR | 0.70 | 385.00 | 269.50 | Review of motion to compel email sent by Monte Hurst to Court, pursuant to court procedures, ████████████████ |
| 11/20/2023 | MKH | 1.60 | 520.00 | 832.00 | Continue to draft and revise the e-mail correspondence to be sent to the Court discussing the ongoing discovery deficiencies, discussing the same with Kristen Brumbalow |
| 11/20/2023 | CSC | 0.20 | 385.00 | 77.00 | Review email correspondence to the Court regarding Motion to Compel. |
| 11/20/2023 | KAB | 1.60 | 385.00 | 616.00 | Continue to draft and revise the e-mail correspondence to be sent to the Court discussing the ongoing discovery deficiencies, discussing the same with Monte Hurst |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/19/2023 | KAB | 0.80 | 385.00 | 308.00 | Continue to draft and revise the e-mail correspondence to be sent to the Court discussing the ongoing discovery deficiencies |
| 11/18/2023 | KAB | 1.00 | 385.00 | 385.00 | Continue to draft e-mail message to the Court describing the outstanding discovery disputes and CRU's position regarding the same |
| 11/17/2023 | MKH | 0.90 | 520.00 | 468.00 | Participated in the Court required telephonic conference with Plaintiffs' counsel and Kristen Brumbalow, discussing discovery deficiencies and our forthcoming motion to compel |
| 11/17/2023 | KAB | 0.90 | 385.00 | 346.50 | Participate in the Court required telephonic conference with counsel for the Plaintiffs and Monte Hurst, discussing discovery deficiencies and our forthcoming Motion to Compel |
| 11/17/2023 | CSC | 0.60 | 385.00 | 231.00 | Call with Monte Hurst and Kristen Brumbalow ███████████████████ ████████ |
| 11/16/2023 | MKH | 0.20 | 520.00 | 104.00 | Drafted e-mail message to Kerry O'Brien following up on our request for immediate conference on discovery issues |
| 11/16/2023 | MKH | 0.90 | 520.00 | 468.00 | Conferred with Kristen Brumbalow and Clayton Carter ██████████████████ ███████████ |
| 11/16/2023 | KAB | 2.90 | 385.00 | 1,116.50 | Review and analyze the materials received from Plaintiffs in discovery ███████ ████████████████████ |
| 11/15/2023 | KAB | 1.50 | 385.00 | 577.50 | Continue to draft/revise an e-mail preempting a motion to compel, consistent with the Court's procedures |
| 11/06/2023 | KAB | 2.20 | 385.00 | 847.00 | Draft an extensive e-mail message outlining the arguments to compel the social media records and other employment records for other employers of the Plaintiffs, to be used in a forthcoming Motion to Compel |
| 11/03/2023 | MKH | 0.30 | 520.00 | 156.00 | Receipt and analysis of letter from Kerry O'Brien responding to CRU's discovery deficiency letter |
| 11/03/2023 | CSC | 0.30 | 385.00 | 115.50 | Review and analyze response to discovery deficiency letter. |
| 10/23/2023 | KAB | 0.50 | 385.00 | 192.50 | Research case law ██████████████████████████ ██████ |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/20/2023 | MKH | 1.10 | 520.00 | 572.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien and Travis Gasper resolving their confusion regarding the upcomiing deposition schedule, reiterating that we are not available for Adam Dickens' deposition on October 30, 2023, attempting to coordinate Olandria Quinnie's deposition in Mobile, Alabama, and following up CRU Group's discovery issues articulated last month and the prospect of our proposing a class |
| 10/20/2023 | KAB | 0.30 | 385.00 | 115.50 | Review and analyze Plaintiffs' counsel's communications regarding outstanding discovery ▮▮ ▮▮▮▮▮▮▮ |
| 10/19/2023 | CSC | 0.20 | 385.00 | 77.00 | Review deficiency letter to assess of it requests tax documents. |
| 10/16/2023 | MKH | 0.70 | 520.00 | 364.00 | Drafted, received and reviewed e-mail messages to/from Travis Gasper discussing the status of Plaintiffs' response to CRU's deficiency letter of September 19, 2023, CRU's list of 200 desk adjusters over the three-year period, and CRU's counter-proposal for a class agreement |
| 10/06/2023 | MKH | 0.20 | 520.00 | 104.00 | Drafted e-mail message to Travis Gasper following up on our letter to him of September 19, 2023 articulating CRU's discovery concerns |
| 10/06/2023 | MKH | 0.20 | 520.00 | 104.00 | Drafted, received and reviewed e-mail messages to/from Kerry O'Brien confirming CRU's agreement to his request for an extension of the deadline by which some of the Plaintiffs must serve discovery responses |
| 09/19/2023 | CCR | 0.80 | 385.00 | 308.00 | Review ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 09/19/2023 | MKH | 0.90 | 520.00 | 468.00 | Drafted/revised extensive discovery deficiency letter to Plaintiffs' counsel |
| 09/19/2023 | CSC | 0.90 | 385.00 | 346.50 | Meet with Monte Hurst and Kristen Brumbalow ▮▮▮▮▮▮▮ |
| 09/18/2023 | CCR | 0.80 | 385.00 | 308.00 | Conference with C. Carter ▮▮▮▮▮▮▮ |
| 09/18/2023 | CSC | 3.30 | 385.00 | 1,270.50 | Draft discovery deficiency letter challenging Plaintiffs' deficient discovery responses. |
| 09/17/2023 | CSC | 2.70 | 385.00 | 1,039.50 | Review the discovery responses from Plaintiffs and analyze same for purposes of drafting a deficiency letter. |
| | | 197.40 | | 86,343.00 | Total |