**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS,** *individually and on behalf of all others similarly situated***,** | § § § § § § § | |
| *Plaintiffs,* | § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:22-cv-1073** |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,** | § § § § | |
| *Defendants.* | § § | |

## ORDER AWARDING ATTORNEYS' FEES INCURRED IN MAKING DEFENDANTS' MOTIONS TO COMPEL

Before the Court is Defendants Catastrophe Response Unit USA, Inc.'s and Catastrophe Response Unit, Inc.'s (collectively, "CRU") Application for Award of Attorneys' Fees Incurred in Making Their Motions to Compel ("Application for Attorneys' Fees"). After consideration of the Application for Attorneys' Fees and the relevant evidence, the Court finds that the Application for Attorneys' Fees should be **GRANTED**.

It is therefore **ORDERED** that Plaintiffs Carla Collins ("Collins"), Nikki Lundy ("Lundy"), Rasheedah Mays ("Mays"), Pamela James ("James"), Jill Mansfield ("Mansfield"), Sheena Nickelberry ("Nickelberry"), Basil Leo Riley, III ("Riley"), Ashley Ruise ("Ruise") and Tammy Russell-Brown ("Russell-Brown") (collectively, "Plaintiffs") shall, within 10 days of this Order, pay to Defendants $63,978.00 in reasonable and necessary attorneys' fees incurred in drafting Defendants' Emergency Motion to Compel Discovery and to Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Notice (Dkt. #45) and Defendants' Amended

-2-

Motion to Compel Discovery (Dkt. #53), preparing for and participating in the corresponding discovery conferences, and drafting this Application for Attorneys' Fees.

**SO ORDERED.**