**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS,** *individually and on behalf of all others similarly situated*, | § § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § | **CIVIL ACTION NO. 4:22-cv-1073** |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,** | § § § § | |
| *Defendants.* | § § | |

## DEFENDANTS' AMENDED CERTIFICATE OF CONFERENCE FOR THEIR APPLICATION FOR AWARD OF ATTORNEYS' FEES INCURRED IN MAKING THEIR MOTIONS TO COMPEL

On July 29, 2026, Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc. (collectively, "CRU") filed Defendants' Application for Award of Attorneys' Fees Incurred in Making Their Motions to Compel ("Application for Attorneys' Fees") (Dkt. #81). CRU properly included a Certificate of Conference in the Application for Attorneys' Fees.

CRU would now submit to the Court the following Certificate of Conference for the Application for Attorneys' Fees, to replace the original Certificate of Conference language:

> On July 29, 2026, CRU's counsel conferred with Plaintiffs' counsel regarding the relief sought in CRU's Application for Attorneys' Fees. Plaintiffs' counsel conveyed that Plaintiffs oppose the relief sought in its entirety.

Respectfully submitted,

MUNSCH, HARDT, KOPF & HARR, P.C.
500 North Akard Street, Suite 4000
Dallas, Texas 75201
214.855.7500
(f) 214.855.7584

By:    *Monte K. Hurst*
        Monte K. Hurst
        State Bar No. 00796802
        MHurst@munsch.com

        Kristen A. Laster
        State Bar No. 24076499
        KBrumbalow@munsch.com

        *Counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 29, 2026, I served a copy of the foregoing document on Plaintiffs' counsel as follows in compliance with Rule 5(b) of the Federal Rules of Civil Procedure:

Mr. Kerry O'Brien
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
KO@obrienlawpc.com

Mr. Travis Gasper
GASPER LAW, PLLC
633 West Davis Street
Dallas, Texas 75208
Travis@travisgasper.com

*Monte K. Hurst*
Monte K. Hurst