**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiffs,*<br><br>VS.<br><br>CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,<br><br>    *Defendants.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-cv-1073 |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc. (collectively, "CRU") hereby files its Notice of Appearance of Counsel designating Ceicili S. Morales of Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") as counsel of record for CRU in this matter.  Ms. Morales' contact information is as follows:

> Ceicili S. Morales
> State Bar No. 24141648
> CMorales@munsch.com
>
> MUNSCH, HARDT, KOPF & HARR, P.C.
> 500 North Akard Street, Suite 4000
> Dallas, Texas 75201
> 214.855.7514
> (f) 214.855.7584

CRU respectfully requests notice of all court communications and service of documents filed in this matter be served accordingly.

Monte K. Hurst of Munsch Hardt will remain lead counsel for CRU in this matter.  Kristen Laster of Munsch Hardt will remain counsel of record for CRU in this matter.

Respectfully submitted,

MUNSCH, HARDT, KOPF & HARR, P.C.
500 North Akard Street, Suite 4000
Dallas, Texas 75201
214.855.7500
(f) 214.855.7584

By:    *Ceicili S. Morales*
       Monte K. Hurst
       State Bar No. 00796802
       MHurst@munsch.com

       Kristen A. Laster
       State Bar No. 24076499
       KBrumbalow@munsch.com

       Ceicili S. Morales
       State Bar No. 24141648
       CMorales@munsch.com

       *Counsel for Defendants Catastrophe Response*
       *Unit, Inc. and Catastrophe Response Unit USA, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 5, 2026, I served a copy of the foregoing document on Plaintiffs' counsel as follows in compliance with Rule 5(b) of the Federal Rules of Civil Procedure:

Mr. Kerry O'Brien
O'BRIEN LAW FIRM
1011 Westlake Drive
Austin, Texas 78746
KO@obrienlawpc.com

Mr. Travis Gasper
GASPER LAW, PLLC
633 West Davis Street
Dallas, Texas 75208
Travis@travisgasper.com

*Ceicili S. Morales*
Ceicili S. Morales