



PLAINTIFF'S EXHIBIT

1

1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

November 24, 2023

***via email transmission***
Monte K. Hurst
Hallett & Perrin, P.C.
1445 Ross Ave., Suite 2400 Dallas, Texas 75202
<monte.hurst@hallettperrin.com>

> Re: *Collins, et al. , v. Catastrophe Response Unit, Inc., et al.,* No. 4:22-cv-1073-SDJ
> Amended Response to CRU USA RFP No. 44 (Lundy, Collins, Mays)
> Amended Response to CRU USA RFP No. 23 (Nickelberry, Riley, Mansfield, James, Ruise)

Dear Monte,

Plaintiff Lundy amends her response to CRU USA, Inc.'s Request for Production No. 44 by adding the following:

> Responsive documents have been produced as PLAINTIFFS 000406-000410.

Plaintiff Collins amends her response to CRU USA, Inc.'s Request for Production No. 44 by adding the following:

> Responsive documents have been produced as PLAINTIFFS 000411-000412.

Plaintiff Mays amends her response to CRU USA, Inc.'s Request for Production No. 44 by adding the following:

> Responsive documents have been produced as PLAINTIFFS 000386-000392.

Opt-in Nickelberry amends her response to CRU USA, Inc.'s Request for Production No. 23 by adding the following:

> Responsive documents have been produced as PLAINTIFFS 000380-000385.

Opt-in Riley amends his response to CRU USA, Inc.'s Request for Production No. 23 by adding the following:

> Responsive documents have been produced as PLAINTIFFS 000377-000379.

Opt-in Mansfield amends her response to CRU USA, Inc.'s Request for Production No. 23 by adding the following:

> Responsive documents have been produced as PLAINTIFFS 000237-000239.

Opt-in James amends her response to CRU USA, Inc.'s Request for Production No. 23 by adding the following:

Responsive documents have been produced as PLAINTIFFS 000186-000187.

Opt-in Ruise amends her response to CRU USA, Inc.'s Request for Production No. 23 by adding the following:

Responsive documents have been produced as PLAINTIFFS 000395-000398.

Sincerely,

Kerry V. O'Brien

cc:    Kristen Laster, < kbrumbalow@hallettperrin.com>

2