**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS,** *individually and on behalf of all others similarly situated,* | § § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION NO. 4:22-cv-01073-SDJ** |
| **v.** | § § | |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC. ,** | § § § § § § | **Collective Action under 29 U.S.C. § 216(b)** **JURY DEMANDED** |
| **Defendants.** | § § | |

**ORDER DENYING DEFENDANT'S APPLICATION
FOR AWARD OF ATTORNEYS' FEES**

Before the Court is Defendants' Application for Award of Attorneys' Fees Incurred in Making their Motions to Compel (Dkt. No. 81).

Having considered the Application, Plaintiffs' Response in Opposition, the record, and the applicable law, the Court finds that the Application should be DENIED.

It is therefore ORDERED that Defendants' Application for Award of Attorneys' Fees Incurred in Making their Motions to Compel (Dkt. No. 81) is DENIED.

1