**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS,** ***individually and on behalf of all others similarly situated,*** | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. 4:22-cv-01073-SDJ** |
| v. | § | |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,** | § | **Collective Action under 29 U.S.C. § 216(b)** |
| | § | **JURY DEMANDED** |
| **Defendants.** | § | |

**PLAINTIFFS' ADVISORY TO THE COURT**

COME NOW, Plaintiffs[1] and hereby advise the Court of the status of their compliance with the Court's July 14, 2026 Memorandum Opinion & Order (Dkt. No. 78, "July 14 Order"), which has a compliance deadline of August 14, 2026.

## I. Plaintiff Rasheedah Mays' ongoing non-compliance

The July 14 Order in relevant part required Plaintiff Mays to produce her résumé. However, it should be noted that Mays did in fact produce her résumé in 2023 as PLAINTIFFS 000386-000387, prior to Mays ceasing communications with her counsel. Her résumé was attached to

[1] Pursuant to Defendants' footnote 1 in their Amended Motion to Compel, "the term 'Plaintiffs' refers to Plaintiffs Carla Collins…, Nikki Lundy…, Rasheedah Mays…, Pamela James…, Jill Mansfield…, Sheena Nickelberry…, Basil Leo Riley, III…, Ashley Ruise…, and Tammy Russell-Brown…." (Dkt. No. 53.) Therefore, "Plaintiffs" in this discovery dispute refers to the three original named Plaintiffs (Collins, Mays, and Lundy) and the six opt-in Plaintiffs to whom Defendants' motions to compel are directed (James, Mansfield, Nickelberry, Riley, Ruise, and Russell-Brown). Defendants' motions to compel do not apply to the 9 individuals who filed consent notices at a later time. Those 9 opt-in plaintiffs are therefore disregarded in this Advisory.

Defendants' Amended Motion to Compel Discovery as Exhibit A-9. (Dkt. No. 53-11.) Setting that aside, Plaintiff Mays continues to not communicate with her counsel and has therefore failed to comply with any of the Court's tax-record directives in the July 14 Order.

There is a pending Motion to Withdraw as Counsel for Rasheedah Mays due to her cessation of communications with her counsel starting around December 2023. (Dkt. No. 62.) To apprise Mays of her obligations pursuant to the July 14 Order, counsel for Plaintiffs made various attempts to contact Mays:

By Plaintiffs' counsel Kerry O'Brien:

- Plaintiffs' counsel Kerry O'Brien sent emails to Mays' last-known email address concerning the July 14 Order on 07/15/2026; 07/28/2026 (requesting her to call O'Brien's cell); 07/29/2026; 07/31/2026; 08/03/2026; and 08/13/2026. None of the emails to Mays were returned as undeliverable, indicating that the email address remains active.
- O'Brien texted and called Mays on 07/31/2026, with no response or answer.
- On 07/29/2026, O'Brien sent Mays a letter concerning the Court's Order and asking her to call his cell immediately, which USPS tracking confirmed was delivered on August 1, 2026, through Tracking No. 4203361040479405530109355418962737.

By Plaintiffs' counsel Travis Gasper:

- July 31, 2026: Gasper obtained a skip-tracing report (through LexisNexis) to confirm Ms. Mays's current address, which identified 10610 N. 30th Street, Apt. 34C, Tampa, Florida 33612-6363 as her current address. The Royal Banyan Drive address was indicated to be a prior address.

- July 31, 2026: Gasper sent Ms. Mays a letter enclosing the Court's July 14, 2026 Order (Dkt. No. 78) and CRU's Third Set of Interrogatories (served July 30, 2026), transmitted through every channel available: (a) e-mail to her last known e-mail address; (b) text message and telephone at both known telephone numbers; (c) Certified Mail, Return Receipt Requested, and First-Class Mail to both known Tampa addresses (Certified Mail Nos. 9402 8401 0962 8001 0707 00 and 9402 8401 0962 8001 0706 94); and (d) hand delivery by a process server. The letter asked her to contact counsel no later than August 6, 2026. She has not responded through any channel.
- USPS tracking shows the Certified Mailing to the N. 30th Street address was returned marked "Forwarding Expired." The Certified Mailing to the Royal Banyan Drive address arrived in Tampa on August 3, 2026; USPS attempted delivery at 10:19 a.m. that day, was unable to deliver, and scheduled redelivery, but tracking reflects no further activity and no delivery as of August 14, 2026.
- July 31, 2026: Gasper engaged S&W Process Service (Job #377297) to personally deliver the letter and enclosures (21 pages), with instructions to prioritize personal delivery to Ms. Mays and to make multiple attempts at varied times, including evenings and weekends.
- August 8, 2026, 10:30 a.m.: First service attempt at 10610 N. 30th Street, Apt. 34C. The server could not gain entry to the gated complex after waiting several minutes.
- August 13, 2026, 6:13 p.m.: Second service attempt at the same address. The server gained entry to the complex; no one answered at the apartment, and a neighbor declined to provide information.

- Service attempts are ongoing. Gasper has requested a due-diligence affidavit from the process server, and the December 21, 2023 Affidavit of Non-Service is available for submission with the forthcoming amended Motion to Withdraw.

Plaintiff Mays continues not to communicate with her counsel or participate in this case. Plaintiffs' counsel will update their pending Motion to Withdraw to add these details about their recent additional unsuccessful attempts to communicate with Mays and to support their request to withdraw as her counsel.

