PLAINTIFF'S EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS,** ***individually and on behalf of all others similarly situated,*** | § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION NO. 4:22-cv-01073-SDJ** |
| **v.** | § § § | **Collective Action under 29 U.S.C. § 216(b)** |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC. ,** | § § § § | **JURY DEMANDED** |
| **Defendants.** | § § | |

## DECLARATION OF CARLA MOORE

1. My name is Carla Marie Moore, f/k/a Carla Marie Collins. My date of birth is May 15, 1978. I am of sound mind and capable of making this declaration.

2. On August 13, 2026, I worked with Plaintiff's counsel Kerry O'Brien to access the Facebook data requested by Defendant CRU, that was the subject of a recent Court order.

3. There are only two email addresses that have been associated with Facebook accounts that I have created or managed in the last 10 years, and those email addresses are carlamcollins@yahoo.com and askshesus@yahoo.com.

4. With Mr. O'Brien over Zoom, with my screen shared, I used both email addresses to log into Facebook. Both email addresses took me to my page Carla Moore, which used to be titled "Carla Collins," but that I changed due to marriage. The data from that page for the relevant time period was downloaded in late December 2023 with assistance from Plaintiff's counsel Travis Gasper.

5. Today, my account shows no other Facebook profiles associated with these two email addresses. I have not deleted any accounts or taken any steps to hide accounts or the data associated with those accounts.

6. The data that I was able to download with the help of Mr. Gasper in late 2023 is the full extent of Facebook data requested by Defendant CRU that I am able to access, other than the publicly available Facebook feed for the pages referenced.

7. In December 2023, when Mr. Gasper logged into my Facebook account with my permission, Facebook's Accounts Center displayed four items available for download: the Carla Collins profile, an Instagram account called "shesusthemessiah," a Facebook profile called "Katie J & Lauren Nicole," and a Facebook profile called "Carla Marie the Goddess." I do not have an independent recollection of creating pages under the names "Katie J & Lauren Nicole" or "Carla Marie the Goddess." It is possible that these are alternate display names or handles associated with the Ask Shesus and Shesus Christiana profiles rather than separate, additional accounts, since no profiles beyond my Carla Moore/Carla Collins account have appeared under either of my two known email addresses at any point, including during my efforts with Mr. O'Brien on August 13, 2026. I am not able to state with certainty which of these possibilities is correct, and I am willing to take any further reasonable steps my counsel directs to help clarify the relationship between these names.

8. In December 2023, I and/or Mr. Gasper accessed and downloaded all of the non-public Facebook data requested by CRU for the time period during my employment with CRU that I was able to access, as described in detail in Mr. Gasper's December 19, 2023 declaration. Facebook does not have a customer support system I could contact for assistance; I was limited to the automated access and recovery tools built into the website.

9. On August 13, 2026, with Mr. O'Brien present by Zoom and my screen shared throughout, I again attempted to access any Facebook profiles beyond my Carla Moore/Carla Collins account. I logged out and logged back in with both of my known email addresses; requested one-time SMS verification codes, which I eventually received after multiple attempts; used an incognito browser window and navigated directly to facebook.com to rule out autofill or cached-login issues; and, at Mr. O'Brien's direction, entered each letter of the alphabet into the account-recovery field to surface any other email addresses associated with my device's autofill. That process surfaced a small number of addresses, none of which I created or have ever used for Facebook as they were associated with family members who have used this computer, and none of which connected to a Facebook account when tested. Every login attempt using my own two known email addresses returned only my Carla Moore/Carla Collins profile.

10. Despite my efforts with Mr. O'Brien's assistance on August 13, 2026, I was not able to locate or access any other additional Facebook profiles or data for the relevant time period for any profiles referenced by Defendant CRU in its court filings or otherwise.

11. The extent of Facebook data produced to Defendant CRU by my counsel through August 13, 2026 is the extent of data that is subject to my possession, custody, or control.

12. In addition, I will state that I have not yet filed federal tax returns for the years 2019, 2020, 2021, and 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, based on my personal knowledge.

Executed on Aug 14 2026, in DeSoto Parish, Louisiana.

Carla M. Collins

Carla Marie Moore, f/k/a Carla Marie Collins
Declarant

xodo sign
by apryse

# Audit Trail

## Document Details

| | |
|---|---|
| **Title** | Carla Collins |
| **File Name** | Carla Moore declaration [FINAL].pdf |
| **Document ID** | fcb7386ee9e54b0da61f5921d14968c7 |
| **Fingerprint** | 5fc5e240fdd2964ff64bbf7c173eca52 |
| **Status** | Completed |

## Document History

| | | |
|---|---|---|
| **Document Created** | Document Created by Kerry O'Brien (ko@obrienlawpc.com)<br>Fingerprint: 6101d5d611c0ee1cfe289a6325007f2a | Aug 14 2026<br>02:51PM UTC |
| **Document Sent** | Document Sent to Carla M. Collins (carlamcollins@yahoo.com) | Aug 14 2026<br>02:51PM UTC |
| **Document Viewed** | Document Viewed by Carla M. Collins (carlamcollins@yahoo.com)<br>IP: 104.28.50.102 | Aug 14 2026<br>03:04PM UTC |
| **Document Signed** | Document Signed by Carla M. Collins (carlamcollins@yahoo.com)<br>IP: 104.28.50.102<br> | Aug 14 2026<br>03:05PM UTC |
| **Document Completed** | This document has been completed.<br>Fingerprint: 5fc5e240fdd2964ff64bbf7c173eca52 | Aug 14 2026<br>03:05PM UTC |