PLAINTIFF'S EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS,** ***individually and on behalf of all others similarly situated,*** | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. 4:22-cv-01073-SDJ** |
| v. | § | |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,** | § | **Collective Action under 29 U.S.C. § 216(b)** |
| | § | **JURY DEMANDED** |
| **Defendants.** | § | |

STATE OF TEXAS §
COUNTY OF TRAVIS §

**<u>DECLARATION OF KERRY V. O'BRIEN</u>**

1. My name is Kerry V. O'Brien. My date of birth is 09/17/1974. I am lead counsel for Plaintiffs in this case. I am of sound mind and capable of making this declaration.

2. On August 13, 2026, I hosted a Zoom session with Plaintiff Carla Collins, during which she used the "Screen Share" feature to share her computer screen with me. I observed her using her email addresses "carlamcollins@yahoo.com" and "askshesus@yahoo.com" as the user ID to log into Facebook. In both login instances, two-factor authentication was used by Facebook to authenticate her login attempt. And, in both instances, the successful login process took her to her "Carla Moore" personal Facebook page. I spent time with Ms. Collins looking for options to access any other Facebook pages potentially subject to her control at any point in the past. We could not locate anything, and I could see no access to any other pages that she may have managed in years past.

3. In assisting Ms. Collins, it was my good faith intention to locate and identify any additional responsive Facebook data, download it, and produce it in accordance with the Court's July 14 Order. I did not see any additional responsive data.

4. During that session, I accessed my own personal Facebook account to use as a reference. I noticed that in the top right corner of my personal page, where there is an icon of my image with a drop-down menu for page management functions, the drop-down option includes an option for "See all profiles."




When I select that option, it shows other pages that I manage, some of which were created over a decade ago and with which I am not active. Furthermore, selecting "See all profiles" creates another option to "See all pages."




Selecting "See all pages" shows the four active pages I manage on the left, and five "grayed-out" pages on the right under the header "Deactivated and deleted Pages," with an option to "reactivate" them.




Some of those pages were created and abandoned anywhere between 10 and 17 years ago.

5. Once I saw these options in my own page, I had Ms. Collins log back into her "Carla Moore" Facebook page again, to see if there are any "deactivated pages" that could be accessed. However, when she selected "See all profiles" – only her Carla Moore profile was available. Furthermore, there was no option for "See all pages."

6. I am not aware of any other options to access any other potentially responsive Facebook data, and Facebook does not provide human customer support for users such as Ms. Collins to assist us with investigating this further.

The above is true and correct based on my personal knowledge and is subject to penalty of perjury under the laws of the United States of America.

So DECLARED on August 14, 2026 in Travis County, Texas.

Kerry V. O'Brien, Declarant