EXHIBIT
A.2

**From:** Kerry O'Brien <ko@obrienlawpc.com>
**Sent:** Friday, February 23, 2024 12:05 PM
**To:** Monte K. Hurst <monte.hurst@hallettperrin.com>
**Cc:** Kristen A. Brumbalow <kbrumbalow@hallettperrin.com>; Ceicili S. Morales <cmorales@hallettperrin.com>; Travis Gasper <travis@travisgasper.com>; beth@obrienlawpc.com
**Subject:** Supplemental Production

Good afternoon Monte,

Attached are the following:

Amended Responses to Catastrophe Response Unit, Inc.'s 2nd Request for Production, for:
Lundy, Collins, James, Riley, Ruise, Mansfield, Nickelberry, and Russell-Brown

Supplemental production documents:
PLAINTIFFS 000769-000783_Lundy
PLAINTIFFS 000784-000796_Russell-Brown
PLAINTIFFS 000797-000799_James
PLAINTIFFS 000800-000802_Riley
PLAINTIFFS 000803-000806_Nickelberry
PLAINTIFFS 000807-000825_Riley

Thanks,
Kerry

--
**Kerry V. O'Brien**
Attorney
Board Certified in Labor & Employment Law by the TBLS
phone: (512) 410-1960
1011 Westlake Drive, Austin Texas 78746

O'BRIEN LAW FIRM

1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

# PAMELA ANN MARIE JAMES'S AMENDED RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION

| | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | February 23, 2024 |
| From | Pamela Ann Marie James<br>% O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above: |
| | Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

Kerry O'Brien

Kerry V. O'Brien
Attorney for Plaintiffs

## JAMES'S AMENDED RESPONSES TO CRU's 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** See PLAINTIFFS 000797-000799_James. With this supplemental production, Plaintiff's production in response to this Request for Production is complete.

O'BRIEN LAW FIRM

1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

# JILL MANSFIELD'S AMENDED RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION

| | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | February 23, 2024 |
| From | Jill Mansfield<br>% O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above: |
| | Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

Kerry O'Brien

Kerry V. O'Brien
Attorney for Plaintiffs

# MANSFIELD'S AMENDED RESPONSE TO CRU's 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Plaintiff Mansfield's production in response to this Request for Production is complete.

O'BRIEN LAW FIRM

1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

# SHEENA NICKELBERRY'S AMENDED RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION

| | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | February 23, 2024 |
| From | Sheena Nickelberry<br>% O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above: |
| | Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

Kerry O'Brien

Kerry V. O'Brien
Attorney for Plaintiffs

## NICKELBERRY'S AMENDED RESPONSE TO CRU's 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** See PLAINTIFFS 000803-000806_Nickelberry. With this supplemental production, Plaintiff's production in response to this Request for Production is complete.

**REQUEST FOR PRODUCTION NO. 8:** Produce a copy of your transcript from Grand Canyon University.

**RESPONSE:** Objection. This request is outside of the scope of the limited discovery in Phase I of this case pursuant to *Swales.*

**REQUEST FOR PRODUCTION NO. 9:** Produce documents sufficient to show the scheduled class times for all courses you took at Grand Canyon University between October 2021 and February 2022.

**RESPONSE:** Objection. This request is outside of the scope of the limited discovery in Phase I of this case pursuant to *Swales.*

O'BRIEN LAW FIRM

1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

# PLAINTIFF-COLLINS'S AMENDED RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION

| | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | February 23, 2024 |
| From | Plaintiff – C. M. Collins<br>% O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above: |
| | Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

Kerry O'Brien

Kerry V. O'Brien
Attorney for Plaintiffs

## COLLINS'S AMENDED RESPONSE TO CRU's REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Plaintiff Collins's production in response to this Request for Production is complete.

