**EXHIBIT A.3**

**From:** Kerry O"Brien
**To:** Hurst, Monte
**Cc:** Brumbalow, Kristen; Morales, Ceicili; Travis Gasper; beth@obrienlawpc.com
**Subject:** Collins et al. v. CRU; supplemental tax record production
**Date:** Friday, August 14, 2026 3:32:56 PM
**Attachments:**
PLAINTIFFS 000869-000890 Lundy.pdf
2019 Account Transcript NICK 105269734308.pdf
2020 Wage and Income NICK 105269740118.pdf
2019 Schedule C (Form 1040 or 1040-SR) Sheena Nickelberry.pdf
2019 Wage and Income NICK 105269742849.pdf
2019 Tax Return Transcript NICK 105269722103.pdf
2022 Tax Return Transcript NICK 105269728351.pdf
2021 Account Transcript NICK 105269736539.pdf
2021 Wage and Income NICK 105269744937.pdf
2021 Tax Return Transcript NICK 105269726006.pdf
2022 Account Transcript NICK 105269737696.pdf
2022 Wage and Income NICK 105269743966.pdf
2019 Tax transcript.pdf
2020 Tax transcript.pdf
2021 tax transcript.pdf
2022 Tax Return Transcript.pdf
2022.pdf
2020.pdf
2021.pdf
2019.pdf
IRS 2020 Form 1040 Account Transcript.pdf
Wage 2019.pdf
Wage 2020.pdf
IRS 2021 Form 1040 Account Transcript.pdf
IRS 2022 Form 1040 Account Transcript.pdf
Wage 2021.pdf
Wage 2022.pdf
PLAINTIFFS 000842-000852 Nickelberry Aug 2026 Slip Sheets.pdf
PLAINTIFFS 000853-000856 Riley Aug 2026 Slip Sheets.pdf
PLAINTIFFS 000857-000860 Ruise Aug 2026 Slip Sheets.pdf
PLAINTIFFS 000861-000867 Collins Aug 2026 Slip Sheets.pdf

---

**External Email: Use caution with links and attachments.**

---

Good afternoon Monte,

Attached are the following production files, with the majority being native files with slip sheets:

**PLAINTIFFS 000826-000841_Lundy Aug 2026 [CONFIDENTIAL]**
**PLAINTIFFS 000842-000852_Nickelberry Aug 2026 [CONFIDENTIAL]**
**PLAINTIFFS 000853-000856_Riley Aug 2026 [CONFIDENTIAL]**
**PLAINTIFFS 000857-000860_Ruise Aug 2026 [CONFIDENTIAL]**
**PLAINTIFFS 000861-000868_Collins Aug 2026 [CONFIDENTIAL]**

Most of these documents are IRS-protected files to which bates stamping (including a "CONFIDENTIAL" designation) cannot be physically added. Therefore, please note that all of the slip sheets are marked CONFIDENTIAL. I think it is safe for Defendant to assume that all confidential tax data of Plaintiffs produced in this case is Confidential and should be treated as such, pursuant to the Court's Protective Order. If any otherwise confidential tax records are not marked CONFIDENTIAL - either directly or through a slip sheet - please assume they are Confidential and inform me of the absence of that designation. We will promptly correct that. Thank you.

Plaintiff James has not yet filed a tax return for 2019, 2020, 2021, or 2022. She is expected to provide me tonight with her downloaded Account Transcripts for 2020-2022 (available online) that will state that no tax return has been filed. She is also expect to provide me with a copy of the Verification of Non-Filing for 2022, which is the oldest year available online. I will produce those promptly after receipt.

IRS 4506t-ez forms have already been transmitted to the IRS to obtain the following records:

* Collins tax transcript request for 2019, which is expected to result in a Verification of Non-Filing letter (as the Account Transcripts online only go back to 2020)
* Nickelberry 2020 Tax Return Transcript
* Ruise 2019 and 2020 Tax Return Transcripts

These records will be produced as quickly as reasonably possible following their receipt. There are no further responsive W2s and 1099s to be produced with respect to those four Plaintiffs listed in the Court's order on that issue.

Despite our best efforts, Plaintiff Mansfield, Plaintiff Russell-Brown, and of course, Plaintiff Mays have been non-responsive with respect to compliance with the Court's July 14 Order. This non-compliance will be represented in an Advisory that I will be filing with the Court later today.

Plaintiffs Collins' Facebook data will be addressed in a separate email.

Please let me know if you have any questions about the production.

Thanks,
Kerry

--
**Kerry V. O'Brien**
Attorney
Board Certified in Labor & Employment Law by the TBLS
phone: (512) 410-1960
1011 Westlake Drive, Austin, Texas 78746
TexasEmployees.com