EXHIBIT A.4

**From:** Kerry O"Brien
**To:** Hurst, Monte
**Cc:** Travis Gasper; Brumbalow, Kristen; Morales, Ceicili; Gray, Morgan; beth@obrienlawpc.com
**Subject:** Re: Collins, et al. v. CRU
**Date:** Saturday, August 15, 2026 8:45:25 PM
**Attachments:** munsch_9fd6c173-fbc7-42da-b04a-e1d49057f31b.png
laborandemployment_117a7002-6e1f-43ee-9e88-46bddf5a518f.png
image.png
image.png
PLAINTIFFS 000826-000841_Lundy Aug 2026 Production.pdf

**External Email: Use caution with links and attachments.**

Good evening Monte,

Responses below, in red.

Kerry

On Sat, Aug 15, 2026 at 6:27 PM Hurst, Monte <mhurst@munsch.com> wrote:

> Good evening, Kerry and Travis. We have been reviewing Plaintiffs' Advisory to the Court filed yesterday, your several e-mail messages to us of yesterday, and the handful of documents you produced with those e-mail messages. At this time, we have the following questions/requests:
>
> 1. In Plaintiffs' Advisory to the Court, you represented that "Plaintiff Collins has produced all of the Facebook data that she could access in December 2023." In your e-mail message at 6:30 p.m. yesterday, you state that you would be producing by Dropbox 924 folders of messages with regard to Carla Collins' Facebook account. We have still not received the Dropbox link to the Facebook messages folders. Please send the Dropbox link to us immediately. And, if you did indeed send the Dropbox link to us yesterday, please attach that e-mail message to your response to this e-mail message.

You, Kristen, and Ceicili should have each received Dropbox links yesterday.

image.png

image.png

Please check your spam folder. If you did not receive it, let's arrange another way to transfer the production.

> 2. In Plaintiffs' Advisory to the Court, you represented that Jill Mansfield's 2022 Wage and Income Transcript was produced to CRU in 2023. We simply cannot find that. Please produce immediately Ms. Mansfield's 2022 Wage and Income Transcript that you say was produced to CRU in 2023, and identify the Bates-numbers for this production.

It appears you are correct. That was an unintentional oversight on my part. I will file an Amended Advisory with the Court reflecting this. I checked and it appears that we do not have her 2022 W&I transcript and I do anticipate being able to obtain any additional tax records from Ms. Mansfield voluntarily.

> 3. In Plaintiffs' Advisory to the Court, you represented that you have produced Nikki Lundy's Tax Return/Tax Return Transcript for 2022. We still have not received it. Please produce immediately Ms. Lundy's Tax Return/Tax Return Transcript for 2022.

Those records were supposed to have been in yesterday's supplemental production and I simply missed it when attaching all of the others. Attached is PLAINTIFFS 000826-000841_Lundy. Ms. Lundy's 2022 Tax Return Transcript is found at 000835-000841.

4. In Plaintiffs' Response in Opposition to Defendants' Application for Award of Attorney[s'] Fees (filed on August 11, 2026), you represented to the Court that you will be requesting from the IRS copies of the tax returns for each Plaintiff that is unable to locate their tax returns for 2019, 2020 or 2021. Then, in Plaintiffs' Advisory to the Court, you represented that you have produced Basil Riley's Tax Returns/Tax Return Transcripts for 2019–2021. However, we did not receive Mr. Riley's Tax Returns/Tax Return Transcripts for 2019, 2020 or 2021. We received yesterday Mr. Riley's Account Transcripts for 2019, 2020 and 2021, each of which indicates that Mr. Riley did indeed file a tax return for each of these years. Please produce immediately Mr. Riley's Tax Returns/Tax Return Transcripts for 2019, 2020 and 2021, as you represented to the Court you had already done. If your position now is that Mr. Riley does not have his Tax Returns/Tax Return Transcripts for 2019, 2020 or 2021, then please advise of such and confirm that you have ordered these tax records from the IRS, as you previously committed to doing.

You are correct, that was an unintentional oversight on my part. I just spoke to Mr. Riley, and he does not have his 2019, 2020, or 2021 Tax Return copies or Tax Return Transcripts. Therefore, I just submitted a request to the IRS for those records and, like with the others, I will provide them to you promptly when they come in. I will reflect this in the Amended Advisory that I will file.

We are confident that we will have additional questions/requests after you respond to the foregoing.

Great.

Thank you in advance for your prompt attention to these matters.

Thank you for bringing these issues to my attention.

**Monte K. Hurst**
Shareholder

500 N. Akard Street, Suite 4000
Dallas, Texas 75201

O: 214.855.7530
E: mhurst@munsch.com

munsch.com

Notice: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

--
Kerry V. O'Brien
Attorney