**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS,** ***individually and on behalf of all others similarly situated,*** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-cv-1073** |
| | § | |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,** | § | |
| | § | |
| ***Defendants.*** | § | |

# ORDER GRANTING DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE EXHIBITS WITH THEIR REPLY IN SUPPORT OF THEIR APPLICATION FOR AWARD OF ATTORNEYS' FEES INCURRED IN MAKING THEIR MOTIONS TO COMPEL

Before the Court is Defendants' Opposed Motion for Leave to File Exhibits with Their Reply in Support of their Application for Award of Attorneys' Fees Incurred in Making Their Motions to Compel (the "Motion"). Having considered the Motion, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** that Defendants are granted leave to file evidence in support of Defendants' Reply in Support of their Application for Award of Attorneys' Fees Incurred in Making Their Motions to Compel, which are attached to the Motion as Exhibits.

It is further **ORDERED** that the Clerk will file a copy of the attached Exhibits with Defendants' Reply in Support of their Application for Award of Attorneys' Fees Incurred in Making Their Motions to Compel.