UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLA M. COLLINS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-1073-SDJ |
| | § | |
| CATASTOPHE RESPONSE UNIT USA, INC., ET AL. | § | |
| | § | |

# ORDER

Before the Court is Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc.'s Opposed Motion for Leave to File Exhibits with their reply. (Dkt. #87). Plaintiffs filed their Notice of Advisory Withdrawing Opposition to Defendants' motion. (Dkt. #90). Having considered the motion and found good cause, the Court **GRANTS** the motion.

It is therefore **ORDERED** that Defendant's may file exhibits with their reply.

**So ORDERED and SIGNED this 20th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE