**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:22-cv-01073-SDJ<br><br>Collective Action under 29 U.S.C. § 216(b)<br><br>JURY DEMANDED |

**PLAINTIFFS' COUNSEL'S SUPPLEMENTAL ADVISORY IN SUPPORT OF THEIR PENDING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF R.C.L. MAYS (DKT. 62)**

Kerry V. O'Brien and Travis Gasper ("Counsel"), counsel of record for Plaintiffs, file this Supplemental Advisory in support of their pending Motion to Withdraw as counsel for Plaintiff R.C.L. (Rasheedah) Mays (Dkt. No. 62, filed March 14, 2024). This Advisory does not seek new relief and does not amend or supersede the pending Motion; it supplements the record with Counsel's continued efforts to communicate with and locate Ms. Mays since the Motion was filed and since the Court's July 14, 2026 Order (Dkt. No. 78), and provides the update Counsel advised was forthcoming in Plaintiffs' 1st Amended Advisory. (Dkt. No. 86 at 4.) Counsel advise the Court as follows:

## I. BACKGROUND

1. Counsel have been unable to reach Ms. Mays since mid-November 2023, despite repeated attempts by e-mail, text message, mail, and personal service, as detailed in the pending Motion to Withdraw and supplemented below.

2. The grounds for withdrawal are stated in the pending Motion (Dkt. No. 62) and are not restated here; this Advisory supplements the factual record supporting those grounds.

3. On March 14, 2024, Counsel transmitted the Motion to Withdraw to Ms. Mays's known e-mail address by Registered Email, a certified electronic delivery service.

4. On July 14, 2026, the Court entered its Memorandum Opinion and Order (Dkt. No. 78), ordering Ms. Mays to produce specified documents no later than August 14, 2026, and stating: "Should Mays fail to comply with this order, the Court may dismiss her claims under Federal Rule of Civil Procedure 41(b) and grant counsel's motion to withdraw." (Dkt. No. 78 at 13–14). Ms. Mays has neither complied with the Order nor responded to Counsel through any channel.

## II. SUPPLEMENTAL RECORD OF COUNSEL'S EFFORTS

5. December 19–20, 2023 — Counsel engaged S&W Process Service of Tampa, Florida (Job #343031) to personally deliver a Final Notice Before Attorney Withdrawal to Ms. Mays at her then-known address, 4131 Royal Banyan Drive, #202, Tampa, Florida. On December 19, there was no answer, and the server left a card. On December 20, a resident stated that she knows Ms. Mays but that Ms. Mays does not reside at that address. S&W issued an Affidavit of Non-Service on December 21, 2023, attached as **Exhibit A**.

6. July 29, 2026 – Counsel sent a letter to Mays at her address-of-record with the O'Brien Law Firm, which is 4131 Royal Banyan Drive, #202, Tampa, FL 33610. The letter was identified as "delivered" via USPS Priority Mail on August 1, 2026, via tracking number 420336104047940553010935541896 2737. The USPS delivery confirmation is attached as **Exhibit D**.

7. July 31, 2026 — Counsel obtained a skip-tracing report (LexisNexis) to confirm Ms. Mays's current address. The report identified 10610 N. 30th Street, Apt. 34C, Tampa, Florida 33612-6363 as her current address and the Royal Banyan Drive address as a prior address.

8. July 31, 2026 — Counsel sent Ms. Mays a letter enclosing the Court's July 14, 2026 Order (Dkt. No. 78) and Defendant CRU's Third Set of Interrogatories (served July 30, 2026), transmitted through every channel available: (a) e-mail to her last known e-mail address; (b) text message and telephone at both known telephone numbers; (c) Certified Mail, Return Receipt Requested, and First-Class Mail to both known Tampa addresses (Certified Mail Nos. 9402 8401 0962 8001 0707 00 and 9402 8401 0962 8001 0706 94); and (d) hand delivery by a process server. The letter asked Ms. Mays to contact Counsel no later than August 6, 2026. She has not responded through any channel.

9. USPS tracking, attached as **Exhibit B**, confirms that neither Certified Mail letter reached Ms. Mays. The letter addressed to her at 10610 N. 30th Street, Apt. 34C, Tampa, Florida 33612 (Certified Mail No. 9402 8401 0962 8001 0707 00) was returned to sender on August 10, 2026, at 5:01 p.m., because the forwarding order for that address was no longer valid. The letter addressed to her at 4131 Royal Banyan Drive, #202, Tampa, Florida 33610 (Certified Mail No. 9402 8401 0962 8001 0706 94) was returned to sender and delivered back to counsel's Dallas office on August 21, 2026, at 7:20 p.m.

