UNITED STATES POSTAL SERVICE ®

August 31, 2026

Dear Travis Gasper:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8401 0962 8001 0707 00**.

| Item Details | |
|---|---|
| **Status:** | We regret to inform you that we were unable to locate any delivery information in our records for your item. |
| **Status Date / Time:** | N/A |
| **Location:** | N/A |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 2lb, 0.0oz |

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**PLAINTIFFS' EXHIBIT**
**B**

# USPS.com Tracking History — Certified Mail No. 9402 8401 0962 8001 0707 00

USPS.COM
English | Locations | Support | Informed Delivery | Register / Sign In
Quick Tools | Send | Receive | Shop | Business | International | Help

## USPS Tracking®

Tracking / FAQs

Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Tracking Number:
**9402840109628001070700**
Copy | Add to Informed Delivery

Remove ✕

**Latest Update**

Your item was returned to the sender on August 10, 2026 at 5:01 pm in TAMPA, FL 33612 because the forwarding order for this address is no longer valid.

Get More Out of USPS Tracking:
USPS Tracking Plus®

**Alert**

**Forward Expired**
TAMPA, FL 33612
August 10, 2026 5:01 PM

**Out for Delivery**
TAMPA, FL 33612
August 10, 2026 6:10 AM

**Arrived at Post Office**
TAMPA, FL 33612
August 10, 2026 3:42 AM

**Arrived at USPS Facility**
TAMPA, FL 33612
August 10, 2026 1:31 AM

**Departed USPS Facility**
YBOR CITY FL DISTRIBUTION CENTER
August 10, 2026 1:07 AM

**Arrived at USPS Facility**
YBOR CITY FL DISTRIBUTION CENTER
August 9, 2026 10:42 PM

**Arrived at USPS Facility**
LANCASTER PA DISTRIBUTION CENTER
August 8, 2026 2:26 AM

**Departed USPS Facility**
HARRISBURG PA DISTRIBUTION CENTER
August 8, 2026 1:05 AM

**Arrived at USPS Facility**
HARRISBURG PA DISTRIBUTION CENTER
August 8, 2026 12:03 AM

**Arrived at USPS Facility**
DALLAS TX DISTRIBUTION CENTER
August 1, 2026 12:58 AM

**Accepted at USPS Facility**
DALLAS, TX 75208
July 31, 2026 11:43 PM

**Shipping Label Created**
DALLAS, TX 75208
July 30, 2026 10:08 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less

Track Another Package
Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

USPS.COM

HELPFUL LINKS
Contact Us
Site Index
FAQs
Feedback

USPS JOBS
Careers

ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Rights & Permissions

OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers
PostalPro

LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act/EEO Contacts
Fair Chance Act
Accessibility Statement

Copyright © 2026 USPS. All Rights Reserved.

UNITED STATES POSTAL SERVICE®

August 31, 2026

Dear Travis Gasper:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8401 0962 8001 0706 94**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, To Original Sender |
| **Status Date / Time:** | August 21, 2026, 07:20 pm |
| **Location:** | DALLAS, TX 75208 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | Rasheedah Mays |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2lb, 0.0oz |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | |
| **Address of Recipient:** | 601 W DAVIS ST, DALLAS, TX 75208 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS.com Tracking History — Certified Mail No. 9402 8401 0962 8001 0706 94



## USPS Tracking®



Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Tracking Number:
**9402840109628001070694**

Copy | Add to Informed Delivery | Remove ✕

**Latest Update**

Your item has been delivered to the original sender at 7:20 pm on August 21, 2026 in DALLAS, TX 75208.

Get More Out of USPS Tracking:
USPS Tracking Plus®

**Delivered**

**Delivered, To Original Sender**
DALLAS, TX 75208
August 21, 2026 7:20 PM

**Out for Delivery**
DALLAS, TX 75208
August 21, 2026 6:10 AM

**Arrived at Post Office**
DALLAS, TX 75208
August 21, 2026 5:13 AM

**Arrived at Post Office**
DALLAS, TX 75208
August 21, 2026 5:13 AM

**Arrived at USPS Facility**
DALLAS, TX 75208
August 21, 2026 3:30 AM

**Departed USPS Facility**
DALLAS TX DISTRIBUTION CENTER
August 21, 2026 3:28 AM

**Arrived at USPS Facility**
DALLAS TX DISTRIBUTION CENTER
August 20, 2026 11:49 PM

**Arrived at USPS Facility**
YBOR CITY FL DISTRIBUTION CENTER
August 19, 2026 11:48 PM

**Return to Sender Processed**
TAMPA, FL 33610
August 19, 2026 3:41 PM

**Redelivery Scheduled for Next Business Day**
TAMPA, FL 33610
August 3, 2026 10:19 AM

**Out for Delivery**
TAMPA, FL 33610
August 3, 2026 8:31 AM

**Arrived at Post Office**
TAMPA, FL 33610
August 3, 2026 8:20 AM

**Arrived at USPS Facility**
TAMPA, FL 33610
August 3, 2026 2:45 AM

**Departed USPS Facility**
YBOR CITY FL DISTRIBUTION CENTER
August 3, 2026 2:31 AM

**Arrived at USPS Facility**
YBOR CITY FL DISTRIBUTION CENTER
August 2, 2026 7:39 AM

**Arrived at USPS Facility**
DALLAS TX DISTRIBUTION CENTER
August 1, 2026 12:56 AM

**Accepted at USPS Facility**
DALLAS, TX 75208
July 31, 2026 11:41 PM

**Shipping Label Created**
DALLAS, TX 75208
July 30, 2026 10:04 PM

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less

Track Another Package
Enter tracking or barcode numbers

### Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback



Copyright © 2026 USPS. All Rights Reserved.