# AFFIDAVIT OF NON-SERVICE

Job # 377297

**Client Info:**

GASPER LAW, PLLC
TRAVIS GASPER, ESQ.
633 West Davis Street
Dallas, TX 75208

**Case Info:**

**PLAINTIFF:**
CARLA M. COLLINS, ET AL., individually and on behalf of all others similarly situated
-versus-
**DEFENDANT:**
CATASTROPHE RESPONSE UNIT USA, INC., ET AL.

UNITED STATES DISTRICT COURT
Court Division: EASTERN DISTRICT OF TEXAS
Court Case # **4:22-CV-1073-SDJ**

**Service Info:**

**Date Received: 7/31/2026** at **02:39 PM**
Service: I Non-Served **Rasheedah Mays**
**LETTER; MEMORANDUM OPINION AND ORDER; DEFENDANT CATASTROPHE RESPONSE UNIT, INC.'S THIRD SET OF INTERROGATORIES TO R.C.L. MAYS**

**At Residence 10610 N. 30TH STREET, APT. 34C TAMPA, FL 33612**
On **8/13/2026** at **06:13 PM**
**Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

[X] Other:

**Service was Attempted on:**

**(1) 8/8/2026** at **10:30 AM**, by **LISBETH MENDEZ** Loc: **10610 N. 30th Street, Apt. 34C, Tampa, FL 33612**
**Notes:** Gated apartment complex, no security, no one around. I waited for several minutes, but I couldn't gain entrance. I will continue attempting.

**(2) 8/13/2026** at **06:13 PM**, by **LISBETH MENDEZ** Loc: **10610 N. 30th Street, Apt. 34C, Tampa, FL 33612**
**Notes:** Someone let me in; unassigned parking. No one answered at the apartment. The neighbor didn't want to provide information.

I certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: ______________________
**LISBETH MENDEZ**
Lic # **20-876081**
**S & W Process Service**
2801 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **377297** Client Ref # **Collins v. CRU**

SUBSCRIBED AND SWORN to before me this 17th day of August, 2026, by **LISBETH MENDEZ**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me by:
[✓] physical presence [__] online presence.

Holley Anne Brennan
NOTARY PUBLIC for the state of Florida

NOTARY PUBLIC STATE OF FLORIDA
HOLLEY ANNE BRENNAN
Commission # HH 733660
Expires February 21, 2030

PLAINTIFFS' EXHIBIT C