ALERT: WILDFIRES IN THE PACIFIC NORTHWEST AND FLOODING IN THE SOUTH AND NORTH...

# USPS Tracking®

FAQs >

**Tracking Number:**

**9405530109355418962737**

Remove ✕

Copy Add to Informed Delivery

## Latest Update

Your item was delivered in or at the mailbox at 10:16 am on August 1, 2026 in TAMPA, FL 33610.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, In/At Mailbox**

TAMPA, FL 33610
August 1, 2026 10:16 AM

**Out for Delivery**

TAMPA, FL 33610
August 1, 2026 7:16 AM

**Arrived at Post Office**

TAMPA, FL 33610
August 1, 2026 7:05 AM

**Arrived at USPS Facility**

TAMPA, FL 33610
August 1, 2026 2:44 AM

**Departed USPS Facility**

YBOR CITY FL DISTRIBUTION CENTER

Feedback

PLAINTIFFS' EXHIBIT D

August 1, 2026 2:20 AM

**Arrived at USPS Facility**

TAMPA, FL 33630
July 31, 2026 8:04 PM

**Arrived at USPS Facility**

YBOR CITY FL DISTRIBUTION CENTER
July 31, 2026 4:22 AM

**Departed USPS Facility**

GREENSBORO NC DISTRIBUTION CENTER
July 30, 2026 5:22 PM

**In Transit to Next Facility**

July 30, 2026 3:19 PM

**Arrived at USPS Facility**

GREENSBORO NC DISTRIBUTION CENTER
July 30, 2026 9:01 AM

**Accepted at USPS Facility**

RALEIGH, NC 27614
July 30, 2026 7:46 AM

**Shipping Label Created**

AUSTIN, TX 78746
July 29, 2026 1:41 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**