**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| C. M. COLLINS, N. J. LUNDY, and R. C. L. MAYS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:22-cv-01073-SDJ<br><br>Collective Action under 29 U.S.C. § 216(b)<br><br>JURY DEMANDED |

**ORDER GRANTING PLAINTIFFS' COUNSEL'S PENDING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF R.C.L. MAYS**

Before the Court is Plaintiffs' Counsel's Motion to Withdraw as Counsel for Plaintiff R.C.L. Mays (Dkt. No. 62), as supplemented by Counsel's Supplemental Advisory (Dkt. No. 94). Having considered the Motion, the supplemented record, and the Court's July 14, 2026 Memorandum & Opinion and Order (Dkt. No. 78), the Court finds that good cause exists and that the Motion should be GRANTED.

It is therefore ORDERED that Kerry V. O'Brien and Travis Gasper are WITHDRAWN as counsel of record for Plaintiff R.C.L. Mays only. Mr. O'Brien and Mr. Gasper remain counsel of record for all other Plaintiffs.

It is further ORDERED that Ms. Mays remains subject to her discovery obligations and to the Court's orders in this action notwithstanding the withdrawal of her counsel, including the production ordered by the Court's July 14, 2026 Memorandum Opinion and Order (Dkt. No. 78), and that, as stated in that Order, her failure to comply may result in dismissal of her claims under Federal Rule of Civil Procedure 41(b).

It is further ORDERED that Plaintiff R.C.L. Mays shall proceed pro se unless and until new counsel enters an appearance on her behalf. The Clerk is directed to send all future filings and notices in this action to Ms. Mays at her last known addresses: 10610 N. 30th Street, Apt. 34C, Tampa, Florida 33612-6363, and 4131 Royal Banyan Drive, Unit 202, Tampa, Florida 33610-4047, and by e-mail to rasheedahmays@yahoo.com.