# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**COLLINS, ET AL.**

**v.** **Case No. 4:22cv1073**

**CATASTROPHE RESPONSE UNIT USA, INC., ET AL**

PLAINTIFF: Kerry O'Brien, Travis Gasper

DEFENDANT: Monte Hurst, Kristen Laster, Ceicili Morales

**This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 8/31/2026.**

**Status Conference**

2:02 pm The Court called the case, noting the appearance of counsel and parties.

2:03 pm Court and counsel discuss the status of the case.

2:13 pm Court adjourned.