UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLA M. COLLINS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-1073-SDJ |
| | § | |
| CATOSROPHE RESPONSE UNIT USA, INC., ET AL. | § | |
| | § | |

**ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule CV-72, the undersigned hereby **REFERS** the above-referenced case to U.S. Magistrate Judge Aileen Goldman Durrett for certain pretrial proceedings, as explained herein.

This is a proposed collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. Named Plaintiffs Carla M. Collins and Natine J. Lundy worked for Defendants Catastrophe Response Unit USA, Inc. and Catastrophe Response Unit, Inc. (together, "Catastrophe") as insurance desk adjusters. (Dkt. #1 ¶ 1). Plaintiffs allege that Catastrophe misclassified them and other desk adjusters as independent contractors, instead of non-exempt employees, and failed to pay overtime compensation as required by the FLSA. (Dkt. #1 ¶ 1).

Shortly after Catastrophe filed its answer, the Court entered a preliminary scheduling order authorizing limited discovery related to Plaintiffs' anticipated motion for court approved notice under 29 U.S.C. § 216(b). *See* (Dkt. #18, #26, #32). At the close of the preliminary discovery period, Plaintiffs filed their Section 216(b) motion, seeking court-approved notice of this collective action to "similarly situated" desk adjusters. (Dkt. #40 at 1–2). In lieu of a response, Catastrophe filed an

"emergency" motion to compel discovery and to extend the deadline to file a response. (Dkt. #45). The Court ultimately issued an order and opinion granting in part the motion to compel. (Dkt. #78). Defendants seek recovery of attorney fees related to the compel motion, (Dkt. #81), and certain preliminary discovery issues need to be completely resolved before the parties should complete briefing on Plaintiffs' Section 216(b) motion.

Accordingly, the Court refers this case to Judge Durrett to handle the remaining preliminary discovery matters addressed in this Court's prior order, (Dkt. #78), including Defendants' Motion for Attorneys' Fees, (Dkt. #81). Judge Durrett will advise this Court when, in her judgment, the parties' discovery disputes have been resolved such that briefing on Plaintiffs' Section 216(b) motion may be completed and that motion adjudicated by this Court.

**So ORDERED and SIGNED this 3rd day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE