**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **C. M. COLLINS, N. J. LUNDY and R. C. L. MAYS, *individually and on behalf of all others similarly situated,*** | § | |
| ***Plaintiffs,*** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-cv-01073-SDJ** |
| **CATASTROPHE RESPONSE UNIT, INC. and CATASTROPHE RESPONSE UNIT USA, INC.,** | § | |
| ***Defendants.*** | § | |

## DECLARATION OF MONTE K. HURST

I, Monte K. Hurst, declare that the following statements are true and correct, and based on my personal knowledge.

1. My name is Monte K. Hurst. I am over 18 years of age, of sound mind, and have never been convicted of a felony. I am personally acquainted with the facts stated herein. I affirm that the following is true and correct.

2. I am an Equity Shareholder at the law firm of Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") in Dallas, Texas. I am lead counsel for Defendants Catastrophe Response Unit, Inc. and Catastrophe Response Unit USA, Inc. (collectively, "CRU") in this case.

3. On August 26, 2021, Plaintiff Carla Collins sent a Facebook message identifying her e-mail address as [redacted]. Attached hereto as Exhibit A.1 is a true and correct copy (with our highlights) of that Facebook message from Ms. Collins on August 26, 2021, that was produced to CRU's counsel by Plaintiffs' counsel on August 14, 2026.

4. On May 18, 2022, in a Facebook message exchange between Ms. Collins and [redacted], Ms. Collins identified the following phone numbers and e-mail addresses belonging to her: [redacted]. Attached hereto as Exhibit A.2 is a true and correct copy (with our highlights) of that Facebook message exchange between Ms. Collins and [redacted] on May 18, 2022, that was produced to CRU's counsel by Plaintiffs' counsel on August 14, 2026.

5. On October 19, 2023, CRU proceeded with the oral and videotaped deposition of Ms. Collins. During her deposition, Ms. Collins testified that she had only used the following three e-mail addresses over the preceding three years: mswhodatnation00@gmail.com; mscarlamarie@icloud.com; and carlamcollins@yahoo.com. Attached hereto as Exhibit A.3 is a true and correct copy (with our highlights) of excerpts from the transcript of Ms. Collins' deposition.

6. On October 29, 2023, CRU proceeded with the oral and videotaped deposition of Plaintiff Jill Mansfield. During her deposition, Ms. Mansfield testified that she had claimed business expenses on her taxes and that her tax returns would show the specific business expenses she claimed. Attached hereto as Exhibit A.4 is a true and correct copy (with our highlights) of excerpts from the transcript of Ms. Mansfield's deposition.

7. On August 28, 2026, my team and I logged onto Facebook and viewed Ms. Collins' public "Marie Collins" Facebook account. Ms. Collins' public "Marie Collins" Facebook account showed on that day that the "Marie Collins" profile had been "updated two years ago," which would have been in 2024, after the date on which Ms. Collins and Plaintiffs' counsel Travis Gasper represented that Ms. Collins could no longer access that account. Attached hereto as Exhibit A.5 is a true, correct and authentic screenshot taken by my team and me on August 28, 2026 of Ms. Collins' public "Marie Collins" Facebook account.

*(This space is intentionally left blank)*

My name is Monte K. Hurst.

My date of birth is: May 13, 1971.

My address is: 500 North Akard Street, Suite 4000

Dallas, Texas 75201.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED in Dallas, County, State of Texas, on this 4th day of September 2026.

Monte K. Hurst

MONTE K. HURST