IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY, §
and R.C.L. MAYS, §
Individually and on behalf §
of all other similarly §
situated, §
§
§
Plaintiffs, §
§
VS. § NO. 4:22-cv-1073
§
CATASTROPHE RESPONSE UNIT, §
INC. and CATASTROPHE §
RESPONSE UNIT USA, INC., §
§
Defendants. §

ORAL AND VIDEOTAPED DEPOSITION OF
CARLA COLLINS
OCTOBER 19, 2023
VOLUME 1



ORAL AND VIDEOTAPED DEPOSITION of CARLA MARIE COLLINS, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on the 19th of October, 2023, from 11:08 a.m. to 7:28 p.m., before Kathy E. Weldon, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Hallett & Perrin, 1445 Ross Avenue, Suite 2400, in the City of Dallas, County of Dallas, State of Texas, pursuant to Notice and the Federal Rules of Civil Procedure.



A P P E A R A N C E S

FOR THE PLAINTIFFS:
Mr. Travis Gasper
GASPER LAW, PLLC
1408 North Riverfront Boulevard
Suite 323
Dallas, Texas 75207
469.663.7736
833.957.2957 (fax)
Travis@travisgasper.com

FOR THE DEFENDANTS CATASTROPHE RESPONSE UNIT, INC. AND CATASTROPHE RESPONSE UNIT USA, INC.:
Mr. Monte K. Hurst
Ms. Kristen A. Laster
HALLETT & PERRIN, P.C.
1445 Ross Avenue
Suite 2400
Dallas, Texas 75202
214.953.0053
214.992.4142 (fax)
Monte.Hurst@hallettperrin.com
KBrumbalow@hallettperrin.com

ALSO PRESENT:
Ms. Ciecili Morales
Mr. David Repinski (via Zoom)
Mr. Adam Dickens (via Zoom)
Mr. John Hines, Videographer



I N D E X


| WITNESS | PAGE |
|---|---|
| CARLA MARIE COLLINS | |
| EXAMINATION BY MR. HURST | 5 |
| CORRECTIONS MADE BY WITNESS | 283 |
| SIGNATURE BY WITNESS | 284 |
| REPORTER'S CERTIFICATION | 285 |

| EXHIBITS | | IDENTIFIED |
|---|---|---|
| 2 - | Carla M. Collins Resume | 81 |
| 3 - | Carla M. Collins Resume - Bates Stamp CRU000215 | 89 |
| 5 - | Harris County Felony Charge Printout | 52 |
| 6 - | Audio Recording of Phone Call | 167 |
| 7 - | Audio Recording of Phone Call | 175 |
| 8 - | Facebook Screenshot | 176 |
| 9 - | Facebook Live Video | 196 |
| 10 - | 08-26-2021 Carla Collins Facebook Activity Printouts | 198 |
| 11 - | Carla Collins Facebook Live Video | 209 |
| 12 - | Facebook Post - Photos | 214 |
| 13 - | 08-09-2021 Carla Collins Facebook Activity Printouts | 218 |
| 14 - | Ask Shesus Facebook Printout | 229 |

**A. An iPhone.**
Q. How long have you had that particular iPhone?
**A. I'm not sure.**
Q. You don't know how long you've had the iPhone that you have right now?
**A. No.**
Q. Have you had it for over a year?
**A. Yes.**
Q. Have you had it for over two years?
**A. Yes.**
Q. Do you use e-mail from that iPhone?
**A. Yes.**
Q. Do you text on that iPhone?
**A. Yes.**
Q. Do you have a computer at home?
**A. Yes.**
Q. Just one?
**A. No.**
Q. How many computers do you have?
**A. Personal or total just in the home?**
Q. How many are yours?
**A. Two.**
Q. Is one a laptop and one a desktop?
**A. Both are laptops.**
Q. What brand are those laptops, if you know?



**A. One is a Chrome, and one is an HP.**
Q. And do you -- do you e-mail on both of those laptops?
**A. Yes.**
Q. Do you have different purposes for those laptops?
**A. Yes.**
Q. What do you use your Chrome for?
**A. Well, Chrome is the initial laptop I had used, and I ended up using -- going back to the one that was -- I was more comfortable with using Excel and Microsoft and things of that nature.**
Q. With Chrome?
**A. No. With Microsoft, with the HP.**
Q. So what do you use the Chrome laptop for?
**A. If the other one is charging, something quick for my daughter to look at, things of that nature.**
Q. What e-mail address do you have right now?
**A. CarlaMCollins@yahoo.com.**
Q. How long have you had this e-mail address?
**A. I'm not sure.**
Q. Over five years?
**A. Yes.**
Q. What other e-mail addresses do you have right now?



**A. Mswhodatnation00@Gmail.com.**
Q. Are you a Saints fan?
THE REPORTER: Can I clarify something? When you say -- I'm hearing or wanting to say "who that." Is it a different spelling than that?
THE WITNESS: Yes.
THE REPORTER: Can you please spell that?
THE WITNESS: W-H-O-D-A-T.
THE REPORTER: Thank you.
MR. HURST: I knew that because I used to live in New Orleans.
Q. (By Mr. Hurst) You a Saints fan?
**A. Yes.**
Q. You a Derek Carr fan? Sorry, it's hard to not --
**A. (No verbal response.)**
Q. How long have you had Mswhodatnation00@Gmail.com?
**A. When -- right before the Super Bowl.**
Q. The New Orleans Super Bowl?
**A. Yes.**
Q. So over five years?
**A. Yes.**
Q. Are you currently using any e-mail address other than the two we just talked about?



**A. Not -- well, yes. I do have another one.**
Q. What is that?
**A. The -- Ms, M-S, CarlaMarie@iICloud.**
Q. @iCloud?
**A. Yes.**
Q. How long have you had this e-mail address?
**A. I'm not sure.**
Q. Over five years?
**A. Yes.**
Q. Are you currently using any e-mail address other than the three you just identified?
**A. No.**
Q. Have you used any e-mail address over the last three years besides the three you've identified here?
**A. No.**
Q. What do you use each one for? In other words, is one of them more geared toward your business pursuits?
**A. No.**
Q. So how do you decide when to use CarlaMCollins@Yahoo versus Mswhodatnation00 versus MsCarlaMarie@iCloud?
**A. MsCarlaMarie@iCloud is because of the iPhone.**
Q. That's the e-mail that you use that goes to