IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

C.M. COLLINS, N.J. LUNDY and )
R.C.L. MAYS, individually and )
on behalf of all others )
similarly situated, )
Plaintiffs, )
)
vs. ) Case No.
) 4:22-cv-1073
CATASTROPHE RESPONSE UNIT, )
INC. and CASTROPHE RESPONSE )
UNIT USA, INC., )
Defendants. )

* * * * * * * * * * * *

ORAL VIDEOTAPED DEPOSITION
JILL MANSFIELD
October 29, 2023
(Reported Remotely)

* * * * * * * * * * * *

ORAL VIDEOTAPED DEPOSITION OF JILL MANSFIELD, produced as a witness at the instance of the Defendants and duly sworn, was taken in the above-styled and numbered cause on October 29, 2023, from 10:02 a.m. to 4:25, before Cheryl Duncan, CSR, in and for the State of Texas, reported by computerized stenotype machine in Carson, California, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



APPEARANCES

FOR PLAINTIFFS:

Mr. Travis Gasper
GASPER LAW, PLLC
Suite 323
1408 North Riverfront Boulevard
Dallas, Texas 75207
469.663.7736
travis@travisgasper.com

FOR DEFENDANTS:

Ms. Kristen A. Brumbalow
Mr. Monte K. Hurst
HALLETT & PERRIN, P.C.
Suite 2499
1445 Ross Avenue
Dallas, Texas 75202
214.953.0053
214.922.4142 Fax
monte.hurst@hallettperrin.com
kbrumbalow@hallettperrin.com

ALSO PRESENT:

John Hines, Videographer
Ceicili Morales
Adam Dickens, CRU



INDEX


| | PAGE |
|---|---|
| Appearances | 2 |
| JILL MANSFIELD | |
| Examination by Mr. Hurst | 4 |
| Signature and Changes | 209 |
| Reporter's Certificate | 211 |


EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | J. Mansfield's CV | 30 |
| 2 | Answers to interrogatories | 39 |
| 3 | J. Mansfield's CV, CRU000223 - 226 | 45 |
| 4 | Insurance adjuster application, Plfs 000240 - 245 | 45 |
| 5 | 01-04-23 email from J. Mansfield to CRU Group deployments | 205 |
| 6 | 04-02-23 email from J. Mansfield to B. Parsons | 205 |
| 7 | 05-02-23 email from J. Mansfield to deployments | 207 |



PROCEEDINGS

THE VIDEOGRAPHER: This is tape one in the video deposition of Jill Mansfield in the matter of C.M. Collins versus Catastrophe Response Unit, Inc. in the U.S. District Court for the Eastern District of Texas, Sherman Division. Today is Sunday, October 29th, 2023. We are now on record at 10:01 a.m.

Will attorneys please introduce themselves for the record.

MR. GASPER: Travis Gasper for the plaintiff.

MS. BRUMBALOW: Kristen Brumbalow and Monte Hurst for the defendants.

THE COURT REPORTER: My name is Cheryl Duncan, Court Reporter, CSR Number 3371. I am administering the oath and reporting the deposition remotely from my home, located in Rhome, Texas. The witness is located in Carson, California.

JILL MANSFIELD,
having been first duly sworn, testified as follows:

EXAMINATION

Q. (BY MS. BRUMBALOW) My name is Kristen Brumbalow, I'm an attorney and I represent both Catastrophe Response Unit USA and Catastrophe

Q. What -- where were you working on that deployment?
**A. Remotely.**
Q. When you say "remotely," were you always working out of your parents' house?
**A. Well -- you're talking about with CRU?**
Q. Yes.
**A. No.**
Q. Okay. That residential BAU deployment, where you were working under Tamekia Williams, when you worked remotely, where did you work?
**A. I worked from my house.**
Q. How about this deployment where you were reporting to Faye Quinnie, who did you -- where did you work then?
**A. My house.**
Q. And what hours did you typically work during that deployment? It was about a month long, where you were reporting to Faye Quinnie.
**A. That could have been 5:00 to 6:00.**
Q. Do you remember specifically what hours you worked on that deployment?
**A. No, I don't.**
Q. Is there anything you could look at that would refresh your recollection as to what hours you



worked during that deployment?
**A. No.**
Q. Did you work from July 6 of '21 to August 14th of '21 on the deployment, reporting to Zina Williams?
**A. Yes.**
Q. Where did you perform the work for that deployment?
**A. My house.**
Q. Do you recall what hours you typically worked on that deployment?
**A. I don't remember.**
Q. Do you like being an independent contractor?
**A. I do.**
Q. Why is that?
**A. Well, I did.**
**It's sort of kind of working for yourself. When I want to take on vacation or go somewhere, I can, I can do it. And I don't know, like I say, I liked it for a lot of years. But I'm getting a little tired of it now.**
Q. Why are you tired of it now?
**A. Because I kind of want something more stable.**



Q. Each time you were deployed by CRU, you understood that you would be performing work as an independent contractor?
**A. Yes.**
Q. Each time that you were deployed by CRU, you understood that CRU would pay you for your services and would, at the end of the year, issue a form 1099?
**A. Yes.**
Q. You would then use -- the intention was that you would then use that form 1099 to file your taxes with the U.S. Internal Revenue Service?
**A. Yes.**
Q. Each time you were deployed by CRU, you understood that CRU would not be withholding taxes from your compensation?
**A. Yes.**
Q. Each time you were deployed by CRU, you understood that you would be responsible for all tax obligations arising from your performance of services for CRU?
**A. Yes.**
Q. Did you ever claim any business expenses on your taxes for the years in which you performed services for CRU?



**A. I'm sure I probably have.**
Q. What business expenses would you have claimed?
**A. I don't remember.**
Q. Would it have been -- would you have claimed your office space in your home?
**A. Yes, office space, traveling, stuff like that.**
Q. Your tax returns from 2020 and prior would show what business expenses you claimed in each of the years that you performed services for CRU from 2020 and prior?
**A. Repeat that again.**
Q. Sure.
The tax returns from 2020 and prior would show what business expenses you have claimed for each of the years that you performed for CRU during those years?
**A. They should.**
Q. And the tax returns that you're intending to file for 2021 and 2022 would show what expenses, business expenses you claimed for 2021 and 2022 related to your performance of services for CRU?
**A. Yes.**
Q. What business expenses do you intend to