


**Marie Collins**

To keep Facebook safe, we're showing information about people and their profiles.

Joined Facebook: June 9, 2017

Profile updated: 2 years ago

Public figure

Transparency and privacy policy



Marie C

3.1K followers • 271 following

Public figure

Add friend

Search