## II. Compliance of Remaining 8 Plaintiffs on Tax Records

### a. Table of tax record compliance

The table below (with key following) sets out the compliance status of the other 8 Plaintiffs with respect to the July 14 Order. (Plaintiff Collins' Facebook data issue will be addressed separately, below.) Six of these 8 Plaintiffs have fully or substantially complied with the July 14 Order. In response to the July 14 Order, Plaintiffs have supplemented with PLAINTIFFS 000826-000876.

| Plaintiff | 2019 W&I | 2020 W&I | 2021 W&I | 2022 W&I | 2019 Tax Ret/Tran | 2020 Tax Ret/Tran | 2021 Tax Ret/Tran | 2022 Tax Tran |
|---|---|---|---|---|---|---|---|---|
| **Collins** | --- | --- | --- | --- | NF, O/P | NF, VP | NF, VP | NF, VP |
| **Lundy** | --- | --- | --- | n/a | TP | TP | TP | TP |
| **Ruise** | --- | --- | --- | n/a | O/P | O/P | NF, VP | NF, VP |
| **Riley** | --- | --- | --- | n/a | TP | TP | TP | TP |
| **Nickelberry** | PP | PP | PP | PP | TP | O/P | TP | TP |
| **James** | --- | --- | --- | --- | O/P | NF, VP | NF, VP | NF, VP |
| **Mansfield** | PP | PP | PP | PP | *NC* | *NC* | *NC* | *NC* |
| **Russell-Brown** | *NC* | *NC* | *NC* | *NC* | *NC* | *NC* | *NC* | *NC* |

| KEY | |
|---|---|
| --- | Not addressed in the July 14 Court Order |
| PP | Previously produced in 2023; no individual W-2s or 1099s to produce |
| NF | No tax return filed that year |
| VP | Document provided verifying non-filing |
| O/P | Ordered/Pending: IRS Form 4506t-ez Request for Transcript sent to the IRS |
| NC | Non-compliant |

**b. Non-compliance of Plaintiff Mansfield**

Plaintiffs have not been able to obtain Opt-In Plaintiff Mansfield's compliance. While she previously produced her Wage & Income Information for 2019-2022 back in 2023, she has not provided her 2019-2022 tax returns or tax return transcripts, and has not otherwise provided a signed authorization to obtain such records from the IRS. Every reasonable effort was made to apprise Mansfield of her obligations pursuant to the July 14 Order and the potential consequences for failing to comply, and to obtain her compliance. Since July 15, 2026, she was notified repeatedly by email, text, and phone, as well as by a letter delivered by FedEx to her home about the Court's Order and what is required for compliance. Mansfield responded to one of her counsel's emails. Plaintiffs' counsel Kerry O'Brien also spoke with Mansfield by phone on August 7. Unfortunately, Mansfield's compliance could not be obtained.

**c. Non-compliance of Plaintiff Russell-Brown**

Opt-In Plaintiff Russell-Brown, who was the latest of these 9 Plaintiffs to join the case, has yet to comply with the Court's Order concerning her W-2/1099 information from 2019-2022 or her tax returns/transcripts for 2019-2022. Similarly, every reasonable effort was made to apprise Russell-Brown of her obligations pursuant to the July 14 Order and the potential consequences for

failing to comply, and to obtain her compliance. Russell-Brown was notified repeatedly by email, text, phone, as well as by a letter delivered by FedEx to her home on August 12 as a final attempt to obtain her compliance. Plaintiffs' counsel Kerry O'Brien spoke with Russell-Brown by phone on August 5. Unfortunately, Russell-Brown's compliance could not be obtained.

**d. Compliance of Remaining 6 Plaintiffs**

The remaining 6 Plaintiffs have fully or substantially complied with the Court's July 14 Order. In four instances (designated as "O/P" on the table), a Form 4506t-ez has been submitted to the Internal Revenue Service to procure a tax record that is not available online and is not currently within that plaintiff's possession, custody, or control. Those records will be produced as soon as they are received by each Plaintiff. There is no intent to delay production of those records, as Plaintiffs do not benefit from any further delay of these proceedings.

## III. Facebook Data of Plaintiff Collins

Plaintiff Collins has produced all of the Facebook data that she could access in December 2023. She recently confirmed that there is no additional Facebook data (for the relevant period of time, which is her employment period with CRU) that she can access. She has worked with both attorneys for Plaintiffs to ensure that she has taken all available steps to obtain and produce all accessible and responsive[2] Facebook data. Facebook provides no human customer service support for its general users. She can only use the automated tools available on the social media platform, which she has done to the further extent available.

Plaintiff Collins' original attempts to download her Facebook data with the assistance of attorney Gasper were described in the Declaration of Travis Gasper, filed as Dkt. No. 47-1. A

[2] The use of the word "responsive" in this instance is simply to clarify that Facebook data for activity that occurred outside of her period of employment with CRU exists but is not responsive and therefore will not be produced.

description of Plaintiff Collins' recent efforts with the assistance of attorney O'Brien to locate any additional responsive Facebook data for compliance with the July 14 Order is set out in the Declaration of Carla Moore (f/k/a Collins) attached to this Advisory as **Exhibit 1**. The Declaration of Plaintiffs' Counsel Kerry O'Brien is attached as **Exhibit 2**, certifying that he worked with Collins in response to the July 14 Order to obtain any additional responsive Facebook data and was unable to identify any additional responsive data available for her to download and produce. To date, Plaintiff Collins has produced to Defendants over 7 GB of Plaintiff Collins' public and private Facebook data. She can identify nothing else responsive to access or produce other than what she was able to download in and around December 2023.

Respectfully submitted,

**Kerry V. O'Brien**
Texas Bar No. 24038469

O'BRIEN LAW FIRM
TEXASEMPLOYEES.COM

1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960
fax: (512) 410-6171
email: ko@obrienlawpc.com

**LEAD COUNSEL FOR PLAINTIFFS**

and

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881

GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207

phone: (972) 504-1420
fax: (833) 957-2957
email: travis@travisgasper.com

**CO-COUNSEL FOR PLAINTIFFS**