O'BRIEN LAW FIRM

1011 Westlake Drive
Austin, Texas 78746
Phone: 512.410.1960
Fax: 512.410.6171

Kerry V. O'Brien
Texas Bar No. 24038469
ko@obrienlawpc.com
TexasEmployees.com

| **Plaintiff-Lundy's Amended Response to CRU's 2nd Request for Production** | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | February 23, 2024 |
| From | Plaintiff – N. J. Lundy<br>% O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o Hallet & Perrin, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 3 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above: |
| | Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

Kerry O'Brien

Kerry V. O'Brien
Attorney for Plaintiffs

## LUNDY'S AMENDED RESPONSES TO CRU's 2nd REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** See PLAINTIFFS 000769-000783_Lundy. With this supplemental production, Plaintiff's production in response to this Request for Production is complete.

**REQUEST FOR PRODUCTION NO. 8:** Please produce all correspondence and notices pertaining to your intent to establish and maintain a home education program for your child from July 2021 to November 2022.

**RESPONSE:** Lundy objects on the basis that this request is overly broad in that it request materials that invade Lundy's privacy without a legitimate need of Defendants, given the scope of Phase I *Swales* discovery. Lundy may be withholding materials responsive to this request.

**REQUEST FOR PRODUCTION NO. 9:** Please produce the records and materials you are required to maintain pertaining to any home education program that your child participated in. Your response must include, but not be limited to, the following: (1) a log of educational activities that is made contemporaneously with the instruction and that designates by title any reading materials used; and (2) samples of any writings, worksheets, workbooks, or creative materials used or developed by the student, from July 2021 to November 2022.

**RESPONSE:** Lundy objects on the basis that this request is overly broad in that it request materials that invade Lundy's privacy without a legitimate need of Defendants, given the scope of Phase I *Swales* discovery and the extensive nature of the request for all of her child's schoolwork for one-and-a-half year's time. Furthermore, given Lundy's testimony that her son self-managed his schoolwork, the materials would be probative of nothing concerning the claims and defenses in this case. Lundy is withholding materials responsive to this request.

**REQUEST FOR PRODUCTION NO. 10:** Please produce all annual educational evaluations pertaining to any home education program that your child participated in.

**RESPONSE:** Lundy objects on the basis that this request is overly broad in that it request materials that invade Lundy's privacy without a legitimate need of Defendants, given the scope of Phase I *Swales* discovery and the invasive nature of demanding production of her son's report cards. Furthermore, given Lundy's testimony that her son self-managed his schoolwork, the materials would be probative of nothing concerning the claims and defenses in this case. Lundy is withholding materials responsive to this request.

**REQUEST FOR PRODUCTION NO. 11:** Please produce all receipts or other documents pertaining to your purchase of materials or programs for participation in a home education program that your child participated in.

**RESPONSE:** Lundy objects on the basis that this request is overly broad in that it request materials that invade Lundy's privacy without a legitimate need of Defendants, given the scope of Phase I *Swales* discovery and the invasive nature of demanding production of receipts concerning her son's school materials. Furthermore, given Lundy's testimony that her son self-managed his schoolwork, the materials would be probative of nothing concerning the claims and defenses in this case. Lundy is may be withholding materials responsive to this request.

**REQUEST FOR PRODUCTION NO. 12:** Please produce any documents evidencing the approximate number of hours per week that you spent participating in a home education program pertaining to your child during any of the weeks that you allege you provided services on behalf of CRU.

**RESPONSE:** Lundy objects to the extent that this is confusing, in that it is unclear how documents can show an "approximate number of hours per week" of an activity. The request in fact fails to state the documents requested with reasonable particularity.

Given the confusing nature of the request, Lundy is unsure if she is withholding materials responsive to this request.

O'BRIEN LAW FIRM

1011 Westlake Drive
Austin, Texas 78746
Phone: 512.410.1960
Fax: 512.410.6171

Kerry V. O'Brien
Texas Bar No. 24038469
ko@obrienlawpc.com
TexasEmployees.com

# Basil Leo Riley, III's Amended Response to CRU's 2nd Request for Production

| | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | February 23, 2024 |
| From | Basil Leo Riley, III<br>% O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o Hallet & Perrin, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above: |
| | Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

Kerry O'Brien

Kerry V. O'Brien
Attorney for Plaintiffs

**RILEY'S AMENDED RESPONSES TO CRU's REQUEST FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** See PLAINTIFFS 000800-000802_Riley. With this supplemental production, Plaintiff's production in response to this Request for Production is complete.