10. July 31, 2026 — Counsel engaged S&W Process Service (Job #377297) to personally deliver the letter and enclosures (21 pages) to Ms. Mays, with instructions to prioritize personal delivery and to make multiple attempts at varied times, including evenings and weekends.

11. August 8, 2026, 10:30 a.m. — First service attempt at 10610 N. 30th Street, Apt. 34C. The server could not gain entry to the gated complex after waiting several minutes.

12. August 13, 2026, 6:13 p.m. — Second service attempt at the same address. The server gained entry to the complex; no one answered at the apartment, and a neighbor declined to provide information.

13. A due-diligence affidavit from S&W Process Service regarding Job #377297 is attached as **Exhibit C**. Despite these efforts, personal delivery could not be completed.

14. August 22, 2026 – On August 21, 2026, Defendants' counsel Monte Hurst emailed the Court concerning, in relevant part, their intent to seek Orders of Contempt and Sanctions against Plaintiff Mays. The following day, Counsel forwarded the Hurst email to Mays's last-known email address with the O'Brien Law Firm and notified her of the email by text. There was no response to either contact. To date, no emails sent by Counsel to the email-of-record of rasheedahmays@yahoo.com have been returned or rejected as "Undeliverable."

15. Plaintiff Mays's contract with the O'Brien Law Firm ("OLPC"), dated December 21, 2022, requires Mays "to notify OLPC by email within 10 days of any change of Client's home address, phone number, or email address."

## III. THE PENDING MOTION IS RIPE FOR DECISION ON THE SUPPLEMENTED RECORD

16. Good cause exists for withdrawal. For nearly three years, Ms. Mays has not communicated with Counsel through any channel despite the exhaustive efforts described above, has not complied with the Court's July 14, 2026 Order, and has not fulfilled her obligations in the prosecution of her own claims. The attorney-client relationship has broken down entirely, and continued representation is unreasonably difficult.

17. No party will be prejudiced by the withdrawal. Counsel's withdrawal is limited to Ms. Mays; Counsel continue to represent Plaintiffs Collins and Lundy and all opt-in Plaintiffs. Withdrawal is not sought for delay, and the case schedule is unaffected.

18. Ms. Mays has notice of Counsel's intent to withdraw: the original Motion was transmitted to her by certified electronic delivery on March 14, 2024, and the July 31, 2026 letter—sent through every available channel—again advised her that the motion to withdraw remains pending and of the consequences of her continued silence. A copy of this Advisory is being served on Ms. Mays by e-mail, First-Class Mail, and Certified Mail at both known addresses.

## IV. CONCLUSION

Counsel respectfully submit this supplemented record in support of their pending Motion to Withdraw (Dkt. No. 62), which is fully briefed (see Defendants' Response, Dkt. No. 65, stating CRU does not oppose the requested withdrawal) and ripe for decision, and respectfully suggest that the Motion may be granted on the terms stated in the Court's July 14, 2026 Order (Dkt. No. 78). A proposed order will be submitted separately.

Respectfully submitted,

*/s/Travis Gasper*

Travis Gasper
Texas Bar No. 24096881
GASPER LAW PLLC
633 West Davis Street
Dallas, Texas 75208
phone: (469) 694-1800
fax: (833) 957-2957
email: travis@gasperplan.com
CO-COUNSEL FOR PLAINTIFFS

and

Kerry V. O'Brien
Texas Bar No. 24038469
O'BRIEN LAW, P.C.
1011 Westlake Drive
Austin, Texas 78746
phone: (512) 410-1960
fax: (512) 410-6171
email: ko@obrienlawpc.com
LEAD COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, a copy of the foregoing Advisory was filed via the Court's CM/ECF system, which will serve a Notice of Electronic Filing on all counsel of record, and that a copy was served on Plaintiff R.C.L. Mays by e-mail (rasheedahmays@yahoo.com), by First-Class Mail, and by Certified Mail, Return Receipt Requested, at 10610 N. 30th Street, Apt. 34C, Tampa, Florida 33612-6363 and 4131 Royal Banyan Drive, Unit 202, Tampa, Florida 33610-4047.

*/s/Travis Gasper*
Travis Gasper