**REQUEST FOR PRODUCTION NO. 8:** Produce records sufficient to identify the number of hours that you reported to have worked for an employer or company other than CRU from July 1, 2021 - September 30, 2022. This request includes, but is not limited to, any hours that you reported to Progressive from July 1, 2021 – September 30, 2022.

**RESPONSE:** Riley objects to the extent that this request is requesting information that is not probative to the claims and defenses in this case, as the total number of hours worked for employers other than CRU for the requested period of time is not relevant to any issues in this case.

With that said, because Riley worked for Progressive contemporaneously with his work for CRU for a brief period of time, Riley removes the above objections with respect to his work for Progressive. Riley is producing all records in his possession, custody, or control concerning his employment with the Littleton Group, through which he worked for Progressive. Those records are being served with this amended response as PLAINTIFFS 000807-000825_Riley. Riley does not have any pay stubs from his employment with the Littleton Group, otherwise he would have produced those records as well. With this supplemental production, Riley's production in response to this Request is complete.

O'BRIEN LAW FIRM

1011 WESTLAKE DRIVE
AUSTIN, TEXAS 78746
PHONE: 512.410.1960
FAX: 512.410.6171

KERRY V. O'BRIEN
TEXAS BAR NO. 24038469
KO@OBRIENLAWPC.COM
TEXASEMPLOYEES.COM

# ASHLEY RUISE'S AMENDED RESPONSE TO CRU'S 2ND REQUEST FOR PRODUCTION

| | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | February 23, 2024 |
| From | Ashley Ruise<br>% O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o HALLET & PERRIN, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above: |
| | Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

Kerry O'Brien

Kerry V. O'Brien
Attorney for Plaintiffs

# RUISE'S AMENDED RESPONSE TO CRU's REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 7:** Produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**RESPONSE:** Plaintiff Ruise's production in response to this Request for Production is complete.

O'BRIEN LAW FIRM

1011 Westlake Drive
Austin, Texas 78746
Phone: 512.410.1960
Fax: 512.410.6171

Kerry V. O'Brien
Texas Bar No. 24038469
ko@obrienlawpc.com
TexasEmployees.com

| **Tammy Russell-Brown's <u>Amended</u> Response to CRU's 2nd Request for Production** | |
|---|---|
| Case Style | Civil Action No. 4:22-CV-1073-SDJ; *C. M. Collins, N. J. Lundy, and R. C. L. Mays, individually and on behalf of all others similarly situated v. Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.*, In the United States District Court for the Eastern District of Texas, Sherman Division |
| Date | February 23, 2024 |
| From | Tammy Russell-Brown<br>% O'Brien Law Firm, 1011 Westlake Drive, Austin, Texas 78746 |
| To | Defendant – Catastrophe Response Unit, Inc.<br>c/o Hallet & Perrin, P.C., 1445 Ross Avenue, Ste, 2400, Dallas, Texas 75202 |
| Total pages | 2 |
| Certificate of Service | By my signature below, I hereby certify that this Response to Request for Production was served on the following via email transmission on the date above: |
| | Monte K. Hurst<br>State Bar No. 00796802<br>*monte.hurst@hallettperrin.com*<br><br>Kristen A. Laster<br>State Bar No. 24076499<br>*kbrumbalow@hallettperrin.com*<br><br>HALLETT & PERRIN, P.C.<br>1445 Ross Avenue, Suite 2400<br>Dallas, Texas 75202<br>214.953.0053<br>(f) 214.922.4142<br><br>COUNSEL FOR DEFENDANTS |

Respectfully submitted,

*Kerry O'Brien* [signature]

Kerry V. O'Brien
Attorney for Plaintiffs

**RUSSELL-BROWN'S AMENDED RESPONSES TO CRU's 2nd REQUEST FOR PRODUCTION**

**<u>REQUEST FOR PRODUCTION NO. 7</u>**: Please produce all résumés that you have used in the last three years that you have not already produced, including but not limited to, those resumes that you submitted when applying for jobs outside of the insurance adjusting industry.

**<u>RESPONSE</u>**: See PLAINTIFFS 000784-000796_Russell-Brown. With this supplemental production, Plaintiff's production in response to this Request for Production is complete.